# EXHIBIT B

From: Teresa A. DeVoe <TDevoe@imls.gov>
Sent: Monday, March 31, 2025 2:39 PM
To: Teresa A. DeVoe <TDevoe@imls.gov>
Cc: ███████ ████████████████████████████████████████
████████████████████████████████████

Subject: all IMLS staff going on administrative leave today

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**

TO: Chief Officers and LSTA Coordinators

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today. We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.


**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook