# EXHIBIT C



March 21, 2025

MEMORANDUM FOR:   Jake Pannell
Business Representative
National Federation of Federal Employees

FROM:   Madiha D. Latif
Deputy Under Secretary
Minority Business Development Agency

SUBJECT:   Notification of Reduction in Force of the Minority Business Development Agency

In accordance with the March 13, 2025, Executive Order, "Continuing the Reduction of the Federal Bureaucracy," and in compliance with the 2022 Collective Bargaining Agreement, this memorandum serves as an official notification that the Department of Commerce will be implementing a Reduction in Force (RIF) of the Minority Business Development Agency (MBDA). Affected MBDA employees will be placed in a paid non-duty status today while the Department complies with the regulations set forth in 5 C.F.R. Part 531.

To the extent NFFE would like to engage in impact and implementation bargaining regarding this notification, please submit negotiable proposals to Nick Lorden, Human Resources Specialist, Office of Workforce Relations, no later than March 31, 2025. Failure to submit negotiable proposals or an election not to reply within the designated timeframe will constitute a formal waiver. Requests to negotiate and any subsequent agreement reached will undergo Agency Head Review in accordance with the provisions of 5 U.S.C. § 7114(c).

Cc:
Angela Washington – Co Shop Steward
Julius Mania – Co Shop Steward
Mayra Medrano – Secretary
Gabriel Cushing – Officer Trainee