# EXHIBIT D



# FEDERAL MEDIATION AND CONCILIATION SERVICE
## FIELD OPERATIONS

DATE:     March 18, 2025
TO:       Field Operations and HQ
FROM:     Javier Ramirez, Deputy Director of Field Operations
SUBJECT:  Updated Field Adjustments

<u>**Not for distribution – Internal Use Only**</u>

Below are changes to Field Operations resulting from various Executive Orders and guidance.

- We are still operational, performing
    - CBM work in the Private Sector
    - CBM work in the Federal Sector
    - USPS dispute cases
    - Labor-Management Committee work
    - Providing arbitration panels
- Below is the updated guidance to what was provided last month.

Under the February 11, 2025 Executive Order, "Department of Government Efficiency" Workforce Optimization Initiative[1], we are required to perform only statutorily mandated functions. Additional guidance and instruction were provided in guidance documents from OMB, OPM, communications with the Administration, and other Executive Orders including the March 14, 2025, "Continuing the Reduction of the Federal Bureaucracy."

**Operational Adjustments (Effective Immediately)**

- **Public Sector**
    - No new Public Sector cases will be accepted, **to include CBM work**.
    - As of March 14 all Public Sector **RDT** cases should be complete.
    - All Public Sector work, including CBMs must be completed by April 18, 2025.
- **Grievance Mediation (GM)**
    - No new GM cases will be accepted.
    - As of March 14 all GM cases should be complete.

---

[1] **Sec 3 (c) Reductions in Force.** Agency Heads shall promptly undertake preparations to initiate large-scale reductions in force (RIFs), consistent with applicable law, and to separate from Federal service temporary employees and reemployed annuitants working in areas that will likely be subject to the RIFs. All offices that perform functions not mandated by statute or other law shall be prioritized in the RIFs, including all agency diversity, equity, and inclusion initiatives; all agency initiatives, components, or operations that my Administration suspends or closes; and all components and employees performing functions not mandated by statute or other law who are not typically designated as essential during a lapse in appropriations as provided in the Agency Contingency Plans on the Office of Management and Budget website…



# FEDERAL MEDIATION AND CONCILIATION SERVICE
## FIELD OPERATIONS

- **Education, Advocacy and Outreach (EAO)**
    - No new in-person EAO meetings should be scheduled.
    - Only pre-approved in-person EAOs for larger events may proceed.
    - Virtual EAOs may continue for our statutorily mandated work.
    - Any large speaking event or conference requires pre-approval before commitments are made.
        - Note: We will no longer Sponsor conferences, sponsorship may be triggered with participation in conference committee work.  Please review with your manager if you have any concerns.
- **Interagency Agreements (IAAs – RMB)**
    - USPS dispute mediations will continue.
    - International work has stopped.
    - No new IAAs for training are being accepted—current projects must be completed by April 18, 2025.
    - No other IAA's will be approved.
- **Card Checks**
    - No new card checks will be accepted.
    - As of March 14 all card checks cases should be complete.

**Moving Forward**

We recognize that these changes may be challenging for both staff and clients, and we appreciate your flexibility and commitment during this transition.

Managers are prepared to assist mediators with scheduling, prioritizing, **and client communications** in the event of delays or cancellations. While this period of transition is difficult, we will regroup post-RIF/restructure to establish a sustainable, meaningful, and rewarding path forward for our agency and the clients we serve.

Thank you for your dedication and resilience. Your work continues to make a difference, and together, we will find a way to maximize our impact in this new landscape.