# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

*Defendants.*

C.A. No.:

## DECLARATION OF ADRIAN P. FONTES

Pursuant to 28 U.S.C. § 1746, I, Adrian Fontes, hereby declare as follows:

1.      I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Secretary of State for the State of Arizona.

3.      Arizona Revised Statute ("A.R.S.") § 41-151.01 establishes the Arizona State Library, Archives and Public Records ("State Library") as part of the Office of the Arizona Secretary of State.

4.      The State Library consists of the following branches: Archives, Arizona Talking Book Library, E-rate, Library Development, Records Management, and the State of Arizona Research Library.

1

5.     The State Library was founded in 1915 to collect, preserve, and provide access to materials relating to law, political science, economics, sociology, subjects pertaining to the theory and practice of government, genealogy, and Arizona history. The State Library's mission is to provide Arizonans access to information about their government, their state, and their world by offering content in a variety of formats, preserving Arizona's history for future generations, and empowering local institutions to engage their communities in learning.

6.     As Secretary of State, I am responsible for assisting the State Library in effectuating its statutory mandate set forth in A.R.S. § 41-151.01.

7.     I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services (IMLS), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

8.     Executive Order 14,238 and the ensuing federal agency action to put all staff on administrative leave will cause IMLS to be unable to administer financial awards and/or programs on which the State Library relies and on which it expects to rely in the future, causing significant harm to the State Library.

The Museum Library Services Act

9.     In 1996, Congress established the Institute of Museum and Library Services (IMLS) by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq*.). The Library Services and Technology Act (LSTA), which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of

federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

10. IMLS, which administers the LSTA, is required to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). The Arizona State Library is a State library administrative agency. *See* A.R.S. § 41-151.06.

11. In order to receive funds under the LSTA, the State Library submits to IMLS a five-year state plan, which describes the State Library's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134. Arizona's LSTA Five-Year Plan is attached as Exhibit A.

12. Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

13. Section 9141 provides that:

> Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—
>
> (1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

(2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;

(3)

    (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

    (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

IMLS's Impact in Arizona

14.    In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. The Arizona State Library received $3,804,635, which represents the Federal share of the activities in the approved plan, totaling 66 percent.[1]

15.    The State Library uses these federal funds to support the goals of its Five-Year Plan for FY 2023-2027, which reflect the purposes and priorities of the LSTA. In Arizona, specific goals include:

a.    Information Preservation and Access - support preservation and stewardship of information in libraries and the State Archives, and encourage equitable access to information in a variety of formats;

b.    Informal Education - support lifelong learning programs that help to develop life literacies, including digital/technological, workforce, parenting, health, and financial literacies;

c.    Institutional Improvements - support technology resources, staff skills, programs, and collections in libraries while addressing barriers to accessing these resources and services; and

d.    Inclusive Communities - support the efforts of libraries to engage with community members from diverse backgrounds, foster connections with other community organizations, and collaborate with partners to contribute to community well-being.

16.    The State Library budgeted the LSTA funds for 12 full time employee positions for LSTA 2024 grant year (October 1, 2024-September 30, 2025).

---

[1] A chart showing the 2024 allotments can be accessed here: https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

17.    The State Library's budget relies on receiving $3,804,635 of LSTA funds, which was awarded to the State Library in Federal FY 2024. The State Library made plans and allocated funding for staffing to support statewide initiatives and competitive subgrants that benefit public, tribal, and school libraries, and to support innovative programs that improve literacy, digital access, and community engagement based on this award of LSTA funds. For Federal FY 2025, IMLS awarded a partial grant to the State Library of $951,159. In April of each year, IMLS allocates the full award for the year and the State Library anticipates the use of the full award for Federal FY 2025. The State Library expects to receive and is relying on receiving approximately an additional $2,200,000 to complete the Federal FY 2025 award.

18.    The State Library anticipates relying on LSTA funds in the same manner in the future should Congress reauthorize the Museum and Library Services Act.

19.    Any pause in our federal funding will have the following immediate effects:

a.    Abrupt funding shortfall: the cessation of federal funds creates an immediate budgetary gap, forcing the State Library to pause or cancel ongoing projects and initiatives. This includes suspending competitive subgrants that public, tribal, and school libraries currently rely on to launch new programs to meet the evolving needs of their communities.

b.    Disruption of statewide programs: many current statewide initiatives—such as the Connect Arizona Digital Navigator program, access to academic and business databases, interlibrary loan systems, and digitization projects (e.g., the Arizona Memory Project)—depend on LSTA funding. The termination will result in immediate service disruptions.

c.  Operational and administrative challenges: without the federal funds, the State Library faces immediate administrative strain. This will require cost-cutting measures such as reducing staff, delaying procurement of essential technology, and scaling back existing public programs that Arizona communities rely upon.

20.  A long-term pause in our federal funding would have the following long-term effects:

a.  Reduced capacity for innovation and service expansion: over time, the loss of LSTA funding would lead to a diminished ability to implement and sustain statewide initiatives. The State Library's long-range planning—outlined in its five-year plan—would be significantly altered, with fewer resources available for mission-critical areas such as information access and preservation, technology infrastructure, and continuing education.

b.  Impact on local libraries: public, tribal, and school libraries that depend on State Library support could experience long-term financial pressures. Many of these institutions operate with limited local funding, so the absence of LSTA supported statewide resources (databases, interlibrary-loan software, e-books & magazines, summer reading program supplies) could lead to reduced local services, diminished access to emerging technologies, and fewer opportunities for staff collaboration and professional development.

c.  Widening of the digital divide and service disparities: without federal IMLS funding, underserved and rural communities, including many tribal areas, will face increased disparities in access to digital resources, educational programs, and

cultural & historic preservation initiatives. This erosion of services could contribute to a widening digital divide and reduce overall community engagement.

21.    The immediate and/or long-term effects of a pause of federal funding will have the following consequences for Arizona residents:

 a. Diminished access to information and resources: Arizonans will have fewer opportunities to access trusted sources of information in the form of peer-reviewed databases, government publications, educational programs, and historic and cultural materials. The decline in statewide initiatives will reduce the availability of free or low-cost resources that support lifelong learning and civic engagement.

 b. Impact on community programs and outreach: programs that foster early literacy, digital skills, and community cohesion—often run by public, tribal, and school libraries—may be scaled back or eliminated. This reduction could adversely affect educational outcomes and the overall quality of life, particularly for vulnerable populations.

 c. Potential erosion of cultural and historical preservation: long-term funding losses will hamper efforts to digitize and preserve historical records and unique Arizona collections. This would not only affect academic and research endeavors but could also diminish community heritage and identity.

22.    In the next several months the State Library had been scheduled to receive disbursements/reimbursements of $1,177,690.32 under the current federal award.

23.    The State Library continues to rely on the anticipation that the next disbursement of funds will occur on April 11, 2025, and cover 30 days, with additional funds requested thereafter in 30-day increments through the end of the Federal FY 2025, September 30, 2025.  If we do not

receive such disbursements, the State Library would experience an immediate and ongoing disruption of services as stated above in sections 19–21.

24.    On March 31, 2025, the State Library received the below email from the Institute of Museum and Library Services advising that all its staff members were going to be placed on administrative leave effective immediately.

---

**From:** Teresa A. DeVoe <TDevoe@imls.gov>
**Sent:** Monday, March 31, 2025 11:39 AM
**To:** Teresa A. DeVoe <TDevoe@imls.gov>
**Cc:** Dennis Nangle <DNangle@imls.gov>; Madison Bolls <mbolls@imls.gov>; Cindy Boyden <CBoyden@IMLS.gov>; Laura McKenzie <LMcKenzie@imls.gov>
**Subject:** all IMLS staff going on administrative leave today

Use Caution- This email originated from an external sender. Do not click links or open attachments unless you know the content is safe. Report any suspicious emails by using the 'Report' button in Outlook.

TO: Chief Officers and LSTA Coordinators

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today.  We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.

**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook

---

25.    On March 31, 2025, the State Library also became aware of the below statement from AFGE Local 3403 on the status of Museum and Library Services, advising that "[t]he status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated."

9



**A Statement from AFGE Local 3403 on the Status of the Institute of Museum and Library Services**

Earlier today, the Institute of Museum and Library Services notified the entire staff that they are being placed on administrative leave immediately. The notification followed a brief meeting between DOGE staff and IMLS leadership. Employees were required to turn in all government property prior to exiting the building, and email accounts are being disabled today. Museums and libraries will no longer be able to contact IMLS staff for updates about the funding they rely upon.

In the absence of staff, all work processing 2025 applications has ended. The status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated.

26.    If there is no IMLS staff to administer the Grants to States program, it is unlikely that Arizona will receive the remainder of its 2025 Grants to States Award in April 2025, or receive any further disbursements from the FY 2024 funds totaling $3,804,635 that have been awarded to the State Library and for which contractual obligations have already been entered into that are pending payment by the State Library. The inability to access these funds will cause immediate and irreparable harm to Arizona. The State Library expects Arizona to experience similar immediate and irreparable harm even in a scenario where not all – but most – IMLS staff have been placed on leave.

10

27.     This action, hastily taken by unknown federal officials, to dismantle an entire, congressionally funded agency, and the attendant chaos at the local level, is unprecedented. Because of the elimination of all staff at IMLS, my Office is taking the following immediate action:

a.  Eliminating the Digital Navigator Program, which provides one-on-one phone assistance to help Arizona communities get online and serve as a free tech support hotline for digital learning and information on accessing low-cost internet and computer offers;

b.  Eliminating 12 positions with the Arizona State Library effective May 29, 2025 and ensuring wind-down of all business associated with those positions in the intervening weeks.

28.     Additionally, the following beloved programs are now in peril due to this reckless federal action:

a.  Access to Electronic Resources: Collaborative digital collections, databases, and eZines across the 15 county library systems;

b.  Arizona Memory Project: Online access to historical records from Arizona's archives, libraries, and museums;

c.  Arizona Reading Program: Literacy development programming for all ages;

d.  Youth Services: Informal learning and educational programming for school-aged children;

e.  Summer Library Institute: Professional development for staff from small and rural libraries;

f.  Legal Resources: Access to state legal and legislative history materials;

g. E-rate Support: Assistance for libraries applying for discounted internet and telecommunications services.

29.      In FY 2024 alone, the Library Development division facilitated over $800,000 in subgrants awarded to libraries statewide to support the libraries below, located in eight of Arizona's nine congressional districts. Based on previous years' allocations, the Arizona State Library now faces a planning shortfall of $2.2 million in FY 2025 due to the elimination of IMLS staff who could disburse formula-based funding, in addition to the shortfall of the current grant year of $1.17 million. Libraries that received FY 2024 subgrants:

a. Ak-Chin Indian Community Library (AZ-07, $54,000)

b. Apache Junction Public Library (AZ-05, $3,000)

c. Arizona State Museum Library and Archives (AZ-07, $38,246)

d. Casa Grande Public Library (AZ-06, $14,600)

e. Chandler Public Library (AZ-04, $9,000)

f. Cochise College Libraries (AZ-06, $4,000)

g. Desert Foothills Library (AZ-01, $10,980)

h. Douglas Public Library (AZ-07, $4,000)

i. Duncan Public Library (AZ-06, $4,000)

j. Eastern Arizona College Alumni Library (AZ-06, $17,500)

k. Elsie S. Hogan Community Library (AZ-06, $12,250)

l. Flagstaff City-Coconino County Public Library (AZ-02, $4,000)

m. Florence Community Library (AZ-02, $29,000)

n. Fort McDowell Tribal Library (AZ-01, $4,000)

o. Glendale Community College (AZ-08, $4,000)

p.   Glendale Public Library (AZ-08, $18,000)

q.   Globe Public Library (AZ-02, $4,000)

r.   Holmes Elementary Library (AZ-04, $9,986.79)

s.   Huachuca City Public Library (AZ-06, $18,000)

t.   Kaibab Paiute Tribal Library (AZ-02, $23,000)

u.   Mesa Public Library (AZ-04, $9,000)

v.   Navajo County Library District (AZ-02, $75,396.80)

w.   Page Public Library (AZ-02, $4,000)

x.   Peoria Public Library System (AZ-08, $35,000)

y.   Pima County Public Library (AZ-07, $65,910)

z.   Prescott Public Library (AZ-02, $42,683.35)

aa.  Prescott Valley Public Library (AZ-02, $38,720)

bb.  Scottsdale Public Library (AZ-01, $3,000)

cc.  Sedona Public Library (AZ-02, $33,396)

dd.  Snowflake-Taylor Public Library (AZ-02, $4,000)

ee.  Superior Court Law Library (AZ-07, $37,543)

ff.  Tempe Public Library (AZ-04, $13,000)

gg.  University of Arizona Libraries (AZ-07, $43,240.89)

hh.  Williams Public Library (AZ-02, $4,000)

ii.  Winslow Public Library (AZ-02, $4,000)

jj.  Yavapai County Free Library District (AZ-02, $84,500)

kk.  Youngtown Public Library (AZ-09, $15,616)

ll.  Yuma County Library District (AZ-07, $18,260)

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 1st of April, 2025, at Phoenix, Arizona.

_____
Adrian P. Fontes, Secretary of State
State of Arizona

# EXHIBIT A

# ARIZONA LSTA FIVE-YEAR PLAN

# (2023-2027)

Submitted by: Arizona State Library, Archives and Public Records, a division of the Office of the Arizona Secretary of State

Holly Henley, State Librarian of Arizona & Director of Library Services, Archives and Public Records

June 29, 2022





KATIE HOBBS
SECRETARY OF STATE



# Table of Contents

**INTRODUCTION**   **2**

**MISSION STATEMENT**   **3**

**NEEDS ASSESSMENT**   **4**

**GOALS OVERVIEW**   **6**

**GOALS**   **8**

    **GOAL 1: Information Preservation and Access**   8

    **GOAL 2: Informal Education**   9

    **GOAL 3: Institutional Improvements**   12

    **GOAL 4: Inclusive Communities**   13

**COORDINATION EFFORTS**   **16**

**EVALUATION PLAN**   **21**

**STAKEHOLDER INVOLVEMENT**   **21**

**COMMUNICATION AND PUBLIC AVAILABILITY**   **22**

**MONITORING**   **23**

**ASSURANCES**   **24**

**APPENDIX A: Needs Assessment**   **25**

**APPENDIX B: Finding Balance in Uncertain Times**   **29**

# INTRODUCTION

The Arizona State Library, Archives and Public Records (LAPR) serves as the state library administrative agency and is a division of the Arizona Secretary of State. Over the course of implementing the LSTA Plan for 2018-2022, LAPR experienced numerous changes which included a new Secretary of State, the reunification of the Archives and Records branches with those of Library Services under State Librarian Holly Henley, and the relocation of staff and collections from the 1938 Addition of the Historic Capitol Building to the Polly Rosenbaum State Archives and History building. In that time, LAPR also successfully went through the Sunset Review process, although the COVID-19 pandemic forced the early closure of the Arizona State Legislature in spring of 2020, and the agency was continued for a year by emergency executive order. In 2021, the legislature continued LAPR for a further 8 years.

This plan is submitted in fulfillment of the requirements of the Library Services and Technology Act (LSTA), in keeping with the purposes (20 U.S.C. § 9121) and the priorities of the Grants to States program (20 U.S.C. § 9141).[1] It summarizes the needs of Arizona's libraries as well as the library and information needs of Arizona state residents. These needs have been identified through an examination of a variety of factors including demographic data, input and involvement from library staff, leaders and stakeholders, and the analysis of data collected by consultants for commissioned reports including the recently completed evaluation of the implementation of LAPR's 2018-2022 LSTA Five-Year Plan.

---

[1] IMLS Purposes and Priorities of the Library Services and Technology Act. https://www.imls.gov/grants/grants-state/purposes-and-priorities-lsta

# MISSION STATEMENT

*The State Plan should include a mission statement that specifies the type of services the SLAA provides, for what purposes, for whom, and how the SLAA provides the services.*

## LAPR Mission

To provide Arizonans access to information about their government, their state, and their world by offering content in a variety of formats, preserving Arizona's history for future generations, and empowering local institutions to engage their communities in learning.

## LAPR Vision

All Arizonans will have access to information about their government, their state, and their world in a variety of formats; Arizona's history will be preserved for future generations, and local institutions will be empowered to engage their communities in learning.

## LAPR Values

**Accessibility:** Provide access for all Arizonans in a variety of formats, tapping the capabilities of current and emerging technologies.
**Preservation:** Preserve Arizona's history and government documents for future generations.
**Customer Service:** Deliver excellent customer service and user experience, regardless of format.
**Community Engagement:** Assist Arizonans in having the information to make informed decisions about their communities.
**Collaboration:** Collaborate with other agencies, governmental entities, non-profit organizations and the business community to

1. Exemplify the best practices in library services to Arizonans.
2. Share information resources.
3. Develop new tools and services.

# NEEDS ASSESSMENT

*The State Plan must identify specific needs for library services to be addressed in the pertinent five-year period. This needs assessment should be based on the SLAA's most recent five-year evaluation, complementary data, and advisory input. The SLAA should describe its data sources and the processes used to document the State's needs, the audiences to whom the data sources apply, the methods used for data analysis, and the expected process for periodically updating the State's knowledge of its library services needs.*

The *Arizona LSTA Five-Year Plan (2023-2027)* is informed by data gathered from multiple sources including:

- *Library Services and Technology Act Grants to States Program Implementation Evaluation FY2018-2022* prepared by Quality Metrics.
- *Needs Assessment* (Appendix A) by Quality Metrics.
- *Finding Balance: How the Arizona Library Association and the Arizona State Library, Archives and Public Records Can Support Arizona's Libraries in a Post-Pandemic Environment*, prepared by Brenda Brown-Lyons to identify challenges and crucial issues facing Arizona libraries(Appendix B).
- Focus group meetings with county librarians, library leaders, and library staff across multiple library types.
- Demographic data from the census and other sources, including the National Center for Education Statistics, and the State Data Center overseen by the Arizona Commerce Authority.
- Data collected in local and statewide surveys, including the Public Libraries Survey.

## Demographics Overview

Since 2010, Arizona's population has increased by nearly 12% to more than 7 million residents.[2] The percentage of people identified as White alone is 54%, while Hispanic people of any race make up another 31.5% of the population. For the remainder, the Census Bureau reports 4.3% are Black; 3.8% are American Indian and Alaska Natives, and 3.2 % are Asians. Two or more races make up another 3%.

Additional data collected in the American Community survey reports 12% have less than a high school education, and 23.8% have only a high school diploma. It reports 14.1% of Arizonans are below the poverty level and 10.6% have a disability.[3]

---

[2] 2020 Census, Arizona State Profile: https://www.census.gov/library/stories/state-by-state/arizona-population-change-between-census-decade.html

[3] Arizona Commerce Authority Demographics from Census Bureau Data: https://www.azcommerce.com/oeo/population/demographics-census-data/

While 75% of the population lives in Maricopa and Pima counties, the remaining quarter of the population is spread across 13 rural counties which often lack the infrastructure needed to support broadband internet and cellular reception, as well as the services that rely on those tools to provide access, such as remote education, telehealth, and government information.

According to data collected in the annual Public Libraries Survey for FY2020-2021, Arizona has 91 public and tribal library systems made up of 236 libraries, employing 2088 FTE staff, including 629 librarians, of which 470 are reported to have ALA-accredited Master's degrees. Of those 91 library systems, 48 (52.7%) have a legal service area of less than 10,000 people. According to the National Center for Education Statistics (NCES) FY 2020-21, Arizona has 75 degree granting institutions, which employ 539 full-time Librarians, curators, and archivists.[4] NCES data for Elementary/Secondary Information Systems report that Arizona's 691 public school districts employ 415.46 librarians/media specialists.[5]

## Needs Identified

In 2020 – 2021, top concerns expressed by Arizona library staff in focus groups and surveys were equity, diversity, and inclusion. Library staff noted the growing diversity of Arizona's population, and the importance of reaching out to all segments of the population to better understand and address their needs.

Patrons valued technology support and electronic resources available through libraries during the COVID-19 pandemic. The need to bridge the digital divide through skills development as well as connectivity and tools has not declined, especially in rural areas. Programs such as Public Access to Statewide Databases and Connect Arizona were noted by library staff as steps toward greater digital inclusion and equity.

The needs identified from the various data sources can be roughly collected into three categories:
- Access to information and resources.
- Education and skills development.
- Community connection and collaboration.

---

[4] National Center for Education Statistics, IPEDS Directory Information 2020. https://nces.ed.gov/ipeds/
[5] National Center for Education Statistics, ELSi, Public State Level Data, FY20-21. https://nces.ed.gov/ccd/elsi/

# GOALS OVERVIEW

The *Arizona LSTA Five-Year Plan (2023-2027)* includes four goals, which are as follows:

**GOAL 1: Information Preservation and Access** - Support preservation and stewardship of information in libraries and the State Archives, and encourage equitable access to information in a variety of formats.

- *LSTA Purpose 3 and 4 & LSTA Priorities 1, 2, and 7*

**GOAL 2: Informal Education** - Support lifelong learning programs that help to develop life literacies, including digital/technological, workforce, parenting, health, and financial literacies.

- *LSTA Purposes 5, 6, 7 and 9 & LSTA Priorities 1, 4, 5, and 6*

**GOAL 3: Institutional Improvements** - Support technology resources, staff skills, programs, and collections in libraries while addressing barriers to accessing these resources and services.

- *LSTA Purpose 8 & LSTA Priorities 3a and 3 b*

**GOAL 4: Inclusive Communities** - Support the efforts of libraries to engage with community members from diverse backgrounds, foster connections with other community organizations, and collaborate with partners to contribute to community well-being.

- *LSTA Purpose 6 & Priorities 4, 5, and 6*



These goals are interrelated, all with the intention of creating capable and resourced libraries focused on servicing the information needs of residents of the state of Arizona.

The projects in **Goal 1** provide a wide reach and impact for all residents across the state, as well as economies of scale that support the statewide mission of LAPR and the purposes and priorities of IMLS. Statewide projects provide equitable access to information for all Arizonans, regardless of where they may live.

This foundation serves the second priority of effective library programs, services, and collections. The focus of **Goal 2** is the wide range of programs and services provided by public libraries that encourage informal learning.

Strengthening the effectiveness of library staff through internships and professional development is the focus of **Goal 3**. Knowledgeable and effective staff are essential to the successful execution of this Plan and for the provision of effective library services.

**Goal 4** allows each library or group of libraries to identify the needs in their area and to design programs in response to these needs. The range of grant programs specified in Goal 4 reflects the various approaches libraries may take to respond to community needs. Flexibility in funding subgrants to libraries enables the LAPR and the state's public library community to serve the wide range of needs across the diverse communities in the state.

Under the Plan, the LAPR will use federal funds for statewide programs such as Interlibrary Loan (ILL), online homework help, online learning tools for Arizona workers, library workforce training, and a summer reading program for all ages. Subgrants may be used for a number of library-related projects including collections development, technology, digital literacy, and educational programs for people of all ages. Funds will be distributed widely among all beneficiary groups. In addition, the LAPR will use up to 4% of the state's allotment to support administration of the program, including costs of periodic regional meetings and similar convenings; costs associated with program administration such as grants management software; costs associated with the training to support implementation of LSTA; LAPR staff travel costs for various LSTA statewide, regional, and national activities; and engagement of an outside evaluator to conduct the evaluation of the LSTA program as required by IMLS.

# GOALS & PROJECTS

*Each goal for the five-year period should address at least one need identified in the needs
assessment. These goals must be prioritized and the criteria for prioritization should be
explained. 20 U.S.C. § 9134(b)(1). Additionally, all goals must address needs congruent with
the purposes and priorities of the LSTA as stated in 20 U.S.C. § 9141.*
*The narrative for each goal must describe its supporting projects, and explain what will be done,
for whom; which procedures will be used to carry them out; what benefit or outcome is
expected; and how the SLAA will use IMLS funds to assist in meeting these goals. 20 U.S.C. §
9134(b)(2). The State Plan should include a timeline for program activities over the five-year
period.*

## GOAL 1: Information Preservation and Access

**Support preservation and stewardship of information in libraries and the State
Archives, and encourage equitable access to information in a variety of formats.**
Needs addressed: Access to information and resources; Community connection and
collaboration

IMLS Purposes and Priorities addressed by Goal 1 (Numbering from IMLS):

Purpose 3: Facilitate access to resources in all types of libraries for the purpose of cultivating an
educated and informed citizenry.

Purpose 4: Encourage resource sharing among all types of libraries for the purpose of achieving
economical and efficient delivery of library services to the public.

Priority 1: Expand services for learning and access to information and educational resources in
a variety of formats (including new and emerging technology), in all types of libraries, for
individuals of all ages in order to support such individuals' needs for education, lifelong learning,
workforce development, economic and business development, health information, critical
thinking skills, digital literacy skills, and financial literacy and other types of literacy skills.

Priority 2: Establish or enhance electronic and other linkages and improve coordination among
and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of
improving the quality of and access to library and information services.

Priority 7: Develop library services that provide all users access to information through local,
State, regional, national, and international collaborations, and networks.

Primary IMLS Measuring Success Focal Area for Goal 1: Information Access
- IMLS Primary Measuring Success Intents
  - Improve users' ability to discover information
  - Improve users' ability to obtain and/or use information resources

*Arizona LSTA Five-Year Plan (2023-2027)* 8

*Statewide Projects*

The State Library will use LSTA funds to make authoritative materials discoverable and accessible to all Arizonans, including state employees, students, entrepreneurs and inventors, family historians, researchers, policymakers, and the curious public. Projects such as statewide databases, statewide resource sharing, an ebook platform, government materials digitization, the Arizona Memory Project, and the Arizona Newspaper Collection preserve information and provide access to unique Arizona, government and related materials. The Talking Book Library's collection is available to all Arizona residents whose visual, physical, or reading disabilities prevent the reading of conventional print materials.

*Subgrants*

The State Library will offer subgrants to public, tribal, school, special, and academic libraries to support information preservation, discovery, and access for Arizona residents.

*Timeline*

Statewide and subgrant projects will take place throughout the five-year period of the grant.

| Intended Outcomes | Data Sources | Targets for Change |
|---|---|---|
| Usage of statewide resources will maintain and/or increase | Usage data about statewide resources and linkages will be collected and reported annually | Baseline data; maintaining and/or improving baseline |
| Usage of Arizona Talking Book Library will increase | Usage, participation, and satisfaction survey | Baseline data; improving baseline |

# GOAL 2:  Informal Education

**Support lifelong learning programs that help to develop life literacies, including digital/technological, workforce, parenting, health, and financial literacies.**

Needs addressed: Education and skills development; Community connection and collaboration

IMLS Purposes and Priorities addressed by Goal 2 (Numbering from IMLS):

Purpose 5: Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students.

Purpose 6: Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers.

Purpose 7: Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology.

Purpose 9: Ensure the preservation of knowledge and library collections in all formats and enable libraries to serve their communities during disasters.

Priority 1: Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills.

Priority 4: Develop public and private partnerships with other agencies, tribes, and community-based organizations.

Priority 5: Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills.

Priority 6: Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved.

Primary IMLS Measuring Success Focal Area for Goal 2: Lifelong Learning
- IMLS Primary Measuring Success Intents
    - Improve users' formal education
    - Improve users' general knowledge and skills
- IMLS Primary Measuring Success Intents: Human Services
    - Improve users' ability to apply information that furthers their parenting and family skills
    - Improve users' ability to apply information that furthers their personal and family health & wellness

IMLS Primary Measuring Success Intents: Economic and Employment Development

    o Improve users' ability to apply information that furthers their personal, family or household finances
    o Improve users' ability to use resources and apply information for employment support
    o Improve users' ability to use and apply business resources

*Statewide Projects*

The State Library will use LSTA funds to support Building a New Generation of Readers, a statewide early literacy project designed by the Arizona State Library to support public and school libraries in teaching parents and early childcare providers strategies to prepare preschool children from birth to become readers. With the State Library providing staff training and materials, participating libraries create family-friendly spaces, offer workshops, and incorporate instruction into existing programs for preschoolers, their families, and caregivers.

The Arizona Reading Program supports literacy development and lifelong learning by providing resources that assist public and tribal libraries to plan, promote, and implement summer reading programs. E-resources training informs the public and library staff about online databases, learning platforms and other electronic materials available through Arizona libraries.

*Subgrants*

The State Library will offer subgrants to public, tribal, school, special and academic libraries to support lifelong learning and literacy for Arizona residents.

*Timeline*

Statewide and subgrant projects will take place throughout the five-year period of the grant.

| Intended Outcomes | Data Sources | Targets for Change |
|---|---|---|
| Participants in library informal education programs will report increased knowledge of topic | Patron surveys | 75% or more of participants |
| Increase in number of summer reading program participants and number of minutes read | Summer reading program data reported by libraries | Baseline data; improving baseline |
| Maintain or increase the number of calls to Digital Navigators | Administrative data | Baseline data; maintaining and/or improving baseline |

## GOAL 3:  Institutional Improvements

**Support technology resources, staff skills, programs, and collections in libraries while addressing barriers to accessing these resources and services.**

Needs addressed: Education and skills development; Community connection and collaboration

IMLS Purposes and Priorities addressed by Goal 3 (Numbering from IMLS):

Purpose 8.  Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds to the field of library and information services.

Priority (3) (a) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services, and
      (b) enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds to the field of library and information services.

Primary IMLS Measuring Success Focal Area for Goal 4: Institutional Capacity
-    IMLS Primary Measuring Success Intents
  - Improve the library workforce
  - Improve library's physical and technological infrastructure
  - Improve library operations

*Statewide Projects*
The State Library will use LSTA funds to provide continuing education projects which include Leadership Institutes and Summits that explore essential elements of good leadership and provide planning opportunities for library leaders; Summer Library Institute which provides training for non-MLS public library staff serving mostly small and rural libraries throughout Arizona; tribal library outreach; in-person and online staff trainings on a variety of topics; and scholarships to attend professional development events and conferences.

Library services consultants work with staff from libraries all over Arizona to provide them with information they need on best practices of librarianship to do their jobs well and to think creatively about current and future needs of their communities.
LSTA funds will also help leverage e-rate consulting provided by the State Library. Libraries play a major role in leveling the playing field for underserved and unserved customers by providing affordable broadband access for learning, health, business, and recreational information needs. The State Library will collect Arizona Public Library Statistics, using LSTA funds to support data analysis, visualization, and dissemination.

*Subgrants*
The State Library will offer subgrants to public, tribal, school, special and academic libraries to support institutional improvements.

*Timeline*
Statewide and subgrant projects will take place throughout the five-year period of the grant.

| Intended Outcomes | Data Sources | Targets for Change |
|---|---|---|
| Library staff will report increased knowledge of and confidence in using information learned in professional development training | Post-program surveys of library staff including rating of knowledge level, confidence, and likelihood of applying what they learned | 75% or more of staff |
| Maintain or increase the number of libraries that apply for e-rate | Administrative data | Baseline data; maintaining and/or improving baseline |
| Maintain or increase the number of libraries that complete the Public Libraries Survey (PLS) | Administrative data | Baseline data; maintaining and/or improving baseline |

# GOAL 4: Inclusive Communities

**Support the efforts of libraries to engage with community members from diverse backgrounds, foster connections with other community organizations, and collaborate with partners to contribute to community well-being.**
Needs addressed: Community connection and collaboration; Access to information and resources

IMLS Purposes and Priorities addressed by Goal 4 (Numbering from IMLS):

Purpose 6: Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers.

Priority 4: Develop public and private partnerships with other agencies, tribes, and community-based organizations.

Priority 5: Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills.

Priority 6: Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved.

Primary IMLS Measuring Success Focal Area for Goal 3: Inclusive Communities

- IMLS Primary Measuring Success Intents: Civic Engagement
  - Improve users' ability to participate in their communities
  - Improve users' ability to participate in community conversations around topics of concern

*Statewide Projects*
The State Library will use LSTA funds to provide model programs, resources, and materials to support libraries with community conversation projects such as America250.
The Arizona Talking Book Library assists individuals with disabilities to obtain resources and training to compete in the today's workforce, specifically workforce knowledge, abilities and skills, digital literacy, Braille, and other literacies. LSTA funding will develop projects to improve quality of life for seniors with visual or physical disabilities and who qualify for the talking book program, and to provide access to digital tools and resources.
The State Library recognizes digital inclusion as a necessary step in overcoming digital inequalities and to ensuring greater social and economic participation for all Arizona residents. Digital inclusion embraces access to affordable, robust Internet service, the availability of hardware and software, digital literacy skills, quality technical support, and relevant content and services. Although digital inclusion has been placed in Goal 4, it underpins each of the State Library's goals of Information Preservation and Access, Informal Education, Institutional Improvements, and Inclusive Communities.

*Subgrants*
The State Library will offer subgrants to public, tribal, school, special and academic libraries to support community engagement and digital equity for Arizona residents.

*Timeline*
Statewide and subgrant projects will take place throughout the five-year period of the grant.

| Intended Outcomes | Data Sources | Targets for Change |
|---|---|---|
| Increase number of community conversation programs hosted or co-hosted by libraries | Administrative data and subrecipient reports | Baseline data; improving baseline |
| Participants in community conversation programs will report increased knowledge of topics | Surveys | 65% or more of participants |

# COORDINATION EFFORTS

*This section must include a crosswalk that maps each goal to one or more of the six Measuring Success focal area(s) and maps associated projects to one or more of the fourteen corresponding intent(s).*

## Goal 1: Information Preservation and Access

| Need | Focal Area | Project | Intent(s) |
|---|---|---|---|
| • Access to information and resources<br>• Community connection and collaboration | Information Access | • Statewide databases<br>• Statewide resource sharing<br>• Government information digitization<br>• Reading Arizona<br>• Arizona Memory Project<br>• Arizona newspapers<br>• Arizona legal resources<br>• State Archives conservation and digitization activities<br>• Increasing access for visually impaired veterans<br>• Talking Book Library discovery and access<br>• Subgrants to public, tribal, school, special and academic libraries for information preservation, digitization, discovery and access<br>• Other programming as identified | • Improve users' ability to discover information.<br><br>• Improve users' ability to obtain and/or use information resources. |

## Goal 2: Informal Education

| Need | Focal Area | Project | Intent(s) |
|---|---|---|---|
| • Education and skills development<br>• Community connection and collaboration | • Lifelong Learning<br>• Human Services<br><br>• Economic and Employment Development | • Building a New Generation of Readers<br>• Arizona Reading Program<br>• E-resources training<br>• Digital Navigators<br>• Arizona Genealogy Day<br>• XR in AZ Libraries<br>• Subgrants to public, tribal, school, special and academic libraries support lifelong learning and literacy for Arizona residents<br>• Other programming as identified | • Improve users' general knowledge and skills<br><br>• Improve users' formal education<br><br>• Improve users' ability to apply information that furthers their parenting and family skills<br><br>• Improve users' ability to apply information that furthers their personal or family health & wellness<br><br>• Improve users' ability to apply information that furthers their personal, family or household finances<br><br>• Improve users' ability to use resources and apply information for employment support<br><br>• Improve users' ability to use and apply business resources |

## Goal 3: Institutional Improvements

| Need | Focal Area | Project | Intent(s) |
|------|-----------|---------|-----------|
| • Education and skills development<br>• Community connection and collaboration | Institutional Capacity | • In-person and online continuing education<br>• Summer Library Institute<br>• Leadership Institute<br>• Leaders' Summit<br>• Internship program and support<br>• Library services consulting<br>• Digital technology projects<br>• Tribal library outreach<br>• Continuing education scholarships<br>• E-rate support<br>• Public library statistics<br>• Subgrants to public, tribal, school, special and academic libraries for institutional improvements<br>• Other programming as identified | • Improve library's workforce<br>• Improve the library's physical and technological infrastructure |

## Goal 4: Inclusive Communities

| Need | Focal Area | Project | Intent(s) |
|------|-----------|---------|-----------|
| • Community connection and collaboration<br>• Access to information and resources | Civic Engagement | • America250<br>• Voter registration in libraries<br>• Community conversations<br>• Arizona Talking Book Library Outreach<br>• Teleservices in libraries<br>• Digital equity projects<br>• Subgrants to public, tribal, school, special and academic libraries for projects supporting community engagement, especially in partnership with other local organizations including museums<br>• Other programming as identified | • Improve users' ability to participate in their community<br>• Improve users' ability to participate in community conversations around topics of concern |

The Arizona State Library, Archives and Public Records, a division of the Arizona Secretary of State, works closely with state agencies and offices. These partnerships are expected to continue through 2027.

- The Arizona Talking Book Library branch collaborates with the **Arizona Department of Economic Security's Rehabilitation Services Administration** to provide access to audio newspapers, magazines and job listings for individuals who are blind or visually impaired and unable to read the print versions.
- Arizona Talking Book Library is represented on the **Governor's Council on Blindness and Visual Impairment**, with the branch administrator serving as an ex-officio member.
- The Governor's Council works to ensure that the specialized needs of blind and visually impaired Arizonans are addressed effectively, to encourage broad participation by other organizations and individuals interested in blind and visually impaired Arizonans, and to develop and periodically review and recommend goals and objectives to meet the needs of blind and visually impaired Arizonans. The Talking Book Library administrator is an active member of the Public Information Committee of the Council and the previous administrator was an integral part of the Department of State's assistance in 2016 in developing and populating an online database which links to resources for the blind, low vision and low vision/low hearing population in Arizona.
- The State Library is also committed to supporting the work of a local service, **Sun Sounds of Arizona,** which provides a free radio reading program for people who cannot read or hold print material due to a disability. Each year the State Library provides designated funding to Sun Sounds, as well as encouraging the coordination of joint efforts between the Arizona Talking Book Library and Sun Sounds. The two entities work together to promote awareness of both programs and reach a larger audience who cannot read conventional print.
- The State E-rate Coordinator for public libraries maintains the following partnerships:
  - **Arizona Department of Education** to provide joint trainings and create tools to promote and facilitate E-rate applications.
  - **Arizona State Procurement Office** to negotiate state purchasing agreements.
  - **Arizona State Land Department** for mapping libraries and the broadband speeds they get and the service providers they use.
- The State Librarian has a seat on the board of directors of the **Arizona Telecommunications & Information Council (ATIC).** State E-Rate Coordinator is an Associate on that Board and a member of the **Arizona Technology Council (AzTC).** ATIC and AzTC function as recognized and authoritative organizations informing technology policy development. State Library participation helps to leverage grants, expertise, demand and outreach.
- The State E-rate Coordinator is also on the Board of Directors for **GAZeL (Greater Arizona e-Learning)** whose mission is to promote and adopt innovative learning using affordable broadband.
- The State Librarian, State E-Rate Coordinator, and Library Development staff collaborate with a number of agencies and organizations through the Arizona Broadband

Stakeholders Network. One is the State Broadband Office, under the Arizona Commerce Authority. Staff have presented at the Commerce Authority's Broadband Workshops to support digital inclusion and broadband adoption efforts and participate in the statewide broadband mapping working group.

- Produced in partnership with **Arizona Humanities**, the State Library helps provide FRANK Talks in Arizona libraries. These face-to-face events are free, thought-provoking, expert-facilitated discussions on important issues facing Arizona communities. They are structured to encourage discussion and inspire people to practice the skills of citizenship.
- **Arizona State Parks** is a strong supporter and partner in the statewide Summer Reading Program. Since 2017, Arizona State Parks has promoted the Arizona Summer Reading Program by providing 25,000 park passes each year to Arizona libraries to share with their summer reading participants.
- Library Development supports libraries statewide with materials and training to be leaders in their communities in working with parents and caregivers to prepare children to enter school ready to read. **First Things First** is a statewide organization with a mission to be "one of the critical partners in creating a family-centered, comprehensive, collaborative and high-quality early childhood system that supports the development, health and early education of all Arizona's children birth through age five." (See https://www.firstthingsfirst.org.) A board and 28 Regional Councils oversee the expenditure of funding provided by an 80-cent per pack tax on tobacco products. The State Library helps to support their annual summit, staffs an exhibit table with information about libraries and early literacy, and encourages librarians to participate in their local councils and to apply for grant funding for early literacy initiatives.
- The State Library's Law and State Government Publications collections support the work of **Arizona State Government** and policy researchers nationwide by collecting and preserving Arizona legal materials and State Government Publications. Library Staff supports the legal and policy information needs of agencies in all three branches of Arizona Government by providing reference services, research training, and interlibrary loan. In addition to preserving unique materials in print, the Law and State Government Publications collections participate in the State Documents Depository Program in partnership with other libraries throughout the state and aim to make as much of their material freely available in online collections via the Arizona Memory Project. As a Regional Federal Depository Library, the Research Library collects all material sent to it by the Federal Government Printing Office (in a variety of formats) and works throughout the year with Arizona's other Federal Depository Library Program participants, which include public, community college, and university libraries.
- The State of Arizona Research Library and Library Development branches work closely with the **State Data Center.**

# EVALUATION PLAN

*The State Plan must include an evaluation plan that describes the methodology that will be used to evaluate the success of projects established in the State Plan. 20 U.S.C. § 9134(b)(4). SLAAs should include objectives and indicators for each goal. Projects that include components of public and library staff instruction, content creation or acquisition, and planning and evaluation will be evaluated using outcomes-based assessment questions built into the program's reporting system, the State Program Report (http://imls-spr.imls.gov/). SLAAs will also conduct five-year evaluations as directed by legislation. 20 U.S.C. § 9134(c).*

The Arizona State Library will use a variety of methodologies to evaluate the success of the projects in meeting the goals of the *Arizona LSTA Five-Year Plan (2023-2027)*. These include ongoing evaluation throughout the period of the Plan:

- Surveys (paper and web-based) and/or interviews upon completion of projects: summer reading and grant funded projects.
- Surveys (paper and web-based) and/or discussions at library administrator meetings to determine outcomes and effectiveness of projects related to training, library development and communications.
- Project reports from grantees upon program completion, to include outcomes based on expectations set in applications. State Program Reports (SPR) will be completed and submitted to IMLS every year.
- Collections and analysis of PLS data and other data identified by the State Library staff.

In addition, the Arizona State Library will engage an outside evaluator to conduct an assessment of the completed Plan as required by IMLS. Included in this evaluation will be an examination of data and evaluations conducted throughout the period of the Plan, stakeholder input activities to be determined by the evaluator, and discussions with the State Library staff, leadership, and key partners.

# STAKEHOLDER INVOLVEMENT

*Stakeholder involvement, communication, and monitoring are essential elements of a State Plan and must be integrated into it. SLAAs must describe the procedures that will be used to involve libraries and library users throughout the State in policy decisions regarding the development, implementation, and evaluation of the State Plan. 20 U.S.C. § 9134(b)(5).*

The *Arizona LSTA Five-Year Plan (2023-2027)* is based on extensive input from the library community, from independent evaluators, and from other stakeholders. This includes information and data gathered through individual interviews, focus groups, and surveys.

The assessment of the State Library's efforts in carrying out the 2018-2022 Plan was conducted by QualityMetrics Chief Executive Officer Dr. Martha Kyrillidou, assisted by associate researchers Joe Matthews and William Wilson. The process used in the assessment included both retrospective and prospective components and gathered valuable information both for the evaluation and for the subsequent planning process. Interviews, focus groups, a web-based survey of libraries and librarians, and a postcard survey to randomly selected households in Arizona were conducted in addition to an extensive review of State Program Report (SPR) data.

QualityMetrics was subsequently engaged to facilitate the State Library's LSTA planning process. A review of the evidence with a focus on prospective changes was conducted. Frequent Zoom sessions were conducted by QualityMetrics that involved the State Librarian and the LSTA Coordinator, and planning sessions with the Library Leadership team, and a review of documents, reports, and meeting data from planning happening within the library and state agency communities. Input on the evaluation and the plan was sought from Secretary of State Administration as well.

In addition, LAPR commissioned a study by Brenda Brown-Lyons with two goals in mind: to provide insight into the most crucial issues Arizona libraries are experiencing as a result of the epidemic; and to determine how LAPR and the Arizona Library Association (AzLA) can collaborate to support libraries, library staff, and the Arizona residents for whom they provide essential services. Brown-Lyons facilitated virtual discussions with county librarians, teacher librarians, academic library leaders, LAPR staff, urban library leaders, Maricopa County Library Council members, new AzLA members, non-AzLA members, and members of AzLA divisions, special interest groups and committees.

Going forward, LAPR will continue to solicit input and feedback from county librarians, library leadership, Maricopa County Library Council, and other stakeholders.

# COMMUNICATION AND PUBLIC AVAILABILITY

*SLAAs must describe the channels that will be used to communicate to stakeholders the content of the State Plan and any results, products, processes, or benefits. Each SLAA receiving a grant must make the State Plan readily available to the public and share it with the library community. 20 U.S.C. § 9134(e)(2).*

Once the *Arizona LSTA Five-Year Plan (2023-2027)* has been approved by IMLS, the State Library will post the Plan on the agency website where it will remain throughout the duration of its implementation. The State Library's leadership will present the Plan to agency staff and preparation for the implementation of the Plan will commence.

The Plan's goals may be amended if such an alteration is dictated by community needs. Budgets, specific activities, and anticipated products and services may also be adjusted based on LAPR's capacity to carry out the Plan as proposed. However, any substantive revisions to

*Arizona LSTA Five-Year Plan (2023-2027)* 22

the Plan will be submitted to IMLS in accordance with IMLS guidelines and the provisions of the Museum and Library Services Act. LAPR will publicize the achievement of significant milestones identified in the Plan as well as ongoing results of its efforts. The State Library will also comply with reporting requirements through the SPR. Finally, both achievements and shortcomings will be shared with stakeholders within the state as part of an ongoing effort to improve performance and to increase the positive impact of projects and activities.

# MONITORING

*SLAAs must describe the procedures for continuous tracking of current performance in relation to the State Plan. See, 2 C.F.R. 200.327-332. This monitoring should comply with reporting requirements related to the State Program Report.*

Appropriate LAPR staff will monitor the implementation of *Arizona LSTA Five-Year Plan (2023-2027)* on a continuous basis by tracking the execution of all aspects of the Plan. Specific staff will be tasked with preparing and generating relevant reports as required as well as to inform decision making. A component of this tracking will be the monitoring of any subgrant projects that are funded with LSTA dollars. Subrecipients will be required to submit semi-annual status reports and final reports on the status and results of each project. This will be supplemented with a combination of on-site monitoring visits, phone calls, emails, and other virtual contact.

All projects, including any subgrant projects as well as those directly administered by LAPR, will be monitored on a regular basis as ongoing activities are conducted, documented, and measured. Information and data collected as part of this process will be used to inform LAPR's reporting to IMLS in the annual SPR.

Monitoring will comply with the requirements and procedures outlined in 2 CFR 200.327-332
- 2 CFR 200.327 - Financial Reporting
- 2 CFR 200.328 - Monitoring and Reporting Program Performance
- 2 CFR 200.329 - Reporting on Real Property
- 2 CFR 200.330 - Subrecipient and Contractor Determination
- 2 CFR 200.331 - Requirements for Pass-Through Entities
- 2 CFR 200.332 - Fixed Amount Subawards

# ASSURANCES

The following assurances are being submitted with this Plan:

- Program Assurances for 2023 Grant Award (Includes compliance with Internet Safety; Trafficking in Persons; Nondiscrimination; Debarment and Suspension; Drug-Free Workplace; Federal Debt Status; and Lobbying requirements)

- Non-Construction Assurance Form (SF-424B)

- State Legal Officer's Certification of Authorized Certifying Official

- Internet Safety Certification for Applicant Public Libraries, Public Elementary and Secondary School Libraries and Consortia with Public and/or Public School Libraries

# APPENDIX A: Needs Assessment

Prepared by QualityMetrics

*Preface on Data Used*
Most of the data used in this report is from the U.S. Census; other sources are cited where used. The census data used for the overview section includes data from the decennial census, both the 2020 redistricting data and the 2010 decennial data. Any data cited from 2020, both in the overview and what makes up the majority of the data in the rest of this report, is from the 2020 5-year (2016-2020) American Community Survey (ACS), which includes a greater number of topics than that found in decennial census data. 2015 comparisons for this data are from the 2011-2015 ACS. The highly rural nature of many Arizona counties means that the 5-year ACS estimates had to be used, rather than the 1-year estimates (which are only available for areas with populations over 65,000).

The 2020 population for the State of Arizona was 7,151,502, an 11.9% increase over the 2010 population.  In the intervening 10-year period, the population has become much more diverse. 53.4% of the population is White (down from 73.0% in 2010), and the Hispanic population has grown slightly to 30.7% of the State's total (29.6% in 2010).  African Americans comprise 4.4%, American Indians 3.7%, and Asians 3.5% of the State's population.

**Population Distribution**

Most of the State's population live in the greater Phoenix Metropolitan area and around the Tucson area (Maricopa and Pima Counties account for 76.41% of the State's total population). Phoenix is the only state capital with more than 1 million people. The remaining population is widely scattered in the remaining 13 counties.

While the American Indian population in the state is relatively small, Indian tribal lands account for about 27.1% of the State's 113,998 square miles of land. In addition, Arizona has substantial federal lands with seven national parks, including the Grand Canyon, within its borders (approximately 42.29% of state land or some 30,741,287 acres managed by the Bureau of Land Management and the U.S. Forest Service).

The terrain of the state varies greatly from the desert is the southern portion of the state to rugged canyons, mountain ranges and forests in higher elevations of Arizona. This highlights the challenges of delivering quality library services in sparsely populated areas, including tribal lands.

Low tax revenues in smaller communities and high transportation costs make the provision of courier services difficult.

Technology can close the distance gap, but having access to high speed, broadband Internet (fiber optic lines) is a challenge where great distances and a sparse population are not very

profitable to service providers. It should be noted that applications for grants to install broadband are being received by the Arizona Broadband Development Grant Program. Typically, there are significant variations in the rates of broadband adoption between regions and demographic groups and thus, the "Digital Divide" will continue to exist for some time.

**Changing Demographics**

The increased diversity means that 27.1% of the State's population speak a language other than English at home.[6]  A Latino population representing about one-third (32%) of all residents, 20.3% of the state's population speak Spanish, 1.32% of the population speak Navajo, 0.49% speak Chinese, 0.45% speak other native North American languages, and 0.44% speak Tagalog.  Among the many other languages spoken in Arizona are Arabic, German, Vietnamese, Hindi, Swahili, French and Korean.[7]

**Age Distribution**

The age distribution of Arizona residents closely parallels that of the United States with the exception that Arizona has a slightly larger senior population (18.0% of Arizona's population is over 65 while the U.S. average is 16.5%).[8]

**Education**

The COVID-19 pandemic has had a clear and negative impact on the ongoing educational progress of students of all ages.  78.7% of Arizona high school students graduate with a diploma (the U.S. average is 85.3%).[9]  Research has shown that the two most important indicators of high school graduation are kindergarten readiness and reading at grade level by the end of third grade.[10]

One survey of Arizona citizens found that the state has high educational aspirations yet its performance is lacking.[11]  According to the Annie E. Casey Foundation, Arizona ranks 47th among the 50 states on an Education Index.[12]  The achievement gap is primarily the result of different levels of support children receive when they are not in school – before they start kindergarten, before and after school, during summer vacation and the level of parental involvement.

---

[6]  American Community Survey, 2019.

[7]  Data USA.  Available at https://datausa.io/profile/geo/arizona

[8]  Arizona U. S. Census Bureau QuickFacts United States

[9]  Data available at https://mapazdashboard.arizona.edu/education/high-school-graduation-rates

[10]  Annie E. Casey Foundation. (2021). *2021 KIDS COUNT data book: State trends in child well-being.*  Available at https://www.aecf.org/resources/2021-kids-count-data-book

[11]  *The Arizona We Want 2.0: The Case for Action.*  Center for the Future of Arizona, 2013.

[12]  The Annie E. Casey Foundation.  2021 Kids County Data Book: State Trends in Child Well-Being. Available at https://www.aecf.org/resources/2021-kids-count-data-book

The challenge is that many Arizona families lack access to affordable and convenient early learning, afterschool, and summer enrichment programs. Public libraries can help fill the gap by providing early literacy programs, summer reading programs, and partnering with schools for after school and summer enrichment programs, especially STEAM programs (Science, Technology, Engineering, Arts and Music). Governor Ducey announced the launch of a summer camp for students with an emphasis on math, reading, and civics (a possible partnership opportunity for public libraries).[13]

Despite what library collections, programs and services offer, many library services and their associated benefits are not widely known or understood by local community members. Libraries need to do a better job to promote their resources and services and to communicate with local governments stakeholders.

In the face of a difficult and uncertain job market, some states, such as Texas, are developing new and expanding credentialing opportunities helping individuals distinguish their education and talents with industry-recognized certifications and credentials.[14]

**Technology**

The widespread adoption of technology into everyday life coupled with the rapid evolution of the technology itself has Arizona libraries concerned about how to keep pace with the rapid pace of change.  The pandemic has highlighted the need for fast, reliable, secure, and affordable broadband Internet access for all. Yet, high-speed broadband, defined as 100 MB download speed and 10 MB upload speed, is not available for many tribal, rural, and underserved communities and neighborhoods.[15] Clearly the Digital Divide continues to exist and will continue to exist for the foreseeable future.

There are three related concerns about providing access to digital content: first, most digital content provided by libraries is expensive and must be licensed (not purchased) each year; second, the preservation of digital content that has been created by libraries must be sustained year-after-year; and third, the user interface for the Websites providing access to Arizona focused digital content must be significantly improved.

**Equity**

With most of the state's population living in more affluent and urban areas, people living in the more rural areas are not receiving the same level of library services. This suggests that the

---

[13] 2022 State of The State: Summer Learning Camps for Arizona Kids.  News Release, January 10, 2022.  Available at azgovernor.gov

[14] Texas Credentials for the Future Initiative.  March 2021.  Available at https://www.utsystem.edu/offices/academic-affairs/academic-innovation/texas-credentials-future-initiative

[15] Arizona Broadband Stakeholder Network.  COVID-19 Digital Access Task Force Report and Recommendations. November 20, 2021.  Available at https://www.arizonatele.org/covid19-about.html

State Library might provide a base level of services for all residents, especially in licensing electronic resources.

**Economic Opportunity**

A recent report released by the Arizona Governor's office estimates that Arizona will have an annual job growth rate of 2.2% over the coming decade (U.S. job growth rate over the same period is expected to be 0.7%).[16] The largest gains are expected in the education, health services, construction, and professional and business services sectors.

Yet, the COVID-19 pandemic has caused many people to reconsider the kind of job that they have and want to make a change. 20 million Americans have quit their jobs since April 2021 in what some are calling the "Great Resignation."[17]

**Climate Change**

Large urban areas such as Phoenix and Tucson are susceptible to rising temperatures from climate change as pavement, buildings and other structures absorb heat creating a phenomenon known as urban heat island effect. For 144 days last year, Phoenix area temperatures exceeded the 100-degree mark. A quarter of home energy costs goes towards running air conditioning units and the costs of electricity are likely to increase over the coming decade.[18]

**Conclusion**

As we struggle to return to a normal lifestyle during this COVID-19 pandemic, Arizona public libraries will need to embrace the reality that the delivery of in-person services and programs will need to become more of a hybrid service delivery model that encompasses both in-person and online services.

---

[16] Office of Economic Opportunity. *Arizona 2020-2030 Projected Employment Report: State Projected to Add Almost 721,689 Jobs over Next 10 Years.* Phoenix: Arizona, November 8 2021. Available at https://www.azcommerce.com/media/xj4j3pva/2020-2030_projectedemploymentreport.pdf
[17] Gravitas Plus: The Great Resignation. October 30, 2021. Available at https://www.youtube.com/watch?v=pOphIpddRAk
[18] Climate costs will strain Arizonans' health and economy. Environmental Defense Fund. December 1,2020. Available at https://www.edf.org/climate/costofinaction/arizona#:~:text=In%20Arizona%2C%20climate%20change%20is,bills%2C%20crop%20losses%20and%20more.

# APPENDIX B: Finding Balance in Uncertain Times

How the Arizona Library Association and the Arizona State Library, Archives and Public Records Can Support Arizona's Libraries in a Post-Pandemic Environment (Rev. 2022)

Executive Summary

Background

Arizona libraries have been impacted by the COVID-19 pandemic, associated executive orders, and economic challenges. This project was commissioned by the Arizona State Library, Archives and Public Records (LAPR) and compiled by Brenda Brown-Lyons with two goals in mind: to provide insight into the most crucial issues Arizona libraries are experiencing as a result of the epidemic; and to determine how LAPR and the Arizona Library Association (AzLA) can collaborate to support libraries, library staff, and the Arizona residents for whom they provide essential services.

Analytical Approach

In March and April of 2021, Brown-Lyons facilitated virtual discussions with Arizona library leaders, librarians, and paraprofessional staff to share the concerns and barriers facing their libraries, as well as identify ways AzLA and LAPR can continue to support them post-pandemic.

- 135 invitations
- 50 participants
- 14 discussions

Participants included county librarians, teacher librarians, academic library leaders, LAPR staff, urban library leaders, MCLD members, new AzLA members, non-AzLA members, and members of AzLA divisions, special interest groups and committees.

The discussions were recorded and transcribed. Concerns and barriers were sorted into nine categories and ranked by frequency. Responses related to support from AzLA and LAPR were similarly categorized and ranked.

Out of these categories, Brown-Lyons formed a series of recommendations related to those specific areas of focus for AzLA and LAPR to consider.

Findings

Arizona libraries adapted quickly to modify services during the COVID-19 pandemic, but staff expressed concerns about their libraries' changing role within their communities in the face of declining visitor counts and tenuous funding. In addition, library staff identified concerns about systemic racism, civil unrest, and how to meet the needs of underserved populations.

| Crucial Issues | Rank | Frequency of Response | Original Concerns |
|---|---|---|---|
| Equity, Diversity and Inclusion | 1 | 21.0 % | Equity, Diversity and Inclusion, Digital Divide & Digital Literacy, Underserved Populations & Public Transportation |
| Declining Visits | 2 | 17.1 % | Declining Visits, Competition for Customers & Outreach & Marketing |
| Budget Advocacy | 3 | 16.3 % | Budget Reductions, Staff Reductions & Telling Our Story with Statistics |
| Shifting Service Models | 4 | 13.2 % | Doing More with Less, Program Planning (virtual & in person) |
| Safety and Morale | 5 | 11.3 % | Staff Mental Health, Morale & Fear & Customer Safety |
| Strategic Planning | 6 | 9.3 % | Planning & Space Utilization |
| Community Engagement | 7 | 7.4 % | Rebuilding Partnerships, Community Engagement & Volunteers |
| Benchmarking | 8 | 2.3 % | Consistent services across library systems |
| Relevancy | 9 | 2.0 % | Relevancy |

Responses to questions about how AzLA and LAPR can support Arizona libraries were grouped thematically and listed by frequency of mention.

| How AzLA Can Support Arizona Libraries | | How LAPR Can Support Arizona Libraries | |
|---|---|---|---|
| Communication | 26% | Professional Development | 29% |
| Advocacy | 19% | LSTA, SGIA, CARES & Scholarship Grants | 22% |
| Leadership Development | 16% | Reference Services & Government Documents | 22% |
| Networking | 14% | Planning Support | 16% |
| Professional Development | 13% | Electronic Resources | 7% |
| Engagement | 12% | Statistical Reporting | 4% |

Recommendations for AzLA

| Communication | Establish monthly, bi-monthly or quarterly online recorded program meetings where best practices are shared with AzLA members from throughout the state at all staffing levels of library organizations. |
|---|---|
| Advocacy | Continue to shape public policy and raise public awareness about library services and program by supporting advocacy on national, state, regional and local levels. |
| Leadership Development | Continue to provide ongoing leadership development by engaging with members to actively participate in the organization, including presentation opportunities for members at all organizational levels. |
| Networking | Provide opportunities for members to network on local, regional and statewide levels. |
| Professional Development | Continue to provide an annual conference for library staff at all levels from throughout Arizona. |
| Engagement | Encourage participation in AzLA for staff at all organizational levels. |

Recommendations for LAPR

| Professional Development | Continue to offer no cost training opportunities on timely and diverse topics for library staff at all organizational levels. |
|---|---|
| LSTA, SGIA, CARES & Scholarship Grants | Expand grant opportunities by continuing to provide LSTA, SGIA, CARES & Scholarship grants while looking for additional grants and providing grant writing trainings to aid new library grant writers |
| Reference Services & Government Documents | Deliver Reference and Government Document services for librarians and researchers in a timely manner |
| Planning Support | Revisit providing consultant-based evaluation and strategic planning training |
| Electronic Resources | Maintain existing support of electronic databases, E-rate resources and bandwidth upgrades while looking for additional ways to enhance digital offerings and close the Wi-Fi gap. |
| Statistical Reporting | Update data points to ensure that statistics help library leaders demonstrate their library's value for stakeholders in a transitional environment. |

Conclusion

The crucial issues expressed by Arizona library leaders and staff members through this project provide a framework that informs action for both organizations.

By working cohesively, Arizona Library Association and the Arizona State Library, Archives and Public Records can provide the support critical to the post-pandemic recovery of Arizona's library institutions.