# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

*Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

*Defendants*.

C.A. No.:

## <u>DECLARATION OF ANNIE NORMAN, Ed. D.</u>

Pursuant to 28 U.S.C. § 1746, I, Annie Norman, hereby declare as follows:

1.      I am a resident of Delaware. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      In 2002, I was appointed as the State Librarian / Division Director for the Department of State, Division of Libraries.

3.      In November 2023, I was appointed to the National Museum and Library Services Board, and I was reappointed to a new five-year term in December 2024. On April 3, 2025, I received the following letter, sent on behalf of President Trump, terminating my membership on the board:

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Thursday, April 3, 2025 2:12 PM
**To:** Norman, Annie (DDL) <annie.norman@delaware.gov>
**Cc:** annie.norman@lib.de.us
**Subject:** Message from PPO

Annie,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the Institute of Museum and Library Services is terminated, effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel

4.      The Delaware Division of Libraries provides leadership and support for the timely development of Delaware's libraries, to ensure convenient access to, and encourage use of current information resources and reading material by all Delawareans. Members of the Delaware library community are unified in the values of service, access, and excellence, and are committed to the vision of progressive libraries and the transformational impact they have on the people who use them.

5.      As State Librarian / Division Director, I am responsible for administration of the operations and budget of the Delaware Division of Libraries.

6.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services, to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

7.      Given my experience, I believe that Executive Order 14,238 will cause IMLS to be unable to administer financial awards and/or programs on which the Delaware Division of Libraries relies and on which it expects to rely in the future, causing significant harm to Delaware and the Division of Libraries.

The Museum Library Services Act

8.      In 1996, Congress established the Institute of Museum and Library Services (IMLS) by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq*.). The Library Services and Technology Act, which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq*.

9.      IMLS, which administers the Library Services and Technology Act, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). The Delaware Division of Libraries is a State library administrative agency.

10.      In order to receive funds under the Library Services and Technology Act, each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134.  A copy of Delaware's Library Services and Technology Act Grants to States Five-Year Plan (2023-2027) is attached as Exhibit A.

11.      Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a

3

population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

12.    Section 9141 provides that:

Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—

(1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

(2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;

(3)
        (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

        (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

<u>The Institute of Museum and Library Services' Impact in Delaware</u>

13.     In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. Delaware received $1,389,442.00 which represents the Federal share of the activities in the approved plan, totaling 66 percent.[1]

14.     Delaware Division of Libraries uses these federal funds to support many of its programs, including: statewide services to improve Delawareans' literacy levels across the lifespan, improving student library services in Delaware's K-12 schools, supporting statewide library infrastructure including a shared catalog for easy access to libraries' materials, statewide social innovation support specialists to assist with basic needs and workforce development, reading services for print-disabled Delawareans, and professional development training for library staff statewide.

---

[1] A chart showing the 2024 allotments can be accessed here:
https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

15.     Delaware also uses these federal funds to pay 50% of the salaries of state employees plus several contractual staff.

16.     In addition to administering federal funding to States, IMLS also provides the following programs and services: administration of the Public Libraries Survey and the State Library Administrative Agency Survey; reports on activities by other state library agencies and libraries nationwide which provide inspiration and benchmarks for the Delaware Division of Libraries; best practices training for Delaware Division of Libraries staff and peer networking opportunities to enable them to better perform their duties; and a variety of research publications on timely and relevant topics. A recent example of inspiration and support for the Delaware Division of Libraries initiative called the Delaware Literacy Alliance was the 2023 IMLS report *Research on Motivation, Literacy and Reading Development: A Review of Best Practices*.

17.     The Delaware Division of Libraries' budget for this year has relied on receiving $1,389,442.00, allocating funding for staffing, library services support, and statewide infrastructure support based on the anticipated receipt of Federal funding promised.

18.     Annual funding from IMLS is an integral part of the Delaware Division of Libraries budget.

19.     Any pause in our federal funding would affect our ability to pay staff and support statewide library services and statewide library infrastructure. Annual funding from IMLS is relied upon and is expected to continue.

20.     Uncertainty about reimbursements for activities planned as part of the LSTA Five Year Plan is having an immediate effect on current activity planning and preparations for the next state fiscal year which starts on July 1, 2025.

21.     The Delaware Division of Libraries has a long history of adequate performance, timely submissions and compliance with IMLS requirements for all IMLS funding received. Feedback from our IMLS program officer after the June 2024 site visit included "Overall the LSTA program is consistently well-organized and well run. The administrative and financial processes are in order, and certain elements, like your work in social innovation and tapping into the power of consortia, could serve as a model for other states. I commend you and your staff for the attention to federal funding requirements and best practices."

22.     In the next six months, the Delaware Division of Libraries is scheduled to receive the remaining $1,018,912.65 in disbursements/reimbursements of the current federal fiscal year 2024 Grants to States award. Most of these funds are currently encumbered/obligated, and the small remainder will be obligated in the next few months.

23.     If such disbursements/reimbursements are not received, funds from other sources previously designated for other purposes must be used instead or planned activities will be reduced or cancelled. Staff pay may also be affected.

24.     The Delaware Division of Libraries uses the data submitted by individual Delaware public libraries to the annual IMLS Public Libraries Survey to help complete the annual distribution calculations for State aid to public libraries. Information from the State Library Administrative Agency Survey results provide inspiration and benchmarks.

25.     Elimination or delay in delivery of statewide library services and support for statewide library infrastructure will result in harm to all Delawareans, especially when increased demand for local public libraries' assistance with basic needs, skills retraining and job seeking is expected shortly due to the uncertain economic environment. Libraries also play an important role

in improving the dire student literacy levels in Delaware, and reduction in library services will reduce progress.

26.     Termination or delay of the Grants to State funding will reduce, or may eliminate, various statewide library services and infrastructure that support Delaware's print-disabled residents, job seekers, those needing assistance with applying for social services benefits, students, seniors and the general public.

27.     On March 31, 2025, I received the below email from the Institute of Museum and Library Services advising that all of its staff members were going to be placed on administrative leave effective immediately.

**From:** Teresa A. DeVoe <TDevoe@imls.gov>
**Sent:** Monday, March 31, 2025 2:39 PM
**To:** Teresa A. DeVoe <TDevoe@imls.gov>
**Cc:** Dennis Nangle <DNangle@imls.gov>; Madison Bolls <MBolls@imls.gov>; Cindy Boyden <CBoyden@IMLS.gov>; Laura McKenzie <LMcKenzie@imls.gov>
**Subject:** all IMLS staff going on administrative leave today

EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.
**TO: Chief Officers and LSTA Coordinators**

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today.  We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.

**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook

28.     On March 31, 2025, I also received the below statement from AFGE Local 3403 on the status of Museum and Library Services, advising that "[t]he status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated."



**A Statement from AFGE Local 3403 on the Status of the Institute of Museum and Library Services**

Earlier today, the Institute of Museum and Library Services notified the entire staff that they are being placed on administrative leave immediately. The notification followed a brief meeting between DOGE staff and IMLS leadership. Employees were required to turn in all government property prior to exiting the building, and email accounts are being disabled today. Museums and libraries will no longer be able to contact IMLS staff for updates about the funding they rely upon.

In the absence of staff, all work processing 2025 applications has ended. The status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated.

29.     Because there is no, or greatly reduced, staff to administer the Grants to States program, it is unlikely that Delaware will receive the remainder of its 2025 Grants to States Award by July 1, 2025, as expected, which will cause immediate and irreparable harm to Delaware.

30.     The loss of such funds would harm the Delaware's ability to pay for transit of book throughout the State, Delaware Library Access Services (DLAS, which provides books in Braille and audio books in accessible formats for the blind and physically handicapped residents of Delaware), 50% of the salaries of State employees and of contractors who provide direct services to customers in libraries.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 3, 2025, at Dover, Delaware.

_____
[DECLARANT]

9

# EXHIBIT A

# DELAWARE'S LIBRARY SERVICES AND TECHNOLOGY ACT GRANTS TO STATES FIVE-YEAR PLAN (2023-2027)

Approved by the Council On Libraries June 2, 2022 for submission to IMLS.
Submitted to IMLS by: Delaware Division of Libraries
Dr. Annie Norman, State Librarian and Director
June 2022

 

# TABLE OF CONTENTS

**INTRODUCTION**     1

**MISSION STATEMENT**     3

**NEEDS ASSESSMENT**     3

**GOALS**     8

    GOAL 1 - BUILD STRONG LIBRARIES     10

       Objective 1.1 - Grow Facilities Capacity     11

       Objective 1.2 - Enhance & Leverage Library Technology Infrastructure     11

       Objective 1.3 - Enhance Library Staff Knowledge & Skills     11

       Objective 1.4 - Assess & Address Mechanisms to Streamline Library Governance     12

       Objective 1.5 - Assess & Address Statewide Library Personnel Needs     12

    GOAL 2 - ENSURE EQUITABLE ACCESS     12

       Objective 2.1 - Resource Enrichment and Sharing     13

       Objective 2.2 - Access to Library Resources for Individuals with Print Disabilities     14

    GOAL 3 - BUILD THRIVING COMMUNITIES     14

       Objective 3.1 - Delaware Communities of Excellence     15

       Objective 3.2 - Delaware Library Social Infrastructure and Social Innovation     15

       Objective 3.3 - Lifelong Learning & Enrichment     16

**COORDINATION EFFORTS**     16

**EVALUATION PLAN**     17

**STAKEHOLDER INVOLVEMENT**     19

**COMMUNICATION AND PUBLIC AVAILABILITY**     19

**MONITORING**     20

**ASSURANCES**     21

**APPENDIX A - PROJECT DESCRIPTIONS**     **A**-1

**APPENDIX B - CROSSWALK TABLE**     **B**-1

**APPENDIX C - DELAWARE STRATEGY MAP & EVALUATION**     **C**-1

1

# INTRODUCTION

The Library Services and Technology Act (LSTA) authorizes state program grants to certified state library administrative agencies (SLAAs). In order to be eligible for funding, SLAAs must submit a five-year plan for implementation that is consistent with the stated purposes of LSTA and with the priorities of the "Grants to States" program. Each year, SLAAs throughout the nation carry out more than 1,500 projects that are supported by this program. Funds are distributed to the states and territories and are monitored by the Institute of Museum and Library Services (IMLS). Following are purposes of LSTA and the priorities[1] of the Grants to States program.

## Purposes of LSTA (20 U.S.C. § 9121)

1. Enhance coordination among Federal programs that relate to library, education, and information services;
2. Promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States;
3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;
4. Encourage resource sharing among all types of libraries for the purpose of achieving economical and efficient delivery of library services to the public;
5. Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students;
6. Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers;
7. Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;
8. Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;
9. Ensure the preservation of knowledge and library collections in all formats and enable libraries to serve their communities during disasters;
10. Enhance the role of libraries within the information infrastructure of the United States in order to support research, education, and innovation;

---

[1] https://www.imls.gov/grants/grants-state/purposes-and-priorities-lsta

11. Promote library services that provide users with access to information through national, State, local, regional, and international collaborations and networks; and

12. Encourage, support, and disseminate model programs of library and museum collaboration.

## Grants to States (20 U.S.C. § 9141)

1. Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

2. Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;

3. (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

4. Develop public and private partnerships with other agencies, tribes, and community-based organizations;

5. Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

6. Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved;

7. Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

8. Carry out other activities consistent with the purposes set forth in 20 U.S.C. § 9121, as described in the State library administrative agency's plan.

In compliance with the requirements of the 2010 Museum and Library Services Act as Amended, the following document presents the Delaware Division of Libraries' (DDL) FFY 2023 - 2027 plan for fulfilling the objectives of the LSTA Grants to States program. However, the Plan before you is not limited to the scope of projects, activities, and initiatives that will be carried out using Federal LSTA funds. Rather, the plan is an integrated document that demonstrates how DDL will pursue its efforts to fulfill its mission using a myriad of funding sources ranging from non-governmental resources provided by Dolly Parton's Imagination Library program.

While DDL recognizes that certain components mentioned in the Plan, e.g., facility construction, are not eligible for LSTA funds, they are, nevertheless, elements of a consolidated blueprint designed to achieve the ultimate goal of thriving communities of flourishing individuals.

The Plan summarizes the needs of Delaware's libraries as well as the library and information needs of First State residents. These needs have been identified through an examination of a variety of factors including demographic data, relevant societal indicators, and findings and insights from the recently completed evaluation of DDL's implementation of its 2018 - 2022 LSTA Five-Year Plan. The new 2023 - 2027 LSTA Five-Year Plan sets forth goals and identifies anticipated projects designed to address these needs. The Plan clearly identifies projects that are not eligible for LSTA support as well as those that are most likely to utilize federal funds.

# MISSION STATEMENT

The Delaware Division of Libraries provides leadership and support for the timely development of Delaware's libraries, to ensure convenient access to, and encourage use of current information resources and reading material by all Delawareans. Members of the Delaware library community are unified in the values of service, access, and excellence, and are committed to the vision of progressive libraries and the transformational impact they have on the people who use them.

# NEEDS ASSESSMENT

A variety of data sources were used to develop the needs assessment portion of this Plan. Sources of information include 2020 U.S. Census, 2021 America's Health Rankings, and the Delaware State government website.

## General Demographic Characteristics

In spite of its small physical size, Delaware is quite a diverse state and is, in many ways, a microcosm of the nation. The First State is home to densely-populated urban neighborhoods and sprawling farm fields, traditional suburbs and upscale tourist destinations, legacy industrial complexes and high-tech office parks. Amazingly, all of this diversity occurs within a framework of only three counties and 1,982 square miles.

Delaware's total population is small compared to most other states; however, the First State's population has consistently grown more rapidly than the national population. The U.S. Census Bureau's 1980 data showed that Delaware had a population of just under 600,000 (594,338). The state's population grew by 12.09% between 1980 and 1990 and by an additional 17.63% between 1990 and the year 2000. By the time of the 2010 census, Delaware had reached a population of nearly 900,000 (897,934) representing a 14.59% increase during that decade. The First State continued its double-digit percentage growth in the 2010 - 2020 time-span. Delaware grew by 10.25% in that period compared to a national growth rate of 7.35%. The Census Bureau's population estimate as of July 1, 2021 indicates that Delaware has now topped one-

million residents (1,003,384) for the first time in its history.

Delaware's population is diverse and is becoming more diverse. The 2020 U.S. Census indicates that Delaware's African-American population is 23.2% of the total. This compares to 22.4% in 2015. In comparison, African-Americans comprise 13.4% of the total U.S. population. The national percentage in 2015 was 13.3%. Delaware's African-American population is largely, but not entirely concentrated in the state's urban areas.

Delaware's Hispanic population is smaller than the national average and stood at 9.6% at the time of the 2020 census. Individuals identifying themselves as Hispanic represented 9.0% of the State's population in 2015. This compares to 18.5% who identified themselves as Hispanic nationally. The Hispanic population in the state is somewhat more widely distributed than the African-American population living in both urban and rural areas of the State.

The percentage of Delaware's population that is foreign-born (9.40%) is somewhat lower than the national mark (13.50%). Not surprisingly, the percentage of individuals living in households where a language other than English is spoken (13.40%) is also lower than the national average (21.50%). Delaware has a slightly higher percentage of service veterans like many other states with major military bases. The Dover Air Force Base is located nearly in the center of the State.

The educational profile of Delaware residents is very similar to the U.S. as a whole. A slightly higher percentage of Delawareans 25+ years of age (90.60%) have graduated from high school. The percentage of First State residents with a college degree (32.70%) is almost identical to the national average (32.90%)

Delaware's median household income stood at $69,110 at the time of the 2020 Census, about $4,000 higher than the average U.S. household. This is reflected in a poverty rate 10.90% that is slightly below the national norm (11,40%). Both the percentage of households that reported having a computer (93.10%) and the percentage of households indicating that they have a broadband Internet subscription (87.40%) are a bit higher than the percentages in the country as a whole which were 91.9% and 85.20% respectively.

Delaware's population as a whole is significantly older than the national norm. The median age in the First State at the time of the 2020 Census was 41.10 years compared to 38.31 years across the United States. While the percentage of Delawareans under the age of 65 who have a disability (8.7%) is slightly lower than the national average (9.3%), the overall higher median age in the State suggests that the total percentage of Delaware residents with special needs is likely higher than the national mark.
.

| Basic Demographics | Delaware | United States |
|---|---|---|
| Population Estimate (July 1, 2021) | 1,003,384 | 331,893,745 |
| Percentage of Persons Under 5 Years of Age | 5.60% | 6.00% |
| Percentage of Persons Under 18 Years of Age | 20.90% | 22.30% |

| Basic Demographics | Delaware | United States |
|---|---|---|
| Percentage of Persons 65 Years of Age and Over | 19.40% | 16.50% |
| Median Age | 41.10 Years | 38.31 Years |
| White Alone Percentage | 69.20% | 76.30% |
| Black or African-American Alone Percentage | 23.20% | 13.40% |
| Asian Alone Percentage | 4.10% | 5.90% |
| Percentage Identifying as Hispanic or Latino | 9.60% | 18.50% |
| Percentage Foreign-Born Persons | 9.40% | 13.50% |
| Language Other than English Spoken at Home - Percentage of Persons % Over 5 Years of Age | 13.40% | 21.50% |
| Percentage Veterans | 6.48% | 5.37% |
| Percentage of Persons 25+ High School Graduate or Higher (2016 - 2020) | 90.60% | 88.50% |
| Percentage of Persons 25+ Bachelor's Degree or Higher (2016 - 2020) | 32.70% | 32.90% |
| Percentage of Persons Under Age 65 with a Disability | 9.30% | 8.70% |
| Percentage of Persons Under Age 65 without Health Insurance | 8.10% | 10.20% |
| Median Household Income (in 2020 dollars) | $69,110 | $64,994 |
| Percentage of Persons in Poverty | 10.90% | 11.40% |
| Percentage of Households with a Computer (2016 - 2020) | 93.10% | 91.90% |
| Percentage of Households with a Broadband Internet Subscription (2016 - 2020) | 87.40% | 85.20% |

## Library Metrics

Delaware performs very well in comparison to other states in regard to public library facilities and technological infrastructure. This is largely due to significant State investments in these areas. In fact, Delaware's 2019 ranking of 9th in state revenue per capita ($3.97) among states would be considerably higher if approximately $11 million of annual expenditures for facilities and technological infrastructure were included. However, total library revenues, and particularly local library revenues, tell a very different story. In addition, in 2022 the State announced that it is investing another $40 million for facilities improvements using ARPA funds.

Total public library revenues in 2019 equaled $32.62 per capita. In comparison, the U.S. average was $44.88. Furthermore, Delaware only ranks 41st among the states in local revenue per capita at $26.88 per person. This compares to a national average of $38.55. High population growth and relatively stagnant local budgets in some areas of the State have translated into per capita support for individual libraries declining over time.

This modest funding at the local level translates into meager library staffing levels and underscores the importance of capacity building in the human resources area. The 2019 PLS shows that Delaware ranked 39th among the states in the number of full-time equivalent (FTE) staff per 25,000 population. Delaware libraries had 9.48 FTEs per 25,000 population compared to a national average of 11.37 FTEs per 25,000 population.

Other results of poor funding reveal themselves in the form of inadequate collections. One troubling statistic is Delaware's 46th ranking in collection expenditures per capita ($2.62 per capita vs. a national average of $4.51 per capita. The First State also lags in the print materials per capita category with only 1.50 volumes per person. This compares to a national mark of 2.17 volumes per capita and results in a ranking of 43rd among the states. It is to the great credit of Delaware's hard-working public library staff that the State's performance on circulation per capita (5.78 per person) places it considerably higher (34th) in the rankings.

Due in part to the fact that Delaware has several library governing entities that cover major portions of counties, the State's percentage of library jurisdictions with at least one staff member with an American Library Association (ALA) accredited master's degree (61.90%) is somewhat higher than the national average (45.53%). Education for library staff has been supported over the years by the generous Ada Leigh Soles Scholarship Loan Program for Bachelor's, Master's and Doctoral degrees. However, the overall percentage of full-time equivalent library staff with an ALA-accredited master's degree is only 18.60% compared to 23.64% nationally.

| Public Libraries Survey (2019) Metrics | Delaware Rank | Delaware | United States |
|---|---|---|---|
| Total Library Operating Revenue | 37 | $32.62 | $44.88 |
| State Operating Revenue | 9 | $3.97 | $2.99 |
| Local Operating Revenue | 41 | $26.88 | $38.55 |
| Collection Expenditures per Capita | 46 | $2.62 | $4.51 |
| Library Visits per Capita | 28 | 4.19/capita | 3.93/capita |
| Print Materials per Capita | 43 | 1.50/capita | 2.17/capita |
| Circulation per Capita | 34 | 5.78/capita | 6.86/capita |
| Programs Offered per 1,000 Population | 16 | 24.26/ 1,000 pop. | 18.65/ 1,000 pop. |
| Total Paid Full-Time Equivalent Staff per 25,000 Population | 39 | 9.48/ 25,000 pop. | 11.37/ 25,000 pop. |

| Public Libraries Survey (2019) Metrics | Delaware Rank | Delaware | United States |
|---|---|---|---|
| Percentage of Paid Full-Time Equivalent Staff with ALA-Accredited Master's Degree | | 18.60% | 23.64% |
| Percentage of Public Library Jurisdictions with ALA-Accredited Master's Personnel | | 61.90% | 45.53% |

The situation is even more dire in the school library realm. A study that generated a *Delaware School Libraries Master Plan* (which was developed in part using LSTA funds in 2017) revealed significant deficiencies in the state's school libraries. The study found that school library staff was non-existent at the building level in many districts, that staff had numerous duties unrelated or only peripherally related to their professional duties. Allocations for school library collections were typically very small and in some cases were zero. The study found that school library collections were both dated and incomplete in terms of meeting curricular needs. There are few indications that this situation has improved.

**Other Selected Social Indicators**

Although Delaware's basic prose literacy rate and percentage of persons aged 25+ who are high school graduates are both very close to national averages, most would agree that the performance of 4th and 8th graders on the National Assessment of Educational Progress (NAEP) is nevertheless troubling. Only 33% of 4th graders and only 31% of 8th graders tested at the "proficient" level on these tests that are often referred to as "the Nation's Report Card." While these metrics place Delaware only slightly below the national norms, having only one-third of students testing at the proficient level nationally is, if anything, appalling.

Many of Delaware's measures related to health and wellness are also close to national norms. The United Health Foundation's "America's Health Rankings" offers insight into both the status of health care in each state and captures societal factors that are known to influence health outcomes. Delaware ranks 15th among the states in funding for public health. This translates into good scores on factors such as childhood immunizations (2nd in the nation) and colorectal cancer screening (9th among the states).

However, some societal indicators give cause for concern. Delaware ranks 19th in income inequality and almost ten percent (9.9%) of Delaware households are dealing with food insecurity. Delaware ranks 20th in access to mental health care. More than a third (36.5%) of Delawareans can be considered obese (36.5%) compared to a national average of 31.9% resulting in a ranking of 43rd among the states.

In short, while Delaware often ranks at or near national averages on measures of well-being, it is clear that many Delawareans face challenges, often related to economic disparities, that are concerning.

| Selected Social Indicators | Delaware | United States |
|---|---|---|
| 4th Grade - Percentage at or Above National Assessment of Educational Progress (NAEP) Proficient Level | 33% | 34% |
| 8th Grade - Percentage at or Above National Assessment of Educational Progress (NAEP) Proficient Level | 31% | 32% |
| Basic Prose Literacy Rate (Based on data from the National Center for Educational Statistics [NCES]) | 89.3% | 88.00% |
| Public Health Funding (America's Health Rankings) | 15 | |
| Childhood Immunizations (America's Health Rankings) | 2 | |
| Colorectal Cancer Screening (America's Health Rankings) | 9 | |
| Income Inequality (America's Health Rankings) | 19 | |
| Food Insecurity (America's Health Rankings) | 19 | |
| Access to Mental Health Care (America's Health Rankings) | 20 | |
| Obesity % Ages 18+ (America's Health Rankings) | 43 | |

## Summary of Needs

- Many Delaware libraries are underfunded and lack the resources they need to adequately serve the public and the funding that they need to fairly compensate staff.
- Many Delaware libraries are inadequately staffed and find it difficult to recruit,train, and retain qualified workers.
- Library staffing in Delaware inadequately represents the diversity of the State's population.
- The depth of library resources and the quality and range of services offered by Delaware libraries varies greatly based on location.
- Societal factors such as income inequality lead to information needs that are triggered by crisis situations.
- Literacy proficiency levels among Delaware's children are unacceptable.
- Numerous organizations in the State have overlapping responsibilities for addressing basic human needs.
- Some Delaware residents are print-disabled and require specialized library services.

# GOALS

## Introduction

Delaware has a rich history of tracking DDL strategy using a modified balanced scorecard framework (see Appendix C for the latest updated version of the Strategy Map). To understand how the LSTA goals work for Delaware, it is important to understand its strategy map.

In compliance with the requirements of the 2010 Museum and Library Services Act as Amended, the following document presents the Delaware Division of Libraries' (DDL) FFY 2023 - 2027 plan for fulfilling the objectives of the LSTA Grants to States program. However, the Plan before you is not limited to the scope of projects, activities, and initiatives that will be carried out using Federal LSTA funds. Rather, the plan provides some context that demonstrates how DDL will pursue its efforts to fulfill its overall mission using a myriad of funding streams ranging from State and federal revenues to non-governmental sources.

While the document does not attempt to be a comprehensive agency strategic plan, it recognizes that the overall ability of the agency to fulfill its LSTA obligations is impacted by everything that the agency does. The reader will find several instances where LSTA funds will be used to determine the best ways to improve the efficiency, consistency, and effectiveness of DDL services. In no instance will LSTA funds be used to supplant state funds, but they may be used to identify, and occasionally to implement best practices and enhanced standards in pursuit of excellence.

This Plan summarizes the needs of Delaware's libraries as well as the library and information needs of Delaware residents. These needs have been identified through an examination of a variety of factors including demographic data, relevant societal indicators, and findings and insights from the recently completed evaluation of DDL's implementation of its 2018 - 2022 LSTA Five-Year Plan. The new 2023 - 2027 LSTA Five-Year Plan sets forth goals and identifies anticipated projects designed to address these needs.

This Plan adopts the IMLS Measuring Success Focal Areas as an organizing principle. Two of the goals directly align with single focal areas. Goal 1 aligns with the INSTITUTIONAL CAPACITY focal area and is built on the idea that libraries are the foundation for providing information services in the First State. Goal 2 aligns with the INFORMATION ACCESS focal area. Goal 2 builds on Goal 1 and ensures equitable access to all of the resources provided through the State's libraries and by DDL. Goal 3 addresses two of the focal areas: LIFELONG LEARNING and HUMAN RESOURCES. Goal 3 builds on the first two goals and reflects the results that will be accomplished by fulfilling the intents of the INSTITUTIONAL CAPACITY and INFORMATION ACCESS focal areas.

The *Five-Year State Plan Guidelines for State Library Administrative Agencies 2023 - 2027* promulgated by IMLS indicates that state plan goals must be prioritized. Therefore, it should be noted that Delaware's goals are presented in inverse order. That is, Goal 3 is of the highest priority. The goals are presented in this fashion to illustrate the point made above that the goals are interdependent. Goal 1 provides the foundation for library and information service

delivery. Goal 2 ensures equity of access. Finally, success in achieving Goal 3 depends on the degree to which Goals 1 and 2 are accomplished.

As the Needs Assessment section has identified, the Delaware libraries face some significant challenges in the coming years. Consequently, even though Goal 3 is viewed as the highest priority, the largest percentage of LSTA funding will likely be devoted to Goal 2.

### Summary of Goals

**IMLS Measuring Success Focal Area - INSTITUTIONAL CAPACITY**
**GOAL 1 - BUILD STRONG LIBRARIES**
***Delaware residents will be served by local libraries that are technologically advanced and employ knowledgeable, community-focused staff members who incorporate the best professional practices and up-to-date technologies to deliver relevant, consistently high-quality library services.***

**IMLS Measuring Success Focal Area - INFORMATION ACCESS**
**GOAL 2 - ENSURE EQUITABLE ACCESS**
***Delaware residents will have convenient access to relevant, high-quality information resources in formats that they can to achieve their educational, occupational, and personal/recreational goals.***

**IMLS Measuring Success Focal Areas - LIFELONG LEARNING, HUMAN SERVICES**
**GOAL 3 - BUILD THRIVING COMMUNITIES**
***Delaware residents will have the opportunity to access highly coordinated public services that enable them to achieve their educational, occupational, and personal goals and to participate in and contribute to the vitality of their communities.***

## GOAL 1 - BUILD STRONG LIBRARIES
***Delaware residents will be served by local libraries that are technologically advanced and employ knowledgeable, community-focused staff members who incorporate the best professional practices and up-to-date technologies to deliver relevant, consistently high-quality library services.***

### Identified Needs Addressed by Goal 1
- Many Delaware libraries are underfunded and lack the resources they need to adequately serve the public and the funding that they need to fairly compensate staff.
- Many Delaware libraries are inadequately staffed and find it difficult to recruit,train, and retain qualified workers.
- Library staffing in Delaware inadequately represents the diversity of the State's population.
- The depth of library resources and the quality and range of services offered by Delaware libraries varies greatly based on location.

**Library Services and Technology Act Purposes Addressed by Goal 1**
- ❖ Promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States;
- ❖ Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;
- ❖ Enhance the role of libraries within the information infrastructure of the United States in order to support research, education, and innovation;

**Grants to States Priorities Addressed by Goal 1**
- ➢ Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;
- ➢ (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;
- ➢ Develop public and private partnerships with other agencies, tribes, and community-based organizations.

# Objective 1.1 - Grow Facilities Capacity
(No LSTA Funds - State funding and ARPA funding through the State)
> **Potential Projects:**
>> **Facilities Development**
>>> **Timeline:** Anticipate ongoing 2023 - 2027
>>> **Evaluation:** Increase in library SF

# Objective 1.2 - Enhance & Leverage Library Technology Infrastructure
(State and LSTA Funds)
> **Potential Projects:**
>> **Infrastructure Maintenance and Improvements** (see APPENDIX A for description)
>>> **Timeline:** Anticipate ongoing 2023 - 2027

# Objective 1.3 - Enhance Library Staff Knowledge & Skills
(Primarily LSTA Funds)
> **Potential Projects:**
>> **Professional Development** (see APPENDIX A for description)
>>> **Timeline:** Anticipate ongoing 2023 - 2027
>>> **Evaluation:** Surveys of continuing education participants to determine application of concepts/methods

## Objective 1.4 - Assess & Address Mechanisms to Streamline Library Governance

(Potential Use of LSTA for Assessment)

**Potential Projects:**

**Governance and Funding Assessment** (see APPENDIX A for description)

**Timeline:** Anticipate 2023 - 2024

**Evaluation:** Development of actionable recommendations based on information and data gathered

## Objective 1.5 - Assess & Address Statewide Library Personnel Needs

(LSTA Funds)

**Potential Projects:**

**Comprehensive Library Staffing Assessment** (see APPENDIX A for description)

**Timeline:** Anticipate 2023 - 2024

**Evaluation:** Development of actionable recommendations based on information and data gathered

**Organizational effectiveness studies and planning** (see APPENDIX A for description)

**Timeline:** Anticipate 2023 - 2024

**Evaluation:** Research and support studies for improvement with actionable recommendations based on information and data gathered

# GOAL 2 - ENSURE EQUITABLE ACCESS

*Delaware residents will have convenient access to relevant, high-quality information resources in formats that they can to achieve their educational, occupational, and personal/recreational goals.*

### Identified Needs Addressed by Goal 2

- Many Delaware libraries are underfunded and lack the resources they need to adequately serve the public and the funding that they need to fairly compensate staff.
- Library staffing in Delaware inadequately represents the diversity of the State's population.
- The depth of library resources and the quality and range of services offered by Delaware libraries varies greatly based on location.
- Societal factors such as income inequality lead to information needs that are triggered by crisis situations.
- Some Delaware residents are print-disabled and require specialized library services.

**Library Services and Technology Act Purposes Addressed by Goal 2**

❖ Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;
❖ Encourage resource sharing among all types of libraries for the purpose of achieving economical and efficient delivery of library services to the public;
❖ Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers;
❖ Promote library services that provide users with access to information through national, State, local, regional, and international collaborations and networks.

**Grants to States Priorities Addressed by Goal 2**

➢ Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;
➢ Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;
➢ Develop public and private partnerships with other agencies, tribes, and community-based organizations;
➢ Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;
➢ Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved;
➢ Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks.

# Objective 2.1 - Resource Enrichment and Sharing

(State and LSTA Funds)

    **Potential Projects:**

        **Delaware Library Consortium** (see APPENDIX A for description)
        (covers a host of activities including the Delaware Library Catalog)

            **Timeline:** 2023 - 2027
            **Evaluation:** Number of participating libraries. Number of volumes/e-content items, etc. available. Circulation of items by library, by type of

item. Number of holds placed. Number of e-content items downloaded/streamed. Number of items borrowed/loaned.

## Objective 2.2 - Provide Access to Library Resources for Individuals with Print Disabilities

(State and LSTA Funds)

**Potential Projects:**

**Delaware Library Access Services** (see APPENDIX A for description)

**Timeline:** Anticipate 2023 - 2027

**Evaluation:** Number of users of services by type of disability. Number of users of service by preferred format of material. Circulation of materials and e-content (BARD). Number of machines loaned. User satisfaction measured by an annual survey of users.

# GOAL 3 - BUILD THRIVING COMMUNITIES

***Delaware residents will have the opportunity to access highly coordinated public services that enable them to achieve their educational, occupational, and personal goals and to participate in and contribute to the vitality of their communities.***

## Identified Needs Addressed by Goal 3

- Many Delaware libraries are underfunded and lack the resources they need to adequately serve the public and the funding that they need to fairly compensate staff.
- Societal factors such as income inequality lead to information needs that are triggered by crisis situations.
- Literacy proficiency levels among Delaware's children are unacceptable.
- Numerous organizations in the State have overlapping responsibilities for addressing basic human needs.

## Library Services and Technology Act Purposes Addressed by Goal 3

- ❖ Promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States;
- ❖ Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;
- ❖ Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students;
- ❖ Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers;

❖ Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;

❖ Enhance the role of libraries within the information infrastructure of the United States in order to support research, education, and innovation;

❖ Encourage, support, and disseminate model programs of library and museum collaboration.

**Grants to States Priorities Addressed by Goal 3**

➢ Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

➢ Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;

➢ Develop public and private partnerships with other agencies, tribes, and community-based organizations;

➢ Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

➢ Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved.

## Objective 3.1 - Delaware Communities of Excellence

(No LSTA Funds)
      **Potential Projects:**
           **Delaware Communities of Excellence** (see APPENDIX A for description)
                **Timeline:** Anticipate 2023 - 2027
                **Evaluation:** Partner collaboration to address Equity through Literacy

## Objective 3.2 - Delaware Library Social Infrastructure and Social Innovation

(State and LSTA Funds)
      **Potential Projects:**

**Delaware Library Social Infrastructure and Social Innovation** (see APPENDIX A for description)

> **Timeline:** Anticipate 2023 - 2027
> **Evaluation:** Number and quality of partnerships formed. Number of user contacts. Number of referrals to appropriate agencies including follow-up to determine outcome. Anecdotal reports from librarians and staff of partner agencies.

## Objective 3.3 - Lifelong Learning & Enrichment

(Primarily LSTA Funds)

> Potential Projects:
>> **Summer Library Reading Program** (see APPENDIX A for description)
>>> **Timeline:** Anticipate Ongoing 2023 - 2027
>>> **Evaluation:** Number of libraries participating. Number of programs for children. Number of programs for tweens/teens. Number of programs for adults. Number of intergenerational programs. Program attendance by library. Number of unique participants. Number of circulations. Anecdotal reports from participants and parents/caregivers.
>> **Other Lifelong Learning Initiatives**
>>> **Timeline:** As opportunity and funding availability allows
>>> **Evaluation:** Specific to initiative

# COORDINATION EFFORTS

The Plan's narrative organizes all projects for which LSTA funding is anticipated under the IMLS Measuring Success Focal Areas and Intents. Additional crosswalk tables displaying these relationships in a graphic format can be found in APPENDIX B.

In addition, the following anticipated Projects will be coordinated with the **other governmental entities** listed below:

**Focal Area: Lifelong Learning**
Department of Energy

**Focal Area: Information Access**
Delaware Public Archives

**Focal Area: Institutional Capacity**
Literacy Delaware

**Focal Area: Economic & Employment Development**
Division of Small Business, Department of Labor

**Focal Area: Human Resources**

Trauma Matters, Project Thrive

**Focal Area: Civic Engagement**
Delaware Journalism Collaborative

# EVALUATION PLAN

Delaware has an advantage over most other states in the collection of performance measures in that all public libraries as well as some academic, school, and special libraries are participants in the Delaware Library Consortium and share an integrated library system (the Delaware Library Catalog). This provides the Delaware Division of Libraries with a significant unified source of highly-reliable comparable output measures that can be tracked with minimal direct intervention.

Furthermore, the Delaware Division of Libraries has consistently been an innovator in its efforts to use data to inform decision-making.Within the last year DDL started using Northstar Digital Literacy Assessment, which will enable libraries to better gauge the impact of online technology training on individuals. Work is also underway and groundwork has been laid to develop a literacy dashboard that will allow DDL and its literacy partners to monitor activities and to modify efforts to maximize positive outcomes.

Another tool that has been enhanced over time is Delaware Dewey. Using data from the Delaware catalog, Delaware Dewey monitors not only collection use by Dewey category, but also tracks programming and reference activity using the Dewey Decimal System as a convenient tool for measuring the breadth and scope of library service offerings.

DDL's work to position libraries as the community help desk at the heart of the community in partnership with a wide range of strategic partners has resulted in the creation of multiple graphic tools that help organize the contributions that a multitude of agencies can make to enable communities to thrive. This kind of organized approach not only assists libraries in making the right connections, but aids in the task of categorizing the types of aid provided for evaluative purposes.

# Basic Needs Chart
## 1/2020 Draft



| | Food/Nutrition | Shelter/Housing | Clothing/Hygiene | Health/Mental Health | Technology | Training/Education Literacy | Childcare | Transportation | Legal | Employment/ Income |
|---|---|---|---|---|---|---|---|---|---|---|
| | Food Bank DHSS, DOE | Housing | DHSS | DHSS | | DOE, Higher Ed | DOE, Office of Early Childhood | DELDOT | Courts | DOL |
| | | Storage- Physical items, documents | | Specialist appointment | | | | | | Interview Wardrobe |
| | Food stamps | Heating assistance | Laundry | Dental & optical coverage | Credit/Debit Card | Study skills, workplace skills | | Funds for gas or bus tickets | | Job & income, financial literacy and management |
| | Food banks, shelters that serve lunch | Rent assistance | Hair cuts Clothing | Medicaid Insurance | Stable email account | Computer skills training | | License, Insurance | Immigration | Benefits |
| | Meals for children | Transitional, temporary, or substandard housing | Shoes Coats | Access to doctors, clinics | Cellphone | GED | Purchase of Care | DART, bus tickets Bike share | Record expungement Probation/ parole | Adequate pay |
| | Food deserts, Insecurity | No shelter | Showers | Substance abuse, PTSD, ACEs, violence, isolation | State & SSID | Illiterate, ESL no computer skills, no math skills | No childcare available, affordable | Access to transportation, public or private | Outstanding tickets or warrants | Assistance to complete/submit application online |

N E E D S



Better Together

**DelawareLibraries.org**

Questions? Suggestions?
Annie Norman, State Librarian
annie.norman@delaware.gov



Many other LSTA-funded efforts will be tracked using more traditional mechanisms including pre and post-training event assessments, common output measures and standard metrics employed for tracking materials provided to blind and otherwise print disabled individuals who use the Delaware Access Services program.

# STAKEHOLDER INVOLVEMENT

The **Delaware Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)** is based on considerable input from the library community, from the independent evaluators who recently conducted Delaware's LSTA evaluation for 2018 - 2022, and from a variety of other stakeholders. Included in this input is information and data gathered through reviews of State Program Reports (SPR) and Public Libraries Survey (PLS) data, personal interviews, focus groups, surveys, group meetings, and extensive contact between the facilitators of the Plan and the DDL Director/State Librarian and the LSTA Coordinator.

Based on its library assessment credentials, knowledge of LSTA, and significant familiarity with the First State and its libraries, the Delaware Division of Libraries determined to engage QualityMetrics LLC of Silver Spring Maryland to conduct both the required 2018 - 2022 LSTA evaluation and to assist in the development of the 2023 - 2027 LSTA Five-Year Plan.

Consequently, the evaluators were able to efficiently integrate both retrospective and prospective elements into the evaluation process that was also used in the planning processes. The evaluation and planning process began in April 2021 and continued through the submission of this plan. The assessment of DDL's efforts in carrying out the 2018 - 2022 Plan was conducted by QualityMetrics Chief Executive Officer Dr. Martha Kyrillidou assisted by associate researcher William Wilson. The same team assisted in the development of the 2023 - 2027 five-year plan.

In short, **Delaware's Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)** is based on stakeholder input secured through a variety of quality sources over the course of fifteen months..

# COMMUNICATION AND PUBLIC AVAILABILITY

Once the **Delaware Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023 - 2027)** has been approved by IMLS, DDL will post the Plan on the agency website where it will remain throughout the duration of its implementation. DDL leadership will present the Plan to agency staff and the preparation for the implementation of the Plan will commence. Regular updates on progress will be provided to the Delaware Council on Libraries and to the broader library community at periodic Library Town Meeting events.

The Plan's goals may be amended if such an alteration is dictated by community needs. Budgets, specific activities, and anticipated products and services may also be adjusted based on DDL's capacity to carry out the Plan as proposed. Any substantive revisions to the Plan will be submitted to IMLS in accordance with IMLS guidelines and the provisions of the Museum

and Library Services Act. DDL will publicize the achievement of significant milestones identified in the Plan as well as ongoing results of its efforts through its website, through social media outlets, and the use of other means of communication. DDL will also comply with reporting requirements by entering information and data in the SPR. Finally, both achievements and shortcomings will be shared with stakeholders within the state as part of an ongoing effort to improve performance and to increase the positive impact of projects and activities.

# MONITORING

The implementation of Delaware's ***Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023 - 2027)*** will be monitored on a continuous basis. Appropriate Delaware Division of Libraries (DDL) staff will be assigned to track the execution of all aspects of the Plan. Specific staff will be tasked with preparing and generating relevant reports as required as well as to inform decision making. Any sub-grants that are awarded will be tracked and monitored and sub-grantees will be required to submit semi-annual status reports and final reports on the status and results of their projects. This will be supplemented with a combination of on-site monitoring visits, phone calls, emails, and other virtual contact.

All projects, including any sub-grant projects as well as those directly administered by DDL, will be monitored on a regular basis as ongoing activities are conducted, documented, and measured. Information and data collected as part of this process will be used to inform DDL's reporting to IMLS in the annual SPR.

Monitoring will comply with the requirements and procedures outlined in 2 CFR 200.327-332
- 2 CFR 200.327 - Financial Reporting
- 2 CFR 200.328 - Monitoring and Reporting Program Performance
- 2 CFR 200.329 - Reporting on Real Property
- 2 CFR 200.330 - Subrecipient and Contractor Determination
- 2 CFR 200.331 - Requirements for Pass-Through Entities
- 2 CFR 200.332 - Fixed Amount Subawards

# ASSURANCES

The following assurances have been submitted with this Plan. See APPENDIX D for Assurance documentation.

Program Assurances for 2023 Grant Award (Includes compliance with Internet Safety; Trafficking in Persons; Nondiscrimination; Debarment and Suspension; Drug-Free Workplace; Federal Debt Status; and Lobbying requirements)

Non-Construction Assurance Form (SF-424B)

State Legal Officer's Certification of Authorized Certifying Official

Internet Safety Certification for Applicant Public Libraries, Public Elementary and Secondary School Libraries and Consortia with Public and/or Public School Libraries

# APPENDIX A - PROJECT DESCRIPTIONS

**GOAL 1 ANTICIPATED LSTA-FUNDED PROJECTS**

**Technology Infrastructure Maintenance & Improvement**
The purpose of this project is to ensure that the infrastructure that supports the Delaware Library Catalog and other technology-based library services is secure, reliable and capable of supporting new and emerging technologies.

**Professional Development:**
The purpose of the Delaware Division of Libraries' (DDL) Professional Development initiative is to provide a consistent level of quality, up-to-date services at libraries throughout the state.

**Governance and Funding Assessment:**
The purpose is to investigate the policy, decision-making and support regarding library funding in Delaware.

**Comprehensive Library Staffing Assessment:**
The purpose of this project is to support a comprehensive study of staffing needs among state libraries. The study will include, but will not be limited to:
       Recommendations for staffing levels by position type (including model job descriptions)
       Compensation
       Benefits
       Recruitment & Retention
       Staff Recognition & other "soft" benefits

**Organizational effectiveness studies and planning**
The purpose of this project is to support research and development for both the agency and any of the libraries as needed in the coming years for improvement and strategic goal attainment.

**GOAL 2 ANTICIPATED LSTA-FUNDED PROJECTS**

**Delaware Library Consortium:**
The purpose of the Delaware Library Consortium is to provide seamless statewide access for all Delawareans to physical and electronic collections and other resources through a single integrated library system (ILS), a single discovery platform for digitized materials, a centralized online library card application, a Delaware Library Consortium mobile app, and a shared statewide calendar.

**Delaware Library Access Services:**

The purpose of Delaware Library Access Services (DLAS) is to provide Delawareans who are blind or otherwise print-disabled with a full-range of library resources in accessible formats and to connect these individuals with other relevant library resources and services. DLAS is the Delaware regional branch of the National Library Service for the Blind and Print Disabled (NLS) of the Library of Congress (LOC).

**GOAL 3 ANTICIPATED LSTA-FUNDED PROJECTS**

**Delaware Communities of Excellence:**
The goal of Delaware Communities of Excellence (DECOE) is to enhance the quality of life for all Delawareans by developing a comprehensive literacy ecosystem that promotes equity and enhances Delawareans' quality of life.

**Delaware Libraries Social Infrastructure and Social Innovation:**
The goal of Delaware Libraries Social Infrastructure and Social Innovation (SI) is to triage, clarify, and strengthen partnerships in Delaware's social infrastructure to help Delawareans take the next steps in achieving their potential.

**Summer Library Reading Program:**
The intent of the Summer Library Reading Program (SLRP) is to cultivate a habit of reading and lifelong learning among Delaware residents, based on the library as a key resource.

# APPENDIX B - CROSSWALK TABLE

## DELAWARE - Goal 1 - Build Strong Libraries
## Measuring Success Focal Areas and Intents Crosswalk

| Focal Areas and Intents | Technology Infrastructure Maintenance & Improvement | Professional Development | Governance & Funding Assessment | Comprehensive Library Staffing Assessment |
|---|---|---|---|---|
| **Lifelong Learning** | | | | |
| Improve users' formal education | | | | |
| Improve users' general knowledge and skills | | | | |
| **Information Access** | | | | |
| Improve users' ability to discover information resources | | | | |
| Improve users' ability to obtain and/or use information resources | | | | |
| **Institutional Capacity** | YES | YES | YES | YES |
| Improve the library workforce | | YES | YES | |
| Improve the library's physical and technological infrastructure | YES | | | YES |
| Improve library operations | | YES | YES | |
| **Economic & Employment Development** | | | | |
| Improve users' ability to use resources and apply information for employment support | | | | |
| Improve users' ability to use and apply business resources | | | | |
| **Human Resources** | | | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | | | |
| **Civic Engagement** | | | | |
| Improve users' ability to participate in their community | | | | |
| Improve users' ability to participate in community conversations around topics of concern | | | | |

## DELAWARE Goal 2 - Ensure Equitable Access
## Measuring Success Focal Areas and Intents

| | Delaware Library Consortium | Delaware Library Access Services |
|---|---|---|
| **Lifelong Learning** | | |
| Improve users' formal education | | |
| Improve users' general knowledge and skills | | |
| **Information Access** | YES | YES |
| Improve users' ability to discover information resources | YES | YES |
| Improve users' ability to obtain and/or use information resources | YES | YES |
| **Institutional Capacity** | | |
| Improve the library workforce | | |
| Improve the library's physical and technological infrastructure | | |
| Improve library operations | | |
| **Economic & Employment Development** | | |
| Improve users' ability to use resources and apply information for employment support | | |
| Improve users' ability to use and apply business resources | | |
| **Human Resources** | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | |
| **Civic Engagement** | | |
| Improve users' ability to participate in their community | | |
| Improve users' ability to participate in community conversations around topics of concern | | |

# DELAWARE Goal 3 - Build Thriving Communities
## Measuring Success Focal Areas and Intents

| | Delaware Communities of Excellence | Delaware Library Social Infrastructure & Enrichment | Lifelong Learning & Enrichment | Lifelong Learning & Social Innovation |
|---|---|---|---|---|
| **Lifelong Learning** | YES | YES | YES | |
| Improve users' formal education | | YES | YES | |
| Improve users' general knowledge and skills | YES | YES | YES | |
| **Information Access** | | | | |
| Improve users' ability to discover information resources | | | | |
| Improve users' ability to obtain and/or use information resources | | | | |
| **Institutional Capacity** | | | | |
| Improve the library workforce | | | | |
| Improve the library's physical and technological infrastructure | | | | |
| Improve library operations | | | | |
| **Economic & Employment Development** | | | | |
| Improve users' ability to use resources and apply information for employment support | | | | |
| Improve users' ability to use and apply business resources | | | | |
| **Human Resources** | YES | YES | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | YES | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | YES | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | YES | | |
| **Civic Engagement** | | | | |
| Improve users' ability to participate in their community | | | | |
| Improve users' ability to participate in community conversations around topics of concern | | | | |

# APPENDIX C - DELAWARE STRATEGY MAP & EVALUATION

## OUTCOMES □□□

| OVERARCHING GOALS | BUILD STRONG LIBRARIES | | ENSURE EQUITABLE ACCESS | BUILD THRIVING COMMUNITIES |
|---|---|---|---|---|
| **CUSTOMER** | Embrace Diversity of Customer Abilities & Needs | Ensure Equity in Access & Awareness | Increase Value to Customers & Expand Customer Base | Build Enduring Customer Relationships |
| **PRODUCTS & SERVICES** | Improve/Expand Information Resources | Enhance Access to Services | Evaluate the Effectiveness & Consistency of Products and Services | Expand Programs & Strategic Partnerships |
| **ORGANIZATIONAL EFFECTIVENESS** | Grow Facilities Capacity | Leverage Technologies & Infrastructure | Improve Consistency & Effectiveness | Expand Social Infrastructure and Strategic Partnerships |
| **HUMAN RESOURCES** | Recruit, Train, & Retain Qualified Staff | Enhance Staff Abilities & the Relevance of Knowledge & Skill Training | Ensure a Safe and Productive Work Environment | Recognize & Compensate Excellence in Performance |
| **LEARNING & GOVERNANCE** | Ensure High Ethical Standards | Streamline Governance | Ensure Excellence in Evaluation & Performance | Ensure Strategic Policies & Partnerships |
| **FINANCIAL** | Ensure Data-Driven Decision Making | Reduce/Eliminate Financial Risk | Use Resources Effectively | Grow New Revenues |

*APPENDIX C - Evaluation Methods*

# DATA ☐☐☐

| OVERARCHING GOALS | BUILD STRONG LIBRARIES | ENSURE EQUITABLE ACCESS | BUILD THRIVING COMMUNITIES |
|---|---|---|---|
| CUSTOMER | | | |
| PRODUCTS & SERVICES | | | |
| ORGANIZATIONAL EFFECTIVENESS | | | |
| HUMAN RESOURCES | | | |
| LEARNING & GOVERNANCE | | | |
| FINANCIAL | | | |

# METHODS ▢▢▢

| OVERARCHING GOALS | BUILD STRONG LIBRARIES | ENSURE EQUITABLE ACCESS | BUILD THRIVING COMMUNITIES |
|---|---|---|---|
| CUSTOMER | | | |
| PRODUCTS & SERVICES | | | |
| ORGANIZATIONAL EFFECTIVENESS | | | |
| HUMAN RESOURCES | | | |
| LEARNING & GOVERNANCE | | | |
| FINANCIAL | | | |