# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

*Plaintiffs*,

v.                                                          C.A. No.:

DONALD J. TRUMP, et al.,

*Defendants*.

## DECLARATION OF STACEY ALDRICH

Pursuant to 28 U.S.C. § 1746, I, Stacey Aldrich, hereby declare as follows:

1.     I am a resident of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.     In April 2015, I was appointed as the State Librarian for Hawaiʻi State Public Library System and currently serve in that capacity. As the State Librarian, I am the administrative head of the Hawaiʻi State Public Library System.

3.     The Hawaiʻi State Public Library System is an administrative agency of the State of Hawaiʻi. As the State Librarian, I am responsible for operating a library program that provides access for everyone to the collections, technology, staff expertise and programs that support opportunities for learning 21st Century skills and literacies, connecting people to the world of information and ideas and creating spaces for community engagement. The mission of the Hawaiʻi State Public Library System is to inspire curiosity and create opportunities for all to read, learn and connect.

4.     The Hawaiʻi State Public Library System has 51 library branches across six islands—Hawaiʻi island, Kauaʻi, Lanaʻi, Maui, Molokaʻi, and Oʻahu.

5.     As the State Librarian, I am responsible for the operation, planning, programming, and budgeting of all community/school and public libraries within Hawaiʻi, in accordance with Hawaii Revised Statutes (HRS) § 312-2.1. I am authorized to expend moneys appropriated by the Hawaiʻi legislature and the U.S. Congresss and otherwise acquired for the development, use,

1

support, and maintenance of libraries and other related purposes, in accordance with HRS § 312-2.1.

6.     I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services (IMLS), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

7.     Given my experience, I believe that Executive Order 14,238 will cause IMLS to be unable to administer financial awards and/or programs on which the Hawaiʻi State Public Library relies and on which it expects to rely in the future, causing significant harm to the people of Hawaiʻi, the Hawaiʻi State Public Library System, and the State of Hawaiʻi.

The Museum Library Services Act

8.     In 1996, Congress established the IMLS by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq.*). The Library Services and Technology Act, which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

9.     IMLS, which administers the Library Services and Technology Act, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State

2

with the extension and development of public library services throughout the State." *Id.*

§ 9122(4). The Hawaiʻi State Public Library System is a State library administrative agency.

10.     In order to receive funds under the Library Services and Technology Act, each

State library administrative agency must submit to IMLS its five-year state plan, which describes

the State library administrative agency's needs and goals and the ways in which the State intends

to use the federal funding to meet those needs. *Id.* § 9134.  A copy of Hawaii's LSTA Five-Year

Plan 2023-2027 is attached.

11.     Five-year plans that satisfy the statutory criteria are approved by the Director of

IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a

population-based statutory formula, *id.* § 9131(b) and pays to each State the federal share of the

activities in the plan, which is 66 percent. *Id.* § 9133(b).

12.     Section 9141 provides that:

> Of the funds provided to a State library administrative agency
> under 20 U.S.C. § 9123 such agency shall expend, either directly
> or through subgrants of cooperative agreements, at least 96
> percent of such funds for—
>
> (1) expanding services for learning and access to information and
> educational resources in a variety of formats (including new and
> emerging technology), in all types of libraries, for individuals of
> all ages in order to support such individuals' needs for education,
> lifelong learning, workforce development, economic and business
> development, health information, critical thinking skills, digital
> literacy skills, and financial literacy and other types of literacy
> skills;
>
> (2) establishing or enhancing electronic and other linkages and
> improved coordination among and between libraries and entities,
> as described in 20 U.S.C. § 9134(b)(6), for the purpose of
> improving the quality of and access to library and information
> services;
>
> (3)

        (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

        (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in 20 U.S.C. § 9121, as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

The Institute of Museum and Library Services' Impact in Hawai'i

    13.    In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. Hawai'i received $1,541,630, which represents the federal share of the activities in the approved plan, totaling 66 percent.[1]

---

[1] A chart showing the 2024 allotments can be accessed here: https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

14.    The Hawaiʻi State Public Library System uses these federal funds to support many of its programs, including public access to the internet and online resources that provide: news, health and wellness, legal forms, business development, interactive ebooks that support literacy for students and families, language learning, student homework support, testing resources for students and adults for higher education and career development, learning digital literacy skills and connection to our collections through our Integrated Library System. The funding also supports the skill development of staff, so that they can effectively serve their communities.

15.    In addition to administering federal funding to states, IMLS also provides the following programs and services through data and grants for research for the development of services and programs that serve communities across the United States. National data collection and analysis of library and museum programs and services is done yearly. The data is used nationally to understand trends and patterns that are affecting our nations libraries and museums, so that data driven decisions can be made. Hawaiʻi is actively engaged in the collection of data and analysis, which helps us identify strengths and gaps in our services for Hawaiʻi in comparison to other communities. There are additional grants that are vital to the development and support of libraries and museums, which include: National Leadership Grants, Native American/Hawaiian Library Services, Laura Bush 21st Century Librarian Program, Museums for America, Native American/Native Hawaiian Museum Services. Since 1998, Hawaiʻi library and museum organizations have received about $18,000,000 to support projects that collect, digitize and make available important Native Hawaiian collections for today and future generations.  For example, the Ulukau online digital repository project has become a cornerstone of Hawaiian knowledge preservation because it makes historical texts, geneaological records and language

resources available worldwide. This would not have been possible without the support of the Native American/Hawaiian grant support. The funding has also supported literacy and digital literacy skill building in the community. In Fiscal Year 2024, Hawaiʻi library and museum organizations received 9 grants totaling $1,644,313.

16.    The Hawaiʻi State Public Library System's budget for this year has relied on receiving $1,541,630, and we made plans and allocated funding for continuing to ensure that our communities across 6 islands have access to resources that cannot be afforded by purchasing separately for each of our 51 library branches based on the anticipated receipt of federal funding promised. For example, Bookflix is an interactive online ebook program that supports the building of early literacy skills. Children and families can read the books or follow along as books are read. There are also comprehensive games to reinforce learning. In Fiscal Year 24, the collection titles were read over 23,000 times. This tool is vital for families who want to make sure their youngest learners are ready for school and can keep improving their reading skills.

17.    The LSTA Grants to States Program is the only program that provides this level of direct support to our communities and ensures that each state can idenifify the programs and services that are relevant to their coommunities through the LSTA Five-Year Plan. There are no other consistent sources of funding that make such a large impact.

18.    Any pause in our federal funding would result of a reduction of force in IMLS will have a direct impact our 1.4 million residents of Hawaiʻi and their access to the internet, technology, integrated library system, programs, and vetted online resources to support education, employment, literacy, and learning across 51 libraries on 6 islands by hobbling the Hawaiʻi State Public Library System's ability to implement the Five-Year State Plan as described above.

19.     Given the uncertainty of the full funding for Fiscal Year 2024 and Fiscal Year 2025, we are have not moved forward with the subscriptions for many of our online resources because we do not have the budgetary resources or flexibility to make up for the lost funding. Our communities across Hawai'i will experience the loss of resources that help them stay informed and connected to the rest of the world.

20.     The Hawai'i State Public Library System has a good history of working with IMLS to meet our requirements for receiving funding from IMLS. We communicate frequently, submit our reqired reporting, participate in national meetings, and respond to any concerns in a timely manner.

21.     In the next six months, we are scheduled to receive disbursements/reimbursements of $492,412 under our current federal awards. These funds have been budgeted for continuation of subscriptions for statewide public access to online databases for our catalog, literacy, information, legal forms, and learning. The funding is also budgeted for technology to support equipment for internet connectivity in our branches, books that specifically support literacy and reading, and presentation technology to support programming in 51 branches.

22.     The Hawai'i State Public Library System would apply to draw down the remaining funding and reimbursements by July 2025.  If we do not receive such disbursements/reimbursements, it will directly impact our communities in Hawai'i by removing access to online resources that ensure each community has access to the same resources through internet access. As a remote and multiple island state, online access creates opportunities for all to connect to vetted resources online. More specifically, the following are examples of the impact: (1) Students will lose access to literacy and homework resources; (2) Business

entrepreneurs will lose access to resources that support their success; (3) Learners will lose the ability to use professionally developed lanaguage tools; (4) Patrons who are learning how to use technology and the internet will lose access to the tools that are referenced in classes; and (5) Families will lose access to interactive ebooks to build strong litearcy skills in their youngest of learners.

23.      Since the appointment of a new IMLS Director, there has been no clear communication on the remaining funding for Fiscal Year 2024 and the allotment for Fiscal Year 2025. While we have plans for spending the remaining IMLS funding for Fiscal Year 2024, we are deeply concerned that the remaining funding will be redrawn, and we will not have what we need to implement our LSTA Five-Year Plan. Our concern is based upon, among other things, the removal of grant funding from other federal agency programs across government.

24.      Hawaiʻi is located in one of the most remote placess one can live on Planet Earth. Our libraries are the only spaces that are opened to everyone and, in some communities, offer the only broadband connectivity. Access to professionally curated information and learning opportunities are vital to the success of students, individuals, and our communities. Without IMLS and the programs and funding described in the Musuem and Library Services Act, Hawaiʻi will lose access to  the online resources that extend connections across our islands and support the education, employment, life-long learning, and literacy of our communities.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 25, 2025, at Honolulu, Hawaiʻi.


STACEY ALDRICH

8

# EXHIBIT A

# Hawaii

# LSTA Five-Year Plan 2023-2027

For submission to the
Institute of Museum and Library Services

June 30, 2022

Stacey A. Aldrich, State Librarian
Office of the State Librarian
Hawaii State Public Library System
44 Merchant Street
Honolulu, HI  96813

## HAWAII STATE PUBLIC LIBRARY SYSTEM

## INTRODUCTION

This <u>LSTA Five Year Plan, 2023-2027</u> enumerates the goals and activities that Hawaii plans to address during this period, to improve and enhance library services and information access for all residents of the state and to provide lifelong learning opportunities, through the statewide Hawaii State Public Library System of 51 public library branches on six islands.

## MISSION

The Hawaii State Public Library System nurtures a lifelong love of reading and learning through its staff, collections, programs, services, and physical and virtual spaces.

## VISION

The Hawaii State Public Library System is the educational, informational, and cultural heart of Hawaii's communities.

## NEEDS ASSESSMENT

In order to identify the needs for developing this LSTA Five-Year Plan, we reviewed Hawaii Demographics, analyzed the LSTA Five-Year Plan Evaluation, 2018-2022, and our organizational structure and services.

***Hawaii Demographics***
Hawaii's physical size ranks 43rd among the 50 states, while its resident population ranks 40th. In terms of population density, Hawaii ranks 14th, and while its population growth rate slowed between 2010 and 2020, Hawaii still ranked 24th in terms of ten-year population growth.  An island community, Hawaii's residents are spread among seven islands--the island of Niihau is privately owned, and there are no HSPLS libraries located there.  Access to materials and information, particularly for Neighbor Island (N.I.) patrons, is a challenge, especially with increasing costs for materials, fuel, postage, etc. as well as the time needed to move items from one island to another.

The resident population of Hawaii was nearly 1.455 million as of 4/1/2020, a 7% increase since 2010.  Historically, Hawaii annually hosted a large number of visitors, many who made use of public library services. In 2019, visitor arrivals totaled over 10.4 million, the highest annual total since statistical records first started in 1966. While the COVID-19 pandemic significantly reduced the number of visitors to Hawaii between 2020-2021, those numbers are increasing once again, currently on pace to match or surpass 2019 numbers.

Hawaii's resident population is the most diverse in the United States. As of the 2020 American Community Survey (year estimates), 77.1% of the population was categorized as part of a minority group.  While this diversity makes for a rich, multi-ethnic culture, it also increases the demands placed on institutions such as libraries: the need to acquire, catalog and disseminate materials by and about these many ethnic groups and the need to provide programs of interest for all the various ethnic groups.

Hawaii's resident population is also aging, with its 65-and-older population increasing by 37.6% since 2010, an average growth rate of 3.5% annually. According to the U.S. Census Bureau report mentioned above, Hawaii was ranked 7th in the nation for persons 65 years and above (19.6% of the total population). Information, services and programming specifically for these age groups will increasingly be needed. Programs dealing with Medicare and Social Security, financial planning, long term care and other similar topics as well as dealing with patrons facing the challenges of aging such as disability and mobility will increasingly be issues that need to be addressed.

In terms of educational attainment, Hawaii ranks 27th or higher across three different categories, according to the U.S. Census Bureau's 2019 American Community Survey. Hawaii is ranked 12th for people aged 25 years and over who have completed High School or its equivalency (92.4% of Hawaii's population); ranked 19th for people 25 years and over who have completed a bachelor's degree (33.6% of Hawaii's population); and ranked 27th for people 25 years and over who have completed an advanced degree (11.6% of Hawaii's population).

Given the basic demographic information, we will focus on the following two needs:

- Our population is diverse in ethnicity, languages, age and education. A wide range of resources, services, and programming in multiple languages and formats is necessary to provide support and ensure access to materials for life-long learning.
- The six islands that we serve each have areas that are rural, and in many of these regions of Hawaii, technology infrastructure has not been fully implemented, so not all residents have access to basic Internet connectivity.

### *LSTA Five-Year Plan Evaluation, 2018-2022*
This evaluative study of the prior five years of use of Library Services and Technology Act (LSTA) funding in Hawaii was completed and submitted to the Institute of Museum and Library Services (IMLS) in March 2022. The evaluation enabled HSPLS to review our priorities and the value perceived by the public and our staff, and is assisting us in making effective resource allocation decisions for the next five years. We were thrilled to receive 14,000 responses to an online survey because we were able to send out our request via an online newsletter this year. The majority of respondents were 60+ and provided us with good data. The following are a few learnings from the evaluation that are important for us to consider as we build this plan.

- While we set stretch percentages for our outcomes, we realized that we should try to be more realistic in the targets that we set.
- While online access to virtual resources helps us provide equal access to resources across 6 islands, there is not a clear awareness of what resources are available and how to use them.
- We also learned that the language we use to point people to the databases "research" is not useful to people. It has a specific connotation that relates to educational research and people don't explore what is accessible. We need simpler pathways to what is available and a new approach for curating our resources.

*Organizational Structure and Services*

Providing library services and programming in the 21st is a complex business with finite resources. It requires staff who have the skills to learn, unlearn, and relearn at a quick pace to keep up with ever changing resources and community needs. It also requires innovative thinking for how services are provided to keep up with the expectations of the community to be efficient and self-sufficient. There are two basic needs that we must address to be successful:

- Ensure staff have the skills they need to be confident in providing services and support to their patrons.
- Continue to innovate the way we deliver our services through technology and design thinking.

## GOALS

The following goals were created based on the review of our demographics, LSTA Five-Year Plan Evaluation, 2018-2022 and organizational structures and services.

**Goal I: Robust Infrastructure**
The physical and technological infrastructure for the entire Hawaii State Public Library System (HSPLS) will be robust enough to support ILS operations, access to online electronic databases and other online resources in public library facilities as well as remotely, and to provide Internet access for patrons in all public library facilities via public library owned hardware as well as via patron-owned devices connected to wireless service provided by HSPLS.

**Goal II: 24/7 Virtual Collections**
Develop and promote an appropriate collection of online databases (eDBs) and other online resources for HSPLS to complement and supplement its physical library collections, especially for small branch libraries, provide 24/7 virtual collections to anyone with an HSPLS library card and Internet access.

**Goal III: Lifelong Learning**
Develop and promote an appropriate collection of online learning tools and resources that support the development of new knowledge and skills for success in the 21st Century.

**Goal IV: Innovative Service Development**
Identify areas where services can be improved and develop new models that will meet the information and learning needs and expectations of our patrons.

**Goal V:  Educated Library Workforce**
Provide continuing education training and infrastructure for library staff to upgrade their technological skills and knowledge and to maintain currency in library best practices to better serve Hawaii's patrons.

## PROJECTS

**Goal I: Robust Infrastructure**

In order to deliver equitable access to resources and services to patrons on 6 islands, the Hawaii State Public Library System must have a robust physical and technological infrastructure. This goal relates directly to the LSTA purposes and priorities set forth in the Library Services and Technology Act. Specifically, it relates to LSTA purpose *"promote library services that provide users with access to information through national, state, local, regional, and international collaborations and networks"* and LSTA priority "*establish or enhance electronic and other linkages and improved coordination among and between libraries and entities for the purpose of improving the quality of and access to library and information services."*

Goal I Objectives

There are two objectives that support this goal:

1. Continue to monitor and upgrade HSPLS' technology infrastructure to increase efficiency, improve speed of access, provide enhanced security for confidential information (e.g. patron records), provide wireless services, provide mobile applications, provide additional services and informational resources and to provide for the digital inclusion of all Hawaii's residents.
2. Research and implement new strategies for upgrading hardware and software programs and professional automation services, to improve system efficiency, speed, security, and to enable incorporation of new technologies that improve access to resources and services for the public.

Activities and Timeline

Maintaining a robust physical and technological infrastructure requires ongoing processes of planning, managing, measuring, and researching opportunities for improvement and innovation of services that support access for our patrons. The following activities will be included:

- After our network upgrade is completed in September 2022, which will provide 1G burstable connectivity for each branch, a new map will be available for managing and monitoring our network.
- New reporting for usage of our network and wireless connections by patrons will be implemented with ongoing analysis. The review of the data will be done monthly and analyzed to determine the effectiveness of our technology and help us pinpoint areas in need of improvement.
- Reviews and evaluation of new technologies that improve information access and services to patrons will be done to determine what should be implemented. This process will be done on a continual basis with quarterly reviews to determine projects for implementation. In the next five years, we will be looking for:
  - Technologies that increase capacity of our networks and manage our Wi-Fi access.
  - Methods for assisting our patron's seamless movement from our physical to our digital collections.
  - Technologies that support the needs of our patrons and ensure they have access to information and the technology needed to find and use it.
  - Best methods for creating telepresence and sharing services and programming across multiple islands.
  - Innovative approaches to providing services with fewer staff, but still enable all locations to provide equitable access to information and resources.

    o  Enhanced security of patron data

Measurement

If we are consistent in the use of these activities over the next five years, we will be able to ensure that our 51 branches have a robust physical and technological infrastructure that ensures access to the information and resources that patrons need. Through an annual review of data and feedback from staff and patrons, we will determine if we are meeting the needs of our community.

    Outcome 1: Conduct staff survey at the end of the five-year period to determine staff assessment of network capacity and speed regarding: 1) ILS operations and 2) accessing online database and other resources. At least 85% of the staff will report the network is reliable and supports with appropriate speed their access to library resources.

Funding

IMLS funding will be used with our General Funds to maintain and improve quality and secure access to electronic resources and communication through high speed connectivity and the hardware and software needed to provide the best possible access to digital resources that help people to be successful.

**Goal II: 24/7 Virtual Collections**

One of the ways in which we can create equity of access to information and books over 6 islands with a limited materials budget, is to subscribe to online databases that offer information/materials that are currently behind a paywall for patrons to access. The online collections also extend the hours of service, by providing 24/7 access with just a library card and Internet connectivity. This goal relates directly to the LSTA purposes and priorities set forth in the Library Services and Technology Act. Specifically, it relates to LSTA purpose *"promote library services that provide users with access to information through national, state, local, regional, and international collaborations and networks"* and LSTA priority *"establish or enhance electronic and other linkages and improved coordination among and between libraries and entities for the purpose of improving the quality of and access to library and information services."*

Goal II Objectives

There are four objectives for this goal:

1. Continue to develop a collection of online databases and eBooks that support the needs of our communities.
2. Work with the Hawaii Library Consortium to leverage funding and support access to online resources across multiple library types.
3. Evaluate the database collection and get feedback from staff and patrons.
4. Provide more materials and training opportunities to support the use of the databases by staff and patrons.

Activities and Timeline

The following activities will be used to support this goal:

- Staff will work to develop a collection of online databases and eBooks that complement our physical collections and create equal access to resources across all of our islands. This will be on an ongoing basis over the next five years.
- Staff will work to redesign access to our online collection and seek new ways to curate collections that help patrons find resources more effectively.

- Conduct a periodic review of the databases, the usage data, and input from users to develop the collection and determine where training needs might be.
- Work with the Hawaii Library Consortium to identify online resource subscriptions that could leverage the funding resources across multiple institutions to create more access for patrons. This will be on an ongoing basis over the next five years.
- Create and implement a variety of materials and training opportunities to help both staff and patrons use the online resources most effectively. This will be on an ongoing basis over the next five years.

Measurement
We will evaluate the effectiveness of the online databases through review of usage data and feedback from staff and patrons.

> Outcome 2.1: At the end of this 5-Year LSTA period, 85% of our reference service staff will know how to access our collection of online resources, can easily identify appropriate resources for subject searches, and can instruct patron to use these databases.

> Outcome 2.2: At the end of this 5-Year LSTA period, 45% of patrons surveyed will be familiar with one or more of our online resources, will be able to locate and access the resources, and will be able to search and obtain information of interest to them.

> Outcome 2.3: At the end of this 5-Year LSTA period, 45% of patrons surveyed will report high satisfaction with the collection of online resources in terms of ease of use, convenience, and appropriateness for their information and reading interests.

Funding
IMLS funding will be used with our General and Special Funds to purchase subscriptions to online databases and eBooks to provide equitable access to resources for all patrons across six islands. IMLS funding may also be used for resources that will enable more user-friendly access to these resources and how to use them.

**Goal III: Lifelong Learning**
In a world that requires a constant need to learn new skills to keep up with change, our public libraries offer places for people to learn and grow. The public library can leverage resources for the entire community and offer online learning tools and resources that support student learning needs, workforce skill development, 21 century skills and more. Online learning opportunities also extend the hours that our libraries are open with just a library card and Internet access. This goal relates directly to the LSTA purposes and priorities set forth in the Library Services and Technology Act. Specifically, it relates to LSTA purpose *"promote literacy, education, and lifelong learning and to enhance and expand the services and resources provided by libraries, including those services and resources relating to workforce development, 21st century skills, and digital literacy"* and LSTA priority *"expand services for learning and access to information and educational resources in a variety of formats, in all types of libraries, for individuals of all ages in order to support such individuals' needs for education lifelong learning, workforce development, and digital literacy skills."*

Goal III Objectives
There are five objectives for this goal:
1. Continue to develop a collection of online learning tools and resources that support the needs of our communities.

2. Identify and make available resources that support workforce development.
3. Identify and make available resources that support digital literacy skills.
4. Evaluate the collection and get feedback from staff and patrons.
5. Provide more materials and training opportunities to support the use of the tools and resources by staff and patrons.

Activities and Timeline
The following activities will be used to support this goal:

- Staff will continue to work on the development of a collection of online learning tools and resources that provide learning opportunities for patrons across all of our islands. This will be on an ongoing basis over the next five years. In particular, resources that support workforce development and digital literacy will be targeted to support statewide initiatives and new legislation around digital equity.
- Conduct a periodic review of the online learning tools and resources, the usage data, and input from users to develop the collection and determine where training needs might be.
- Create and implement a variety of materials and training opportunities to help both staff and patrons use the online learning tools and resources most effectively. This will be on an ongoing basis over the next five years.

Measurement
We will evaluate the effectiveness of the online databases through review of usage data and feedback from staff and patrons.

Outcome 3.1: At the end of this 5-Year LSTA period, 85% of our reference service staff will know how to access our collection of online learning tools and resources and can instruct a patron to use them.

Outcome 3.2: At the end of this 5-Year LSTA period, 40% of patrons surveyed will be familiar with one or more of our online learning tools or resources, will be able to locate and access the resources, and will have tried to use at least one of the online learning tools.

Outcome 3.3: At the end of this 5-year LSTA period, 35% of patrons surveyed will report that they have completed one online course related to improving their skills for work and/or digital literacy.

Funding
IMLS funding will be used with our General Funds to purchase subscriptions to online learning tools and resources to provide equitable access to resources for all patrons across six islands.

**Goal IV: Innovative Service Development**
With ever changing technology and growing expectations of access to resources and fairly flat budget and staffing, the Hawaii State Public Library System must continue to identify new ways to expand and enhance our services for the public. This goal relates directly to the LSTA purposes and priorities set forth in the Library Services and Technology Act. Specifically, it relates to LSTA purpose *"promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States"* and LSTA priority *"establish or enhance electronic and other linkages and improved coordination among and between libraries and entities for the purpose of improving the quality of and access to library and information services."*

Goal IV Objectives
There is one objective for this goal:
1. Improve services and programs for our patrons with new and innovative approaches.

Activities and Timeline
The following activities will be used to support this goal:
- Staff will work to identify challenges in providing services/programs. This will be an ongoing process throughout the five years.
- Staff will research and review new methods and/or technologies that could be used to improve and enhance services. This will be ongoing process throughout the five years.
- A project will be identified each year to implement and measure.

Measurement
For each project, we will identify outputs and outcomes that will help us understand if they have been effective. We will conduct surveys to get feedback on the impacts of the projects.

> Outcome 4.1: At the end of this 5-Year LSTA period, a minimum of 3 projects will have been implemented that improve the services and programs to the public. Forty percent of participants that use the new services/programs will report that the new service and/or program has provided value to them.

Funding
IMLS funding will be used with our General Funds to support the implementation of a minimum of 3 projects over the five-year period that build new models for expanding and enhancing services for the public.

**Goal V: Educated Library Workforce**
Staff must have the skills and knowledge to effectively build, implement and provide effective services to our communities. This goal relates directly to the LSTA purposes and priorities set forth in the Library Services and Technology Act. Specifically, it relates to LSTA purpose *"enhance the skills of the current library workforce and to recruit future professionals to the field of library and information services"* and LSTA priority "*provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services."*

Goal V Objectives
There are two objectives for this goal:
1. Development of a training infrastructure to support ongoing staff learning based on identified needs.
2. Offer and promote leadership development opportunities.

Activities and Timeline
The following activities will be used to support this goal:
- Review of knowledge and skills that are needed by staff to be effective in their jobs, and competencies.
- Support a learning platform that will provide a method to find, take and track learning.
- Identify and provide access to online and face-to-face opportunities including courses, conferences and professional training.
- Create a plan and implement leadership development for staff.

Measurement
We will evaluate the effectiveness of the training by conducting evaluations of each training session, including the skills that are learned.

> Outcome 5.1: At the end of this 5-Year LSTA period, 75% of staff will report that the training they need is available and that they are able to learn the skills and gain the knowledge needed to do their jobs effectively.

Funding
IMLS funding will be used with our General Funds to support the design and implementation of a training infrastructure, and learning opportunities for staff to increase their skills based on the identified need.

## COORDINATION EFFORTS

# Five Year Crosswalk

| State Goal | Project | Focal Areas | IMLS Intent |
|---|---|---|---|
| **Goal I:**<br><br>***Robust Infrastructure*** | The physical and technological infrastructure for the entire Hawaii State Public Library System (HSPLS) will be robust enough to support ILS operations, access to online electronic databases and other online resources in public library facilities as well as remotely, and to provide Internet access for patrons in all public library facilities via public library owned hardware as well as via patron-owned devices connected to wireless service provided by HSPLS. | Institutional Capacity | Improve the library's physical and technological infrastructure |
| **Goal II:**<br><br>***24/7 Virtual Collections*** | Continue to develop and provide access to a collection of online databases and ebooks for the public. | Information Access | Improve users' ability to obtain and/or use information resources |
| **Goal III:**<br><br>***Lifelong Learning*** | Continue to develop and provide access to a collection of online learning tools and resources for the public. | Lifelong Learning | Improve users' general knowledge and skills |
| **Goal IV:**<br><br>***Innovative Service Development*** | Complete a minimum of 3 projects that will improve and enhance services for the public. | Institutional Capacity<br><br>Information Access | Improve library operations<br><br>Improve users' ability to discover information resources<br><br>Improve users' ability to obtain and/or use information resources |
| **Goal V:**<br><br>***Educated Library Workforce*** | Implement learning infrastructure and provide learning opportunities for staff to increase knowledge and skills. | Institutional Capacity | Improve library workforce |

## EVALUATION PLAN

Commercial and in-house survey instruments will be used to collect staff and patron satisfaction feedback about HSPLS initiatives, to see if outcome targets have been met, and to elicit recommendations for further improvement. Output measures, outcome measures, program and workshop evaluations, interviews and other data will also be included in the Annual State Program Reports and the Evaluation Report at the end of this five-year period. An outside consultant will be hired to conduct the evaluation at the end of this five-year plan.

## STAKEHOLDER INVOLVEMENT

The Hawaii State Public Library System is the only statewide single 51 branch library system in the United States. Because of that, the funding that is received is used to support services and programs to all Hawaii's residents through the public library system. In order to get input from our stakeholders for this plan, a portion of the evaluation of our LSTA Five-Year Plan 2018-2022 enabled both staff and patrons to provide input into what services and programs were most important now, and what would be important in the future. We reviewed all of the feedback and used it to create the LSTA Five-Year Plan 2023-2027.

Staff will be involved in the implementation of this plan, and we will have feedback loops to get input from staff and patrons about the programs and services that are being provided.

Presentations will be made to the Board of Education regarding the implementation and evaluation of the State Plan.

## COMMUNICATION AND PUBLIC AVAILABILITY

When this Five-Year Plan 2023-2027 has been approved by IMLS, it will be linked to the HSPLS web site.  Staff, Board of Education, Friends of the Library of Hawaii, State legislators, the Congressional delegation, the Governor, and appropriate State agencies and other stakeholders will all be informed of the new Plan.

HSPLS will continue to acknowledge IMLS funding on appropriate webpages, flyers, and announcements, and will publicize achievements, important milestones and results of the Five-Year Plan as required for reporting purposes to IMLS as well as to stakeholders and the general public.  Communication channels include the HSPLS web site, news releases, reports to the Board, the Governor and appropriate departments, the Hawaii State Legislature, and the Congressional delegation, and other formal and informal means of dissemination in print and electronic formats and via presentations and meetings.

## MONITORING

HSPLS will continuously track implementation of the Five-Year Plan and prepare annual State Program Reports as required.  Commercial and in-house survey instruments will be used to assess staff and patron satisfaction feedback about HSPLS initiatives and to elicit recommendations for further improvement.

Any substantive revisions to the Plan, especially to the goals, will be submitted to IMLS according to the provisions of the LSTA, and to appropriate stakeholders.

## ASSURANCES

The required assurances are attached.