# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, et al., | |
| Plaintiffs, | |
| v. | C.A. No.: |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

## <u>DECLARATION OF MORGAN LEHR MILLER</u>

Pursuant to 28 U.S.C. § 1746, I, Morgan Lehr Miller, hereby declare as follows:

1.  I am a resident of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  In June of 2024, I was appointed as the State Librarian for the Maryland State Library Agency.

3.  The State Library Agency is responsible for providing leadership and consultation in technology, training, marketing, funding, resource sharing, research, and planning, so that Maryland libraries can fulfill their missions for the people of Maryland.

4.  Among other things, the State Library Agency "[a]dminister[s] federal and State funds appropriated to it by the State for library purposes," Md. Code, Educ. § 23-106(b)(5), "[a]dminister[s] the State grant program for county public library capital projects," *id.* § 23-

106(b)(9), and "[c]ooperate[s] with national library agencies and those of any other state," *id.* § 23-106(b)(11).

5.      As State Librarian, I oversee the administration of state and federal funds to ensure the most effective distribution of resources for Maryland public libraries and their customers.

6.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services (IMLS), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

7.      Given my experience, I believe that the elimination or reduction of personnel envisioned by Executive Order 14,238 will cause IMLS to be unable to administer financial awards and programs on which the State Library Agency relies, causing significant harm to Maryland's 24 county public library systems and the entire State.

8.      IMLS provides federal funding to State library administrative agencies—including the Maryland State Library Agency—under the Library Services and Technology Act (LSTA). *See* 20 U.S.C. § 9133(a).

9.      In order to receive funds under the LSTA, each State library administrative agency must submit a five-year plan to IMLS that describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134. A copy of the Maryland State Library Agency Five-Year Plan is attached as Exhibit A.

10.     Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

11.     In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. Maryland received $3,332,465, which represents the Federal share (66 percent) for the activities in Maryland's approved Five-Year Plan.[1]

12.     The Maryland State Library Agency uses these federal funds to support many of its programs, including:

    a.  Staff, professional, and leadership development programs to fulfill State-mandated certification requirements.

    b.  Grants for innovation to help public libraries meet the changing needs of their customers.

    c.  Funding to support lifelong learning, workforce development, early learning skills, and support for veterans.

    d.  Grants to public libraries to plan for short- and long-term goals.

13.     The State Library Agency also uses IMLS funds to pay the full and/or partial salaries of 10 employees (6.25 full-time equivalent) and three consultants.

14.     In addition to administering federal funding to States, IMLS offers the following programs and services:

---

[1] IMLS, *Library Services and Technology Act—State Allotment Table*, https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf (last accessed Mar. 31, 2025).

a.  Providing benchmarks and access to library data from around the country through nationwide surveying.

b.  Consulting on the direction for library services.

c.  Devising best practices for grants management.

d.  Circulating resources developed by other IMLS-funded projects.

15.  The State Library Agency's budget for this year relies on receiving $3,332,465 in federal funding, which includes funding allocations for staffing as well as 55 subgrants directed to Maryland's local public libraries.

16.  Projects funded by IMLS subgrants include:

a.  A series of short heritage videos to promote the role of Worcester County in American history;

b.  Expansion of internet access in Baltimore County;

c.  Seed libraries to promote agricultural literacy in Howard and Kent Counties;

d.  Enhanced trade education in Charles County;

e.  Artificial intelligence training in Howard and Frederick Counties;

f.  A makerspace in St. Mary's County to provide skills necessary for a changing workforce;

g.  Sensory learning to serve children with special needs and their families in Talbot County;

h.  Digital preservation in Wicomico County; and

i.  Multiple strategic planning and feasibility study activities in various counties.

17.    On March 31, 2025, I received an email from Teri DeVoe, Associate Deputy Director, Grants to States, IMLS, stating that "that all staff are going to be placed on administrative leave, effective today."

18.    Later that day, I was emailed a statement from the American Federation of Government Employees Local 3403—which represents IMLS employees—reporting that IMLS "notified the entire staff that they are being placed on administrative leave immediately" and that "[i]n the absence of staff, all work processing 2025 applications has ended.   The status of previously awarded grants is unclear.   Without staff to administer the programs, it is likely that most grants will be terminated."

19.    Although the State Library Agency has preliminarily identified replacement funds if IMLS grants are no longer available, some of those funds would need to be provided by the subgrantees themselves. With a projected increase in Maryland unemployment rates, however, it is unclear that counties—especially rural ones—will be able to support their public library systems at the current level, much less bear any portion of the cost of these subgrants.

20.    The State Library Agency has no plans in place to replace IMLS funding for subgrants beyond the current cycle, and given the State of Maryland's anticipated budget deficit, it is unlikely that State funds will be available to offset the loss of IMLS funding.

21.    Any pause in federal funding will have a chilling effect on public libraries throughout the State. IMLS's failure to reimburse project costs—or its delay in providing reimbursements—would force county public libraries to cover outlays themselves, bringing planned projects to a halt.   A loss of funds also would compel the State Library Agency to reduce expenses funded by federal dollars, which include the salaries for one-third of its employees, the lease on its current office, and contracts for services such as teleconferencing, grants management,

and specialized consultants.  Finally, the uncertainty about the reliability of federal funds in the future would lead libraries to rely more on their limited local funds to cover unanticipated expenses, which would, in turn, restrict their ability to meet the needs of their communities.

22.    In the next 120 days, the State Library Agency is scheduled to receive $1,833,960 under its current Federal awards. These funds already have been obligated for disbursement.

23.    The next reimbursement request is scheduled for April 21, 2025.  If the State Library Agency does not receive IMLS funds when requested, it will sustain a debt to the State of Maryland, which has already reimbursed subgrantees and the agency for operation costs. That would create uncertainty in the public library community as to the State Library Agency's ability to pay for services contracted and/or delivered, and would undermine the authority of the State Library Agency as a reliable source of resources and information.

24.    Eliminating the functions of the IMLS would have immediate, dire, and irrevocable consequences for Maryland's public libraries and their customers. 52% of Marylanders have active library cards, and a statewide opinion poll conducted for the State Library Agency in 2020 found that 75% of Marylanders believe the library is "important" or "very important" and that "public libraries are a good investment of tax dollars."[2] Defunding the IMLS would cripple the State Library Agency's ability to provide resources and funds for a much needed and valued service.

---

[2]  See Md. State Library, *Minutes of the Maryland State Library Board Meeting* (Dec. 10, 2020), https://msla.maryland.gov/State%20Library%20Board%20Documents/December%2010,%2020 20%20Board%20Meeting%20Minutes.pdf.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 3, 2025, at Baltimore, Maryland.


_____

Morgan Lehr Miller

# EXHIBIT A



# Library Services and Technology Act (LSTA)

# Five-Year Plan

# 2023-2027

For submission to the

Institute of Museum and Library Services

Irene Padilla

Maryland State Librarian

June 2022

Revised 2025



## CONTENTS

PREFACE ................................................................................................................................2

LIBRARY LANDSCAPE IN MARYLAND

    A Vision for Maryland Libraries ...............................................................................2

    Maryland State Library Network...............................................................................2

        Maryland Public Libraries ..................................................................................2

        State Library Resource Center (SLRC) .................................................................3

        Regional Library Systems....................................................................................3

        Maryland School Libraries...................................................................................3

        Maryland Higher Education Libraries...................................................................3

    Maryland State Library Board...................................................................................4

    Maryland Residents.................................................................................................4

    Maryland Demographics and Socioeconomic Status.................................................4

PREPARING MARYLAND FOR THE FUTURE

    State of the Field....................................................................................................5

    Rural and Urban Populations....................................................................................5

MISSION STATEMENT.................................................................................................6

NEEDS ASSESSMENT ...............................................................................................6

    Maryland's Alignment with 2023-2027 LSTA goals.................................................8

GOALS AND PROJECTS ...............................................................................................9

COORDINATION EFFORTS ..........................................................................................14

EVALUATION PLAN ...................................................................................................15

STAKEHOLDER INVOLVEMENT ..................................................................................16

COMMUNICATION AND PUBLIC AVAILABILITY ...........................................................17

MONITORING ...........................................................................................................17

ASSURANCES ...........................................................................................................17

# PREFACE

The Library Services and Technology Act (LSTA), a federal program for libraries administered by the Institute of Museum and Library Services (IMLS), requires a five-year plan from each state. The Maryland State Plan 2023-2027 addresses the community needs that the libraries in Maryland serve, as well as the priorities set forth in the IMLS 2023-2027 Five-Year State Plan Guidelines. This plan has been developed from the contributions and participation of library staff and users of libraries and information services in Maryland. The Maryland State Plan aims to:

- Provide a framework for establishing program goals to assist libraries to meet the diverse needs of the residents of Maryland.
- Establish guidelines for the best uses of the Library Services and Technology Act funds.
- Make widely known a plan for statewide library development.
- Fulfill the planning requirements of the Library Services and Technology Act.

It is essential that Maryland's libraries have the capacity to evolve, to expand access to resources and cutting-edge technologies; to employ highly trained, and customer-focused staff; and to collaborate with the communities they serve to maintain a strong and vibrant physical presence in the community and a virtual presence on the Web.

# THE LIBRARY LANDSCAPE IN MARYLAND

## A Vision for Maryland Libraries

Maryland libraries build real and virtual connections to enable individuals of all ages, families, and communities to learn, grow and prosper in the 21st century. Maryland libraries provide resources for literacy, lifelong learning, and linkages to Maryland's past, present and future through information in a variety of accessible formats. Maryland libraries ensure that all residents and communities have access to library resources, and that libraries center communities; they address needs, find opportunities, and help communities and individuals grow and thrive. The Maryland State Library Agency motto is "Maryland Libraries: Inspiring Library Innovation." This plan has been created to support our work to achieve this purpose.

## Maryland State Network

The network provides Maryland residents with access to information through interlibrary loans; direct lending of resources through public, academic, special, and school libraries; technical assistance, staff training, and the coordination of marketing and outreach activities. The network encompasses the following entities:

### Maryland Public Libraries

The state of Maryland has 24 public library systems, representing the 23 counties and Baltimore City. Generally, a Board of Trustees governs each county public library.  Each Board establishes and operates the library to provide free services to residents of the county in which it is located; may permit persons outside the county to use the library facilities on the terms and conditions it determines; may establish and operate libraries at any location in the county; determines the library policies; and adopts reasonable rules, regulations, and bylaws for library use and the conduct of its business. The board may also advise in the preparation and approval of the library

budget, receive, account for, control, and supervise, under the rules and regulations of the county governing body, the spending of all public funds received by the library, and use the services of the fiscal agencies of the county governing body.

### State Library Resource Center (SLRC)

The SLRC provides a multitude of services to Marylanders, functions as the State Library (as opposed to the State Library Agency) and provides in depth research services and resources to complement local system level holdings. In addition, SLRC provides lending opportunities for libraries within the State Library Network. When information is not easily accessible, it assures access to information through the Maryland Interlibrary Loan Organization (MILO). SLRC also provides valuable information to State government employees through the Government Reference Service. SLRC operates SAILOR, Maryland's on-line electronic information network, and MARINA, an end user software application that provides access to library material regardless of where the requestor lives or where the resources are located. SLRC also provides extensive Staff development and public facing programs addressing information needs and special topics.

### Regional Library Systems

There are three regional libraries that support the network. They include the Eastern Shore Regional Library, Inc. in Salisbury, the Southern Maryland Regional Library Association, Inc. in Charlotte Hall, and the Western Maryland Regional Library in Hagerstown.

Completing the network are Maryland's elementary, middle, and secondary school media centers; college and university libraries; and state institutional libraries that serve people with mental illness and the incarcerated.

### Maryland School Libraries

The state of Maryland includes 24 school systems, representing the 23 counties and Baltimore City.  Each local school system is required to establish and adequately maintain a quality school library media program, with appropriate staffing, in each school.  In addition, there are many non-public schools in the State.  Through a literacy skills instructional program that is integrated into the curriculum, library media specialists teach students how to become lifelong learners, informed decision-makers, and effective users of information.  Maryland school library media programs provide access to a variety of resources and services to support this goal.  In addition, the school library media specialists are responsible for providing professional development in the use of instructional technology and many provide primary technical support for the equipment and networks in Maryland schools.

### Maryland Higher Education Libraries

Maryland's 57 accredited post-secondary institutions of higher education include a mixture of public and private colleges, universities, and community colleges. The state is also home to more than 151 private career schools. The libraries of these higher education and career-training institutions collectively serve hundreds of thousands of students, faculty, staff, and other authorized users. The libraries also support each institution's numerous programs with collections and services tailored to reflect each institution's mission, goals, and available resources. Many of these libraries also support extensive online education programs, so the reach of Maryland's college, university, community college, and career-training libraries is truly global.

## Maryland State Library Board

The Maryland State Library Board (MSLB) consists of twelve members. The Governor appoints seven members, five of whom are selected from the public at large, one is a professional librarian, one is a library trustee, and one is a blind patron of the Maryland State Library for the Blind and Print Disabled. The remaining five members serve ex officio representing the President of the Congress of Academic Library Directors, the President of the Board of Trustees of Enoch Pratt Free Library, the President of the Maryland Library Association, the Dean of the University of Maryland College of Library and Information Services, and the President of the Maryland Association of School Librarians (MASL).

In general, the MSLB represents the interests of Maryland residents for better library services, advises all levels of government, and promotes the improvement of library services in the State. The Board is authorized to gather information on the needs of libraries, oversee the State Library Agency and exercise general direction and control of library development in Maryland. The Board is responsible for the adoption of rules and regulations, the establishment of library policies and procedures for the statewide system of libraries and advises the Governor on library matters. Each year the State Library Board reports to the Governor and Maryland citizens on the support, condition, progress, and needs of libraries. They consider the State's library needs and recommend to the Governor and the General Assembly desirable legislation. The State Library Board approves county public library capital projects for State funding consideration.

## Maryland Residents

Maryland residents actively engage and are supportive of public libraries. In 2020, the Western Maryland Regional Library (WMRL) and OpinionWorks, LLC ran a public opinion poll to gather feedback from 2,500 residents to determine how Maryland public libraries are perceived. 55% said that they had visited their local library within the past few weeks and 74% rated their local library as "great" or "good". 62% of respondents said that Maryland's public libraries were an essential service and 87% of respondents said that the library helped them learn new things. 77% said that libraries were a good investment of tax dollars, and 57% said that more money should be invested in Maryland public libraries.


# PREPARING MARYLAND FOR THE FUTURE

## State of the Field

*The State of America's Libraries 2022* special report from the American Library Association (ALA) stresses how essential libraries are in the challenging times that our communities encounter. As libraries face these challenges, they continue to act in support of the core values of access, inclusion, intellectual freedom, democracy, education and lifelong learning, service, and social responsibility. Libraries are places in their communities where individuals participate in a variety of programs, services, and activities. As the needs and interests of individuals evolve and change, libraries must develop new and innovative responses to fulfill these needs and interests. Budgetary pressures continue to compel libraries to be more efficient, to make the case for their value, and to embrace new roles.

## Rural and Urban Populations

Rural and Urban libraries address specific customer needs not found in other areas. Depressed salaries and lack of job opportunities, digital access and school preparedness are priority issues that these libraries address.

Unemployment in 11 of the 19 census-designated urban and rural counties is higher than the statewide average for the period from 2011 to 2021. The highest rate of unemployment is in Worcester County, exceeding 10% unemployment.

While an influx of federal funding will help address the issue of digital access, libraries continue to be well positioned to assist customers in need now. According to the Abell Foundation, more than half a million Maryland households (23%) do not subscribe to wireless Broadband. Additionally, more than 100,000 Maryland households with school age children lack Broadband access. Rural communities and urban centers are the least likely to have home access to Broadband, making them less able to be competitive in the job market, to engage in education, to fully participate in community and civic affairs, and has recently been linked to co-morbidities for health outcomes.

According to the 2021-2022 Maryland State Department of Education report, "Ready at Five" metrics indicate that more than half of all children (60%) about to enter kindergarten do not have the necessary skills to succeed. Eight of the Census designated Rural and Urban Counties are below the statewide average, and Baltimore City has the lowest rate at 25%. Service to pre-school children and their caregivers is a cornerstone service provided by most public libraries. Despite the innovative projects done around the state, the issues of school readiness cannot be solved by libraries alone. Maryland libraries partner with multiple organizations locally and statewide to develop and adopt new ways to engage children and caregivers.

## MISSION STATEMENT

The mission of the Maryland State Library Agency (MSLA) is to provide leadership and consultation in technology, training, marketing, funding, resource sharing, research, and planning, so that Maryland libraries can fulfill their missions now and in the future for the people of Maryland.

## NEEDS ASSESSMENT

The Maryland State Library Agency (MSLA) will use Library Services and Technology Act (LSTA) funds from the Institute of Museums and Library Services (IMLS) to support libraries in their work to provide exceptional customer experiences for all Marylanders. The leaders of libraries throughout Maryland remain committed to providing the best library services and programs to meet the evolving needs and interests of their constituents. Throughout the past two years of the pandemic experience, Maryland libraries and their resources continued to be available to the people of Maryland. Library leaders and members of their staff worked diligently and creatively to ensure access to information and collections. When it became possible to offer programs, a variety of virtual, hybrid and in-person programs were offered to the delight of those who participated.

Maryland libraries face challenges that are very similar to those encountered by libraries of all types across the nation. These include an increase in the cost of e-books as budgets for collections remain the same or are reduced; ensuring access to accurate information; providing internet access; providing digital literacy; educating and training the workforce; and positioning the library to be central to community development.

Focus group and individual interviews were held from December 2021 through January 2022. Each group was invited to address the same set of questions:

- Think about the future of library service in Maryland, what do you envision the needs to be?
- How can the State Library help to address these needs?
- What do you see to be the priority areas for allocation of LSTA finds in Maryland?
- IMLS has specified the need to include projects in the 5 -Year plan. What areas of activity or projects can you suggest?
- If the State Library were to commit to pursue only one goal, what would it be?

The interviews included individuals from the Maryland Library Association, the Maryland Association of Public Library Administrators, the Congress of Academic Library Directors of Maryland, Maryland Humanities, Maryland Association of School Librarians, and individuals from across the state who attended the open sessions.

The results of the focus groups and interviews were transcribed and analyzed to identify recurring themes, issues, and needs. The key themes identified were:

- strengthening the role of libraries in their communities,
- creating robust partnerships,
- continuing to build a training and education program to prepare library staff for future work and the future workplace,
- preparing library staff to deliver the best possible customer service to the people of Maryland,
- ensuring access to quality and accurate information resources,
- offering training and education to the people of Maryland, especially in emerging technology and digital literacy,
- and developing more statewide initiatives led by the State Library Agency.

Maryland State Library Agency staff carefully reviewed the comments and summary report, identified key areas for the focus of this plan that aligned with the stated IMLS goals, and reached agreement on three overall goals and a set of projects for each goal. In addition, the staff reviewed the results of the QualityMetrics five-year evaluation of Maryland's LSTA 5-year State Plan, FY2017 - FY2022, the topical Maryland demographics and trends reports, and relevant national reports. These include:

The Abell Foundation. Retrieved May 20, 2022, from Disconnected in Maryland. https://abell.org/wp-content/uploads/2022/02/2020_Abell_digital20inclusion_full20report_FINAL-web.pdf

American Community Survey. (n.d.). *Profile*. Census Reporter: Making Census Data Easy to Use. Retrieved May 20, 2022, from https://censusreporter.org/

American Library Association. (2022). (rep.). *State of America's Libraries, Special Report: Pandemic Year Two*. Retrieved May 20, 2022, from www.ala.org/news/state-americas-libraries-report-2022

Co., E. L. A. P. Q. (2022, January 3). *Three trends shaping the future of Libraries*. Library Journal. Retrieved May 20, 2022, from https://www.libraryjournal.com/story/three-trends-future

College of Information Studies, University of Maryland. (n.d.). *Reimagine Libraries*. *i*School. Retrieved May 20, 2022, from https://yxlab.ischool.umd.edu/projects/reimagining-youth-services-during-crises/

Cooper, D. (2022, April 14). *Aligning the Research Library to Organizational Strategy*. Ithaka S+R. Retrieved May 20, 2022, from https://doi.org/10.18665/sr.316656

Maryland Department of Health. (n.d.). *Maryland Department of Health*. Maryland State Office of Rural Health. Retrieved May 20, 2022, from https://health.maryland.gov/pophealth/Pages/Rural-health.aspx

Maryland State Department of Education. (2022). (rep.). *Coming Back Stronger: Resilience and Opportunity - 2021-2022 Kindergarten Readiness Assessment Report*. Baltimore, MD. Retrieved May 20, 2022, from https://earlychildhood.marylandpublicschools.org/system/files/filedepot/4/readinessmatters2021-2022_accessible.pdf

"Marylanders Value Their Public Libraries." *Maryland State Library Agency*, Opinion Works, https://marylandlibraries.libguides.com/ld.php?content_id=65646488

Masterson, V. (2022, January 14). *5 tech trends to watch in 2022*. World Economic Forum. Retrieved May 20, 2022, from https://www.weforum.org/agenda/2022/01/tech-trends-in-2022/

Shumaker, D. (2021, April 27). NewsBreaks. *Information Today, Inc.* Retrieved from http://newsbreaks.infotoday.com/NewsBreaks/The-Next-Normal-The-PostPandemic-Future-of-Library-Services-146346.asp

State of Maryland. (2022, March). *Maryland at a glance*. Maryland Unemployment Rates - by County. Retrieved May 20, 2022, from https://msa.maryland.gov/msa/mdmanual/01glance/economy/html/unemployrates.html

The International Federation of Library Associations and Institutions. (n.d.). *Libraries and the Sustainable Development Goals - ifla.org*. Retrieved May 20, 2022, from https://www.ifla.org/wp-content/uploads/2019/05/assets/hq/topics/libraries-development/documents/sdg-storytelling-manual.pdf

U.S. Census Bureau. (2021, November 21). Retrieved May 20, 2022, from https://www.census.gov/topics/health/disability/guidance/data-collection-acs.html

## Maryland's Alignment with 2023-2027 LSTA goals:

Maryland's 2023-2027 LSTA goals address needs congruent with the purposes and priorities of the LSTA:

## GOALS AND PROJECTS:

**Informed by the library community, MSLA will provide leadership, grants, resources and/or training opportunities to support the following projects:**

### GOAL 1: Responsive and Connected Institutions.

**GOAL 1 OBJECTIVE:** Enhance the structural capacity of libraries to foster new connections and to open up new opportunities to sustain and strengthen their communities.

**PROJECT 1:** Support transformation in Maryland Public Library organizational cultures.
**SUMMARY:** Offer resources and programs on transforming an organizational culture, forecasting the future, and community engagement to help libraries anticipate and adapt to social and cultural changes.
**ACTIVITIES:** Support the construction of Strategic Plans with LSTA funds.

Produce an annual cultures conference.

Provide futuring training.

**PROJECT 2:** Support libraries in creating new service models.
**SUMMARY:** Support the development of new responsive, anticipatory, and adaptive approaches to providing services as libraries continuously monitor changing customer expectations and community needs.
**ACTIVITIES:** Support tableau project to support evidence-based decision making.

Provide pilot grants to test new models for service.

**PROJECT 3:** Create engagement opportunities.
**SUMMARY:** Enable libraries to encourage in institutional operations.
**ACTIVITIES:** Support continued engagement through competitive and staff development grants.

**PROJECT 4:** Foster collaboration across institutions.
**SUMMARY:** Expand opportunities for libraries to collaborate across library systems and with local, state, and national organizations to leverage resources, and position libraries among these organizations
**ACTIVITIES:** Develop the Maryland State Library Network (MSLN) to include new initiatives that reach state resources.

Work with Maryland Association of Public Library Administrators (MAPLA) and Maryland Library Association (MLA) to identify and provide opportunities for collaboration.

Identify, promote and strengthen partnerships with Maryland State Government agencies, such as MD Department of Housing and Community Development, MD Department of Health, MD Department of Education, MD Department of Veterans Affairs.

Identify, promote and strengthen partnerships with nonprofit organizations, such as Libraries without Borders and Califa.

**PROJECT 5:** Position libraries as collaborative anchors that center community voices.
**SUMMARY:** Provide library systems with access to community level leadership opportunities, that will allow for libraries to include community assets and assessments of community needs in library work.
**ACTIVITIES:** Provide LSTA funding to libraries to encourage Asset-Based Community Mapping, Opportunity Assessments.

Connect libraries to experts and past clients to identify resources to meet local needs.

**PROJECT 6:** Support institutional planning.
**SUMMARY:** Enable libraries to create plans for their ongoing strategic operational and programmatic goals.
**ACTIVITIES:** Provide LSTA funding for library systems to engage consultants to assist in strategic and other planning services.

Provide guidance to libraries in creating new plans.

**PROJECT 7:** Expand and leverage data literacy.
**SUMMARY:** Facilitate the work of libraries to measure the outcomes of initiatives, and to use best practices in qualitative and quantitative data collection and use to inform decision-making and demonstrate library value for stakeholders.
**ACTIVITIES:** Provide consulting services to libraries in collecting and using data.

Provide training to library staff on the value, collection and analysis of measurement.

## GOAL 2: Resilient and Engaged Library Staff.

**GOAL 2 OBJECTIVE:** Strengthen libraries' institutional capacity to foster a strong and innovative workforce.

**PROJECT 1:** Support staff development opportunities.

**SUMMARY:** Encourage and support libraries to strengthen the library workforce's ability to provide the highest level of customer service.

**ACTIVITIES:** Provide staff development opportunities in multiple formats, such as virtual and asynchronous.

Subsidize staff development opportunities that have an associated cost through staff development grants.

**PROJECT 2:** Coordinate statewide Staff Development opportunities with partner agencies.

**SUMMARY:** Collaborate with stakeholder organizations (SLRC, MLA, MSDE, CALD, etc.) to provide staff development programs and activities.

**ACTIVITIES:** Coordinate efforts with Statewide Staff Development Community of Practice, Maryland Library Association and State Library Resource Center to develop complementary programming.

Work with partners to develop a Statewide Blueprint to support Staff Development needs across the state.

Expand efforts with current partnerships, including MD Department of Veterans Affairs and MD Department of Education to provide timely training.

Identify new training opportunities with new and ongoing government and non-government partners.

**PROJECT 3:** Foster statewide Communities of Practice.

**SUMMARY:** Facilitate the collaboration of Subject Matter Experts (SME) across library systems to develop training, resources and programming.

**ACTIVITIES:** Provide oversight and guidance to current Communities of Practice.

Provide LSTA funding to support approved programs and staff development opportunities identified by Communities of Practice.

Monitor trends and needs to identify any new needed Communities of Practice.

**PROJECT 4:** Provide future-oriented library staff development opportunities.

**SUMMARY:** Enable libraries to increase staff's capacity to anticipate and create library services for the future.

**ACTIVITIES:** Host Maryland Futures Summit.

Identify and develop training specific to Futuring for staff at all levels.

**PROJECT 5:** Develop leadership across the library field.

**SUMMARY:** Develop programs to prepare leaders at all levels for the future.

Offer continuing education to develop leadership skills at all levels of the library.

**ACTIVITIES:** Engage participants in Everyone Leads - Train the Trainer program to provide training to local and regional library staff.

Provide support for Maryland Library Association's Executive University for administrative staff.

Coordinate efforts with Maryland Library Association to produce Maryland Library Leadership Institute (MLLI).

Provide library staff with leadership opportunities in Statewide Communities of Practice and ad hoc groups.

## GOAL 3: Informed and Thriving Marylanders.

**GOAL 3 OBJECTIVE 1:** Help libraries improve access to information and to provide direct service for all Marylanders.

**GOAL 3 OBJECTIVE 2:** Help libraries develop lifelong learning opportunities in order to enhance Marylanders' formal education and general knowledge and skills.

**PROJECT 1:** Encourage innovative services to engage and develop lifelong learners.
**SUMMARY:** Encourage innovation in services and resources for customers.
**ACTIVITIES:** Provide LSTA funding for innovative pilot programs.

Provide regular showcases of previous LSTA funded activities for administrators.

**PROJECT 2:** Encourage personal development
**SUMMARY:** Support statewide reading programs, and other opportunities to encourage recreational reading for all ages.
**ACTIVITIES:** Provide support and guidance for Summer Reading Programs.

Use LSTA funds to support One Maryland, One Book program.

**PROJECT 3:** Support the capacity to develop multiple, diverse literacies.
**SUMMARY:** Facilitate the development of accessible and culturally diverse programming, information, financial, health, etc. literacies.
**ACTIVITIES:** Provide LSTA funding to foster the development of literacy programs.

Connect libraries to potential partner groups who can provide or consult on literacy efforts, such as the National Library of Medicine, MD Department of Heath, MD Department of Housing and Community Development, and Access to Justice.

**PROJECT 4:** Promote resources and services.
**SUMMARY:** Ensure all Marylanders have access to the full range of services

and resources available throughout libraries through programs that provide for innovative accommodations.

**ACTIVITIES:** Provide LSTA funds to support the Maryland Accessible Textbook (MAT) program.

Support the continued awareness of services for those who are Blind, Print Disabled and/or are members of the Deaf Community through audio description and closed captioning for MSLA program, as required.

Provide Fusion software to all public libraries to allow any and all computers can be used by those who are blind or print disabled.

Connect library program staff to best practices for programming for those who are neurodivergent.

**PROJECT 5:** Develop partnerships that address digital issues.

**SUMMARY:** Support access to Broadband, digital resources, and digital literacy training opportunities.

**ACTIVITIES:** Work with Statewide Library Broadband group and Communities of Practice to identify and promote state and national efforts.

Work with Maryland Department of Broadband to promote DIgital funding opportunities to libraries.

Work with the University of Maryland Extension Program to leverage ARPA funds to support Digital Literacy and Navigation efforts.

**PROJECT 6:** Support programs and services for early learning and family engagement.

**SUMMARY:** Provide supportive learning opportunities for birth to five children and caregivers.

**ACTIVITIES:** Expand Hatchlings Expectant Parent and newborn families early literacy  program.

Participate in national programs to identify new initiatives and projects to support early learning and family engagement.

Provide LSTA funds to libraries to pilot new methods for engaging early learning and family engagement services.

**PROJECT 7:** Support a future-ready and resilient workforce.

**SUMMARY:** Support the development and deployment of programs and resources to help Marylanders of all ages gain skills, certification, etc. to participate in and shape the future of work.

**ACTIVITIES:** Provide LSTA funding and consulting services to develop staff development and organizational change to create libraries prepared for future needs and workforce trends.

Support libraries in examining organizational structures and traditional staff roles to meet changing needs and resources.

**PROJECT 8:** Facilitate partnerships between public libraries and organizations serving at-risk and incarcerated Marylanders.

**SUMMARY:** Support the development of library services and resources to residents in prison, jail, and juvenile detention center libraries, as well as Marylanders who are unhoused, are housing or food insecure, and those in shelters, halfway homes, and other institutions**.**

**ACTIVITIES:** Promote efforts and programs from partner groups that serve the needs of at-risk and incarcerated Marylanders.

Provide staff development opportunities to support staff .

***For all projects, the following applies:***
**AUDIENCE:** Library staff and institutions; may vary at the Activity level.
**OUTPUTS:** Number of programs and attendance, number and amount of grants, number of resources provided.
**OUTCOMES:** Outcomes will be determined at the Activity level.
**TIMELINE:** Attention to each project is contingent on feedback from the library community and may not be applicable in every year of the program.

## COORDINATION EFFORTS:

The following is a crosswalk that maps each goal in the 2023-2027 Plan to one or more of the six Measuring Success focal areas and maps associated projects to one or more of the fourteen corresponding intents.

| STATE GOAL | IMLS FOCAL AREA/ OBJECTIVE | ASSOCIATED PROJECTS | IMLS INTENT |
|---|---|---|---|
| Responsive, and Connected Institutions. | Institutional Capacity, Civic Engagement, Information Access / Enhance the structural capacity of libraries to foster new connections and to open up new opportunities to sustain and strengthen their communities. | Support transformation in Maryland Public Library cultures. | Improve library operations |
| | | Support Libraries in adapting to changes in service models | Improve library operations |
| | | Create engagement opportunities | Improve users' ability to participate in their community |
| | | Foster collaboration across institutions | Improve library operations |
| | | Position libraries as collaborative anchors that are informed by community voices | Improve users' ability to participate in community conversations around topics of concern |
| | | Support institutional planning | Improve library's physical and technology infrastructure |
| | | Expand and leverage data literacy | Improve users' ability to obtain and/or use information resources |
| | Institutional Capacity, Information Access / | Support staff development opportunities | Improve the library workforce |

| Resilient and Engaged Library Staff. | Strengthen libraries' institutional capacity to foster strong and innovative workforce | Coordinate statewide Staff Development opportunities with partner agencies | Improve library operations |
| | | Foster statewide Communities of Practice | Improve library operations |
| | | Provide future-oriented library staff development opportunities | Improve users' ability to obtain and/or use information resources |
| | | Develop leadership across the library field. | Improve the library workforce |
| Informed and Thriving Marylanders. | Lifelong Learning, Information Access, Economic and Employment Development, Human Services, Civic Engagement / Help libraries improve equitable access to information, direct service for their users, and enhance users' formal education and general knowledge and skills. | Encourage innovative services to engage and develop lifelong learners | Improve users' ability to apply information that furthers their parenting and family skills |
| | | Encourage personal development | Improve users' general knowledge and skills |
| | | Support the capacity to develop multiple, diverse literacies | Improve users' general knowledge and skills |
| | | Promote resources and services | Improve users' ability to obtain and/or use information resources |
| | | Develop partnerships that address digital access | Improve users' ability to obtain and/or use information resources |
| | | Support programs and services for early learning and family engagement | Improve users' general knowledge and skills |
| | | Support a future-ready and resilient workforce | Improve users' ability to use resources and apply information for employment support |
| | | Facilitate partnerships between public libraries and organizations serving at-risk and incarcerated Marylanders | Improve users' ability to obtain and/or use information resources |

## EVALUATION PLAN:

The Maryland State Library Agency will use several methods to evaluate this plan:

- Reporting of results of individual projects in the annual State Programs Report
- Annual MSLA assessment and reporting on the progress made towards the goals in the plan
- MSLA initiated face-to-face online surveys, and interviews of constituent groups
- Continuous, intermittent feedback from stakeholder groups via social media, emails, and in person
- Mid-cycle and final reports by grantees, including the measurement of outcomes per IMLS guidelines
- Feedback collected at periodic meetings of various groups in the Maryland library community, including grant recipients, special, public, and academic librarians, affiliates of library systems, and others
- Five-year evaluation as directed by legislation. 20 U.S.C. § 9134(c).

MSLA will continue training local libraries on outcome-based evaluation and other evaluation methods. It will also provide technical assistance in developing evaluation plans for local projects and require grantees to evaluate their projects as part of the grant process.

MSLA will report annually on its projects to the larger Maryland library community at the annual Maryland Library Association Conference in May. MSLA will report on progress towards the goals in this plan and solicit feedback.

The information above will be used to evaluate the plan. An outside consultant may be hired to further assess progress and to write the formal evaluation report.

## STAKEHOLDER INVOLVEMENT:

Maryland's LSTA program encompasses many statewide programs and a considerable number of local projects. Grant applications can and do include partnerships with all types of libraries. Also, this plan recognizes that all libraries have some common areas of interest, e.g., staff training, electronic resources, e-books, and mobile devices.

The stakeholders identified in this 2023-2027 plan include local and regional public library systems; academic, school, and special libraries; and also various library leadership groups such as Congress of Academic Library Directors (CALD); Maryland Association of Public Library Administrators (MAPLA); Maryland School Library Media Advisory Committee (SLMAC); and coordinator groups in areas such as statewide projects, library statistics, technology, staff development, and outreach and marketing. Other stakeholders are state and national library organizations and the University of Maryland, College of Information Studies (iSchool).

To ensure that the Maryland State Plan reflects the needs of all types of libraries and library users, and that all stakeholders are involved, are monitored, and receive communications, these procedures will be initiated or continued from earlier years:

- Formal and informal meetings, focus groups, and interviews will be held to determine the needs of the different types of libraries and the activities that they would like to see the Maryland State Library undertake.
- Unsolicited feedback via email, phone, social media, and in-person will be considered in prioritizing MSLA activities.
- MSLA will continue to consider the recommendations of the QualityMetrics independent five-year evaluation of the 2018-2022 Maryland State Plan (described in the Needs Assessment section) to plan aggressively and develop even greater strategic opportunities in the future.
- The State Librarian will make regular reports on the plan's progress at the meetings of the following organizations and solicit feedback:
  - Maryland State Library Board
  - Congress of Academic Library Directors (CALD)
  - Maryland Association of Public Library Administrators (MAPLA)
  - Maryland Library Association (MLA).
- Feedback will be solicited from attendees at all the presentations referenced under the next section, Communication and Public Availability.

All feedback from stakeholders will be used to guide the annual work plans for the Maryland State Library Agency.

## COMMUNICATION AND PUBLIC AVAILABILITY

The Maryland State Plan will be disseminated to public library administrators, school library media supervisors, and all academic and special library directors in Maryland. The plan will also be posted on the Agency Website (www.marylandlibraries.org ), the Maryland Association of Public Library Administrators (MAPLA) Web site (http://www.maplaonline.org) and the Maryland Library Association site (www.mdlib.org). All constituent groups will be notified when it is posted.

The developments of the Maryland State Plan will be reported as follows:

1. Reports on the annual program will be filed with IMLS and announced to constituent groups.
2. Reports will be made at the quarterly meetings of MAPLA and to other library organizations upon request.
3. A report on the Plan's progress will be made at the Maryland Library Association (MLA) annual conference.
4. Presentations will be made to the Maryland State Library Board at its regularly scheduled meetings
5. A presentation will be made each year at the annual business meeting of the Citizens for Maryland Libraries.
6. Reports will be made to the Library for the Blind and Print Disabled Advisory Council at their quarterly meetings.
7. Updates about relevant parts of the plan will be shared with library staff communities of practice groups once a year.
8. An annual written report will be created and disseminated each year.

## MONITORING:

A MSLA staff specialist is assigned to monitor each program. MSLA staff specialists are also assigned as grant monitors to projects that fall under these programs but are implemented by individual libraries.  Annual reports on the progress of the Plan will be made available to the public. In addition, the Maryland State Plan for LSTA itself will be monitored continuously within MSLA and reviewed each year at MSLA's annual retreat. At that time, any significant modifications to the Plan will be formulated and filed with IMLS by the deadline set forth in the Library Services and Technology Act.

## ASSURANCES:

The following required certifications and assurances have been submitted:

- Program Assurances for 2023 Grant Award (includes compliance with Internet Safety; Trafficking in Persons; Nondiscrimination; Debarment and Suspension; Drug-Free Workplace; Federal Debt Status; and Lobbying requirements),
- Assurances of Non-Construction Programs,
- State Legal Officer's Certification of Authorized Certifying Official,
- Internet Safety Certification for Applicant Public Libraries, Public Elementary and Secondary School Libraries, and Consortia with Public and/or Public School Libraries.