## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND et al.,

      Plaintiffs,

v.                                                                      C.A. No.:

DONALD J. TRUMP, et al.,

      Defendants.

## DECLARATION OF RANDY RILEY

Pursuant to 28 U.S.C. § 1746, I, Randy Riley, hereby declare that the following is true and correct:

1.      I am the State Librarian for the Library of Michigan, a position I have held since 2014. As the State Librarian, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

2.      The Michigan Legislature created the Library of Michigan to guarantee that the people of Michigan, as well as its government, would have one perpetual institution to collect and preserve Michigan publications, conduct reference and research, and support libraries statewide. As such, the Library of Michigan is responsible for, among other things, providing local libraries with administrative, statistical, and continuing education tools for staff development and management. The Library of Michigan also provides access to subscription resources, books, and articles to Michigan residents both online and in-person.

3.      As the State Librarian, I am responsible for the annual funding allotted to the Library of Michigan through the Institution of Museum and Library Services (IMLS) Grants to States Program.  This funding is utilized to provide services to libraries statewide that meet the priorities and purposes of the Museum and Library Services Act of 2018, 20 U.S.C. § 9101 *et seq*.

4.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including IMLS, to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.  Consistent with this Executive Order, on March 31, 2025, it was announced that all IMLS staff will be placed on administrative leave.

5.      Given my experience, I believe that Executive Order 14,238 and the consequent reduction in IMLS's staff will result in IMLS's inability to administer financial awards and/or programs on which the Library of Michigan relies and on which it expects to rely in the future, causing considerable harm to Michigan and the Library of Michigan.  This will also significantly harm tribal libraries, academic libraries, public libraries, and non-profits serving libraries throughout Michigan that receive support and competitive grants through IMLS.

The Museum Library Services Act

6.      In 1996, Congress established the IMLS by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq*.). The Library Services and Technology Act (LSTA), which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United

States.  The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

7.    IMLS, which administers the LSTA, is authorized to provide federal funding to State library administrative agencies.  20 U.S.C. § 9133(a).  A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State."  *Id.* § 9122(4).  The Library of Michigan is a State library administrative agency.

8.    In order to receive funds under the LSTA, each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs.  *Id.* § 9134.  A copy of the Library of Michigan Five-Year Plan is attached as Exhibit 1, and available online here.

9.    Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS.  20 U.S.C. § 9134(e).  The Library of Michigan's Five-Year Plan was approved on September 14, 2022.  (See Exhibit 2 – 9/14/22 Ltr From IMLS.)

10.    After the plan has been approved (letter attached), IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent.  *Id.* § 9133(b).

11.    Section 9141 provides that:

Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—

(1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all

ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

(2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;

(3)

     (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

     (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

<u>The Institute of Museum and Library Services' Impact in Michigan</u>

12.     The Library of Michigan has received funding from IMLS since its inception and has successfully used the annual funds without compliance or performance issues.  IMLS rules require a detailed annual financial and narrative report for all funded projects, a site visit every four to five years, and a formal evaluation of the LSTA program in Michigan every five years. The Library of Michigan has successfully completed all requirements.

13.     In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program.  Michigan received $4,788,124 through this program for fiscal year 2024.[1]  These funds represent the Federal share of dollars, or 66% of the total dollars, to support the activities in Michigan's approved plan, with Michigan contributing $2,466,609.33 (34%) in state matching funds.  As the Grants to States grant allocations are based on populations, the Library of Michigan estimated a similar budget to 2024 for IMLS funding for fiscal year 2025, estimating approximately $4,775,000.

14.     The Library of Michigan's budget for this year relies heavily on the $4,788,124 in promised federal funding.  In fact, this IMLS funding provides 75% of the funding for all statewide services, resources, and support to Michigan libraries and their users.

15.     The Library of Michigan uses these federal funds primarily for statewide resources and programs that benefit school, public, and academic libraries; library users; and Michigan residents directly.  The Library of Michigan programs that the federal funds support include:

- **Michigan eLibrary (MeL) Databases**:  MeL databases contain hundreds of thousands of subscription magazine and newspaper articles, reference book articles, art images, eBooks, historical documents and images, and other full-text materials.

---

[1] A chart showing the 2024 allotments can be accessed here:
https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

Content ranges from PreK-12 to professional and research levels in science, medicine, technology, humanities, arts, social sciences, law, and genealogy. Spanish language materials are available for PreK-12 students and translation is available in magazine and newspaper databases to support learners who are learning or speak other languages. State funds also support early literacy resources.

- **The statewide MeL resource sharing catalogue (MeLCat)**: Michigan residents are using MeLCat to easily identify and request convenient, quick, and free delivery of materials from other participating Michigan libraries to their own library for pick up. The program currently loans well over a million items a year.

- **eBooks**: The Library of Michigan supports a collection of thousands of non-fiction and reference electronic books for K-12 students and teachers, college-level academics, and professionals. Topics include science, computers, business, education, and humanities, among others.

- **Tests, Tutorials, and Workforce Development**: The Library of Michigan offers a comprehensive, interactive site with occupational, licensing, and academic practice tests and tutorials for K-16 and job seekers, from the GED to the GRE.

- **Continuing Education for Librarians and Trustees**: The Library of Michigan supports training for staff and partner organizations, such as conferences, workshops, topical learning cohorts, and webinars. The Library of Michigan provides a range of online continuing education resources for librarians and trustees, as well as continuing education stipends, giving library staff the opportunity to learn new techniques and methods to reach underserved residents. The Library of Michigan maintains a Library Science collection for use by the Michigan library community and provides law, trustee, and financial manuals for library staff.

- **Early Literacy Support**: The Library of Michigan provides high-quality, resource-filled summer reading manuals from the Collaborative Summer Library Program to public libraries, saving the libraries staff time and money. It also offers an online reading support platform. Support for the Ready to Read early literacy program also helped provide quality early literacy programming and training to children's librarians as they work with families in their communities.

- **Digitization Support**: The Library of Michigan participates in statewide digitization efforts such as the Michigan Digital Preservation Network, Michigan newspaper digitization work at Central Michigan University's Clarke Historical Library, support for Making of Modern Michigan and Michigan Memories projects, and grants funding local history and special collections work.

- **Grants**: The federal funds support various grants through the Library of Michigan. For example, Public Library Services grants are small summer programming grants for public libraries in the areas of technology, children &

teen programs, and literacy. Improving Access to Information grants are one-year grants for public and academic libraries to increase capacity to provide access to library collections and information. For federal fiscal year 2023, the Improving Access to Information grant was offered, and 18 academic and public libraries received approximately $346,00 for various projects. This year's budget also includes the award of $234,265 in grants to 12 academic and public libraries, of which $152,892 remains outstanding.

- **Technology Support**: Michigan participates in Ploud, a nation-wide collaborative to provide high quality, easy to use web sites for public libraries, giving their communities online access to statewide resources. The Library of Michigan also provides consulting support for public libraries to participate in the federal E-Rate program.

16.     In addition to these programs, the Library of Michigan uses federal funds to pay the salaries of 1.2 full-time employees.

17.     To obtain the promised federal funding, the Michigan Department of Education (MDE)—the state agency that operates the Library of Michigan—requests drawdowns on our current Federal awards at irregular intervals. The Library of Michigan has $648,938 remaining for fiscal year 2025 to expend and be reimbursed. Of that, $552,802 has been committed for expenditures such as grants to libraries, staff salaries, etc.

18.     MDE requested its most recent disbursement on March 26, 2025. However, as of April 1, 2025, the disbursement had not been received. If the Library of Michigan does not receive this disbursement, every facet of its operations will be impaired, including: public and academic libraries' active grants; access to ongoing programs, including those required for certification and eligibility to receive state aid; and staff salaries.

19.     IMLS has informed the Library of Michigan that the implementation of current Executive Orders, including Executive Order 14,238, may delay reimbursements.

20.     In fact, on March 31, 2025, I received the below email from IMLS advising that the entirety of its staff was being placed on administrative leave, effective immediately:

From: Teresa A. DeVoe <TDevoe@imls.gov>
Sent: Monday, March 31, 2025 2:38 PM
To: Teresa A. DeVoe <TDevoe@imls.gov>
Cc: Dennis Nangle <DNangle@imls.gov>; Madison Bolls <MBolls@imls.gov>; Cindy Boyden <CBoyden@IMLS.gov>; Laura McKenzie <LMcKenzie@imls.gov>
Subject: all IMLS staff going on administrative leave today

CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov

TO: Chief Officers and LSTA Coordinators

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today. We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.

**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook

21.    That same day, I also received the below statement from AFGE Local 3403 on the status of IMLS, advising that "[t]he status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated":

From: Emily Curry <ERCurry@cooleypublicstrategies.com>
Sent: Monday, March 31, 2025 3:32:51 PM
Subject: FOR IMMEDIATE RELEASE: Official Statement from AFGE Local 3403 on the Status of Museum and Library Services

Please see statement below from the American Federation of Government Employees Local 3403. For questions, please email ercurry@cooleypublicstrategies.com



**A Statement from AFGE Local 3403 on the Status of the Institute of Museum and Library Services**

Earlier today, the Institute of Museum and Library Services notified the entire staff that they are being placed on administrative leave immediately. The notification followed a brief meeting between DOGE staff and IMLS leadership. Employees were required to turn in all government property prior to exiting the building, and email accounts are being disabled today. Museums and libraries will no longer be able to contact IMLS staff for updates about the funding they rely upon.

In the absence of staff, all work processing 2025 applications has ended. The status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated.

###

**Emily Curry**
COOLEY PUBLIC STRATEGIES
e. 615.742.8112 | m. 937.825.2836 | ecurry@cooleyps.com
213 Overlook Drive | Suite A-1 | Brentwood, TN 37027

22.    Because there is no staff to administer the IMLS Grants to States program, it is unlikely that the Library of Michigan will receive the remainder of its 2025 Grants to States Award by October 31, 2025, as expected, which will cause immediate and irreparable harm to Michigan.

23.    Any pause in our federal funding would severely impact the Library of Michigan's operations. For example, the MeLCat service would be immediately impaired. In Michigan, 368

out of 397 public libraries, and 52 out of 79 academic libraries, use MeLCat as an integral part of their daily circulation of library materials.  In 2024, libraries shared 1,061,217 items, an average of 2,907 books a day.  That same year, Michigan residents accessed 19,236,855 articles and journals.  This service is of vital importance to residents—in particular, K-12 students, and higher education students—and is used in every county of the state.  Residents and schools would be unable to individually purchase the vast number of resources available through MeL and MeLCat.

24.    A pause in federal funding would also greatly reduce training resources and online and in-person training activities for libraries—including access to training that is required in Michigan for certification and eligibility to receive state aid.

25.    As a result of Executive Order 14,238, the Library of Michigan has canceled a summer grant program for summer 2025, which is primarily used to support small and rural libraries, out of concern that the Library of Michigan would be unable to reimburse their costs after awarding grants.  This summer grant program provides approximately 130 to 150 grants of up to $2,000 each for summer programming.

26.    The Library of Michigan has also delayed all grant program applications for 2026 due to the lack of an approved budget for that period.  These applications otherwise would be submitted now.  And even if grant funding is approved, at this point, the funded programs could only operate for six to nine months, as opposed to a full year.

27.    Additionally, with the loss of LSTA funding from IMLS, the Library of Michigan will not be able to honor contracts connected to MeL or MeLCat.  As a result, the Library of Michigan will need to cancel MeL-related business, resulting in a loss of jobs.

28.    The Library of Michigan, supported by LSTA funds through IMLS, provides significant training and support for academic, public, and school libraries in, among other things:

(1) using MeL eContent for residents and students; (2) using MeLCat to provide physical content to residents and students; (3) library administration; (4) grants management; (5) financial management; (6) digitization and preservation of historic materials; (7) early literacy and children's programming support; and (8) legal issues relating to libraries and information access.

29.    IMLS further provides the following surveys and data sets:

- The Public Library Survey (PLS), which examines library services to the public across the county and allows policymakers and library stakeholders to make informed decisions about the management and support for libraires.  The PLS also provides a source of vetted data for researchers and the public.

- The State Library Administrative Agency (SLAA) Survey, which is a biennial survey collected from state libraries to allow state library agencies to compare with peers.  The SLAA Survey also helps stakeholders and policymakers make informed decisions regarding library services at the state level.

- A search and compare tool that allows anyone to compare public libraries across the United States.

- A data tool that allows users to compare all State Library Agencies.

- A Data Catalog with over 30 years of PLS data sets.

- Publications discussing the state of libraries in the United States.

- Compilations of IMLS funding reports for all states and the District of Columbia.

30.    All of these services will be impacted by the implementation of Executive Order 14,238, including the placement of IMLS staff on administrative leave, which will have repercussions on the Library of Michigan's operations.

31.    For instance, the Library of Michigan uses the SLAA Survey and the PLS to make comparisons among Michigan public libraries and with other states in order to identify usage trends and financial needs, and to show evidence-based examples of how libraries are effectively used in communities.

32.     The PLS and SLAA Survey provide necessary data to allow users to understand how libraries are being funded and used across the nation. PLS houses a large amount of longitudinal data, including financial, service, and use trends across the country over the last 30 or more years.  Losing access to this information, and no longer collecting new data, will have a detrimental effect on library services in the United States.  Libraries will have more difficulty in making sound financial decisions regarding use of public funds without this data and other evidence showing how the public is using libraries across the state and nation.

33.     In addition, the Library of Michigan routinely seeks advice on funding compliance issues from IMLS program staff to ensure the legal and fiscally responsible use of LSTA funds and are unable to seek compliance direction when all IMLS staff are on administrative leave.

34.     Ultimately, a termination or delay in IMLS financial awards and programs—on which the Library of Michigan relies and expects to rely on in the future—will effectively eliminate access to a vast number of informational resources for the residents of Michigan.  This will have particular impact on those who live in small or rural areas of our state and those who are unable to afford to purchase these resources.

35.     Additionally, termination or delay may interrupt certification processes for librarians, impacting libraries' ability to receive state aid funds.  Librarians also will be left without data or evidence to make informed financial and service decisions.

36.     Finally, termination or delay will deprive Michigan children of summer reading enrichment and limit the ability of libraries to improve access to information, including access to local historical documents and even to their basic website presence.

37.     In short, IMLS funds and programs have a profound impact on improving outcomes in Michigan for students, professionals, and lifelong learners.  Their loss will be felt across the state.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 2, 2025, at Lansing, Michigan.

_____

RANDY RILEY

# Exhibit 1



# LIBRARY SERVICES & TECHNOLOGY ACT
# FIVE–YEAR PLAN FOR MICHIGAN
# OCTOBER 2022 - SEPTEMBER 2027

*Randy Riley, State Librarian & Karren Reish, LSTA Coordinator*





# TABLE OF CONTENTS

Mission Statement  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Needs Assessment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Goals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Projects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Timeline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Coordination Efforts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Focal Area Crosswalk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Evaluation Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Stakeholder Involvement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Communication and Public Availibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Monitoring. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

# MISSION STATEMENT

"The Michigan Legislature created the Library of Michigan to guarantee the people of this State and their government one perpetual institution to collect, preserve and provide access to the story of the State, and to support libraries in their role as essential community anchors."

An agency of the Michigan Department of Education (MDE), the Library of Michigan (LM) is comprised of two main divisions: Library Development, and the LM research library, comprised of Special Collections and Technical and Access Services. Library Development provides consulting services; subgrants; public library staff certification; state aid to public libraries; professional development programs, content, resources, and training; and the Michigan eLibrary (MeL), the virtual library with resources for all Michigan libraries and residents. Special Collections provides research support and programming around its Michigan related collections for the general public, researchers, and state government employees. Technical and Access Services maintains the LM collections, including the Law Library, the Michigan Collection, the Rare Book Room, government documents, and genealogy materials related to the state of Michigan.

Through a variety of programs, partnerships and initiatives, LM seeks to best serve the information needs and interests of the patrons, legislature, state government, Michigan libraries and the Michigan residents who rely on their libraries.

# NEEDS ASSESSMENT

LM continuously collects both usage and evaluation data about Library Development services and resources. In preparation for the new Five-Year Plan, the Library also reached out to public, academic and school library staff and specific stakeholder groups such as the LM LSTA Advisory Council and state library associations. Library Development staff is engaged in the Michigan library community and remains alert to issues in libraries through active participation in state and national library organizations and regular visits to individual libraries. Finally, in response to pandemic closures, Library Development staff began weekly, now monthly, virtual meetings for library staff and directors on safety and legal issues, programming and services in the new environment, and the challenges of working with community members in times of uncertainty.

Assessment activities for this Five-Year Plan included:

- LSTA Advisory Council meetings.
- Biannual statewide programs are distributed to the Michigan library community with the goal of analyzing the usage and impact of MeL and other statewide programs.
- Solicitation of feedback in evaluations from library staff participating in specific programs, such as Summer Reading, Ploud, etc.
- The Five-Year Plan for 2017-2022 Evaluation, completed in 2022 by Growth Management Consultants, which included:
  - A statewide survey of library staff from all library types and areas of the state.
  - Six virtual focus group discussions with managerial library staff from all library types and areas of the state.
  - A virtual focus group discussion with LSTA Advisory Council members.
  - Discussions with Library Development staff.
  - A review of evaluation, usage, and survey data of LSTA funded projects.
  - A review of State Program Report data from FFY 2015 to 2019 provided by IMLS.

This assessment informed the following needs of Michigan libraries and their communities:

- Libraries continue to need collection resources in a variety of formats for their communities' information needs. The pandemic has increased that need with additional demand for digital formats.
- Libraries continue to need staff training on a wide range of professional and social issues to provide for their communities' information needs. The pandemic has increased that need with additional community expectations of libraries for social support and remote/at home programming.
- Libraries continue to need staff training on the bedrock of library services to the community, being the range of literacies needed in their communities. Digital, financial, cultural literacies are at the root of many community issues as well as the need for early literacy, adult literacy, and ESL support.
- Libraries continue to need support to increase community digital access. The pandemic has made it clear how uneven digital access is across and within communities, reducing community access to resources.
- Libraries continue to need support and guidance on the best practices to provide access to special collections and local history to their communities. Communities expect digital access to local materials, which libraries must create and manage the digital versions locally.

LM will monitor the Needs Assessment by continuing to work with the LSTA Advisory Council, survey the library community through program and event evaluations, biannual surveys of statewide programs and resources, regular and on-going meetings with library staff, and the Five-Year Plan evaluation that will occur for the 2022-2027 plan. Library Development staff also visit libraries to discuss local conditions and issues with staff and trustees.

# GOALS

To meet the identified needs of Michigan's residents, LM has established the following goals for the next five years. In collaboration with libraries of all types, state agencies, and other statewide and community groups, the Library intends to improve statewide services to achieve these goals. Goals are in order of priority. Priority was established by the number of libraries and Michigan residents impacted by the programs associated with the goals. The Library will use IMLS funds in conjunction with state and local funds to support activities that are statewide projects and competitive subgrants.

## Goal 1: Michigan libraries will have access to collection resources in support of their community's information needs.

Need: Libraries continue to need collection resources in a variety of formats for their communities' information needs. The pandemic has increased that need with additional demand for digital formats.

LSTA Purposes: 20 U.S.C. § 9141 (1), (2), (4), and (7).

## Goal 2: Michigan libraries will have access to staff training and resources on library programming and services in support of their community's lifelong learning needs.

Need: Libraries continue to need staff training on a wide range of professional and social issues to provide for their communities' information needs. The pandemic has increased that need with additional community expectations of libraries for social support and remote/at home programming.

LSTA Purposes: 20 U.S.C. § 9141 (3), (5) and (6).

## Goal 3: Michigan libraries will have access to staff training and resources on various literacies in support of their community's range of literacy needs.

Need: Libraries continue to need staff training on the bedrock of library services to the community, being the range of literacies needed in their communities. Digital, financial, and cultural literacies are at the root of many community issues, as well as the need for early literacy, adult literacy, and ESL support.

LSTA Purpose: 20 U.S.C. § 9141 (3), (5) and (6).

## Goal 4: Michigan libraries will have opportunities to increase access to online services and resources in support of their community's need for digital access.

Need: Libraries continue to need support to increase community digital access. The pandemic has made it clear how uneven digital access is across and within communities, reducing community access to resources.

LSTA Purpose: 20 U.S.C. § 9141 (3), (4), (5), (6) and (7).

## Goal 5: Michigan libraries will have opportunities to improve their local history and special collections in support of their community's history.

Need: Libraries continue to need direction and guidance on the best practices to provide access to special collections and local history to their communities. Communities expect digital access to local materials, which libraries must create and manage the digital versions locally.

LSTA Purpose: 20 U.S.C. § 9141 (1), (3), (4) and (7).

# PROJECTS

To meet these goals, LM will work toward the following objectives through coordinated activities with the statewide library community. IMLS funding will provide the base level of support, in addition to Library Development staff and state funds and local library staff and local funds. LM will continue to research and develop new activities that fit these goals and objectives to meet the needs of Michigan libraries and communities over the period of the Five-Year Plan.

## Goal 1: Michigan libraries will have access to collection resources in support of their community's information needs.

Objective 1: Libraries will have access to materials from the collections within the statewide resource sharing system.

Activity 1: MeLCat, the statewide resource sharing system, will be maintained to provide consistent access to library collections. Outcome: Libraries will have access to needed materials at the time of the community need.

Activity 2: Library staff will be trained in the use of MeLCat, the statewide resource sharing system, to ensure community access is equitable and timely. Outcome: Libraries will be able to participate successfully in the resources sharing system.

Objective 2: Libraries will have access to content databases appropriate for a range of community information needs.

Activity 1: MeL, the statewide digital library, will be maintained to provide consistent, stable access to digital content. Outcome: Libraries will be able to provide onsite and remote access to digital content at the time of the community need.

Activity 2: Library staff will be trained in the use of the MeL content and resources to provide information and support to users. Outcome: Libraries will be able to support community use of MeL digital content.

## Goal 2: Michigan libraries will have access to staff training and resources on library programming and services in support of their community's lifelong learning needs.

Objective 1: Libraries will have resources to learn current trends and best practices to improve library services and programs for their communities.

Activity 1: Library staff will have access to professional development resources at their time of need to learn library skills and best practices for programs and services. Outcome: Libraries will be able to provide appropriate programs and services to meet their community's lifelong learning needs.

Activity 2: Library staff will have access to professional development training at their time of need to learn library skills and best practices for programs and services. Outcome: Libraries will be able to provide appropriate programs and services to meet their community's lifelong learning needs.

Objective 2: Libraries will have training opportunities to learn current trends and best practices to improve library services and programs for their communities.

Activity 1: Libraries will have access to synchronous virtual and in-person statewide and national professional development opportunities on a range of library programming and management topics and for a range of demographic groups. Outcome: Libraries will be able to improve staff knowledge and library services to their community.

Objective 3: Libraries will have resources and training opportunities to assist library trustees in learning about library governance and best practices to improve library services and programs for their communities.

Activity 1: Public library trustees and board members have access to training on library governance and administration. Outcome: Trustees and board members will be prepared to govern and administer their community's public library.

## Goal 3: Michigan libraries will have access to staff training and resources on various literacies in support of their community's range of literacy needs.

**Objective 1: Libraries will have resources and training to promote emergent and family literacy skills in their communities.**

Activity 1: Public libraries will have access to Summer Reading support and training to maintain and improve both in-person and virtual programs. Outcome: Libraries will be prepared to provide literacy support to children and teens through Summer Reading programs.

Activity 2: Public libraries will have access to training and materials to promote the development of family and early literacy skills, especially in underserved populations. Outcome: Library staff will be prepared to assist parents, caregivers, and children with appropriate early literacy skill development.

**Objective 2: Libraries will have access to resources and training to promote vocational, workforce development and educational testing skills.**

Activity 1: Libraries will have access to vocational training, digital literacy training and educational and vocational tests for job seekers and students. Outcome: Library staff will be able to assist community job seekers and students find training and content to improve their skills.

**Objective 3: Libraries will have support to develop and maintain programs for multiple literacies (early literacy, ESL, financial, etc.), or specific demographic groups (elderly, children or teens, immigrants, disabled, etc.).**

Activity 1: Public libraries will be able to develop and maintain library programs through grants for materials and supplies in the areas of literacy or children and teen services. Outcome: Participating libraries will be able to provide robust programming to support literacies development and/or children and teen services in their communities.

Activity 2: Public and academic libraries will be able to develop and maintain library programs through grants to improve their community's access to information in the area of literacies. Outcome: Participating libraries will be able to provide more and better access to information through programs for literacy development.

## Goal 4: Michigan libraries will have opportunities to increase access to online services and resources in support of their community's need for digital access.

**Objective 1: Libraries, especially those in underserved rural and urban communities, will have support and training to improve community digital access.**

Activity 1: Libraries from small communities will  receive support and training enabling them to have a library website with a community calendar. Outcome: Participating libraries will be able to provide information to their communities about their services, as well as MeL resources, community information and government services as needed.

Activity 2: Libraries will have support and training on how to participate in the E-rate program and other Broadband initiatives. Outcome: Participating libraries will understand their options to provide Internet access and technology infrastructure in their communities.

Activity 3: Public libraries will be able to develop and maintain library programs through grants for materials and supplies in the areas of technology. Outcome: Participating libraries will be able to provide robust programming to support community access to technology.

Activity 4: Public and academic libraries will be able to develop and maintain library programs through grants to improve their community's access to online information and services. Outcome: Participating libraries will be able to provide more and better access to information through programs to increase community digital access.

## Goal 5: Michigan libraries will have opportunities to improve their local history and special collections in support of their community's history.

**Objective 1: Libraries will have support for their digital collections through the development and maintenance of statewide digital collections capacity.**

Activity 1: Libraries will be able to participate in and use the services of the Michigan Digital Preservation Network and the Michigan Service Hub (DPLA). Outcome: Participating libraries will better understand the statewide digitization supports and how to host their digital collections in a sustainable manner for their communities.

**Objective 2: Libraries will have training and support for curating, digitizing, and managing their local history and special collections.**

Activity 1: Libraries will have access to expertise and training in managing their local history and special collections. Outcome: Participating libraries will understand standards and methods for the curation and digitization of their local history and special collections.

Activity 2: Public and academic libraries will be able to provide increased access to their collections through grants to improve their community's access to information in the area of local history and special collections. Outcome: Participating libraries will be able to provide more and better access to local history and special collections through preservation and digitization projects.

# TIMELINE

LM will do the activities of the Five-Year plan goals and objectives throughout the 2022 - 2027 time period. Each goal and objective have regular, annual activities associated with them.

# COORDINATION EFFORTS

LM coordinates with the broad library community in Michigan and state and local agencies to promote and provide services, such as a partnership with the Secretary of State to provide promotion of the MeL resources in their branch offices. Other partnerships include:

- Early literacy: We work with the MDE Office of Great Start and local Great Start coalitions, as well as the public library led Talk: Text and Learn initiative to provide information on early literacy and to develop local partnerships between the early childhood education community and public libraries.
- Elementary and Secondary education: We actively promote K-12 appropriate MeL materials to other offices in the Department of Education, K-12 related professional associations, and local school districts, including direct training in schools.
- Digital access and broadband: We work with the MDE Universal Service Fund Office and Michigan High-Speed Internet Office to ensure that public libraries have access to the information necessary to provide appropriate digital access in their communities.
- Local history and special collections: We work with the Michigan Digital Preservation Network and the Michigan Service Hub (DPLA), as well as state universities in the development of a statewide network to support local digitization and digital preservation efforts.

These efforts are not an inclusive list of LM's outreach and partnerships.

# FOCAL AREA CROSSWALK

Goal 1: Michigan libraries will have access to collection resources in support of their community's information needs.

| Objective | Focal Area | Intent |
|---|---|---|
| 1: Libraries will have access to materials from the collections within the statewide resource sharing system. | Information Access | Improve users' ability to discover information resources. |
| 2: Libraries will have access to content databases appropriate for a range of community information needs. | Information Access | Improve users' ability to discover information resources. |

Goal 2: Michigan libraries will have access to staff training and resources on library programming and services in support of their community's lifelong learning needs.needs.

| Objective | Focal Area | Intent |
|---|---|---|
| 1: Libraries will have resources to learn current trends and best practices to improve library services and programs for their communities. | Institutional Capacity | Improve the library workforce. |
| 2: Libraries will have training opportunities to learn current trends and best practices to improve library services and programs for their communities. | Institutional Capacity | Improve the library workforce. |
| 3: Libraries will have resources and training opportunities to assist library trustees in learning about library governance and best practices to improve library services and programs for their communities. | Institutional Capacity | Improve the library operations. |

Goal 3: Michigan libraries will have access to staff training and resources on various literacies in support of their community's range of literacy needs.

| Objective | Focal Area | Intent |
|---|---|---|
| 1: Libraries will have resources and training to promote emergent and family literacy skills in their communities. | Lifelong Learning | Improve users' general knowledge and skills. |
| 2: Libraries will have access to resources and training to promote vocational, workforce development and educational testing skills. | Economic & Employment Development | Improve users' ability to use resources and apply information for employment support |
| 3: Libraries will have support to develop and maintain programs for multiple literacies (early literacy, ESL, financial, etc.), or specific demographic groups (elderly, children or teens, immigrants, disabled, etc.). | Lifelong Learning | Improve users' general knowledge and skills. |

Goal 4: Michigan libraries will have opportunities to increase access to online services and resources in support of their community's need for digital access.

| Objective | Focal Area | Intent |
|---|---|---|
| 1: Libraries, especially those in underserved rural and urban communities, will have support and training to improve community digital access. | Information Access | Improve users' ability to discover information resources. |

Goal 5: Michigan libraries will have opportunities to improve their local history and special collections in support of their community's history.

| Objective | Focal Area | Intent |
|---|---|---|
| 1: Libraries will have support for their digital collections through the development and maintenance of statewide digital collections capacity. | Information Access | Improve users' ability to discover information resources. |
| 2: Libraries will have training and support for curating, digitizing, and managing their local history and special collections. | Institutional Capacity | Improve the library workforce. |

# EVALUATION PLAN

Evaluation of the LSTA program will include the ongoing analysis of the program activities and resource usage by Library Development staff. Staff will review participation, usage, and outcomes to ensure the activities are effective and meeting plan goals. The biannual statewide surveys of Michigan library staff, event, and program evaluations by participants will allow comparisons for ongoing programs over time and provide additional insight into program outcomes. LM will maintain regular outreach with stakeholder groups to ensure that changing needs are being discovered and met appropriately. LM will complete an independent, formal evaluation in 2027 in accordance with IMLS requirements.

# STAKEHOLDER INVOLVEMENT

LM involves the statewide library community in Library Development services and programs, including LSTA funded program development and assessment through a variety of means. Specific methods include discussion and solicitation of feedback and professional participation in the following venues:

- LM LSTA Advisory Council meetings – The LSTA Advisory Council includes public, academic, K-12, and special library representatives, as well as representation from library cooperatives, library users, disabled users, and users from disadvantaged communities.
- LM School Library Workgroup meetings – The Workgroup includes school librarians, Michigan Association of Media in Education members, and information science professors.
- LM Board of Trustees meetings.
- Library Development staff participation in:
  - Michigan Academic Library Association (MiALA).
  - Michigan Library Association (MLA).
  - Michigan Association for Media in Education (MAME), the statewide school library association.
  - Friends of Michigan Libraries (FOML), the statewide public library friends' group.
  - Michigan Digital Preservation Network (MDPN).
  - Michigan OER Network, the statewide academic open educational resources group.
- Library community participation in program-related focus groups and committees – such as the youth services advisory group, peer reviewers for the grant programs, and management of statewide programs, such as MeLCat user committees.
- Ongoing meetings with staff at individual libraries by Library Development staff.
- Ongoing statewide library staff virtual meetings by Library Development staff.

# COMMUNICATION AND PUBLIC AVAILABILITY

Library Development staff communicates on LSTA funded activities through a variety of means. The results and benefits of the following communication activities are many. For the library community, the communications provide increased awareness of the programs and resources and an increased understanding of how to participate in or use them. For LM, the communications provide the opportunity to receive comments and feedback on Library Development programs and resources and the state of the Michigan library community.

Information provided includes:

- The Five-Year Plan.
- Annual reports.
- Highlights from evaluations and surveys.
- Press releases.
- Training materials and manuals.
- Brochures and information sheets.
- Presentations and webinars.

Stakeholder groups included are:

- LSTA Advisory Council.
- Public, academic, K-12, and special libraries.
- Public library cooperatives.
- State library associations.
- Library related non-profit organizations.
- State and local officials.
- Michigan residents.

Information channels include:

- PDFs of printed materials on the LM website.
- Printed materials available at conferences, trainings, and on request.
- Messaging on various state and association listservs, web sites, and social media.
- Virtual and in-person trainings.
- Recordings of virtual trainings on the LM web site.
- Conferences, both through presentations and the LM booth.
- Monthly virtual meetings for library staff and directors.
- Virtual and in-person presentations and meetings at individual libraries.

# MONITORING

LM continually monitors LSTA funded projects through various methods. Library Development staff review this data and feedback regularly. Monitoring methods include:

- Biannual statewide surveys of library staff and stakeholders.
- Provision of annual reports and fact sheets to the public and the library community.
- Review of individual programs through the collection of annual usage and outcome data for the IMLS State Programs report.
- Evaluations of workshops and conferences provided through LSTA programs.
- Evaluations of materials provided through LSTA programs.
- Annual review of the Five-Year plan goals and progress on activities by Library Development staff and the LM LSTA Advisory Council.
- Submission of the Five-Year plan evaluation to IMLS.
- Financial audits as required by the State of Michigan Auditor General's office.

Library Development staff use the collected data to determine if the activities are meeting the stated goals and if the program activities are conforming to the Five-Year plan and the LSTA purposes. Library Development staff use feedback and comments from the field to determine if the stated goals and program activities are meeting the current library community needs.



Exhibit 2



*Connecting People to Information and Ideas*

September 14, 2022

Mr. Randy Riley
State Librarian
Library of Michigan
702 West Kalamazoo Street
P.O. Box 30007
Lansing, MI 48909-7507

Dear Mr. Riley:

I'd like to take this opportunity to congratulate you on the submission of your Five-Year Plan (FY 2023-FY 2027). State Library Administrative Agencies benefit from having a bird's eye perspective on libraries, communities, and partners, and your Plan demonstrates a strong commitment to these groups. You have documented the need for LSTA funds in the communities you serve, and your Plan offers an intentional approach to reaching and impacting them through library services. It is an excellent framework for the future, and it is approved for the full five-year period.

Thank you for working with IMLS throughout this process, and we hope that your Plan will lead to an excellent evaluation five years from now. We look forward to tracking your progress and to our continued work together.

Sincerely,

Crosby Kemper
Director
Institute of Museum and Library Services

955 L'Enfant Plaza North, SW ●● Suite 4000 ●● Washington, DC 20024 ●● 202-653-IMLS (4657) ●● Fax 202-653-4625 ●● www.imls.gov

*A federal agency building the capacity of libraries and museums to create a nation of learners.*