# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

         *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

         *Defendants*.

C.A. No.:

## DECLARATION OF DEBRA GARCIA Y GRIEGO

Pursuant to 28 U.S.C. § 1746, I, Debra Garcia y Griego, hereby declare as follows:

1.     I am a resident of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.     On January 1, 2019, I was appointed as the Cabinet Secretary ("secretary") for New Mexico Department of Cultural Affairs ("department")

3.     The department is responsible for preservation, protection, and presenting New Mexico's cultural resources, including administration and oversight of the state library division.

4.     As secretary, I am responsible for the operation of the department, which includes a duty to manage all operations of the department and to administer and enforce the laws with which the secretary or the department is charged. The secretary may apply for and receive, in the name of the department, any public or private funds, including United States government funds, available to the department to carry out its programs, duties, or services. This includes receiving, managing, and ensuring effective use of Library Services and Technology Act Grants to States ("LSTA") funding from the Institute of Museum and Library Services ("IMLS") through the state library. The secretary may delegate authority to subordinates as the secretary deems necessary and appropriate, including to the state librarian who is charged with administering the state library division.

5.     I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the IMLS, to eliminate any non-statutory components and functions to the maximum extent consistent

1

with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

6.     Given my experience, I believe that Executive Order 14,238 will cause IMLS to be unable to administer financial awards and/or programs on which the department and its state library division relies and on which it expects to rely in the future, causing significant harm to New Mexico and the department.

The Museum Library Services Act

7.     In 1996, Congress established the IMLS by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq.*). The Library Services and Technology Act, which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

8.     IMLS, which administers the Library Services and Technology Act, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). The department via its state library division is a State library administrative agency.

9.     In order to receive funds under the Library Services and Technology Act, each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134.  A copy of state library's five-year state

plan, "New Mexico State Library's Library Services and Technology Act Five Year Plan," is attached.

10.    Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

11.    Section 9141 provides that:

> Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—

> (1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

> (2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;

> (3)
>       (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

>       (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

> (4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

3

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

The Institute of Museum and Library Services' Impact in New Mexico

12.     In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. New Mexico received $1,797,977, which represents the Federal share of the activities in the approved plan, totaling 66 percent.[1]

13.     New Mexico uses these federal funds to support and improve library services statewide through programs and grants, including: bookmobiles serving over 5,000 rural New Mexicans, which hosting summer reading programs for kids and families in rural communities to

---

[1] A chart showing the 2024 allotments can be accessed here: https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

improve literacy; books by mail for homebound New Mexicans, delivering library materials to mailboxes around the state; library for the blind and print disabled, which provides library materials to those who cannot read standard print, via direct digital download or through the mails, which provides access to hundreds of thousands of digital audio downloads and braille books, with over 150,000 books circulated in 2024; STEM kits and educational outreach that are circulated to communities throughout the state; the "El Portal" statewide database provide access to research databases, homework and career help, and historic newspapers, which were accessed over 4.6 million times last year; interlibrary loan services to 39 small or rural public libraries, eight prison libraries, five school and academic libraries, seven special libraries, and four tribal libraries throughout the state; and summer reading programs to over 107,000 youth.

14.      New Mexico also uses these federal funds to pay the salaries of fourteen full time employees.

15.      In addition to administering federal funding to States, IMLS also provides the following programs and services: collection, archiving, and dissemination of annual Public Libraries Survey data for all public libraries in the country; grants that maintain and enhance tribal libraries; competitive grants to libraries and museums of all types; supporting professional development; preservation of cultural materials; programming; and literacy initiatives.

16.      The state library division's budget for this year has relied on receiving $1.797,977, with plans and allocated funding for staffing and the ongoing critical state services discussed above based on the anticipated receipt of federal funding per the funding contract. For example, if those funds are not received, students in K-12 schools will lose access to online databases and homework help accessed 4.6 million times last year. New Mexico schools will not be able to afford to

purchase databases and homework help on their own, causing detrimental harm to the education of students statewide.

17.     The New Mexico State Legislature passed the general appropriation act of 2025 on March 20, 2025. When signed by the Governor, this bill establishes the fiscal year 2026 operating budget for the department and the state library division. The state appropriation for the library division relies upon $1.8 million in federal Library Services and Technology Act funding to ensure the ongoing delivery of fundamental library services as well as support for fourteen staff positions.

18.     Any pause in our federal funding would have an immediate adverse effect on the continuity of service, including delaying, suspending, or reducing rural bookmobile services, books by mail for homebound individuals, distribution of STEM kits and education outreach to communities statewide, processing of interlibrary loans, and summer reading programs. A protracted pause in federal funding would require the appropriation of other funds to ensure ongoing services and avoid having to expire the term of employment for federally funded staff.

19.     The department is preparing procurement on renewal of hundreds of thousands of dollars of online databases, summer reading software, and interlibrary loan software, as well as leases of rural bookmobile buildings. Uncertainty about receiving reimbursements makes it very difficult to renew contracts with vendors. Breaks in service due to an inability to commit to federally funded purchases will have immediate detrimental impacts on students of all ages, remote rural residents, and New Mexicans with blindness, low vision, and print disabilities.  Uncertainty surrounding potential reimbursement of funds has a chilling effect on the staffing of the fourteen funded positions, impacting the department's ability to recruit staff that is essential to provide these services. This includes the redistribution of job duties rather than recruiting in the present state of unpredictability as well as morale issues that could ultimately result in the loss of staff that

collectively represent decades of expertise in effectively serving unique needs of students of all ages, remote rural residents, and New Mexicans with blindness, low vision, and print disabilities.

20.     The department and its state library division have a history of adequate performance relating to federal funding going back decades. This history includes timely submission of financial and compliance reports. Annually, the state library submits a "State Program Report" detailing progress towards five-year plan goals, including detailed financial information, narrative of successes and challenges, and supporting data. Every two years, it submits a "State Library Administrative Agency Report" detailing all services of the state library, both state and federally funded. In addition to the five-year plan that is attached, the state library conducts a five-year evaluation of library services based on that plan. These reports and evaluations provide an opportunity via IMLS to learn and disseminate knowledge nationwide about effective library programs and services, and to ensure compliance with federal rules and regulations.

21.     In the next eight days, we are scheduled to receive reimbursement of $585,29.16 under our current Federal award, representing two months of federally funded expenses the department has already incurred. As of March 27, 2205, the state library division has received $791,463.21 in disbursement for its current Federal award. An additional $138,941.71 has been obligated and expended, but has not drawn down, while $44,255.53 has been encumbered but not expended.

22.     If the department does not receive such reimbursements, it will cause immediate and irreparable disruption to state library programs. The disruption will have a critical impact on the citizens of New Mexico, particularly those living in small, rural, or tribal communities, with blindness, low vision, and print disabilities, individuals that cannot travel to libraries and rely upon

digital and mail delivery of materials, and children developing reading and language skills and their caregivers.

23.     The annual "Public Libraries Survey" managed by the IMLS is critical to the operations of the state library and public libraries statewide. The state library relies upon the survey to establish eligibility guidelines for state grants in aid to public libraries, rural library endowment grants, tribal library grants, and general obligation bond funding.

24.     Termination or delay of funding and other services will have an immediate and significant negative impact on all New Mexico citizens, especially the most vulnerable. The most impacted will be rural and tribal residents, students of all ages, the homebound, and people with blindness, low vision, and print disabilities.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on March 31, 2025, at Santa Fe, New Mexico.

Debra Garcia y Griego

# NEW MEXICO STATE LIBRARY

## Library Services and Technology Act

## Five Year Plan



## 2023 – 2027

**Eli Guinnee, State Librarian**

1209 Camino Carlos Rey

Santa Fe, NM 87507

For submission to the

**Institute of Museum & Library Services**

## Introduction

New Mexico State Library (NMSL) is a Division of the New Mexico Department of Cultural Affairs. It serves approximately 100 public and tribal libraries statewide, provides support to researchers and state agencies through a research library in Santa Fe, operates a Library for the Blind and Print Disabled, and directly serves rural residents without easy access to a library.

The sheer size of the state and low population density requires innovative approaches to serving New Mexicans, especially in rural areas. NMSL uses a combination of electronic resources, three bookmobiles and a books-by-mail program to ensure every citizen has access to library materials. Support for broadband infrastructure and digital equity are now an important part of NMSL operations.

## Mission Statement

New Mexico State Library is committed to providing leadership that promotes effective library services and access to information to all citizens of New Mexico. The State Library provides services that support public libraries and delivers direct library services to rural populations, state agencies, the visually impaired and print disabled, students, and researchers.

## Our State

New Mexico State Library serves 2,117,522 residents of New Mexico, who are spread over more than 121,000 square miles of verdant mountains, grasslands, mesas, and deserts. New Mexico's population shows modest growth of 2.8% over the last decade, a decrease in growth from prior Census reports reflecting a negative net migration of people 18 years and younger. Despite the outward migration, the Hispanic and Native American communities continue to grow. The population is trending older, with 77% of New Mexicans older than 18. The median age is 38.4 years old, higher than the national average. Retirees are drawn to the state due to its relatively mild weather and considerable natural, educational, and cultural attractions. Nearly one-third of the population is based in Bernalillo County (676, 444).

As of July 1, 2021, New Mexico's population was 11% Native American, 49% Hispanic or Latino, and 36.8% white, making it one of the few majority-minority states. It has the highest percentage of Hispanic and Latino Americans in the country and the second-highest percentage of Native people after Alaska, which informs its rich culture and traditions. There are 23 federally recognized tribes in New Mexico, including the Navajo Nation, Jicarilla, Mescalero and Fort Sill Apache, and 19 pueblos.

The National Center for Education Statistics ranks New Mexico in the bottom 25% of states regarding literacy. The National Assessment of Education Progress shows that 10% fewer youth in New Mexico read at proficiency, or above, relative to youth across the Nation.

Various economic contrasts are prevalent in New Mexico. Median income in New Mexico is $44,963 while the national average is $53,889. Although New Mexico houses two national labs and four military installations with associated high paying positions, over 18% of the population live in poverty.

2

**Our Public Libraries**

New Mexico State Library currently serves 98 public libraries with a total of 179 outlets; included in that number are 19 tribal libraries, and 49 new branches of the Navajo Nation Library based in Window Rock, AZ.  An analysis  of the data from the 2021 annual library report submitted by NM public libraries reveals:

| Public Libraries | Population | MLS Holders in Public Library Workforce |
|---|---|---|
| 60 | under 5000 | 5 |
| 17 | 5001 - 10,000 | 9 |
| 11 | 10,001 - 25,000 | 14 |
| 9 | 25,000 − 649,999 | 54 |
| 1 | 650,000 + | 45 |

New Mexico has 8 public libraries that are operated completely by volunteers. Public and tribal libraries held 5,520 programs in FY21 with 141,765 people in attendance, an average of 12 people at each event.  About half of New Mexico's population has a public library card, which amounts to well over 1 million residents.

Public library circulation numbers:

- Total Materials Circulation: 6,424,835
- Total Children's Materials Circulation: 1,345,647
- Total Physical Item Circulation: 3,470,368
- Total Library Collection Use: 8,268,662

FY21 was a pandemic year and programming and circulation numbers are severely reduced when compared to other years with more normal circumstances.

**Needs Assessment**

The process used to develop the 2023-2027 LSTA Five-Year State plan gathered data from a  variety of sources and synthesized the data into common needs that emerged across data  sources. The primary data sources used to determine New Mexican library user needs include:

- A comprehensive review of the 2023-2027 LSTA Five Year Evaluation Report, provided by an external evaluator, Thriving Libraries.
- LSTA Advisory Committee focus group
- Review of statistics, including El Portal, Bookmobile, and LBPD

## GOAL 1: Expand services for learning and access to information and educational resources, in all types of libraries for individuals of all ages to support needs for education, lifelong learning, workforce development, and digital literacy skills.

I.    **Project: Summer Reading – Provide professional development opportunities for library workforce on providing the most effective and successful summer reading programs in their individual libraries. Provide Collaborative Summer Library Program (CSLP) manuals and materials to library workforce. Provide small vouchers to public libraries that enable them to purchase $75-$100 worth of promotional materials to support their local programs.**

**Procedures:** The New Mexico State Library provides a pre-packaged summer reading program for the public libraries that includes program ideas, book and audio-visual material lists, program graphics, promotional ideas and materials to promote the program in their communities. This program is available to 98 full and developing public and tribal libraries statewide; 6-8 professional development workshops are offered around the state to educate the library workforce on different aspects of summer reading. Surveys are provided to the library workforce to report on statistics pertaining to participation in summer reading. Surveys to parents on the impact the program are also provided by the public libraries.

Activity – Provide summer reading materials to libraries and professional development to the library workforce.

**Outputs:**

a.   The number of children and teens that register for summer reading programs statewide.
b.   The number of children, teens and adults that attend summer reading programming statewide.
c.   The number of professional development workshops offered statewide to library workforce.

**Outcomes:**

a.   At least 50% of participating libraries will provide parent surveys.
b.   At least 75% of participating libraries will provide end of the year statistics to the New Mexico State Library.
c.   At least 55% of parents completing surveys will report their child(ren) increased in the following areas: enjoyment of reading, read more voluntarily, reading skill, amount of reading, use of library, verbal communications and written communication skills.
d.   At least 75% of library workforce attending professional development workshops will report they agree or strongly agree the content of the workshop was extremely valuable, detailed enough, current & relevant, and cohesive & logical.

4

**Meets LSTA Priority 1** – Expand services for learning and access to information and educational resources in a variety of formats, in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning workforce development and digital literacy skills.

**Meets LSTA Priority 3 (a)** – Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leaderships, and advance the delivery of library and information services.

**Evaluation:**

a. Annual survey of public libraries on their summer reading statistics including registration numbers and program attendance.
b. Annual survey of parents on the impact of summer reading on their child(ren).
c. End of workshop survey of library workforce attending professional development.

**Timeframe:** Summer Reading will continue annually (2023-2027 ongoing).

| LSTA 5 Year Plan 2023-2027 Summer Reading Timeline | | |
|---|---|---|
| **Date** | **Federal Fiscal Year** | **Activity** |
| October | 2023-2027 | Purchase SRP manuals from CSLP on the yearly theme for public libraries. |
| October | 2023-2027 | Provide vouchers for public libraries to purchase promotional materials from CSLP for yearly theme. |
| November-December | 2023-2027 | Summer Reading professional development workshops around the state for library workforce. |
| December | 2023-2027 | Place voucher order for state with CSLP. |
| December | 2023-2027 | Attend virtual CSLP Summer Reading Symposium. |
| January-March | 2023-2027 | Voucher orders sent to libraries around the state-invoices received from CSLP. |
| May | 2023-2027 | Librarian & parent surveys to public libraries. |
| June-July | 2023-2027 | Attend Summer Reading events and programs around state. |
| August | 2023-2027 | Attend CSLP Annual Meeting with state representatives. |
| August-September | 2023-2027 | Compile end of year librarian & parent surveys for output and outcome measurements. |

**II.    Project: El Portal – Enhance the quality of research, teaching, and education in the state by providing electronic journal articles and newspaper databases, as well as a homework help/tutoring service, job/career assistance, and support for high school completion to all New Mexico residents through their local public, academic, or school libraries.  New Mexico citizens can also access these statewide databases from anywhere in New Mexico through El Portal, the gateway website, https://www.elportalnm.org.  New Mexicans will benefit from improved ability to discover information resources.**

**Procedures**:  Databases will be procured annually, such as Gale/Cengage bundle, Newsbank New Mexico newspapers, Brainfuse HelpNow and JobNow.

Activity – Provide statewide databases to increase literacy and access to information resources, training, and services in New Mexico.

**Outputs**:

a. Deliver 45 periodical article databases (e.g., Gale/Cengage bundle package).
b. Deliver 3 New Mexico newspapers (e.g., Newsbank).
c. Deliver online tutoring and testing service (e.g., HelpNow, JobNow, Brainfuse)
d. Improve ebook collection as funding allows.
e. Set-up library accounts, assist with resolution of connection/technical issues.
f. Schedule and deliver training sessions at the annual NMLA conference.
g. Schedule and/or deliver webinar training sessions throughout the year.
h. Provide marketing and public awareness materials to the libraries.
i. Gather usage statistics and analyze quarterly.
j. Report usage statistics to legislature and libraries.

**Outcomes**:

a. Provides reference resources to libraries without funding for collections.
b. Provides newspaper access to communities without a local newspaper.
c. Provides tutoring/homework help and testing resources to students across state.
d. Provides education and career certification opportunity to adults.
e. Provides resources for digital literacy education and lifelong learning.
f. Addresses the digital divide by providing quality, vetted resources for all.

**Meets LSTA: Priority 1 –** Expand services for learning and access to information and educational resources.

**Evaluation**:

a. Analyze usage statistic trends.
b. Discussion with stakeholders and library community.
c. Conduct survey/needs assessment.
d. Calculate cost/benefit per capita.
e. Review library or user feedback.

**Timeframe:**  El Portal will continue annually (2023-2027 ongoing)

| LSTA 5 Year Plan 2023 – 2027 El Portal Timeline | | |
|---|---|---|
| **Date** | **Fiscal Year** | **Activity** |
| October | 2023-2027 | Renew/procure El Portal database licenses/subscriptions, purchases require reporting  category that coincides with the LSTA Grant Award. |
| October | 2023-2027 | Training and awareness sessions held at NMLA Conference. |
| July | 2023-2027 | Budget is allocated for Public Services Bureau. |
| January | 2026 | Conduct survey/needs assessment of libraries |
| Ongoing | 2023-2027 | Provide marketing and public awareness materials to libraries. |
| Ongoing | 2023-2027 | Usage statistics compiled and analyzed quarterly. |
| Ongoing | 2023-2027 | Monitor changes in New Mexico public education goals/initiatives. |

## GOAL 2: Establish or enhance interlibrary resource sharing and delivery via ILL, document delivery services, and courier service to improve coordination among and between libraries in New Mexico for the purposes of improving literacy and the quality of and access to library information services.

I.   **Project: Interlibrary Loan – Provide professional interlibrary loan service to small, rural, and prison libraries throughout the state that are unable to afford or staff an OCLC resource sharing service at the local level, by providing a platform such as the Atlas System and ILLiad. New Mexicans will benefit by improved ability to obtain and/or use information resources and library materials.**

**Procedures:** An OCLC ILLiad account, a document delivery service, and an Atlas Concierge service, or similar, will be procured annually.

Activity – Provide interlibrary loan services to libraries throughout the state to improve access to resources and materials and to meet national interlibrary borrowing service requirements.

**Outputs:**

a.  Deliver ILL and document delivery services to active library account holders.
b.  Gather transaction statistics annually and analyze.
c.  Issue bi-annual newsletter to account holders.
d.  Conduct informational and training webinars for libraries.

**Outcomes:**

a.  Improves statewide access to information resources.
b.  Libraries will be able to increase resources (books and articles) provided to patrons without purchasing content for the collection.
c.  Facilitates and promotes cooperation among libraries.

**Meets LSTA: Priority 2 –** Establish or enhance electronic and other linkages and improve coordination among and between libraries.

**Evaluation:**

Discussion with stakeholders and library community.

a.  Conduct survey of library account holders.
b.  Calculate cost per transaction.
c.  Record library account holder comments.

**Timeframe:**  Atlas/ILLiad or similar service will continue annually (2023-2027 ongoing)

| LSTA 5 Year Plan 2023 – 2027 Interlibrary Loan Timeline | | |
|---|---|---|
| **Date** | **Fiscal Year** | **Activity** |
| October | 2023-2027 | Renew/procure document delivery, such as OCLC ILLiad and Atlas services |
| October | 2023-2027 | Training and awareness sessions held at NMLA Conference. |
| Bi-Annually | 2023-2027 | Meeting with vendor representative. |
| Periodically | 2023-2027 | Issue newsletter to participating libraries. |
| Ongoing | 2023-2027 | Statistics compiled monthly and analyzed annually. |
| Ongoing | 2023-2027 | ILL Librarian provides daily resource sharing service to libraries. |

II.   **Project: Education and Information Resource Delivery - Provide a basic courier service between public libraries and the state library with a software interface that will serve as a platform with the capacity for multiple libraries to participate, to promote sharing of library resources and the dissemination of Department of Cultural Affairs educational opportunities.**

**Procedure**s: Select a courier service or create a State Library-run delivery service, and develop or purchase a platform for searching, selection, and tracking of physical resources.

Activity- Provide a basic courier service to libraries throughout the state to improve access to the resources/materials of other libraries, and Department of Cultural Affairs (DCA) educational resources.

**Outputs:**

a.  Design a hub and spoke system for cost feasible delivery service
b.  Implement basic delivery service between libraries to improve resource sharing and provide small libraries with access to larger collections
c.  Train library staff on delivery procedures
d.  Hold regular stakeholder meetings
e.  Explore union catalog options to improve searching, selection, and tracking

**Outcomes:**

a. Library staff and patrons will have the capability of searching for and requesting materials from NMSL holdings and the holdings of other libraries
b. Libraries will be able to select and have delivered to them travelling exhibits, activity kits, and other educational resources from DCA and NMSL
c. Libraries will be able to choose which materials they make available for loan to minimize unavailability of high demand items.

**Meets LSTA Priority 2** - Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities for the purpose of improving the quality of and access to library and information services.

**Meets LSTA: Priority 5** - Develop public and private partnerships with other agencies and community-based organizations.

**Meets LSTA Priority 6:** Targeting library services to individuals of diverse geographic, cultural and socioeconomic backgrounds, and to individuals with limited functional literacy or information skills.

**Evaluation:**

- Statistical reports on quantity delivered
- Discussion with stakeholders and library community.
- Conduct survey of libraries
- Cost per circulation reports

**Timeframe:** In FY23 implement a basic delivery service focusing on NMSL And Department of Cultural Affairs Informational Educational Materials, and Large Print Deposit Collections. In FY24 through FY27, implement full service between libraries.

| LSTA 5 Year Plan 2023 – 2027 Education and Information Resource Delivery | | |
|---|---|---|
| **Date** | **Federal Fiscal Year** | **Activity** |
| October | 2023 | Develop a cost feasible delivery route using a hub and spoke model to make delivery available to all libraries. |
| October | 2023 | Identify and procure a courier service or design an NMSL-run delivery service; begin delivery of NMSL and DCA educational and informational materials to libraries |
| July | 2024 | Implement a cost-feasible platform for basic sharing of physical resources between libraries, to include searching, selection, and tracking |
| Ongoing | 2023-2027 | Host regular stakeholder meetings to identify best practices, develop consensus policies, and  train library staff |
| Ongoing | 2023-2027 | Usage statistics compiled and analyzed quarterly. |

## GOAL 3: Provide library services to visually impaired, rural, homebound, and underserved New Mexico residents.

**III.**  **Project Bookmobiles: Rural Services – Three rural bookmobiles with offices located in Cimarron, Tucumcari and Los Lunas serve 23 counties with 97 stops in rural New Mexico. Each bookmobile houses 10,000 titles in various genres. Bookmobiles have been providing rural library services in New Mexico since 1956, traveling 65,000 miles statewide to areas without access to public libraries. All bookmobiles provide satellite internet at bookmobile stops.**

**IV.**  **Project Books by Mail: Rural Services – Provides a book delivery service to rural residents who do not have access to a State, Public or Developing Library, or a Rural Bookmobile stop. The service is also available to New Mexico residents who are homebound because of a physical disability and are unable to visit a local library or who can only read large print books due to a visual disability. Books by Mail circulates over 3,300 library materials to 581 active households statewide in 20 of the 33 New Mexico counties.**

Activity – Provide library services to rural populations and underserved statewide via three bookmobiles and a books-by mail program.

**Outputs:**

**I.**  **Rural Services: Bookmobiles**

a.   The number of active cardholders as a percent of the population served.

b.   The number of items circulated per capita of county population served.

c.   The number of items circulated compared to circulation data from other public library systems.

d.   Number of wireless internet connections at bookmobile stops

**II.**  **Rural Services: Books by Mail**

a.   The number of active households as a percent of the population served.

b.   The number of items circulated per capita of county population served.

c.   The number of items circulated compared to circulation data from other public library systems.

**Outcomes:**

**I.**  **Bookmobiles**

a.   At least 80% of survey respondents will report that they are satisfied or very satisfied with services received on the bookmobiles when selecting, requesting and receiving library materials.

b.   Rural delivery programs will have an integrated library system (ILS) for an online catalog. Eighty percent (80%) of patrons will be able to place holds and order books via intra-library loan from rural services delivery programs.

c.   An automated catalog will provide circulation information to provide guidance on patron reading

preferences and assist in guiding NMSL selection and purchases.

## II.  Books by Mail

a.  At least 80% of survey respondents will report that they are satisfied or very satisfied with staff assistance when selecting, requesting and receiving library materials.

b.  Rural delivery programs will have an integrated library system (ILS) for an online catalog. Eighty percent (80%) of patrons will be able to place holds and order books via intra-library loan from rural services delivery programs.

c.  An automated catalog will provide circulation information to provide guidance on patron reading preferences and assist in guiding NMSL selection and purchases.

**Evaluation:**

a.  Bi-Annual survey of patrons of the bookmobile and households of the Books by Mail Program to ensure satisfaction with the library services received.

b.  Analysis by Bookmobile Managers to ensure compliance with Rural Services Policy of 5 patrons per stop and 200 circulated items annually at each stop. Remove, adjust and add bookmobile stops as needed.

c.  Communicate with stakeholders around the state to determine if additional services or reduced services are needed.

d.  Prioritize delivery of services based on funds available.

**Meets LSTA: Priority 6** – Targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities.

**Timeline:** Rural Services will continue annually (2023-2027 ongoing).

| LSTA 5 Year Plan 2023-2027 Rural Services Timeline | | |
|---|---|---|
| **Date** | **Federal Fiscal Year** | **Activity** |
| July | 2023-2027 | Budgets are allocated for Books by Mail and Bookmobiles. |
| January, April, July, October | 2023-2027 | Bookmobiles Preventative Maintenance - 4 times a year. |
| January, April, July, September | 2023-2027 | Statistics are entered quarterly to track services provided. |

| February - April | 2023-2027 | Analysis by Bookmobile Managers to ensure compliance with Rural Services Policy of 5 patrons per stop and 200 circulated items annually at each stop. Remove, adjust, and add Stops as needed. |
| June- August | 2023-2027 | Summer Reading held at Bookmobile stops and Cimarron Library. |
| Annually | 2023-2027 | Survey of the households and patrons receiving rural services to ensure satisfaction. |
| Ongoing | 2023-2027 | Library Services are delivered to 32 of 33 counties by Books by Mail.  Library Services are delivered to 23 of 33 counties by three bookmobiles. |
| Ongoing | 2023-2027 | Orders for library materials are placed and entered into the Integrated Library Services Catalog f o r  Bookmobiles and Books-by-Mail. |
| Ongoing | 2023-2027 | Bookmobile Patrons notified of three-month schedule quarterly.  Schedule on  NMSL website |
| Ongoing | 2023-2027 | Special Events (e.g. Letters About Literature) featured at bookmobile stop. |

*V.* **Project: Library for the Blind and Print Disabled (LBPD) - Provide efficient  and effective delivery of special format materials to Blind and Print Disabled customers.**

**Procedures:** Individuals who are unable to use print materials due to visual, physical, or reading disabilities need library services provided by alternative media, such as the audio books and braille materials provided by the National Library Service for the Blind and Print Disabled (NLS).

Activity – Provide audio and braille books and magazines to New Mexicans who are  visually impaired or print disabled due to physical disability or reading dysfunction.

**Outputs:**

   a. Over 150,000 items loaned annually on average from over 100,000 title selections
   b. Over 2,200 patrons served annually.
   c. NMSL-LBPD will provide braille services to an average of 35 patrons annually.

**Outcomes:**

   a. At least 85% of survey respondents (participants in the Library for the Blind  and Print Disabled Program) will indicate they are satisfied or very satisfied   with library services provided.
   b. At least 90% of survey respondents will indicate that they had their  informational, educational or recreational needs successfully met.
   c. At least 90% of survey respondents will indicate that use of the LBPD program materials made a positive difference in their life condition.

**Evaluation:**

a. Analyze readership and circulation data and trends.
b. Perform outreach through various media and attempt to measure outcomes.
c. Conduct patron survey, analyze results and compare to previous surveys.
d. Survey teachers on their awareness and knowledge of the program.

**Meets LSTA Priority 6:** Targeting library services to individuals of diverse geographic, cultural and socioeconomic backgrounds, and to individuals with limited functional literacy or information skills.

**Meets LSTA Priority 7**: Targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities.

Timeframe: LBPD services will continue annually (2023-2027 ongoing).

| LSTA 5 Year Plan 2023-2027 LBPD Timeline | | |
|---|---|---|
| **Date** | **Federal Fiscal Year** | **Activity** |
| October | 2023-2027 | Purchases made require Reporting Categories that coincide with the LSTA Grant. |
| August | 2023-2027 | Approval of Invoice for annual braille subscriptions (two invoices in 50/50 years). |
| December | 2023 | Removal of carousel storage system during FY2023. Repurposing of available |
| Quarterly | 2023-2027 | Meet quarterly with Friends of NMLBPD, planning budgeting and special events. Deposit and acknowledge patron donations. |
| Quarterly | 2023-2027 | Newsletters are sent to LBPD patrons four times per year. |
| Ongoing | 2023-2027 | Book Orders, catalog records, collection inventory and patron updates are entered and updated in Keystone ILS Catalog. |
| Ongoing | 2023-2027 | Assuming responsibility as Machine Lending Agent for braille e-readers. |
| Ongoing | 2023-2027 | Continued Duplication on Demand (DoD) using KLAS Scribe system. Possible addition of magazine duplication and circulation in addition to audio books. |
| Ongoing | 2023-2027 | Statistics entered monthly to track services provided. |
| Ongoing | 2023-2027 | Outreach and expansion of volunteer recording program and other volunteer |
| Ongoing | 2023-2027 | Reclassify position to include specialized areas such as volunteer coordination and support and services related to improved catalog maintenance and braille support. |
| June - August | 2023-2027 | Summer Reading Program encouraged and shared with interested juvenile patrons up to age of 14 (if applicable). |
| Spring | 2023-2027 | Braille subscribers reviewed for activity, interest and annual renewals. |
| July | 2023-2027 | Braille Memorandum of Understanding established for new fiscal year. |
| Biennial | 2023 & 2025 | Design, deliver, compile, and evaluate patron surveys. |

**Coordination Efforts:**

| Cross-Walk for Services/Activities with Focal Areas | | | | |
|---|---|---|---|---|
| Projects | Focal Area | Corresponding Intents | Targeted Audience | Evaluation of Outcome |

**Goal 1 Expand Services for learning and access to information and educational resources, in all types of libraries for individuals of all ages in order to support individuals needs for education,**

| Lifelong learning, workforce development, and digital literacy skills. | | | | |
|---|---|---|---|---|
| Summer Reading | Lifelong Learning | Improve users' formal education | School Aged Children, families, library workforce | Activity participation numbers, parent/caregiver |
| El Portal | Information Access | Improve users' ability to discover information resources | Statewide Users, especially school aged youth | Usage statistics |

**Goal 2 Establish or enhance interlibrary resource sharing electronically via ILLiad and improve coordination among and between libraries in New Mexico for the purpose of improving the quality of and access to library information services**

| Atlas System/ILLiad | Information Access | Improve users' ability to obtain and/or use | Statewide Libraries | Usage statistics |
|---|---|---|---|---|
| Educational Resource Delivery | Information Access | Improve users' ability to obtain and/or use information resources | Statewide Libraries | Usage statistics |

**Goal 3 Provide library services to visually impaired, rural, homebound and underserved New Mexico residents, while exploring additional avenue for delivery of services. ***

| Bookmobiles, Books by Mail | Lifelong Learning | Improve users' general knowledge and skills | Visually impaired, rural, homebound and underserved * | Survey Patrons to ensure at least 80% are satisfied or very satisfied with |
|---|---|---|---|---|

New Mexico State Library                                    LSTA Plan 2023 - 2027

| Library for the Blind and Print Disabled | Lifelong Learning | Improve users' general knowledge and skills | Visually impaired and print disabled. | Survey patrons biennially to determine at least 85% are satisfied or very satisfied with |
|---|---|---|---|---|

### Evaluation

The New Mexico State Library will track and monitor performance stated in this plan to assess effectiveness, efficiency and cost/benefit of all LSTA funded programs. Methods of collection will be used including surveys of participants of Summer Reading, number of webinars and in-person training sessions, surveys of library patrons, surveys of library staff. Analysis of readership, circulation data and trends will be conducted to ensure we are providing appropriate services and in compliance with our internal policies. Needs assessments will be conducted to determine changes to services, changes to service areas, increases to service or the need for greater outreach. A five-year evaluation will be conducted by an outside evaluator.

### Stakeholder Involvement

- Read and reviewed LSTA 5 Year Plan Evaluators assessment of each project and used it  as the foundation for our new 5 Year Plan.
- Conducted regular meetings with managers in charge of various projects to create drafts, review progress, and revise reports.
- Held an LSTA Advisory Council meeting to review draft 5-year evaluation and gather feedback on 5-year plan
- Held a survey of stakeholders to gather feedback for 5-year plan

### Communication and Public Availability

The LSTA Five Year Plan 2023-2027 will be posted and accessible on NMSL website; email  blasts will be sent out to all librarians. The LSTA Five Year Plan for 2023-2027 will be  announced on Hitchhiker (library newsletter). The plan will be shared with senior staff at the   New Mexico Department of Cultural Affairs, the New Mexico State Library Commission, the  LSTA Advisory Council and the Board of the New Mexico Library Association. As the plan is  implemented, these same channels of communication and organizations will be used to share   products, processes, results and benefits.

### Monitoring

In order to stay in compliance with our IMLS Grants to States Grant, NMSL will:

- Track expenditures verifying that they are directly related to the Library Services and Technology Act.

- Complete all Grant Accrual reporting and submissions in accordance with the Grant  Cycle Calendar for the current State Grant year.
- Complete and submit State Program Reports on each project funded by LSTA Grant to  IMLS for review and approval.
- Run monthly general ledger reports to ensure proper reporting categories, department codes etc. related to the LSTA grant are being utilized.
- Prepare and submit the monthly draws to IMLS through DCA's Administrative Services  staff.
- Complete annual and bi-annual certification of employees being funded through the   IMLS grant.
- Maintain copies of all documents related to the LSTA grant for a period of three years  after the last reporting submission for the 2023-2027 LSTA 5 Year Plan.