## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND et al.,

       *Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

       *Defendants.*

C.A. No.:

## <u>DECLARATION OF WENDY CORNELISEN</u>

Pursuant to 28 U.S.C. § 1746, I, Wendy Cornelisen, hereby declare as follows:

1.     I am a resident of Oregon. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.     In March 2022, I was appointed as Oregon's State Librarian. In that role, I am the head of the State Library of Oregon, a state agency. I previously served the state libraries in Georgia and Tennessee.

3.     The mission of the State Library of Oregon is to cultivate, preserve, and deliver library and information services to foster lifelong learning and community engagement. Its statutory duties (ORS 357.008) include maintaining library services to meet the state government's reference and research needs; supporting local library services in the state; providing library services to persons who are print-disabled; and promoting library services for children and youth.

4.     As State Librarian, I am responsible for managing the State Library of Oregon budget, and I oversee the State Library's request, receipt, and administration of federal funds, among other duties.

5.     I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services (IMLS), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

6.     Given my experience, if Executive Order 14,238 causes IMLS to be unable to administer financial awards and/or programs on which the State Library of Oregon relies and on

which it expects to rely in the future, it will cause significant financial harm to the State of Oregon and hamper the State's efforts to facilitate access to information through providing library services.

The Museum Library Services Act

7.      In 1996, Congress established IMLS by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq.*). The Library Services and Technology Act, which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

8.      IMLS, which administers the Library Services and Technology Act, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). The State Library of Oregon is a State library administrative agency.

9.      In order to receive funds under the Library Services and Technology Act (LSTA), each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134. A copy of Oregon's five-year plan is Attachment 1 to this declaration.

10.      Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b), and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b). Independent of the matching requirement,

a state must also meet the LSTA's "maintenance of effort" requirement. Under the maintenance-of-effort requirement, the amount otherwise allotted under LSTA to a state for a fiscal year is reduced if the level of state expenditures for the previous fiscal year is less than the average of the total of such expenditures for the three fiscal years preceding that year. Oregon has met the maintenance-of-effort requirement throughout the life of the program, and it anticipates doing so in future years.

11.    Section 9141 provides that:

> Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—
>
> (1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;
>
> (2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;
>
> (3)
>
>> (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and
>>
>> (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

The Institute of Museum and Library Services' Impact on the State of Oregon

12.    In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. Of that amount, Oregon was awarded $2,597,695, which represents the 66 percent Federal share of the activities in the approved plan.

13.    The State Library of Oregon's budget for this year has relied on federal funding of $2,597,695 and the State Library has made plans, allocated funding for staffing, and issued subgrants to local libraries and other institutions based on the anticipated receipt of Federal funding as promised.

14.    The State Library of Oregon uses these federal funds to support many of its programs, including, but not limited to, (a) funding staff for the Library Support and Development

Services division, which provides leadership, grants, statewide services, and consulting to approximately 1,600 academic, public, school, and special libraries, and tribal nations throughout Oregon, and (b) funding subgrants to support local libraries and their outreach activities.

15.    The State Library of Oregon uses these federal funds to support all or part of the salaries of 12 employees, principally in the Library Support and Development Services division (Library Support). Library Support provides leadership, grants, statewide services, and consulting to approximately 1,600 academic, public, school, and special libraries, and tribal nations throughout Oregon. These staff advise libraries on children and teens services, early literacy, digital equity, continuing education, community outreach, reference services, school libraries, intellectual freedom, digitization, and public library data. They also manage the program that provides access to statewide databases and services for all Oregonians using federal block-grant funding. Library Support also coordinates statewide library services in partnership with other libraries and library associations, such as the *Answerland* online reference service, the Oregon School Library Information System, and the Statewide Database Licensing Program.

16.    The State Library of Oregon also uses these federal funds to award subgrants to local libraries and non-profit organizations to support library services and literacy. The current list of subgrants is Attachment 2 to this declaration. The State Library of Oregon anticipates using its FY25 allotment to award a similar number of subgrants in the second quarter of 2025.

17.    Under IMLS's official FY24 award notification dated April 18, 2024, the State Library of Oregon is scheduled to receive more than $975,000 of additional disbursements by September 30, 2025. More than $450,000 of that figure is anticipated to be provided to subgrantees. More than $250,000 of that figure is anticipated to support staff salaries.

18.     The State Library seeks reimbursements on an ongoing basis for expenses as it incurs them, submitting requests via the IMLS's online portal at least once a month. Historically, before March 14, 2025, we received reimbursements in the next 1-to-3 business days. When we submitted a reimbursement request on March 14, we were informed that we would be reimbursed in 10-to-12 business days and received the funds on March 26.

19.     In addition to administering federal funding to States, IMLS also funds and disseminates research useful to libraries, which the State Library of Oregon relies on for its own programs and further disseminates to libraries throughout the state. For example, in June 2020, IMLS research determined that library materials could be safely circulated without spreading the COVID-19 virus. IMLS, Research Shows Virus Undetectable on Five Highly Circulated Library Materials After Three Days (June 19, 2020), *available at* https://www.imls.gov/news/research-shows-virus-undetectable-five-highly-circulated-library-materials-after-three-days.    Termination of IMLS's research function will impair the State Library of Oregon's ability to meet its mission to serve its patrons and to support local libraries in Oregon.

20.    On March 31, 2025, I received the following email:

**From:** Teresa A. DeVoe <TDevoe@imls.gov>
**Sent:** Monday, March 31, 2025 11:38:43 AM
**To:** Teresa A. DeVoe <TDevoe@imls.gov>
**Cc:** Dennis Nangle <DNangle@imls.gov>; Madison Bolls <MBolls@imls.gov>; Cindy Boyden
<CBoyden@IMLS.gov>; Laura McKenzie <LMcKenzie@imls.gov>
**Subject:** all IMLS staff going on administrative leave today

**TO: Chief Officers and LSTA Coordinators**

Within the last hour IMLS received word that all staff are going to be placed on administrative
leave, effective today.  We will not be able to work or respond to your emails, and we don't have
any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and
your work.

**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook

21.    As of the date of this declaration, I have received no further communications from

IMLS staff, including regarding future reimbursements. If we do not receive reimbursements in a

timely manner, the State Library will not have funds available to meet its payroll needs or

reimburse its subgrantees in a timely manner.

22.    Based on the enactment of Public Law 119-4, commonly known as the Full-Year

Continuing Appropriations and Extensions Act, 2025, and the State Library's continuing

compliance with IMLS conditions for federal block-grants, the State Library has anticipated

continuing to receive federal funds in future years. That expectation would be formalized through

an award letter, which was expected in April 2025. Based on that anticipated award, the State

Library of Oregon continues to employ its current workforce and is preparing to award subgrants

8

for the coming year. However, the uncertainty created by Executive Order 14,238 is likely to undermine the State Library's ability to attract and retain employees and may undermine subgrantees willingness to perform their projects due to the uncertainty of repayment.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 1, 2025, at Salem, Oregon.

Dated: April 1, 2025

_s/Wendy Cornelisen_____

Wendy Cornelisen



# State Library of Oregon

# Library Support and Development Services

State Library of Oregon

# LIBRARY SERVICES AND TECHNOLOGY ACT (LSTA) FIVE-YEAR PLAN, 2023-2027

Submitted June 2022

Updated March 2025

Prepared for the Institute of Museum and Library Services

**State Library** *of Oregon*
**Library Support and Development Services**

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................. 3

MISSION STATEMENT ...................................................................................... 3

NEEDS ASSESSMENT ....................................................................................... 4

    Process for Identifying Needs ...................................................................... 4

    Identified Needs ............................................................................................. 4

    Expected Process for Staying Up to Date on Needs ................................... 5

GOALS AND PROJECTS .................................................................................... 6

    Goal: Oregon libraries break down barriers and the digital divide ............ 6

    Goal: Oregon libraries honor culture, heritage, and Tribes ...................... 7

    Goal: Oregon libraries support students, youth, and lifelong learners ...... 8

    Goal: Oregon libraries build relationships to foster community ............... 10

    Goal: Oregon libraries have the training and resources they need ........... 11

    Connection of Goals to LSTA Purposes and Priorities ............................. 12

COORDINATION EFFORTS .............................................................................. 17

    Crosswalk ...................................................................................................... 17

    Coordination with Other State Agencies and Offices ................................ 18

EVALUATION PLAN .......................................................................................... 19

STAKEHOLDER INVOLVEMENT ..................................................................... 19

COMMUNICATION AND PUBLIC AVAILABILITY ........................................... 20

MONITORING .................................................................................................... 20



# INTRODUCTION

The Institute of Museum and Library Services (IMLS) is the primary source of federal support for the nation's libraries and museums. IMLS administers the Grants to States program, which distributes federal funds to State Library Administrative Agencies. Funds are used to support the purposes and priorities outlined in the Library Services and Technology Act (LSTA).

In Oregon, the State Library Administrative Agency that administers the Grants to States program is the State Library of Oregon. This 2023-2027 LSTA Five-Year Plan, developed by the Library Support & Development Services division of the State Library, addresses the state's current and anticipated library needs and presents strategies for using LSTA funds.

# MISSION STATEMENT

The State Library of Oregon cultivates, preserves, and delivers library and information services to foster lifelong learning and community engagement.

The Library Support & Development Services division of the State Library provides leadership, grants, and other assistance to improve library service for all Oregonians.

## State Library *of* Oregon
### Library Support and Development Services

# NEEDS ASSESSMENT

## Process for Identifying Needs

The State Library contracted with the library consulting firm Constructive Disruption to evaluate the 2018-2022 LSTA Five-Year Plan and to assess how the State Library could most effectively spend LSTA funds to benefit the Oregon library community. The data gathering process was multi-faceted, including a survey, town halls, focus groups, and interviews with key groups and individuals. To ensure representation, the evaluators particularly focused on hearing from people in underserved and under-resourced communities. By actively seeking wider representation, this evaluation process created room for new priorities and perspectives to emerge.

The Library Support & Development Services division then reviewed the evaluator's Evaluation Report and Future Focus Report, along with other relevant sources, including a 2021 continuing education needs assessment performed by independent library consultants; the Library Support & Development Services division's 2021 Customer Satisfaction Survey Report; and the State Library's Strategic Plan (2020-23).

## Identified Needs

Five key needs were identified as most important to the State Library and the state's library community. These needs are consistent with the purposes of LSTA and serve as the basis for the goals outlined in this plan.

- **Improving access:** Members of the Oregon library community across library types, regions, and job classifications expressed the greatest need for strong and sustained support to increase access for and engage with their communities. Libraries need and expect the State Library to take a leadership role by supporting projects and initiatives, providing resources and training, advancing community engagement in grantmaking, advancing digital literacy, and focusing on libraries and communities with the greatest need.

- **Culture and heritage:** Libraries want support for their essential roles in preserving and promoting their communities' culture and heritage, while honoring the First Peoples who have been here since time immemorial. The State Library can advance libraries' efforts by assisting with digital collections, funding projects to highlight underheard voices, and working together with Tribal Nations in Oregon to advance their library and information goals.

- **Youth, schools, and lifelong learners:** Members of the Oregon library community want to see continued support for school libraries, community

**State Library** *of Oregon*
**Library Support and Development Services**

colleges, and other libraries facilitating youth development and education. There are opportunities for the State Library to support economic and workforce development, and to support human services through projects that include families in youth programming and outreach, serving students from underserved communities, and encouraging lifelong library use.

- **Connection and communication**: Members of the Oregon library community expect the State Library to act as a connector, bringing together libraries across geography, service population, library size, and library type, and investing in projects with impact across groups. In addition, libraries want help connecting with their communities and look to the State Library for needed support and tools.

- **Institutional capacity:** Members of the Oregon library community need support improving library operations, particularly in close pairing with standards or best practices. State Library-supported projects with statewide impact are seen as both beneficial and successful, providing resources to those who would otherwise not have access and freeing up libraries to refocus their resources.

## Expected Process for Staying Up to Date on Needs

Throughout the lifespan of this plan, the State Library will monitor the needs of the state's libraries and communities to ensure that goals and projects remain relevant.

Continuing conversations with the LSTA Advisory Council, colleagues from interested organizations, and the library community in general will inform the State Library about continuing and emerging library needs. Regular analysis of proposed and awarded subgrants will similarly inform the State Library about needs of libraries of all types as well as their community partners.

The State Library will also use customer satisfaction surveys and other relevant data sources to assess evolving needs and update projects accordingly.



**State Library** *of Oregon*
Library Support and Development Services

# GOALS AND PROJECTS

All projects below are intended to run throughout the length of this plan. Please note that these projects are more objective-oriented than activity-oriented, representing a shift from previous plans. Projects that were included in previous plans are now listed as activities. This shift in approach will allow the State Library to be more focused on outcomes of projects, accountable internally and externally, and flexible in finding innovative approaches to meeting the five goals.

## Goal: Oregon libraries break down barriers and the digital divide

- **Project: Access for the Underserved**

    - Objective: Facilitate access to library services for underserved and under-resourced communities.

    - Outcome: Libraries provide culturally relevant services to communities that are underserved and under-resourced.

    - Sample activities: Subgrant to support Libros for Oregon, a project of the REFORMA Oregon chapter, which facilitates Spanish-language collection development in Oregon libraries – particularly in small and rural libraries.

    - Existing & potential partners: REFORMA Oregon

    - Potential subgrants: Outreach efforts to communities that are underserved and under-resourced; projects that increase access for persons with disabilities; expanding services for speakers of languages other than English.

- **Project: Community Engagement**

    - Objective: Help libraries engage with all internal and external communities by continuously improving library services, practices, and policies.

    - Outcome: Libraries are more engaged with all parts of their internal and external communities.

    - Sample activities: Facilitation of regional community engagement learning cohorts; community engagement consulting services; continuing education opportunities related to community engagement.

**State Library** *of Oregon*
Library Support and Development Services

- o  Existing & potential partners: Oregon Library Association (OLA); State of Oregon Cultural Change Office; other state agencies doing community engagement work.

- o  Potential subgrants: Training in community engagement principles and practices; hiring consultants to assist with community engagement efforts.

- **Project: Digital Literacy**

  - o  Objective: Assist libraries' efforts to increase digital literacy through skills training, navigation assistance, and access to technology.

  - o  Outcome: Libraries have tools and partnerships to improve digital literacy in their communities.

  - o  Sample activities: Community college and public library access to the digital literacy assessment tool Northstar Digital Literacy; annual cohorts that participate in Edge, a management tool that guides libraries in setting measurable, strategic goals for digital literacy; small subgrants that fund rural public library collaborations with local WorkSource Oregon offices to support job seekers and those seeking digital skills training.

  - o  Existing & potential partners: WorkSource Oregon; Oregon Department of Veterans' Affairs; local Workforce Development Boards; Vocational Rehabilitation; Adult Basic Skills programs.

  - o  Potential subgrants: Digital navigator programs; digital skills training programs; telehealth projects; e-learning projects.

## Goal: Oregon libraries honor culture, heritage, and Tribes

- **Project: Heritage Collections**

  - o  Objective: Enhance access to heritage collections and the voices they represent.

  - o  Outcome: Heritage collections in libraries and partner institutions are accessible, findable, and represent their communities.

  - o  Sample activities: Northwest Digital Heritage, a collaborative project that helps Oregon-based libraries, museums, and cultural heritage organizations build and share their local digital collections; small subgrants to libraries and other cultural heritage organizations for

**State Library** *of Oregon*
Library Support and Development Services

newspaper digitization, through a partnership with the University of Oregon Libraries' Oregon Digital Newspaper Program; a repository of digital heritage materials from small institutions.

- o Existing & potential partners: Washington State Library; Oregon Heritage; University of Oregon; Oregon Historical Society; Tribal Nations.

- o Potential subgrants: Digitization projects; metadata harvesting projects; collection processing subgrants.

- **Project: Tribal Support**

  - o Objective: Work with Tribal Nations in Oregon to support access to library, technology, and information services.

  - o Outcome: Tribal Nations have access to State Library resources to help them achieve their goals related to library, technology, and information services.

  - o Sample activities: Outreach to aligned departments in Tribal governments; dedicated grant programs for Tribal Nations; Tribal newspaper and publication digitization.

  - o Existing & potential partners: Oregon's federally recognized Tribes; other Tribes in Oregon; Legislative Commission on Indian Services.

  - o Potential subgrants: Projects identified by Tribal Nations that support access to library, technology, and information services.

## Goal: Oregon libraries support students, youth, and lifelong learners

- **Project: Information Literacy and Education**

  - o Objective: Collaborate with libraries to advance information literacy and education.

  - o Outcome: Libraries support the information literacy and educational needs of students and citizens.

  - o Sample activities: Oregon School Library and Information System (OSLIS), a collaborative project that provides information literacy resources and tools to students and educators; school library consulting services.

**State Library** *of Oregon*
Library Support and Development Services

- o Existing & potential partners: Oregon Association of School Libraries (OASL); Association of College & Research Libraries (ACRL)-Oregon; Open Oregon Educational Resources; Information Literacy Advisory Group of Oregon (ILAGO).

- o Potential subgrants: Open Educational Resources (OER) projects; updating information literacy curriculum standards; school or academic library collection grants; student support projects.

- **Project: Youth Services**

  - o Objective: Cultivate impactful library services for youth from birth through young adulthood.

  - o Outcome: Libraries provide programming that supports learning and wellbeing for youth of all ages.

  - o Sample activities: Youth services consulting services; administration of the state-funded Ready to Read Grant Program, which establishes, develops, and improves early literacy and summer reading programs for youth from birth to 14 years old; Summer Reading Program support.

  - o Existing & potential partners: OLA Children's Services Division (CSD); OLA Oregon Young Adult Network (OYAN); Oregon Department of Early Learning and Care ; OregonASK.

  - o Potential subgrants: Outreach to youth and families; projects supporting early childhood literacy; teen programming and internships.

- **Project: Lifelong Library Users**

  - o Objective: Support library programs and services that encourage lifelong learning and library use.

  - o Outcome: Libraries create lifelong learners and library users.

  - o Sample activities: Subgrant to support Oregon Battle of the Books (OBOB), a statewide, voluntary reading-promotion program in which teams of students in 3rd-12th grades compete against each other to demonstrate knowledge and understanding of a common set of age-appropriate, high-quality books.

  - o Existing & potential partners: OLA Oregon Association of School Libraries (OASL).

**State Library** *of Oregon*
Library Support and Development Services

- o  Potential subgrants: Makerspaces; libraries of things; adult programming series.

## Goal: Oregon libraries build relationships to foster community

- **Project: Data and Stories**

  - o  Objective: Empower libraries to better understand and connect with their communities through data and stories.

  - o  Outcome: Libraries connect and communicate with their communities through data and stories.

  - o  Sample activities: Annual Public Library Survey, which gathers self-reported data from over 140 public library entities in Oregon for use by local, state, and national groups for planning and education; data analysis tools and training that assist Oregon library staff in making data-driven decisions.

  - o  Existing & potential partners: Oregon Open Data.

  - o  Potential subgrants: Subsidies for data analysis tools and training.

- **Project: Library Consulting**

  - o  Objective: Guide and advise libraries on matters of concern to them.

  - o  Outcome:  Libraries receive support and referrals on issues affecting service to their communities.

  - o  Sample activities: Consulting services for library staff.

  - o  Existing & potential partners: Oregon Library Association; Oregon Department of Education.

  - o  Potential subgrants: N/A

- **Project: Library Partnerships**

  - o  Objective: Encourage partnership, learning, and shared impact across Oregon libraries.

  - o  Outcome: Libraries collaborate and form partnerships to widen their impact.

  - o  Sample activities: Answerland, Oregon's 24/7 statewide online reference service; subgrant to support the Sage Courier, which enables

**State Library** *of* **Oregon**
Library Support and Development Services

materials to be transported throughout 15 counties of rural Oregon, covering an area bigger than 30 US states.

- o Existing & potential partners: Answerland partner libraries; Sage Library System.

- o Potential subgrants: Projects to combine library catalogs/systems; joint library efforts to tackle local, regional, or state issues; museum/library partnerships.

## Goal: Oregon libraries have the training and resources they need

- **Project: Continuing Education**

  - o Objective: Improve the knowledge and skills of library workers across Oregon through relevant and responsive continuing education.

  - o Outcome: Library workers have the knowledge and skills they need to effectively serve their communities.

  - o Sample activities: Continuing Education program for library staff to build institutional capacity and improve the library workforce.

  - o Existing & potential partners: Oregon Library Association; OLA Staff Training Round Table.

  - o Potential subgrants: Regional continuing education events; increasing accessibility to existing library training opportunities.

- **Project: Core Resources**

  - o Objective: Equip libraries with core connectivity, technology, and resources needed for basic library service.

  - o Outcome: Libraries have access to statewide high-speed Internet, Internet-enabled technology, and core content and tools so they can better direct their resources toward specific community needs.

  - o Sample activities: Participation in statewide efforts around broadband and digital literacy; Statewide Database Licensing Program (SDLP), a statewide program that enables Oregonians to access quality research material and learning resources regardless of location; subgrant to support the Oregon Digital Library Consortium (ODLC), a group of 116 libraries from across the state providing digital books to their patrons.

**State Library** *of Oregon*
Library Support and Development Services

- o Existing & potential partners: Oregon Library Association; Oregon Broadband Office; Oregon Broadband Advisory Council (OBAC); Link Oregon; Schools, Health, & Libraries Broadband Coalition (SHLB).

- o Potential subgrants: Device and hotspot lending; increasing Wi-Fi access in library facilities.

- **Project: Standards and Practices**

  - o Objective: Connect libraries with current standards and practices.

  - o Outcome: Libraries use current standards and practices to elevate their services.

  - o Sample activities: Library Laws of Oregon, a selective compilation of the laws, rules, and legal issues directly affecting libraries in the state; Minimum Conditions for Public Libraries administration, in accordance with HB 2243; assisting the Public Library Division of OLA with the ongoing maintenance of the Oregon Public Library Standards.

  - o Existing & potential partners: Oregon Department of Justice; OLA Public Library Division.

  - o Potential subgrants: Efforts to update library standards.

## Connection of Goals to LSTA Purposes and Priorities

The following table demonstrates how the State Library's goals align with the purposes and priorities outlined in the Library Services and Technology Act (LSTA).

| Goals and Projects | LSTA Purposes and Priorities |
|---|---|
| Goal: Oregon libraries break down barriers and the digital divide<br>• Project: Access for the Underserved<br>• Project: Community Engagement<br>• Project: Digital Literacy | Purpose of LSTA (20 U.S.C. § 9121)<br>3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;<br>6. Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers; |

**State Library** *of Oregon*
Library Support and Development Services

7. Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;

Grants to States  (20 U.S.C. § 9141)

1. Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

3. (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

4. Develop public and private partnerships with other agencies, Tribes, and community-based organizations;

5. Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

6. Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in



**State Library** *of* Oregon
**Library Support and Development Services**

| | accordance with section 9902(2) of title 42) applicable to a family of the size involved; |
|---|---|
| Goal: Oregon libraries honor culture, heritage, and Tribes<br>• Project: Heritage Collections<br>• Project: Tribal Support | Purpose of LSTA (20 U.S.C. § 9121)<br>3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;<br>9. Ensure the preservation of knowledge and library collections in all formats and enable libraries to serve their communities during disasters;<br>10. Enhance the role of libraries within the information infrastructure of the United States in order to support research, education, and innovation;<br>12. Encourage, support, and disseminate model programs of library and museum collaboration.<br><br>Grants to States  (20 U.S.C. § 9141)<br>2. Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;<br>4. Develop public and private partnerships with other agencies, Tribes, and community-based organizations; |
| Goal: Oregon libraries support students, youth, and lifelong learners<br>• Project: Information Literacy and Education<br>• Project: Youth Services<br>• Project: Lifelong Library Users | Purpose of LSTA (20 U.S.C. § 9121)<br>1. Enhance coordination among Federal programs that relate to library, education, and information services;<br>3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;<br>5. Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students;<br>7. Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health |

ATTACHMENT 1, Page 14 of 20
Declaration of Wendy Cornelisen

**State Library** *of* Oregon
**Library Support and Development Services**

| | |
|---|---|
| | information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;<br><br>Grants to States  (20 U.S.C. § 9141)<br>1.  Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;<br>4.  Develop public and private partnerships with other agencies, tribes, and community-based organizations;<br>6.  Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved; |
| Goal: Oregon libraries build relationships to foster community<br>• Project: Data and Stories<br>• Project: Library Consulting<br>• Project: Library Partnerships | Purpose of LSTA (20 U.S.C. § 9121)<br>4.  Encourage resource sharing among all types of libraries for the purpose of achieving economical and efficient delivery of library services to the public;<br>11. Promote library services that provide users with access to information through national, State, local, regional, and international collaborations and networks; and<br>12. Encourage, support, and disseminate model programs of library and museum collaboration.<br><br>Grants to States  (20 U.S.C. § 9141)<br>2.  Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;<br>4.  Develop public and private partnerships with other agencies, tribes, and community-based organizations; |



**State Library** *of Oregon*
Library Support and Development Services

| Goal: Oregon libraries have the training and resources they need<br>• Project: Continuing Education<br>• Project: Core Resources<br>• Project: Standards and Practices | Purpose of LSTA (20 U.S.C. § 9121)<br>2. Promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States;<br>3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;<br>7. Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;<br>8. Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;<br><br>Grants to States (20 U.S.C. § 9141)<br>1. Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;<br>2. Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;<br>3. (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and |

# State Library *of* Oregon
## Library Support and Development Services

|  |  | underrepresented backgrounds, to the field of library and information services;<br>7. Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; |
|---|---|---|

# COORDINATION EFFORTS

## Crosswalk

This crosswalk maps the State Library's projects with IMLS' Measuring Success focal areas.

| State Goal | IMLS Focal Area(s) | Associated Project | IMLS Intent |
|---|---|---|---|
| **Oregon libraries break down barriers and the digital divide.** | Information Access, Institutional Capacity | Access for Underserved | Improve users' ability to obtain and/or use information resources |
|  |  | Community Engagement | Improve the library workforce |
|  |  | Digital Literacy | Improve users' ability to obtain and/or use information resources |
| **Oregon libraries honor culture, heritage, and Tribes.** | Information Access, Institutional Capacity | Heritage Collections | Improve users' ability to obtain and/or use information resources |
|  |  | Tribal Support | Improve library operations. |
| **Oregon libraries support students, youth, and lifelong learners.** | Lifelong Learning, Human Services | Information Literacy and Education | Improve users' formal education |
|  |  | Youth Services | Improve users' ability to apply information that furthers their parenting and family skills |
|  |  | Lifelong Library Users | Improve users' general knowledge and skills |
| **Oregon libraries build relationships to foster community.** | Institutional Capacity | Data and Stories | Improve library operations |
|  |  | Library Consulting | Improve the library workforce |
|  |  | Library Partnerships | Improve library operations |
| **Oregon libraries have the training and resources they need.** | Information Access, Institutional Capacity | Continuing Education | Improve the library workforce |
|  |  | Core Resources | Improve library's physical and technology infrastructure |

**State Library** *of Oregon*
**Library Support and Development Services**

|  |  | Standards and Practices | Improve library operations |
|---|---|---|---|

## Coordination with Other State Agencies and Offices

The State Library will coordinate efforts through existing and potential partnerships with:

- Adult Basic Skills programs
- Legislative Commission on Indian Services
- Link Oregon
- Local Workforce Development Boards
- Open Oregon Educational Resources
- OregonASK
- Oregon Broadband Advisory Council
- Oregon Broadband Office
- Oregon Department of Early Learning and Care
- Oregon Department of Education
- Oregon Department of Justice
- Oregon Department of Veterans' Affairs
- Oregon Heritage
- Oregon Historical Society
- Oregon Library Association and its subunits
- Oregon Open Data
- Sage Library System
- Schools, Health, & Libraries Broadband Coalition
- State of Oregon Cultural Change Office
- Federally recognized Tribal Nations in Oregon
- University of Oregon
- Vocational Rehabilitation
- Washington State Library
- WorkSource Oregon

In accordance with this plan and State Library strategic plans, new programs and partnerships may be developed to effectively achieve all goals.

Subgrantees will be encouraged to obtain input from local and statewide partners in preparing proposals and implementing programs in their communities.



**State Library** *of Oregon*
Library Support and Development Services

# EVALUATION PLAN

The following will be used to evaluate the success of projects established in this plan:

- Projects will include an evaluation plan that uses data to assess project impact.
- Projects that include components of public and library staff instruction, content creation or acquisition, and planning and evaluation will be reviewed using outcomes-based assessment questions built into the program's reporting system, the State Program Report.
- The Library Support & Development Services division will review the overall effectiveness and impact of LSTA-funded programs in addressing stated goals and outcomes at the conclusion of every grant cycle. Results-based management will be used in developing yearly plans that address current and emerging needs.
- The Library Support & Development Services division will annually survey libraries in the state about their satisfaction with State Library services.
- The evaluation of the full plan will be conducted by an independent evaluator and will encompass retrospective assessments, process assessments, and prospective analysis or other areas as identified by IMLS.

# STAKEHOLDER INVOLVEMENT

The following will be used to involve libraries throughout the state in policy decisions regarding the development, implementation, and evaluation of this plan:

- The LSTA Advisory Council will serve as the advisory body to the State Library Board regarding the LSTA program. The Council is made up of 13 members elected by the Board to represent public, academic, special, and school libraries, as well as library users, and underserved or under-represented persons.
- State Library staff will solicit ongoing input from Oregon library staff through consultations and evaluations to determine the needs of Oregon's libraries.
- The State Library will collaborate with the Oregon Library Association to provide training and programs, support the development of libraries, and proactively address issues facing the library community.



## COMMUNICATION AND PUBLIC AVAILABILITY

Upon approval, this plan will be made available on the State Library's website, where it will be posted for the entire five-year period. The public may provide comments at any time by contacting the Library Support & Development Services Program Manager. State Library staff will broadcast the plan's availability on Oregon library electronic mailing lists and the State Library's newsletter.

Throughout the duration of the plan, State Library staff will use marketing materials, electronic communications, social media, related documents and information, and formal and informal presentations to communicate LSTA products, processes, and benefits to the library community, stakeholders, and the public.

## MONITORING

State Library staff will continuously track implementation of this plan, and submit reports as required to IMLS, the LSTA Advisory Council, the State Library Board, and others.

Library Support & Development Services staff, in consultation with the LSTA Advisory Council, will monitor the need for amending this plan based on the library environment, changes in funding, and any concerns that may affect plan implementation.

**State Library** *of Oregon*
**Library Support and Development Services**

# 2024 LSTA Grant Awards

LSTA grants are one of the many ways the State Library supports library services across Oregon through its federally funded Library Services and Technology Act (LSTA) Program, administered on the national level by the Institute of Museum and Library Services' Grants to States Program.

## Competitive Grant

A program for projects that support new/improved library programs or services that will solve a specific problem or meet an identified need of the library's current or potential users.

### Adams Public Library: $5,030

To improve access to reading technology in a rural community by offering a variety of devices that require no internet access. This includes listening devices that come pre-loaded with audiobook content, "read-alongs" that enable children to hear a book read aloud while they follow along in the text, and tablets for students pre-loaded with high quality, ad-free learning apps and games.

### Clackamas Community College: $21,088

To increase technology access in the library for low-income students, English for Speakers of Other Languages (ESOL) students, and other students with barriers to technology access. Students will have access to new laptops in library instruction classes, guaranteeing they have the tools needed to fully participate. The library will also provide scanners to meet the current need for ESOL and other students who rely on scanning as part of their coursework, saving students an estimated $2,200 in copy machine fees.

### Oregon Community College Library Association: $13,279

Provide access to the valuable training resources provided by PrepStep (an online test preparation tool) to community colleges and their patrons, notably traditionally under-supported groups including GED programs and Spanish-speaking learners.

250 Winter St NE Salem, OR 97301 | **Phone** 503-378-4243 | **Fax** 503-378-6439 | **Web** www.oregon.gov/library



**Coquille Public Library: $5,400**
Develop a collection of Social Emotional Learning (SEL) materials and provide programs which foster social and emotional growth to bolster student success in early learning situations and continue to benefit them throughout their schooling, careers, and life.

**Driftwood Public Library: $20,361**
Provide low-barrier access to library services, materials, and information resources to foster interest in and knowledge of robotics, coding, and STEAM (Science, Technology, Engineering, Art, Math) learning to students and youth both in Lincoln City and in the surrounding service area.

**Harney County Library: $49,000**
Establish an in-house Makerspace for youth to explore multiple areas of STEAM education, filling a crucial gap in access for rural youth. This innovative space will provide both structured classes and independent hands-on learning that empowers youth to discover new interests, explore career paths and enhance critical thinking skills in a collaborative environment.

**Independent Publishing Resource Center (IPRC): $49,877**
Transform the accessibility of the IPRC Zine Library, which is home to 25,000+ zines, comics, art books, chapbooks and small press publications that together provide a rich tapestry of Portland's history. Activities include implementing a digital library catalog, assessing and cataloging the current collection, and partnering with local organizations to establish satellite zine libraries.

**Jefferson County Library District: $47,025**
Foster collaboration between the Jefferson County Library District, local school districts, and other educational organizations to equip students with essential information literacy skills, empowering them for successful college journeys and lifelong learning and engagement.

**Josephine Community Library District: $50,000**
Connect more Josephine County residents with the technology services and digital skills development needed for them to navigate the modern world more successfully.

**Lane Community College: $46,250**
Provide tutoring and conversation practice for adult English language-learner community members by building a sustainable model of partnership between the Eugene Public Library and Lane Community College tutoring services.

**State Library** *of* **Oregon**
**Library Support and Development Services**

**Lane County Law Library: $5,000**

Study existing law library services and resources in each county in Oregon  and provide recommendations on how to improve access to and achieve greater collaboration between county law libraries.

**Lincoln County Library District: $76,610**

Unite the Oceanbooks and Chinook consortia within Lincoln, Tillamook, and Clatsop Counties by migrating all libraries to a shared Koha ILS platform, thereby expanding access and discoverability for library materials to all residents of these counties. This will also create regular regional networking, training, and resource sharing opportunities for this newly united consortium as well as the many other Oregon libraries who use this platform.

**Maggie Osgood Library: $12,083**

Expand the Maggie Osgood Library Digital Repository  to include oral histories and bring the stories of Lowell and surrounding unincorporated areas to life.

**North Bend Public Library: $9,902**

Improve the technology in the library's meeting spaces to make meetings and events held in the spaces more inclusive and accessible to a hybrid online and in-person audience.

**Northwest Resource Associates Oregon Post Adoption Resource Center Library: $29,228**

 Partner with consultants with cultural expertise and/or lived experience to help extend the Culture Connection Collection to meet the needs of underserved children of color in care who might also be neurodiverse, 2SLGBTQIA+, and/or of specific Tribal heritages.  Consultants will also be invited to write, publish, and/or record articles to share their diverse voices and wisdom while incorporating recommended reading from the collection.

**Oakridge Public Library: $2,800**

Purchase and set-up equipment to host a Documentary Film Festival for the community.

**Springfield Public Library Foundation: $41,646**

Provide online access to the significant collection of photographs, artifacts, and archives in the Springfield History Museum, to increase in-person and online use of the collections, preserve the existing materials, broaden awareness in the community and with new users, and promote inclusive exhibits.

# State Library *of Oregon*
## Library Support and Development Services

## Statewide Program Grant

A program for ongoing statewide programs and projects.

**Overdue: Weeding Out Oppression in Libraries Podcast (Oregon Library Association): $10,000**

Create and launch new episodes of the *Overdue* podcast.

**Libros for Oregon (Oregon Library Association): $30,525**

Procure Spanish and Mesoamerican Indigenous language materials on behalf of 8 libraries, who will integrate these materials into their collections and actively engage with their communities to promote the collection.

**Oregon Battle of the Books (Oregon Library Association): $26,000**

Execute functions essential to the annual Oregon Battle of the Books competition, including executive board meetings, regional and state competition, and book sets for participating schools and their local public libraries .

**Oregon Digital Library Consortium (Libraries of Eastern Oregon): $50,000**

Purchase electronic books and audiobooks for the 116-library consortium, which provides online reading materials to over half of the state's population.

**Oregon School Library Information System (Oregon Library Association): $11,100**

Continue to improve this tool that works to increase digital literacy skills for school-aged children across the state. Activities include updating and adding resources that teach the research process and develop critical thinking skills, maintaining the citation maker and website, and promoting awareness and usage of this free to use resource.

**Sage Courier (Sage Library System): $67,893**

Support the transportation of library materials throughout 15 counties of rural Eastern and Central Oregon**,** allowing small communities to share resources and costs while connecting more Oregonians to the materials they want.



**State Library** *of Oregon*
**Library Support and Development Services**

# Connectivity and Digital Equity Grants

These two smaller grant programs enhance connectivity and implement digital inclusion programs and services in the community. The Connectivity Grants were open to small and rural public libraries, public community colleges, and federally recognized tribes in the state of Oregon. The Digital Equity Grants were open to libraries who had recently participated in a Digital Equity Edge Cohort (a training program provided by the State Library)

**Coquille Public Library: $7,000**

Help kids learn and practice the necessary skills to be successful readers by acquiring two learning machines, one for preschool children and one for elementary age children.

**Echo Public Library: $6,892.79**

Make the library computer workstations accessible and more user-friendly and enable online access to public meetings.

**Halsey City Library: $5,565**

Provide free access to technology and educational resources in the community. Tablets with educational content will help young children learn early literacy and technological skills, and laptops will improve internet access for adults.

**Harrisburg Public Library: $5,981.89**

Increase digital access at the library, with a laptop to serve as a new public computer station and an iPad with learning platforms for teen education.

**Lake County Library District: $14,780**

Increase digital equity for those using the  Christmas Valley branch library through better equipment, mobile device circulation, and improved internet capability.  With an updated network, the branch will become CIPA compliant and thus able to lend hotspots, laptops, and tablets purchased through an Emergency Connectivity Fund grant in 2022. The branch will also acquire additional desktop computers and charging stations for use in the building.



**State Library** *of Oregon*
Library Support and Development Services

**Newport Public Library: $7,000**
Procure mobile hotspots to expand internet access beyond traditional fixed-line infrastructure, and laptops and eReader devices to ensure that individuals have the requisite tools to leverage the internet for education, skill development, and economic empowerment.

**Sweet Home Public Library: $16,876**
Work with local organizations to get information into the hands of those that qualify for lower internet rates or for free/low-cost devices. Also create a private workstation for patrons to attend confidential online meetings, and get a tablet loaded with educational content for young children.

**The Dalles-Wasco County Library: $7,000**
Purchase a quality soundproofed booth with robust noise reduction technology to create a quiet, safe, secure place for community members to virtually meet, concentrate, collaborate, or study.

**Yoncalla Public Library: $5,000**
Purchase equipment to establish a private space for confidential virtual appointments, and to implement software on all computers to become CIPA compliant. This is a necessary step for the library to consider federal E-rate funding support in the future.

# Teen Internship Grant

A program to fund summer opportunities for high school juniors or seniors to develop workforce skills at their local library and engage their interests through the design and implementation of a connected learning project.

Adams Public Library $2,000
C. Giles Hunt Memorial Library: $2,500
Canby Public Library: $3,630
Cedar Mill & Bethany Community
     Libraries: $3,000
Crook County Library: $3,600
Echo Public Library: $3,550
Harney County Library: $3,146
Hood River County Library District: $4,000
Lower Umpqua Library District: $4,500

McMinnville Public Library: $3,485
Mt. Angel Public Library: $4,000
North Bend Public Library: $3,066
Oakland Public Library: $2,500
Pine Eagle School District: $4,801
Sandy Public Library: $4,000
Sweet Home Public Library: $2,000
The Dalles-Wasco County Library: $5,000
Willamina Public Library: $3,300
Woodburn Public Library: $2,000

ATTACHMENT 2, Page 6 of 6
Declaration of Wendy Cornelisen