# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

*Defendants.*

Case No.:

.

## DECLARATION OF SARA JONES

I, Sara Jones, declare as follows:

Pursuant to 28 U.S.C. § 1746, I, Sara Jones, hereby declare:

1.      I am a resident of the State of Washington. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge, except as to those matters stated upon information and belief. If called as a witness, I could and would testify competently to the matters set forth below.

1

2.     I am currently employed by the Washington State Library as the State Librarian. I have served as the State Librarian since February 2021. As State Librarian, I am the chief executive officer of the State Library. I have worked as a librarian in local and state libraries, including as the Nevada State Librarian, for over 30 years.

3.     The Washington State Library has existed in some form since territorial times. The State Library's duties are set forth in statute. *See* RCW 27.04.045. Among other duties, the State Library is responsible for "exerting leadership in information access and the development of library services," maintaining a library at the state capitol grounds in Olympia, Washington, serving as a depository for state and federal government documents and newspapers, and promoting and facilitating electronic access to public information and services. In addition, the State Library provides services to the disabled and those held in Department of Corrections facilities and state hospitals. The Washington State Library is nationally recognized for its leadership in providing services to incarcerated and hospitalized communities.

4.     In addition to these statutorily-mandated duties, the State Library supports libraries and librarians of all types in Washington State. For example, the State Library licenses research databases, ensuring affordable access to high-quality research tools. The State Library oversees the Washington Digital Library Consortium, which serves 40 library systems; the Consortium lends over one million eBooks and audiobooks annually. The State Library also hosts the Washington Digital Heritage program. Through this program, the State Library provides grants to local and tribal libraries, museums, and historical societies to digitize newspapers and local materials and host them online for access by all. The State Library also provides 24/7 reference help through its AskWA Chat service; the State Library covers 50% of the cost for this service, with participating libraries covering the rest.

2

5.       The State Library also provides significant support for libraries in rural and underserved communities. The State Library purchases hardware and contracts for broadband internet for libraries through its LibTech program. The State Library also hosts, maintains, and provides technical support for websites for thirteen small rural libraries. Further, the State Library helps tribal libraries secure funding, update technology, and improve services.

6.       The State Library also supports the librarian profession. The State Library provides continuing education and training opportunities; offers grant funding for professional development; develops best practices; and generally, provides support and advocacy on behalf of the profession. In addition, the State Library offers certified trainings for K-12 school librarians.

7.       As State Librarian, one of my responsibilities is accepting and managing grants received by the State Library. The State Library receives significant funding from a small federal agency called the Institute of Museum and Library Services (IMLS).

8.       I am aware of an Executive Order titled "Continuing the Reduction of the Federal Bureaucracy," which directs IMLS to "eliminate its non-statutory components and functions" and "reduce the performance of their statutory functions and associated personnel to the minimum presence and function required by law."

9.       On March 31, 2025, I received an email from IMLS Associate Deputy Director Teri DeVoe stating that all IMLS staff were being placed on administrative leave effective immediately,

and that IMLS staff would not be able to work or respond to emails during leave. A true and correct copy of the email I received from Associate Deputy Director DeVoe is screenshotted below:



10.     On April 2, 2025, I was notified by IMLS Acting Director Keith Sonderling that the Washington State Library's Grants to States award (Grant Application No. ASST_NON_LS-256847-OLS-24_5950) was terminated effective April 1. The notification stated that Washington's grant was "inconsistent with IMLS' priorities," and that the President's Executive Order "mandates" that all of IMLS's "non-statutorily required activities and functions" be eliminated. A true and correct copy of the notice I received is attached hereto as Exhibit A.

11.     The Executive Order and the minimalization of IMLS has and will cause significant harm to the existence and functions of not only the State Library, but also to libraries and librarians writ large.

12.     *Grants to States Program*. The State Library received a block grant for $3,948,629 for FY 2023-2027 as part of the Grants to State Library Administrative Agencies Program. My understanding is that federal law requires IMLS to award each State grants pursuant to the Library Services and Technology Act. Any funding on top of the base grant is calculated by a formula that awards States additional funding based on population.

4

13.     In order to receive funds under the Library Services and Technology Act, each State's library administrative agency must submit to IMLS a five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. 20 U.S.C. § 9134.  Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. *Id*. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b), and pays to each State the federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

14.     A true and correct copy of Washington's recently-cancelled grant plan is attached hereto as Exhibit B; this plan was approved in 2023, and was scheduled to run through 2027. Pursuant to the five-year plan submitted by the State Library, the State Library intended to use its Grants to States funding to provide access to high-quality education, literacy and reading, and lifelong learning programs to all Washingtonians; continue developing state-wide digital initiative programs; expand the reach of the Washington Talking Book and Braille Library and other accessible library and information resources; continue to support the incarcerated and hospitalized in their recovery, release, and re-entry by providing direct library and information services to these communities; and develop a library profession that reflects the state-wide community and fosters the capacity of libraries to serve all constituents.

15.     *National Leadership Grants – Libraries*. In addition to the Grants to States Program, the State Library is currently receiving funds from two grants awarded as part of IMLS's National Leadership Grant program. In cooperation with the Wisconsin State Library and the University of Wisconsin, the State Library received a $249,500 grant to develop and disseminate a report and digital toolkit to guide libraries in implementing games-based services, centered

around tabletop games. Although not traditionally within the scope of what many believe to be a library's job, this project recognizes the larger role that libraries play in our communities and fosters connections between constituents and public services. This grant was awarded in Fiscal Year 2024, and work on this project has only just begun.

16.     The State Library also received a National Leadership Grant for $149,668 for a multi-year project in collaboration with the Washington State Department of Corrections. The State Library is in the final year of a project piloting a national effort to develop strategies and tools to address disparities in library services for the incarcerated. As part of this project, the State Library and the Department of Corrections worked together to develop best practices, performance standards, and adaptable models for other States to use as they develop their own programs for offering library services to the incarcerated. Around $60,000 of this grant award remains to be disbursed to Washington.

17.     *Access to Data*. In addition to awarding grants, IMLS serves as a repository for information about libraries across the nation. As the State Librarian, one of my duties is to collect data from local libraries about attendance, book check-out rates, and other information about how our constituents use our libraries. That information is then shared with IMLS, along with information from libraries from all 50 states. This information is important for several reasons. For example, if a community wants to build a library for the first time, the IMLS data contains information the community can review to determine what resources and facilities might be appropriate, given what worked for libraries in similar communities.

18.     *State Library Grants to Local Libraries*. The State Library also awards grants to public, tribal, K-12, and community college libraries. As discussed above, the State Library is involved in preserving Washington State's heritage, and provides funding and technological

assistance to local and tribal libraries and historical societies to digitize important pieces of Washington history.

19.     The State Library offers a number of other funding sources for local, tribal, and school and college libraries. For instance, the State Library recently offered grants to local libraries to fund summer jobs for teens interested in a career in libraries. The State Library also provides funding for hardware and technology contracts for local libraries through the LibTech program. The State Library truly exerts statewide influence; it has ensured broadband internet access for libraries from Island and Skagit Counties in the far northwest, to rural Asotin and Benton Counties in the southeast, to central Kittitas and Adams Counties. Without the support of the State Library, the libraries serving these areas would likely have no reliable access to broadband internet. In addition, the State Library provides funding and support to local libraries that host summer reading programs. Studies show that youth who participate in summer reading programs do not experience a "summer slide" and do not require remedial education when they return to school in the fall.

20.     The minimalization of IMLS is already harming Washington and the State Library. As indicated above, I have learned that IMLS has placed *all* staff on administrative leave, and its Associate Deputy Director has indicated that no work will be done for the foreseeable future. Moreover, as indicated above, Washington has received notice that its statutorily-mandated Grants to States award has been terminated. Indeed, the State Library had submitted a drawdown request on April 1, seeking reimbursement for around $1 million under our federal awards. Rather than receiving reimbursement, however, I received the Notice terminating our award. I have not received notice as of the date of this declaration as to whether the State Library's National Leadership Grants will be terminated, though given the action taken on our Grants to States award,

I suspect that those grants will be terminated, too. I have significant concerns about the State Library's ability to meet its financial obligations.

21.    This threat to our State Library's funding comes at a precarious time for Washington. Our state is one of several states facing a budget shortfall. Washington is facing a forecasted budget deficit of more than $12 billion over the next four years. Moreover, the State Library was already underfunded. The State Library is funded in part by a $3 surcharge on the filing of recording instruments. In recent years, however, due to the economic climate, fewer people have been buying or refinancing homes, which has translated into the filing of fewer and fewer recording instruments and the subsequent transfer of fewer and fewer dollars to the State Library. In the current fiscal year, the State Library has already been receiving stabilizing funds from the State general fund. For the upcoming fiscal biennium, the State Library is requesting an additional $6.7 million from the Legislature to help close the gap, but, given the state-wide budget shortfall, it is unlikely that the State Library will receive even a fraction of this request. That request assumed that the State Library would continue to receive its statutorily-required Grants to States award; with the loss of this federal funding, the State Library is likely to be significantly underfunded.

22.    Loss of federal funding from IMLS will cause significant harm to the Washington State Library. The State Library's Grants to States federal funding supported 32 partially or fully funded Library Development Staff, staff at the Washington Talking Book and Braille Library, and prison and hospital library staff. Jobs supported by federal funding will have to be eliminated if that funding is not restored. Moreover, the State Library will have to significantly cut back—if not entirely eliminate—its eBook, audiobook, research database, and reference offerings. Washington's nationally recognized institutional library programs for the hospitalized and

incarcerated will be endangered, as will programming at the Talking Book and Braille Library. Innovative community projects like the tabletop gaming grant and digital newspaper pilots will cease if those grants are terminated too. Local, tribal, K-12, or community college libraries will not be able to fill this tremendous gap in services.

23.     In addition to the financial losses that will be caused by the Executive Order, the lack of funding from IMLS and the lack of support for libraries will cause significant harm to Washington. Local and tribal libraries trusted that the State Library would be able to host their communities' histories through the Digital Heritages program. Over one million pages from more than one hundred historical Washington newspapers, and over one million other local historical records from more than 300 contributors across Washington have been digitized as part of this program. If the State Library is no longer able to support the program, entire communities could lose access to their history. Moreover, the State Library's important work for literacy and access to materials for those who cannot read print books will be significantly hampered.

24.     The ramifications of this Executive Order cannot be overstated. For example, I have already heard from a talented library professional on my staff that she is going to have to start looking for another, more stable position that is not subject to the whims of federal funding. Beyond seeing many librarians leave the profession if funding cannot support their positions, a lack of funding for those *pursuing* careers in library services may result in the loss of an entire generation of librarians.

25.     Libraries are essential to Washington communities. They provide free internet, job training, and access to books and resources for people of all backgrounds. Federal funds make this possible. Without them, countless programs and services would disappear, leaving many communities without access to the resources upon which they rely. Fewer librarians means fewer

individuals dedicated to fostering literacy, community, and access to information, and our society cannot afford to leave anyone behind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED and SIGNED this __3__ day of April 2025, at _Tumwater_, Washington.

SARA JONES

10

# Exhibit A



## INSTITUTE OF MUSEUM AND LIBRARY SERVICES
## ACTION MEMORANDUM

April 1, 2025
**FROM:** Keith Sonderling, Acting Director
**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Institute of Museum and Library Services (IMLS), effective April 1, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14238, *Continuing the Reduction of the Federal Bureaucracy*, issued on March 14, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective April 1, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**
See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**
Questions regarding this action may be directed to grant-notices@imls.gov.

**Sincerely,**

*Keith Sonderling*

**Keith Sonderling**
Acting Director
ksonderling@imls.gov
955 L'Enfant Plaza SW #4000, Washington, DC 20024

**Attachment:** Exhibit Grant Notice



**INSTITUTE OF MUSEUM AND LIBRARY SERVICES**

**NOTICE OF GRANT TERMINATION**

April 1, 2025

Sara Jones
Kimberly Blackwell
Mike Buschman

sara.jones@sos.wa.gov, kimberly.blackwell@sos.wa.gov, mike.buschman@sos.wa.gov

Dear IMLS Grantee,

This letter provides notice that the Institute of Museum and Library Services (IMLS) is terminating your federal grant (Grant Application No. ASST_NON_LS-256847-OLS-24_5950) effective April 1, 2025, through the termination clause in your Award Agreement.

This grant is unfortunately inconsistent with IMLS' priorities. Independently and secondly, the President's March 14, 2025 executive order mandates that the IMLS eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the IMLS hereby terminates your grant in its entirety effective April 1, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. Additionally, an audit may be conducted by IMLS after the termination of the agreement.

Please contact grant-notices@imls.gov with only urgent questions. We wish you well.

Sincerely,

/s/ Keith Sonderling

Keith Sonderling

Acting Director

ksonderling@imls.gov

955 L'Enfant Plaza SW #4000, Washington, DC 20024

# Exhibit B





# Washington State Library

# Library Services and Technology Act

# 2023-2027 Plan

# Acknowledgements

**Office of the Secretary of State**

Steve Hobbs, *Secretary of State*

Sara Jones, *Washington State Librarian*

**Washington State Library Staff**, *especially*

Mike Buschman, *Library Development Manager*

Danielle Miller, *Manager of the Washington Talking Book & Braille Library*

Laura Sherbo, *Manager of Branch Library Services*

**Library Council of Washington**

Jennifer Ashby, Asotin County Library, Public Libraries Under 100,000

Andrew Chanse, Spokane Public Library, Underserved Populations

Patricia Devine, UW National Network of Libraries of Medicine, Special Libraries

Francisco Garcia-Ortiz, Yakima Valley Libraries, Cultural Representative

Lynn Kanne, Seattle Central College, Academic Libraries 2-year

Chris Martin, King County Library System, Technology

Joy Neal, La Conner Regional Library, Rural Libraries

Stephanie Ratko, Pierce County Library, Technology in Libraries

Jane Rizika, Tumwater School District, School Libraries

Barbara Walters, North Central Regional Library, Public Libraries Serving Over 100,000

Anind Dey, University of Washington, iSchool Dean, *Ex-Officio*

Sara Jones, Washington State Library, State Librarian, *Ex-Officio*

Mike Buschman, Washington State Library, Library Development Manager & LSTA Coordinator, *Ex-Officio*



Brian Murphy, Project Manager

Kizz Prusia, Analyst

## Contents

Acknowledgements ................................................16.................................................... 2

Introduction ................................................................................................................5

    Mission and Vision .................................................................................................5

    Goals Summary ......................................................................................................5

    Big Ideas in the Plan .............................................................................................6

    Plan Structure ........................................................................................................6

Section 2. Needs Assessment ......................................................................................7

    Overview and Assessment Summary ......................................................................7

    LSTA Evaluation Report ..........................................................................................8

    Library Council of Washington ..............................................................................10

    Other Data Sources .............................................................................................12

Section 3. WSL 2023-2027 Goals ..............................................................................14

    Overview .............................................................................................................14

    Goals and Strategies ...........................................................................................14

    Goal 1: Promote economic growth, access to education, and lifelong learning for all .....................14

    Goal 2: Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture. ...............................17

    Goal 3. Serve all who cannot read standard print statewide ................................19

    Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry ............21

    Goal 5. Develop broadly representative professional library staff and leaders and build capacity among libraries across the state to serve all constituents ...............23

Section 4. WSL's LSTA-Funded Programs ...................................................................25

    LSTA Funded Programs ........................................................................................25

    LSTA Programs Activities......................................................................................26

Section 5. Coordination Efforts..................................................................................32

Section 6. Evaluation Plan .........................................................................................34

Section 7. Partner Involvement ..................................................................................35

Section 8. Communications and Public Availability .....................................................36

Section 9. Monitoring ................................................................................................37

Section 10. Compliance and Assurances .....................................................................38

## List of Exhibits

Exhibit 1 Overview of Goals ......................................................................................5

Exhibit 2 "Big Ideas" in the Plan.................................17.................................................6

Exhibit 3 Goal 1 LSTA Requirements.................................................................................15

Exhibit 4 Goal 1 Supporting Strategies ............................................................................16

Exhibit 5 Goal 2 LSTA Requirements.................................................................................17

Exhibit 6 Goal 2 Supporting Strategies ............................................................................18

Exhibit 7 Goal 3 LSTA Requirements.................................................................................19

Exhibit 8 Goal 3 Supporting Strategies ............................................................................20

Exhibit 9 Goal 4 LSTA Requirements.................................................................................21

Exhibit 10 Goal 4 Supporting Strategies ..........................................................................22

Exhibit 11 Goal 5 LSTA Requirements...............................................................................23

Exhibit 12 Goal 5 Supporting Strategies ..........................................................................24

Exhibit 13 WSL Goals and Programs Checklist.................................................................25

Exhibit 14 Goal 1 Program Activities ................................................................................26

Exhibit 15 Goal 2 Program Activities ................................................................................27

Exhibit 16 Goal 3 Program Activities ................................................................................28

Exhibit 17 Goal 4 Program Activities ................................................................................29

Exhibit 18 Goal 5 Program Activities ................................................................................30

Exhibit 19 WSL Partnerships.............................................................................................32

18

# Introduction

The Washington State Library (WSL) LSTA Five-Year Plan (Plan) establishes goals and priorities for the use of federal funding by WSL. The Plan is a requirement of the Library Services and Technology Act (LSTA) of 1996 as reauthorized in 2003 and 2010. WSL prepared this Plan to outline the use of LSTA funding consistent with the purposes of LSTA. The Plan describes how federal funding will be used to support all types of libraries to advance library services within the State.

The 2023-2027 Plan outlines specific projects and activities to measure progress towards goals. The Plan also seeks to further support opportunities, expanded access, and outreach to underserved populations through existing and new strategies. This version of the Plan reflects WSL's commitment to creating a broadly representative profession through recruitment and retention and providing library services to underserved communities through grants, subsidies, training, and programming.

## Mission and Vision

Washington State Library connects Washingtonians to libraries and library services. WSL's vision and mission statements speak to the significant role libraries have in creating and educating communities. These statements highlight WSL's commitment to making information and resources available to everyone and supporting communities, as well as professionals. In addition, these statements are aligned with the purposes and priorities of the LSTA program. WSL's vision and mission statements are outlined below:

- **Vision Statement:** The State Library: Connecting Washington through the power of libraries.

- **Mission Statement:** The Washington State Library builds prosperous and informed communities by providing technology, access to information, resources, and professional support.

## Goals Summary

Following recommendations from the 2018-2022 Plan Evaluation, this Plan features revised goals for the next five-year period. A summary of these goals is shown in Error! Reference source not found. below.

**Exhibit 1 Overview of Goals**

| Goals for 2023-2027 Five-Year Plan |
|---|
| Goal 1. Promote economic growth, access to education, and lifelong learning for all. |
| Goal 2. Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture. |
| Goal 3. Serve all who cannot read standard print statewide |
| Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry. |
| Goal 5. Develop broadly representative professional library staff and build capacity among all libraries to serve all constituents. |

The five goals presented above are arranged in order based on scale of impact from statewide, to programmatic and population specific, and the library profession itself. Both Goal 1 and Goal 2 are intended to meet statewide efforts for education, literacy and reading, lifelong learning, and sharing

19

history. Goal 3 and Goal 4 are more programmatic and population specific and are intended to serve those who cannot read standard print and the incarcerated and hospitalized. Goal 5 is intended to support the profession and individual libraries. WSL's efforts to achieve each goal may result in overlapping impacts as well.

## Big Ideas in the Plan

The Plan includes several new ideas to address gaps in library services across the state. These ideas are shown in **Exhibit 2** below and are arranged by goal and strategy:

**Exhibit 2 "Big Ideas" in the Plan**

| Goal | Strategy |
| --- | --- |
| Goal 1 | ▪ Strategy 1.8: Expand collaboration with community-based organizations embedded in underserved communities in both rural and urban areas. |
| Goal 2 | ▪ Strategy 2.7: Expand which stories are told/shared as part of Washington State's history – include other stories such as Chinese Railway workers, Tribal stories, etc. |
| Goal 2 | ▪ Strategy 2.9: Design digitization resources suitable for Tribal needs. Respect Tribal concerns regarding public access to digitized resources, either clarifying that access on existing platforms can be controlled to restrict non-Tribal access or supporting a platform that allows this functionality. |
| Goal 4 | ▪ Strategy 4.4: Expand the Institutional Library Services (ILS) program to serve youth in the juvenile justice system. |
| Goal 5 | ▪ Strategy 5.6: Increase WSL staff and resources dedicated to raising awareness of funding opportunities and providing technical assistance, including planning for long-term sustainability, project implementation, and hands-on mentoring for less resourced libraries. Consider options to organize promotions and technical support through channels and staff dedicated to serving targeted library types. |
| Goal 5 | ▪ Strategy 5.7: Increase efforts in consortial purchasing to leverage collective library expertise in vetting potential products and services, seeking to include the negotiating and purchasing power of more libraries in consortial purchasing efforts. |

These strategies are a culmination of ideas WSL has either considered pursuing or new opportunities altogether that were developed based on inputs in the needs assessment (see Section 2: Needs Assessment). The combination of Strategy 1.8, Strategy 2.7, Strategy 4.4, and Strategy 5.6 are around the ideas of increasing existing WSL services or expanding into new areas. Both Strategy 2.9 and Strategy 5.7 are around the idea of how to leverage and/or redesign existing programs. The idea

## Plan Structure

The Plan follows the guidance from the Institute of Museum and Library Services (IMLS) regarding development of a State Plan to receive funds under the Grants to States program. The Plan is arranged into several sections, including a needs assessment to indicate statewide needs, an updated set of goals, and strategies, and plans for LSTA funded programs. Additional sections of the plan include coordination efforts, evaluation plan, vested partner involvement, communications and public availability, monitoring, compliances, and assurances. In addition, the Plan aligns with the IMLS Measuring Success Focal areas.

20

# Section 2. Needs Assessment

## Overview and Assessment Summary

A needs assessment was developed to inform WSL's plans for library services to address in the five-year period. The key takeaways that guide WSL's LSTA 2022-2027 plans are:

1. **No "One Size fits All" Solutions.** The vast differences across the state impacts libraries as institutions, library staff, and the communities they serve. The need is for WSL to provide resources for large and small libraries, to support efforts to increase the expertise of staff and library leaders, and to help libraries serve all communities, including rural and urban.

2. **Resources intended for Tribes and Tribal Libraries.** The partner interviews surfaced Tribal concerns with public access to digitized resources. The use of digital programs and resources can be beneficial if access is managed to maintain cultural significance and relevance. The need is for WSL to design digital programs and resources to meet the needs of Tribal libraries.

3. **Workforce Development.** Discussion with the LCW indicated libraries have a role in workforce development for both libraries and external job seekers. The need is for WSL to support efforts to increase the broad representation of staff and library leaders and to continue providing resources for job seekers.

4. **Partnerships for Impact.** WSL maintains several partnerships, which enable more impact. The need is for WSL to continue building partnerships and to leverage them to provide services. An example of this is consortial purchasing, which benefits libraries and allows for more efficient use of resources.

5. **Affordable Access to Broadband Internet Service.** Discussions with WSL leadership and the LCW highlighted the importance of access to broadband internet service, which serves as a gateway to essential information and services. The need is for WSL to expand programs that support the opportunity provided by access to broadband internet to all.

6. **Capacity Building for Libraries and Library Staff.** The discussion with LCW showed that while grant funding is beneficial, the programs and resources also age over time. The need here is for advanced planning for grant funding, technology needs, and emergency planning.

7. **Social Services Support for Libraries.** Discussions with WSL leadership and with LCW indicated libraries play an increasingly significant role in connecting residents with relevant social services. The need is for additional training of library staff and leaders, stronger systems for incident reporting, and more processes to connect those in need with social service providers.

8. **Trusted Source for Information.** Vested partner interviews and discussion with the LCW indicated libraries are a trusted source of information. The need is for WSL to use resources to continue to inform and engage the community around the importance of accurate and trustworthy information.

9. **Awareness Raising of Libraries and for Residents.** The discussion with LCW showed there is an ongoing need to raise awareness of the role libraries play and the resources they provide. The need is for WSL to help libraries keep members of the community informed.

10. **Reach of WSL programs.** The discussions with WSL leadership and the LCW showed WSL-funded programs are effective and beneficial. The need here is to consider how WSL programs could be expanded to reach more individuals, increase the number of users, and provide additional benefits.

21

WSL used several data sources to document the State's library needs including Office of Financial Management (OFM), guidance from the WSL State Librarian and LSTA Grants Manager, and a discussion with the Library Council of Washington (LCW). Additional sources that have informed the needs assessment include the Governor's priority issues and demographic research about statewide trends. Together, these sources combine to form a summary of the major needs in types of libraries throughout Washington State.

## LSTA Evaluation Report

The Washington State Library (WSL) engaged BERK Consulting to conduct the independent Five-Year Evaluation of the 2018-2022 Five-Year Plan. The results of the evaluation report were a set of overall recommendations and goal-specific recommendations that could inform the 2023-2027 Plan.

### Evaluation Methods

The overall approach to the evaluation involved close collaboration with WSL to refine methods for engaging partners, gathering qualitative information, and assessing the funding and activities outlined in the State Program Report (SPR) data. Data was collected through three primary methods: systematic review of State Program Report (SPR) data provided through IMLS by WSL, small group sessions with library leaders across the state, and a survey to reach peer libraries and librarians. Other sources referenced included the 2013-2017 Five-Year Plan, and 2013-2017 Evaluation to understand previous issues faced by WSL and implementation of previous recommendations.

### Analysis

The evaluation relied on quantitative SPR data and qualitative information from the group sessions and surveys. In accordance with the evaluation guidelines, these complementary data sources were analyzed with a focus on WSL's 2018-2022 Five-Year Plan goals, funding allocations. Additional attention was also given to population groups that represented a substantial focus for receiving funding.

### Summary of Evaluation Recommendations

The 2023-2027 LSTA Five-Year Plan builds off a series of recommendations from the 2018-2022 LSTA Plan Evaluation. From the evaluation report, there are eight goal specific recommendations and three overall recommendations. These recommendations consider WSL's most significant strength is its ability to convene and promote collaboration between and among libraries of all types in the state.

Goal-Specific Recommendations

**Goal 1: Promote economic growth, access to education, and lifelong learning for all.**
WSL's purpose in this area is to contribute to the state's economic prosperity and cultural richness by supporting relevant and high-quality education, literacy and reading, and lifelong learning. The Evaluation Report recommendations for this goal include:

- **Digital Literacy.** Prioritize Digital Literacy investments to support life success in an increasingly online world and to best leverage state and federal broadband resources.

- **Resource Promotion.** With the recent availability of LinkedIn, Northstar, and other employment resources, additional promotion is needed to ensure they are well adopted and used.

22

**Goal 2: Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture.** WSL has dedicated programs to connect Washingtonians to their history through digital initiatives and preservation strategies. WSL supported libraries in telling stories of local communities and celebrating a common heritage. The Evaluation Report recommendation for this goal includes:

- **Digitization for Tribes.** Respect Tribal concerns regarding public access to digitized resources by either clarifying that access on existing platforms can be controlled to restrict non-Tribal access or supporting a platform that allows this functionality.

**Goal 3. Serve all who cannot read standard print statewide.** WSL's Goal in this area is to expand the reach and effectiveness of the Washington Talking Book & Braille Library (WTBBL) with innovative outreach initiatives to increase overall user population, establish and strengthen borrower relationships, and promote high-quality accessible library and information resources. The Evaluation Report recommendation for this goal includes:

- **WTBBL.** Continue to support and promote WTBBL, which provides essential services to residents who are blind, visually impaired, or have other physical or reading disabilities.

**Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry.** WSL's Goal in this area is to expand and enhance the provision of direct library and information services to incarcerated and hospitalized populations in support of education, literacy, recovery, recreation, and re-entry. The Evaluation Report recommendation for this goal includes:

- **Institutional Libraries Program.** Work with the Secretary of State legislative team and appropriate State funding representatives to restore ILS staffing levels to pre-Great Recession levels.

**Goal 5. Develop professional library staff and build capacity among all libraries to serve all constituents.** WSL's desire in this area is to elevate the quality of library service and caliber of library staff through statewide projects, facilitation, consulting, grants, training, and by modeling best practices to build capacity in libraries statewide. The Evaluation Report recommendations for this goal include:

- **Awareness Raising and Technical Assistance.** Increase WSL staff and resources dedicated to raising awareness of funding opportunities and providing technical assistance, including planning for long-term sustainability, project implementation, and hands-on mentoring for less resourced libraries. Consider options to organize promotions and technical support through channels and staff dedicated to serving targeted library types.

- **Consortial Purchasing.** Increase efforts to leverage collective library expertise in vetting potential products and services, seeking to include the negotiating and purchasing power of more libraries in consortial purchasing efforts.

- **SimpleE/Palace.** Expand collaboration with other state library agencies and organizations like the Urban Library Council and the State Libraries of California, Connecticut, and Rhode Island, as well as the Canadian Urban Library Council (CULC) for broader expansion and adoption of this platform. Widespread adoption and purchasing power are necessary for success.

Overarching Recommendations

In addition to the Goal-specific recommendations listed above, the evaluation of the 2018-2022 Five-Year Plan makes the following overarching recommendations for consideration in the development of the 2023-2027 Five Year Plan.

- **Recommendation:** Retain the existing five Goals established in the 2018-2022 Plan, which work well to structure WSL's efforts. Ensure resources are targeted effectively at supporting rural and underserved urban communities.

- **Recommendation: All Libraries.** Find something for all libraries, leveraging large libraries' expertise and commitment to the success of all Washington libraries. Many of the programs funded by LSTA resources are beneficial for smaller and less-resourced libraries. Goal-specific recommendations contained in this evaluation seek to enhance potential benefits for smaller libraries by providing additional resources for awareness and technical assistance. While larger libraries may benefit less from such resources, they can benefit significantly from, and be valuable participants in, a well-organized statewide consortial purchasing effort as noted under Goal 5.

- **Recommendation: Facilities and Technology, as well as Collections.** Contemporary library services are delivered as much through high-functioning facilities and technology as through high-quality collections. Partner interview participants encouraged WSL to treat facilities and technology with the same importance as collections, and to organize resources, staff expertise, and capacity around all three topics. Technology was particularly emphasized given its increasing importance as a gateway to additional resources, both for library staff and community members. Related sub-recommendations include:

  - **Increase advocacy** among state government, including the Secretary of State Office, the Department of Enterprise Services, the Department of Commerce and the Broadband Office, the legislature, and others to emphasize the importance of digital access as well as, and sometimes in tension with, cybersecurity.

  - **Prioritize funding opportunities that facilitate digital access and digital literacy** for Washington state residents, particularly among populations that have limited access to resources. To ensure access to broadband and digital literacy skills specifically address underserved communities, expand collaboration with community-based organizations embedded in underserved communities in both rural and urban areas.

## Library Council of Washington

In the development of this Plan, WSL held a feedback session with the Library Council of Washington (LCW), a representative advisory body that supports the State Librarian and Office of the Secretary of State in administering the LSTA program and in helping develop Washington's libraries in general. The purpose was to review statewide trends, discuss the results of the 2018-2022 evaluation report, and generate ideas to be included in the 2023-2027 Five-Year Plan. The themes captured during this session with LCW are outlined further below.

*Overall*

- **Centralized Resources.** A few LCW members discussed the importance of centralizing shared resources across libraries. They noted that some tools are expensive for individual libraries to build on their own, and that there is a need for centralized trainings about addiction, mental illness, and other basic services.

- **Emergency Planning.** LCW members explained libraries played a significant role in the pandemic response starting in 2020. They suggested that WSL could help with future emergency planning.

- **Libraries' Role in Combating Misinformation.** Several LCW members agreed on the importance of libraries' role in being a trusted source for information and learning how to discern misinformation.

- **Tools for Libraries.** Several LCW members noted the importance of tools for libraries and librarians. They suggested using software, such as SharePoint, and incident reporting software designed for libraries.

*Advancing the Profession*

- **Local Staff.** LCW members commented on the value of having professionals from the local community work in nearby libraries. This was noted as especially important for paraprofessionals who work in the ILS program and may need additional support to be successful and remain in their roles.

- **Professional Development for Existing Librarians.** Members highlighted the importance of budgeting and other general managerial skills, in addition to library-specific skillsets.

- **Staff Recruitment, and Retention.** All LCW members highlighted the importance of increasing the broad representation of library staff across the state. Recruiting and retaining staff who represent the communities they serve is needed and should be supported.

*Collaboration and Partnership*

- **Access to Resources.** LCW members discussed the value of collaboration and how to help promote access to resources across the state or in smaller communities. These members noted there could be more support for both identification of what is available, as well as help with consolidation and further digitization.

- **Health and Social Care.** LCW members discussed how librarians can partner with social work agencies. They noted that there are platforms like Unite Us, a national non-profit database that exists to provide care coordination. These members suggested establishing a social work model with the ability to track referrals of vulnerable populations.

- **ILS Program Expansion.** Several LCW members shared thoughts about expanding the ILS program to serve youth in the juvenile justice system.

*Community Outreach and Engagement*

- **Local Resources and Capacity.** Several LCW members commented on the need to build local resources including systems and relationships in the community. However, they noted that building capacity in relationships can be a challenge due to other demands on time.

25

- **Meeting Community Needs.** One LCW member emphasized "high-touch" communities and vulnerable populations. They noted the importance of looking beyond the services and technology to focus on communities as a whole. Other LCW members agreed about social services provided by libraries and the need to help people connect with information in different ways.

### Library Services for All

- **Embedding Access.** All LCW members agreed with the importance of access being built into the 2023-2027 plan. Build on the library principle of free and equal access to information for all community members.

- **Engagement for Digital Services.** LCW members noted the importance of digital opportunity and how engagement can help reduce barriers. They noted that working with community partners (e.g., Rotary, Internet Service Providers, etc.) can increase opportunity for all.

- **Digital Divide.** All LCW members noted that the digital divide is continuing to widen, especially regarding broadband access. Several members suggested planning ahead for using library resources to support broadband access.

- **Community Colleges.** One LCW member explained that there is a difference in service delivery between community colleges across the state.

- **Data.** Several LCW members highlighted the importance of complete data. They noted developing partnerships with higher education partners and others to provide more extensive and detailed data about communities. Having complete data can help inform service delivery.

- **Rural and Urban Services.** All LCW members agreed with the idea that library service varies in the state by community because access to resources is different in rural and urban communities. They noted this makes statewide comparisons difficult to assess.

### Shifting Funding

- **Consortial Buying.** LCW members were supportive of ideas raised in the evaluation to expand participation in consortial buying.

- **Equipment Planning and Purchasing.** A few LCW members pointed out that within the five-year planning horizon, equipment purchased with pandemic-related funding will start to age out. These members explained that advanced planning could help libraries manage equipment and plan for future equipment needs.

- **ILS Program Funding.** An LCW member shared that in the recent Washington State Legislative Session, funding was allocated to support additional staffing for the ILS program in all nine correctional facilities. They noted this additional funding could open the ability to shift LSTA funding to more innovative/complementary programs.

## Other Data Sources

### Washington Governor State Priority Issues

Statewide trends and priorities also inform strategic priorities for WSL and libraries in the state. Governor Jay Inslee identified five goal areas for focus during his term as follows:

26

- World-class education;

- Prosperous economy;

- Sustainable energy & clean environment;

- Healthy & safe communities, and;

- Efficient, effective & accountable government.

The goals and strategies in this Plan align with these goal areas, as these are all areas where libraries can (and do) make an impact.

*Statewide Trends*

WSL used census and demographic data about the State's population to inform the Plan. The projections sourced were from the Washington State Office of Financial Management (OFM) and focused on population changes.

The projections indicate changes to Washington's statewide population overall, along ethnic background, and portion of the population that is older. The total population will feature an increase with an anticipated 5% increase in population. The statewide population will become more heterogeneous with an increase in Black, Indigenous, and People of Color (BIPOC) members of the community. The portion of the population over 65 will also increase. These trends are expected to continue into the future.

27

# Section 3. WSL 2023-2027 Goals

## Overview

WSL has developed a set of refined goals and strategies for the 2023-2027 LSTA Five-Year Plan. These goals and strategies reflect the input from the needs assessment, the recommendations from the evaluation of the 2018-2022 plan, and the LSTA purposes and priorities.

The goals of WSL as it relates to LSTA funding include the following:

## Goals and Strategies

The goals for the 2023-2027 Plan build upon the goals from the previous plan. The updated goals are as follows:

- **Goal 1: Promote economic growth, access to education, and lifelong learning for all.** Contribute to the State's economic prosperity and cultural richness by supporting relevant and high-quality education, literacy and reading, and lifelong learning.

- **Goal 2: Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture.** Connect Washingtonians to their history, employing digital initiatives and other preservation strategies to tell the stories of local communities and to celebrate our common heritage.

- **Goal 3. Serve all who cannot read standard print statewide.** Expand the reach and effectiveness of the WTBBL with innovative outreach initiatives to increase overall user population, establish and strengthen borrower relationships, and promote high-quality accessible library and information resources.

- **Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry.** Expand and enhance the provision of direct library and information services to incarcerated and hospitalized populations in support of education, literacy, recovery, and re-entry.

- **Goal 5. Develop broadly representative professional library staff and build capacity among all libraries to serve all constituents.** Elevate the quality of library service and caliber of library staff through statewide projects, facilitation, consulting, grants, training, and by modeling best practices to build capacity in libraries statewide.

## Goal 1: Promote economic growth, access to education, and lifelong learning for all

WSL's purpose in this area is to contribute to the state's economic prosperity and cultural richness by supporting relevant and high-quality education, literacy and reading, and lifelong learning. This Goal reflects WSL's recognition that libraries have a role to play in helping residents increase their awareness and participation in literacy and digital literacy programs, as shown in **Exhibit 3** and the Goal's supporting strategies in **Exhibit 4.**

28

**Exhibit 3 Goal 1 LSTA Requirements**

| Goal 1. Promote economic growth, access to education, and lifelong learning for all. | |
| --- | --- |
| Timing | ▪ 2023-2027 |
| Priorities | ▪ Aligns with Governor's state priority issues provide world-class education, support a prosperous economy, and ensure healthy and safe communities. |
| Needs Met (from Section 2 Needs Assessment) | ▪ Need 1. No "One Size fits All" Solutions;<br>▪ Need 4. Partnerships for Impact<br>▪ Need 10. Reach of WSL Programs |
| Primary LSTA Purpose | ▪ Expanding services for learning and access to information and educational resources in a variety of formats, in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, and digital literacy skills.<br>▪ Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks. |
| IMLS Focal Areas | ▪ Lifelong Learning, Information Access, Economic and Employment Development, and Human Services |
| IMLS Intents | ▪ Improve users' formal education; Improve users' general knowledge and skills;<br>▪ Improve users' ability to discover information; Improve users' ability to obtain and/or use information resources;<br>▪ Improve users' ability to use resources and apply information for employment supports; Improve users' ability to use and apply business resources;<br>▪ Improve users' ability to apply information that furthers their personal, family or household finances; Improve users' ability to apply information that furthers their personal or family health; Improve users' ability to apply information that furthers their parenting and family skills; |
| Outcomes | ▪ Residents of the state will increase their awareness and participation in literacy and digital literacy programs.<br>▪ Underserved and marginalized populations, as defined in "Talent and Prosperity for All" (the Washington State Workforce Development Plan), will improve their digital literacy skills and improve their employability.<br>▪ Library services and resources will be more readily available and easy to access by library patrons regardless of their location in the State. |

29

**Exhibit 4 Goal 1 Supporting Strategies**

| 2023–2027 Strategies | Description |
|---|---|
| Supporting Strategy 1.1 | ▪ Coordinate with libraries, Workforce Development, and organizations that support underserved and marginalized individuals to support adult basic education, non-traditional learning, life-skills training, and digital literacy for academic and job readiness. |
| Supporting Strategy 1.2 | ▪ Work with the State Board for Community and Technical Colleges and the Department of Corrections to improve employability of incarcerated individuals in preparation for their release by improving their digital literacy skills. |
| Supporting Strategy 1.3 | ▪ Improve employment prospects for the recently released by supporting them to receive certifications, trainings, apprenticeships, and other opportunities. |
| Supporting Strategy 1.4 | ▪ Partner with educational institutions, libraries, and other organizations on initiatives and programming to promote reading, literacy, and literature, especially utilizing local authors and timely, relevant topics. |
| Supporting Strategy 1.5 | ▪ Adopt messaging and communications materials about how WSL and libraries combat misinformation. |
| Supporting Strategy 1.6 | ▪ Prioritize Digital Literacy investments to support life success in an increasingly online world and to best leverage state and federal broadband resources. |
| Supporting Strategy 1.7 | ▪ Review and implement methods to promote employment resources (LinkedIn, Northstar, etc.), so they are well adopted and fully used. |
| Supporting Strategy 1.8 | ▪ Expand collaboration with community-based organizations embedded in underserved communities in both rural and urban areas. |

30

# Goal 2: Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture.

WSL's Goal in this area is to connect Washingtonians to their history, employing digital initiatives and other preservation strategies to tell the stories of local communities and to celebrate our common heritage, as shown in **Exhibit 5** and its supporting strategies in **Exhibit 6**. This Goal reflects WSL's recognition that Washingtonians can increase their appreciation of state and local history and use digital collections and resources to foster economic growth, strengthen education, and promote community pride. This Goal is also aligned with the Governor's state priority to build partnerships among local libraries, their communities, and the Washington State Library.

**Exhibit 5 Goal 2 LSTA Requirements**

| Goal 2. Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture. | |
| --- | --- |
| Timing | ▪ 2023-2027 |
| Priorities | ▪ Aligns with the Governor's state priority to build partnerships among local libraries, their communities, and the Washington State Library |
| Needs Met | ▪ Need 2. Resources intended for Tribes and Tribal Libraries<br>▪ Need 6. Capacity Building for Libraries and Library Staff |
| Primary LSTA Purpose | ▪ Establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in 9134(b)(6), for the purpose of improving the quality of and access to library and information services.<br>▪ Target library services to individuals of varied geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills. |
| IMLS Focal Areas | ▪ Lifelong Learning and Information Access |
| Projects | ▪ The Washington Rural Heritage (WRH) project is a collaborative digitization program serving public libraries, tribal libraries, and partnering cultural organizations, such as historical societies and museums.<br>▪ The Washington Digital Newspapers program digitizes papers across five main geographic regions and strives to add non-English language papers and news within our state.<br>▪ Digital Public Library of America (DPLA) Support Services provide training, consulting, and grants to libraries seeking to develop digital collections and content. They also re-catalog, remediate, or enhance metadata in the regional DPLS service hub. |
| Outcomes | ▪ Washingtonians will increase their appreciation of state and local history and use digital collections and resources to foster economic growth, strengthen education, and promote community pride and engagement.<br>▪ Teacher-librarians, teachers, librarians, and residents of the state will increase their knowledge and use of primary source materials from |

31

> the Washington State Library online, through local libraries, and in classrooms.
> ■ Library staff working with the Washington State Library will increase their knowledge of digitization, develop partnerships with outside organizations, and engage community members to contribute to the preservation and dissemination of local history.

**Exhibit 6 Goal 2 Supporting Strategies**

| 2023-2027 Strategies | Description |
|---|---|
| Supporting Strategy 2.1 | ■ Highlight the collections of Washington libraries and partner organizations through innovative discovery and metadata initiatives. |
| Supporting Strategy 2.2 | ■ Preserve and maintain access to newspapers (news media) published in Washington State. |
| Supporting Strategy 2.3 | ■ Establish digitization guidelines and coordinating mechanism to ensure efficient and effective preservation and maintenance access to news media published in Washington State. |
| Supporting Strategy 2.4 | ■ Manage and maintain a collaborative digitization program to highlight the collections of libraries, museums, and heritage organizations throughout the state. Increase visibility and access to unique and at-risk materials, including privately held family collections of Washingtonians. |
| Supporting Strategy 2.5 | ■ Provide technical assistance with continued education and professional development for libraries without archivists and support local library capacity for digitization projects. |
| Supporting Strategy 2.6 | ■ Develop and implement a preservation plan for different file types (Dynamic Content, Born Digital, etc.). |
| Supporting Strategy 2.7 | ■ Expand which stories are told/shared as part of Washington State's history. Include other stories such as Chinese Railway workers, Tribal stories, etc. |
| Supporting Strategy 2.8 | ■ Ensure microfilm access and conversion is effective, centralized, and supports local needs. |
| Supporting Strategy 2.9 | ■ Design digitization resources suitable for Tribal needs. Respect Tribal concerns regarding public access to digitized resources by either clarifying that access on existing platforms can be controlled to restrict non-Tribal access or supporting a platform that allows this functionality. |

32

## Goal 3. Serve all who cannot read standard print statewide

WSL's Goal in this area is to expand the reach and effectiveness of the Washington Talking Book & Braille Library (WTBBL) with innovative outreach initiatives to increase overall user population, establish and strengthen borrower relationships, and promote high-quality accessible library and information resources. This Goal reflects WSL's desired outcome of WTBBL increasing the awareness and participation of eligible individuals throughout the state in their services and programs, as shown in **Exhibit 7** and its supporting strategies in **Exhibit 8.**

**Exhibit 7 Goal 3 LSTA Requirements**

| Goal 3. Serve all who cannot read standard print statewide. | |
|---|---|
| Timing | ■ 2023-2027 |
| Priorities | ■ Aligns with the Governor's state priority issues to provide direct services to those unable to read standard print materials. |
| Needs Met | ■ Need 4. Partnerships for Impact |
| | ■ Need 6. Capacity Building for Libraries and Library Staff |
| | ■ Need 9. Awareness Raising for Libraries and for Residents |
| Primary LSTA Purpose | ■ Establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in 9134(b)(6), for the purpose of improving the quality of and access to library and information services. |
| | ■ Target library services to individuals of varied geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills. |
| IMLS Focal Areas | ■ Lifelong Learning and Information Access |
| IMLS Intents | ■ Improve users' formal education; Improve users' general knowledge and skills; |
| | ■ Improve users' ability to discover information; Improve users' ability to obtain and/or use information resources; |
| Outcomes | ■ WTBBL will expand its reach across the state and also raise awareness of library services offered. |
| | ■ Increase user base through outreach to veterans, youth, non-native English speakers, and older adults who are not yet library patrons. |
| | ■ Continue to connect residents with new, accessible reading material in the format they need, where they need it. |

33

**Exhibit 8 Goal 3 Supporting Strategies**

| 2023-2027 Strategies | Description |
|---|---|
| Supporting Strategy 3.1 | ▪ Grow outreach and public awareness initiatives. Develop strategic campaigns to connect specific eligible user groups with library service, with a focus on veterans, youth, and the elderly. |
| Supporting Strategy 3.2 | ▪ Increase awareness and use of WTBBL services through additional messaging about WTBBL and build awareness among libraries and library staff. Enhance access to education, information, and literacy support for Washington's youth through innovative programming, outreach, and statewide partnerships. |
| Supporting Strategy 3.3 | ▪ Increase access to WTBBL audiobooks through more local production in English and Spanish, duplication on demand, personalized readership programs, and download instruction and support. |
| Supporting Strategy 3.4 | ▪ Realign volunteer priorities. Strengthen and expand the volunteer base. |
| Supporting Strategy 3.5 | ▪ Develop and implement accessibility systems to leverage the expertise of WTBBL for statewide efforts and local implementation |
| Supporting Strategy 3.6 | ▪ Continue to support and promote the WTBBL, which provides essential services to residents who are blind, visually impaired, or have other physical or reading disabilities. |

34

# Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry

WSL's Goal in this area is to expand and enhance the provision of direct library and information services to incarcerated and hospitalized populations in support of education, literacy, recovery, recreation, and re-entry, as shown in **Exhibit 9** and its supporting strategies in **Exhibit 10.** This Goal reflects WSL's desired outcome that incarcerated individuals of correctional facilities and patients of hospitals will increase their appreciation for, and understanding of, the value of library programs they receive focused on literacy, personal growth, and education.

**Exhibit 9 Goal 4 LSTA Requirements**

| Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry. | |
|---|---|
| Timing | ▪ 2023-2027 |
| Priorities | ▪ Aligns with the Governor's state priority issues to provide direct services to residents of these facilities and builds partnerships between DOC, DSHS, local libraries, and their communities. |
| Needs Met | ▪ Need 1. No "One Size fits All" Solutions<br>▪ Need 3. Workforce Development<br>▪ Need 10. Reach of WSL Programs |
| Primary LSTA Purpose | ▪ Establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in 9134(b)(6), for the purpose of improving the quality of and access to library and information services.<br>▪ Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks. |
| IMLS Focal Areas | ▪ Lifelong Learning and Information Access |
| IMLS Intents | ▪ Improve users' formal education; Improve users' general knowledge and skills;<br>▪ Improve users' ability to discover information; Improve users' ability to obtain and/or use information resources; |
| Outcomes | ▪ Incarcerated individuals of correctional facilities and hospital patients will increase their appreciation for, and understanding of, the value of library programs they receive focused on literacy, personal growth, and education.<br>▪ Library users will gain increased awareness by their participation in programming and develop enhanced skills and abilities as a result.<br>▪ Library users will increase their literacy, love of reading, and personal growth because of WSL programs.<br>▪ Library users will have additional awareness of and access to employment opportunities and resources. |

35

**Exhibit 10 Goal 4 Supporting Strategies**

| 2023-2027 Strategies | Description |
|---|---|
| Supporting Strategy 4.1 | ▪ Provide direct library service to incarcerated and hospitalized populations to the extent allowed to staff of these institutions. |
| Supporting Strategy 4.2 | ▪ Work with the Department of Corrections and other partners to identify re-entry resources and training and make those available as part of a coordinated program to support incarcerated individuals preparing for re-entry. |
| Supporting Strategy 4.3 | ▪ Partner with DSHS to expand support of active treatment and recovery for patients of Eastern and Western State Hospitals. |
| Supporting Strategy 4.4 | ▪ Expand the ILS program to serve youth in the juvenile justice system. |
| Supporting Strategy 4.5 | ▪ Work with the Secretary of State legislative team and appropriate state funding representatives to restore ILS staffing levels to pre-Great Recession levels. |

36

# Goal 5. Develop broadly representative professional library staff and leaders and build capacity among libraries across the state to serve all constituents

WSL's desire in this area is to elevate the quality of library service and caliber of library staff through statewide projects, facilitation, consulting, grants, training, and modeling best practices to build capacity in libraries statewide. This Goal reflects WSL's desired outcome of library staff who participate in WSL projects and programs being able to increase their topical knowledge and skill level to serve their customers more effectively, as shown in **Exhibit 11** and supporting strategies in **Exhibit 12**.

**Exhibit 11 Goal 5 LSTA Requirements**

| Goal 5. Develop broadly representative professional library staff and leaders and build capacity among libraries across the state to serve all constituents | |
|---|---|
| Timing | ■ 2023-2027 |
| Priorities | ■ Aligns with the Governor's state priority issues to build capacity to enhance library service to the local community and develop partnerships between local libraries and their communities. |
| Needs Met | ■ Need 5. Affordable Access to Broadband Internet Service<br>■ Need 7. Social Services Support for Libraries<br>■ Need 8. Trusted Source for Information |
| Primary LSTA Purpose | ■ To (a) provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services, and (b) enhance efforts to recruit future professionals to the field of library and information services.<br>■ Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks. |
| IMLS Focal Areas | ■ Institutional Capacity |
| IMLS Intents | ■ Enhance library's workforce; Improve library's physical and technology infrastructure; Improve library's operations. |
| Outcomes | ■ Library staff who participate in WSL projects and programs will increase their topical knowledge and skill level to serve their customers more effectively.<br>■ Library staff working on LSTA funded grants and training will have increased knowledge and skills to produce clear milestones and concrete outcomes for use in project reporting.<br>■ Residents of the state will gain increased benefit from the collaborative efforts of libraries.<br>■ Library staff and leaders will be more representative of the communities they serve. |

37

**Exhibit 12 Goal 5 Supporting Strategies**

| 2023–2027 Strategies | Description |
|---|---|
| Supporting Strategy 5.1 | ▪ Provide training in a variety of formats to local library staff to enhance their knowledge, skills, and abilities to better serve their communities. |
| Supporting Strategy 5.2 | ▪ Develop and utilize standardized and effective project management practices for libraries receiving funding and undertaking projects. |
| Supporting Strategy 5.3 | ▪ Create grant opportunities that include professional training opportunities, resources, and service/program development. |
| Supporting Strategy 5.4 | ▪ Partner with libraries to build organizational capacity and deliver cooperative services to provide enhanced library service to the residents of the state. |
| Supporting Strategy 5.5 | ▪ Support Library staff and trustees to develop capacity to respond to and teach about misinformation |
| Supporting Strategy 5.6 | ▪ Increase WSL staff and resources dedicated to raising awareness of funding opportunities and providing technical assistance, including planning for long-term sustainability, project implementation, and hands-on mentoring for less resourced libraries. Consider options to organize promotions and technical support through channels and staff dedicated to serving targeted library types. |
| Supporting Strategy 5.7 | ▪ Increase efforts in consortial purchasing to leverage collective library expertise in vetting potential products and services, seeking to include the negotiating and purchasing power of more libraries in consortial purchasing efforts. |
| Supporting Strategy 5.8 | ▪ Expand collaboration with other state library agencies and organizations, like the Urban Library Council and the State Libraries of California, Connecticut, and Rhode Island, as well as the Canadian Urban Library Council (CULC), for broader expansion and adoption of this platform. Widespread adoption and purchasing power are necessary for continued success. |
| Supporting Strategy 5.9 | ▪ Develop partnerships with higher education partners to provide relevant and extensive data profiles about communities. |

38

# Section 4. WSL's LSTA-Funded Programs

## LSTA Funded Programs

This Plan provides an overview of WSL's goals and activities for the 2023-2027 period. This section focuses on WSL's high-level supporting projects, anticipated outcomes, and intended audiences.

**Exhibit 13 WSL Goals and Programs Checklist**

| LSTA-Funded Programs/Projects | Goal 1. | Goal 2. | Goal 3. | Goal 4. | Goal 5. |
|---|---|---|---|---|---|
| Ask-WA | | | | | ✓ |
| Digital Literacy | | ✓ | | | |
| DPLA Support Services | | | ✓ | | |
| Grants to Libraries | | | | | ✓ |
| Institutional Libraries | | | | ✓ | |
| IT Services | | | | | ✓ |
| K-12 Teacher-Librarian | | | | | ✓ |
| K20 Library Support | | | | | ✓ |
| Librarians Supporting Student Success | | | | | ✓ |
| Off the Page: Downloadable Audiobooks & eBooks | | | | | ✓ |
| One Community, One Book | | ✓ | | | |
| Professional Development Grants | | | | | ✓ |
| Statewide Assistance to Libraries | | | | | ✓ |
| Statewide Database Licensing | | | | | ✓ |
| The Center for the Book | | ✓ | | | |
| Training | | | | | ✓ |
| Washington Digital Newspapers | | | ✓ | | |
| Washington Rural Heritage (WRH) | | | ✓ | | |
| Washington Talking Book & Braille Library | | | | ✓ | |
| Workforce Development | | ✓ | | | |
| Youth Services | | | | | ✓ |

39

# LSTA Programs Activities

**Exhibit 14 Goal 1 Program Activities**

| Goal 1. Promote economic growth, access to education, and lifelong learning for all. | |
|---|---|
| **Supporting Strategies 1.1; 1.2; 1.3; and 1.8** | |
| Intended Audience | ▪ Primary: Underserved and marginalized groups<br>▪ Secondary: Library staff |
| Implementation Type | ▪ Statewide project<br>▪ Training and grants |
| IMLS Intent | ▪ Improve users' ability to use resources and apply information for employment support |
| Project Name/Description | ▪ The Workforce Development project is actively working with local libraries, academic institutions, and workforce development entities to bring resources to this service area.<br>▪ Digital Literacy supports libraries' ability to offer digital literacy activities and increase overall digital literacy in their communities by offering staff development workshops, sub-grants, and exposure to a variety of new technology devices. |
| **Supporting Strategies 1.4; 1.5, 1.6; and 1.7** | |
| Intended Audience | ▪ Primary: All residents of the state<br>▪ Secondary: Library staff and other partners serving this population |
| Implementation Type | ▪ Statewide project |
| IMLS Intent | ▪ Improve users' general knowledge and skills.<br>▪ Improve users' ability to participate in community conversations around topics of concern |
| Project Name/Description | ▪ The Center for the Book program promotes literacy and a love of books, reading, and libraries by shining a spotlight on the contribution of reading and libraries in strengthening communities and in fostering civic engagement. The portion of this program that is state-funded will be included as part of WSL's match and maintenance of effort (MOE).<br>▪ One Community, One Book programs and grants are designed to bring communities together to engage with ideas that grow from a shared reading experience. |

40

**Exhibit 15 Goal 2 Program Activities**

| Goal 2. Preserve and share Washington's stories using methods and tools that balance accessibility with respect for the storytelling culture. | |
| --- | --- |
| **Supporting Strategies 2.1; and 2.2** | |
| Intended Audience | ■ Primary: Teachers, students, researchers, and others interested in the history of Washington |
| | ■ Secondary: Library staff and other partners serving this population |
| Implementation Type | ■ Statewide project |
| | ■ Training and grants |
| IMLS Intent | ■ Improve users' ability to discover information resources. |
| | ■ Improve users' ability to obtain and/or use information resources. |
| Project Name/Description | ■ The Washington Rural Heritage (WRH) project is a collaborative digitization program serving public libraries, tribal libraries, and partnering cultural heritage organizations, such as historical societies and museums. |
| | ■ The Washington Digital Newspapers program digitizes papers across five main geographic regions and strives to add non-English language papers and news from the varied cultures within our state. |
| | ■ Digital Public Library of America (DPLA) Support Services provide training, consulting, and grants to libraries seeking to develop digital collections and content. They also re-catalog, remediate, or enhance metadata for inclusion in a regional DPLA Service Hub. |
| **Supporting Strategies 2.3; 2.4; 2.5; 2.6; 2.7; 2.8; and 2.9** | |
| Intended Audience | ■ Primary: All residents of the state |
| | ■ Secondary: Library staff and other partners serving this population |
| Implementation Type | ■ Statewide project |
| | ■ Training and grants |
| IMLS Intent | ■ Improve users' general knowledge and skills. |
| | ■ Improve users' ability to discover information resources. |
| | ■ Improve users' ability to obtain and/or use information resources. |
| Project Name/Description | ■ The WRH collaborative digitization program. |

41

**Exhibit 16 Goal 3 Program Activities**

| Goal 3. Serve all who cannot read standard print statewide | |
|---|---|
| Supporting Strategies 3.1; 3.2; 3.3; 3.4; 3.5; and 3.6 | |
| Intended Audience | ▪ Primary: Underserved and marginalized individuals<br>▪ Secondary: Library staff and other partners serving this population |
| Implementation Type | ▪ Statewide program<br>▪ Training and outreach |
| IMLS Intent | ▪ Improve users' general knowledge and skills.<br>▪ Improve users' ability to participate in their community. |
| Project Name/Description | ▪ The WTBBL builds community and provides equal access to information and reading materials for Washington residents unable to read standard print. |

42

**Exhibit 17 Goal 4 Program Activities**

| Goal 4. Support the incarcerated and hospitalized in their recovery, release, and re-entry. | |
|---|---|
| Supporting Strategies 4.1; 4.2; 4.3; 4.4; and 4.5 | |
| Intended Audience | ▪ Primary: DSHS and DOC resident populations and facility staff<br>▪ Secondary: Library staff and other partners serving this population |
| Implementation Type | ▪ Statewide program<br>▪ Collection development and programming |
| IMLS Intent | ▪ Improve users' ability to obtain and/or use information resources<br>▪ Improve users' ability to participate in their community<br>▪ Improve users' general knowledge and skills. |
| Project Name/Description | ▪ The Institutional Libraries serve state hospital and correctional facility residential populations, with the delivery of professional library and information services to support their needs. Each state hospital and correctional facility branch provides material for re-entry, recovery, education, and recreation, as well as a prosocial space where incarcerated individuals can access resources needed to make positive changes. |

43

**Exhibit 18 Goal 5 Program Activities**

| Goal 5. Develop broadly representative professional library staff and build capacity among all libraries to serve all constituents. | |
|---|---|
| **Supporting Strategies 5.1; 5.2; and 5.3** | |
| Intended Audience | ■ Primary: Library staff<br>■ Secondary: All residents of the State |
| Implementation Type | ■ Training |
| IMLS Intent | ■ Improve the library workforce.<br>■ Improve library operations. |
| Project Name/Description | ■ Training serves library staff from all types of libraries to increase their effectiveness in working with their community.<br>■ The K-12 Teacher-Librarian project facilitates the development of curriculum and training programs for teacher-librarians and other K-12 library staff around the state.<br>■ The Youth Services project facilitates learning, interaction, and sharing of best practices for library staff in early learning and youth services.<br>■ Professional Development Grants allow local libraries the opportunity to send their staff to training events and to bring in trainers to enhance the knowledge and skills of library staff and trustees.<br>■ Grants to Libraries fund development of new or enhanced library programs and services |
| **Supporting Strategies 5.4; 5.5; 5.6; 5.7; 5.8; and 5.9** | |
| Intended Audience | ■ Primary: All residents of the State<br>■ Secondary: Education and Higher Education Partners |
| Implementation Type | ■ Statewide project<br>■ Consulting and training |
| IMLS Intent | ■ Improve users' general knowledge and skills.<br>■ Improve users' ability to discover information resources.<br>■ Improve users' ability to obtain and/or use information resources. |
| Project Name/Description | ■ The Statewide Database Licensing Project leverages the combined purchasing power of the State's nonprofit public, tribal, academic, K12, research, and hospital libraries to save resources in purchasing subscriptions to a suite of research database products.<br>■ Off the Page: Downloadable Audiobooks and eBooks assists a wide range of Washington libraries in offering eBooks and downloadable audiobooks to their patrons by providing group purchase opportunities that make these formats more affordable, especially for smaller libraries. |

44

- The Ask-WA program provides a range of online reference services for Washington residents by creating a network of collaboration and support among libraries through the state.

- Statewide Assistance to Libraries and Technology Services shares WSL staff expertise with libraries throughout the state to reduce local library expenses and increase the capacity of library staff to provide a higher level of service to their communities than might otherwise be possible.

- K20 Library Support and other IT Services develop and provide all users with access to information through reliable high speed Internet connectivity and infrastructure.

- Librarians Supporting Student Success provides library faculty in Community and Technical Colleges (CTC) training on teaching practices and assessment. These faculty will apply what they have learned at their local CTC.

45

# Section 5. Coordination Efforts

WSL encourages the development of partnerships and the coordination of resources to provide more effective service delivery. In **Exhibit 19** the partnerships WSL is developing are outlined:

**Exhibit 19 WSL Partnerships**

| Project Area | State Agency/Office Partnership | Approach |
|---|---|---|
| Youth Services | <ul><li>Department of Early Learning</li><li>Office of the Superintendent of Public Instruction</li><li>Washington State University Extension services (4-H)</li></ul> | <ul><li>Serve on committee(s)</li><li>Explore common interests</li><li>Participate in OSPI grants</li><li>Work together on projects and activities to further early learning</li></ul> |
| K-12 | <ul><li>Office of the Superintendent of Public Instruction Washington State Board for Community and Technical Colleges</li></ul> | <ul><li>Explore common interests</li><li>Work together on projects and activities to further student learning</li><li>Work together to increase the number of summer reading sites</li><li>Work together on Open Electronic Resources (OERs)</li></ul> |
| Technology Services | <ul><li>Washington K-20 Educational Network</li><li>Education Service Districts (ESDs)</li><li>Pacific Northwest Gigapop</li><li>Washington State Broadband Office</li></ul> | <ul><li>Serve on committee(s)</li><li>Improve broadband and upgrade network services to public libraries residing on the K-20 network</li><li>Put Washington libraries in position to take advantage of federal funds for broadband expansion and use</li><li>Contract troubleshooting and other service issues to local ESD</li></ul> |
| Workforce Development/Digital Literacy | <ul><li>Work Source Washington</li><li>Washington State Community and Technical Colleges</li><li>Washington Department of Corrections</li><li>Washington Service Corps</li></ul> | <ul><li>Serve on committee(s)</li><li>Explore common interests</li><li>Work together on activities to further digital literacy and job readiness</li></ul> |
| Digitization/Access to Electronic Resources | <ul><li>Oregon State Library</li></ul> | <ul><li>Explore common interests for partnering</li></ul> |
| Institutional Library Services | <ul><li>Washington Department of Corrections</li><li>Washington Department of Social and Health Services</li></ul> | <ul><li>Work together on activities to further successful reentry into society</li></ul> |

46

|  |  |  |
|---|---|---|
|  | ▪ State Board for Community and Technical Colleges |  |
| Washington Talking Book & Braille Library | ▪ Washington State School for the Blind (WSSB)<br>▪ Washington State Department of Services for the Blind | ▪ Coordination of service |
| Ask-WA Virtual Reference Service | ▪ Washington State Four-Year Universities<br>▪ Washington State Community and Technical Colleges | ▪ Cooperative purchasing<br>▪ Coordinated service provision |

WSL will continue to work with other State agencies to coordinate resources, programs, and activities. Where appropriate, WSL will leverage other sources of funding to enhance federal and state investment in areas such as elementary and secondary education, early childhood education, workforce development, and other federal programs and activities that relate to library services.

47

# Section 6. Evaluation Plan

WSL will develop and conduct the evaluation of the 2023-2027 LSTA plan with guidance from WSL leadership, the assistance of the LCW, and an independent evaluator. The evaluation will be conducted in accordance with LSTA requirements.

The evaluation plan will be inclusive of WSL's statewide programs and initiatives, grants program, activities which are part of its services to the blind and physically handicapped, and activities which are part of its services to residents of state institutions. Potential data sources for the evaluation may include:

- Annual review of the State's LSTA Five-Year Plan as compiled for the LSTA annual reporting process;

- Assessments or surveys that are part of workshops and training programs;

- Anecdotal evidence and personal accounts from partners and library users;

- Baseline surveys, performance measures, and/or benchmarks and follow-up surveys to measure needs and the changes which have occurred;

- Evaluation of grants to libraries including the overall impact of the project, as well as the extent to which individual project objectives were met;

- Focus groups and/or forums that are used to support statewide library development planning or the other activities of the Washington State Library; and

- Outcomes previously gathered.

With the implementation of this plan, the Washington State Library will be positioned to conduct periodic assessments of the various projects and programs underway.

# Section 7. Partner Involvement

WSL gathers information and advice from Advisory Councils, the LCW, community-based and other partners. WSL relies on Advisory councils as integral to the way WSL conducts its business and the thirteen members of the LCW represent distinct facets of the Washington library community. Each year, Library Development asks the LCW to review its proposed work plan for use of the coming year's LSTA funds.

Major ongoing projects such as Statewide Database Licensing, Ask-WA (Virtual Reference), and Downloadable Audiobooks have advisory committees which advise the project manager on policies and direction. Library Development staff uses the methods outlined below to gather information and advice:

- Booths at the library association conferences in the State of Washington. This allows individuals to ask questions and provide feedback in person, and for WSL staff to provide information.

- Statewide groups, such as:

  - Library Leadership Council (directors and deans of 2-year college libraries).

  - Public Library Directors

  - Tribal Librarians Group

  - Washington Library Association

  - Pacific Northwest Library Association

  - Humanities Washington

- Project related site visits.

The State Librarian reports directly to the Deputy Secretary of State, and indirectly to the Secretary of State. Continuous dialog between these partners, the State Librarian, program managers, and Library Development staff provide a rich understanding of the value of LSTA funded projects and activities for our executive managers and other division directors which leads to broad support of WSL.

The State Librarian, Library Development Program Manager and Library Development staff interact daily with members of the library community, including library directors and trustees, on a variety of issues relating to programs funded through LSTA.

Library Development staff compile data on the use of LSTA funds by legislative district and by congressional district. These information sheets are used by agency management and the State Librarian in visits with legislators and members of Congress. They are also made available on WSL's website.[1] The congressional district fact sheets are also available online.[2]

While OFM might not seem a partner, it is the budget arm of the Governor's Office. Through direct interaction with our policy analyst, legislators and legislative staff, WSL provides information relating to LSTA along with other state funded activities.

---

[1] http://www.sos.wa.gov/library/libraries/projects/factsheets

[2] https://www.sos.wa.gov/library/libraries/libDev/publications.aspx#factsheets

49

# Section 8. Communications and Public Availability

This Plan is a component of the WSL Strategic Plan. Library users and their satisfaction with services are a driving force for WSL's operation. WSL relies heavily on formal and informal customer assessment and other feedback to set priorities and to design, deliver, and evaluate programs and services.

WSL leadership believes public policy is enhanced by the involvement of those affected by that policy. As such, WSL will use a variety of methods in sharing and making public the 2023-2027 LSTA Plan and the services that result from it. These methods include:

- Announcing the plan on major library association lists, which include those maintained by the Washington Library Association and its major divisions, Library Leadership Council, and the Association of College and Research Libraries-Northwest Chapter;

- Announcing the plan and activities which result from the plan in WSL presents: News from Washington Libraries online newsletter;

- Posting grant and other announcements on the major library association lists;

- Providing the LSTA Plan to LCW for sharing among its various constituencies;

- Posting the Plan and related documents on the Library's website;

- Using Facebook, Twitter and other social media to further create awareness of the Plan and the projects and activities that follow;

- Using opportunities to offer presentations and exhibits at conferences. WSL typically has a booth at the major conferences for the Washington Library Association at which it provides information about LSTA-funded activities and services. The Washington State Librarian attends twice-yearly meetings of the State's public library directors where she speaks about WSL and LSTA. The Washington State Librarian and/or the Library Development Manager attends the meetings of the Library Leadership Council, i.e., two-year college library deans and directors either in-person or virtually;

- WSL staff members also receive feedback throughout the course of their work, through in-person conversations, phone and e-mail conversations, and via the feedback link on the WSL website, and;

- Other methods of outreach may also be used

# Section 9. Monitoring

Monitoring the implementation of the plan and the success in meeting the various goals listed within the plan will be the responsibility of both WSL staff and LCW.

- Individual programs and projects will be reviewed on an annual basis when developing the LSTA State Programs Report;

- Sub-grants will be monitored by WSL staff on a regular basis using a variety of methods including site visits, review of quarterly reports and final reports, and claims for reimbursement;

- Outcomes and related assessment activities will be developed and implemented as a normal part of project planning and operation;

- Periodic auditing of the federal program and sub-grantees will be conducted by the Washington State Auditor's Office;

- Success in implementing the plan will also be assessed as part of the LSTA Plan five-year evaluation process, and;

- Deviations from the LSTA Plan will be handled by WSL staff in consultation with affected parties and, when necessary, IMLS.

51

# Section 10. Compliance and Assurances

The following pages contain the required certifications and assurances and are attached to the Plan:

- Assurances for Non-Construction Programs

- State Legal Officer's Certification of Authorized Certifying Official

- Assurance of compliance with Internet Safety requirement

52