# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

       *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

       *Defendants*.

C.A. No.:

## DECLARATION OF BENJAMIN MILLER,
## DIRECTOR OF LIBRARY SERVICES TEAM,
## WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Pursuant to 28 U.S.C. § 1746, I, Benjamin Miller, hereby declare as follows:

1.      I am a resident of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      In November 2020, I was appointed as the Director of the Library Services Team (within the Division for Libraries and Technology) for the Wisconsin Department of Public Instruction (DPI).

3.      DPI serves as Wisconsin's State library administrative agency and is responsible for empowering Wisconsin libraries to best serve their communities by: overseeing compliance with State law by Wisconsin's school and public libraries and library systems; providing

1

consulting to all libraries in Wisconsin in a wide variety of areas; and administering state and federal aid to Wisconsin's library systems.

4.      As the Director of the Library Services Team, I am responsible for the administration of any State-based or federal funding directed to libraries across Wisconsin.

5.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services (IMLS), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

6.      Given my experience, and upon information and belief, Executive Order 14,238 will cause IMLS to be unable to administer financial awards and/or programs on which DPI relies and on which DPI expects to rely in the future, causing significant harm to DPI and the libraries DPI serves across the State.

<u>The Museum Library Services Act</u>

7.      In 1996, Congress established the IMLS by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq*.). The Library Services and Technology Act (LSTA), which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

8.      IMLS, which administers the LSTA, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency"

2

is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). DPI is the State library administrative agency in Wisconsin.

9.     In order to receive funds under the LSTA, each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134. A copy of Wisconsin's "LSTA Five-Year Plan" is attached.

10.     Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b), and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

11.     Section 9141 provides that:

> Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—
>
> (1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;
>
> (2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;
>
> (3)

3

(A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

(B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

<u>The Institute of Museum and Library Services' Impact in Wisconsin</u>

12.    In Federal Fiscal Year (FFY) 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. Wisconsin received $3,230,831.00, which represents the Federal share of the activities in the approved plan, totaling 66 percent.[1]

---

[1] A chart showing the 2024 allotments can be accessed here: https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

13.    DPI uses these federal funds to support many of its programs, including: workforce development training for public library staff; summer reading, including resources and support for all ages; all-age literacy; training and collaboration between public library staff serving youth and school media specialists; interlibrary loan via the "WISCAT" statewide catalog; cooperative cataloging for public library systems; digital access to digital resources; and creation of Wisconsin's "Internet Discount Finder". DPI also supports innovation and collaboration between libraries and public library systems which has led to the development of self-sustaining programs like the "Wisconsin Public Library Consortium Digital Library". DPI staff funded by these federal funds also provide consulting to libraries across Wisconsin on topics such as youth services, inclusive services, literacy for all ages and library administration and policy, in addition to specific school library media services. IMLS-funded projects have resulted in the development of resources for public and school libraries including: library trustee and director administrative handbooks; a public library system merger guide; a public library staff compensation report; a statewide data landscape study report; and library space planning and facilities management tools.

14.    Wisconsin also uses these federal funds to pay the salaries of 16.1 full-time employees.

15.    In addition to administering federal funding to States, IMLS also provides the following programs and services: the collection of nationwide data, which libraries and State library administrative agencies use to compare and better understand their communities and address their libraries' emerging issues and changing service needs; and funding for Wisconsin's tribal nation libraries to develop and enhance library services for American Indian communities.

16.    DPI's budget for DPI's fiscal year has relied on receiving $3,230,831.00 in IMLS funds and DPI made plans and allocated funding for staffing who execute statutorily-required

services and who provide consulting services for all libraries in areas including youth services, continuing education, workforce development and building spaces projects. DPI also, based on the anticipated receipt of Federal funding promised, made plans and allocated funding for grants which support: core public library system services support; cooperative cataloging projects; professional learning opportunities for public library staff; collaborative data projects; "WebJunction" professional learning support; backup and digitized materials archives collaboration projects; and teen internship pilot programs.

17.    DPI relies on annual funding from IMLS to fund staff positions that provide consulting, access to state digital resources, and efficiencies for collaborative programs that benefit libraries and residents across the State. DPI also utilizes IMLS funding for grant programs to public library systems used to provide direct services to Wisconsin residents. Those grants are in service of the three goals within Wisconsin's "LSTA Five-Year Plan": cultivating connections and collaborations with other libraries, organizations, and stakeholder groups in order to engage community members, address challenges, maximize strengths, and implement impactful, scalable ideas; providing easy access to residents to information, tools, resources, people and spaces to make learning, exploration and discovery possible for all individuals and communities statewide; and equipping library staff with tools and support to serve the needs of their communities.

18.    Upon information and belief, any pause in DPI's federal funding would result in the loss of 16.1 DPI staff positions, leaving only 2.9 full-time employees to fulfill all statutorily-required library functions. A staff reduction like this would lead to a delay, or total discontinuation, of services to the 467 public libraries in Wisconsin and of services provided directly to Wisconsin library users, such as the interlibrary loan program, which saw 15 million materials loaned between

libraries in 2023. Public libraries would lose consulting services on youth services, continuing education, workforce development, games and learning and adult services.

19.    If DPI does not receive its expected FFY 2024 reimbursement, DPI will be unable to pay grants already awarded. Such a loss of funding would result in libraries with grant-funded projects either having to take on unexpected costs or abandon those projects/programs. Upon information and belief, the loss of this funding would also result in the termination of support to Badgerlink, Wisconsin's online library and the process would begin to terminate the 16.1 full-time employees of DPI providing services to public libraries.

20.    DPI and its staff are strong fiscal stewards; in fact, the staff was awarded the 2023 Francis Keppel award for "excelling in the completeness, promptness, and high quality of local public library data". IMLS recognized Wisconsin for expending American Rescue Plan Act funding down to the penny in response to the Covid-19 pandemic. Wisconsin has consistently received praise from IMLS for completing annual state program reports in a timely and efficient manner, according to the required format.

21.    Upon information and belief, for FFY 2025, DPI would expect to receive disbursements/reimbursements of dollar amounts similar to last FFY's allotments under our current Federal awards.

22.    DPI expects to receive its next disbursement/reimbursement of IMLS funds on April 22, 2025. If DPI does not receive such disbursements/reimbursements, DPI will freeze its grant program, wind down all non-statutory program activities, and reduce or dismiss Library Services staff funded through LSTA funding.

23.    In addition to funds, DPI's Library Services staff utilize the data collected by IMLS, as well as reports and studies generated by the IMLS National Leadership grant and Laura Bush

21st Century librarian programs, to inform best practices and consulting services provided to Wisconsin public and school libraries and public library systems.

24.     Without the data provided by IMLS annual surveys and IMLS-funded research into library services and best practices, DPI and Wisconsin's school and public libraries and public library systems would lack the information they need for effective future planning, program development, and innovation to meet the changing information needs of Wisconsin's residents.

25.     Terminating LSTA funding already allocated to Wisconsin and possibly ending future LSTA funding will irreparably harm Wisconsin's libraries and the communities they serve. In particular, and upon information and belief, rural libraries and tribal nation libraries dependent on this funding and services from IMLS project will likely be forced to close, as they have limited financial options. Upon information and belief, potential program cuts in libraries across the state will result in students without summer reading programs or unemployed residents without the resources they rely on to improve job readiness and help find them new employment. Upon information and belief, without statewide programs like the "WISCAT Interlibrary Loan Platform" and interlibrary loan services, public libraries will struggle to provide access to the materials their residents need for education, small business support, and recreation. Further, and upon information and belief, public library systems will be forced to reduce services such as interlibrary delivery and professional learning opportunities. Libraries are the centers of our communities. The loss of federal funding will force libraries to cut back on programs and services that offer life-changing opportunities to the citizens of Wisconsin.

26.     On March 31, 2025, DPI received the below email from the IMLS advising that all of its staff members were going to be placed on administrative leave, effective immediately.

**From:** Teresa A. DeVoe <TDevoe@imls.gov>
**Sent:** Monday, March 31, 2025 2:39 PM
**To:** Teresa A. DeVoe <TDevoe@imls.gov>
**Cc:** Dennis Nangle <DNangle@imls.gov>; Madison Bolls <MBolls@imls.gov>; Cindy Boyden <CBoyden@IMLS.gov>; Laura McKenzie <LMcKenzie@imls.gov>
**Subject:** all IMLS staff going on administrative leave today

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
**TO: Chief Officers and LSTA Coordinators**

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today. We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.

**Teri DeVoe**
Associate Deputy Director, Grants to States
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024
P: 202-653-4778
Website | LinkedIn | Facebook

27.     On March 31, 2025, DPI also received the below statement from AFGE Local 3403 on the status of Museum and Library Services, advising that "[t]he status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated."



**A Statement from AFGE Local 3403 on the Status of the Institute of Museum and Library Services**

Earlier today, the Institute of Museum and Library Services notified the entire staff that they are being placed on administrative leave immediately. The notification followed a brief meeting between DOGE staff and IMLS leadership. Employees were required to turn in all government property prior to exiting the building, and email accounts are being disabled today. Museums and libraries will no longer be able to contact IMLS staff for updates about the funding they rely upon.

In the absence of staff, all work processing 2025 applications has ended. The status of previously awarded grants is unclear. Without staff to administer the programs, it is likely that most grants will be terminated.

28.     Because there is no staff to administer the Grants to States program, Wisconsin is unable to ascertain the status of receiving the 2025 Grants to States Award as expected by April 22, 2025, which will cause immediate and irreparable harm to Wisconsin and its libraries.

29.     Upon information and belief, due to immediate placement of all IMLS staff on administrative leave, Wisconsin will suffer the harms described throughout this Declaration, specifically those described in paragraphs 18-19, 22, 24 and 25. Further, in the total absence of ability to consult with IMLS staff on matters of comparative data, research and grant guidance, DPI's response to libraries across the state will be delayed and the scope of services DPI's

consultants and other staff are able to provide to those libraries will be significantly reduced. These delays and reduction in services will cause harm to Wisconsin and its libraries.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 3, 2025, at Sauk City, Wisconsin.

Benjamin Miller

# EXHIBIT A



# LSTA Five-Year Plan

---

**Wisconsin Department of Public Instruction**

**LSTA Five-Year Plan (2023-2027)**

**Plan commissioned by:**

**Division for Libraries and Technology (DLT)**

**Plan document prepared by:**
**Melissa McLimans & Laura Damon-Moore**
**Library Strategists & Consultants**
**WiLS**
**June 2022**



**Introduction**                                                                                      **2**

**Needs Assessment**                                                                                  **3**

    Introduction                                                                   3

    Evaluation Report Review                                                        4

    Complementary Data Sources and Advisory Input                                   5

        System Director Meetings                                5

        American Rescue Plan Act (ARPA) Focus Groups            5

        Public Library System Redesign (PLSR) Documentation     6

        Statewide Strategic Planning Themes                     6

        School Library and Media Specialist Conversation        6

    Data Analysis                                                                   6

    Plan for Ongoing Needs Assessment                                               7

**Goals**                                                                                             **7**

    Introduction                                                                   7

    Goal I                                                                          8

        Background/description                                  8

        Needs                                                   8

        Projects                                                9

    Goal II                                                                         11

        Background/description                                  11

        Needs                                                   11

        Projects                                                12

    Goal III                                                                        14

        Background/description                                  14

        Needs                                                   14

        Projects                                                15

**Coordination Efforts**                                                                              **16**

    Crosswalk                                                                       17

**Evaluation Plan**                                                                                   **20**

**Stakeholder Involvement**                                                                           **20**

**Communication and Public Availability**                                                             **20**

**Monitoring**                                                                                        **21**

**Assurances**                                                                                        **21**

## Introduction

The Department of Public Instruction (DPI) is the Wisconsin state agency, which serves to advance public education and library services. The DPI functions as Wisconsin's State Education Agency (SEA) and State Library Administrative Agency (SLAA). As part of the DPI's Division for Libraries and Technology (DLT), the Library Services Team's mission is to *empower Wisconsin libraries to best serve their communities*. To achieve this mission, the Library Services Team uses state and federal funds to offer a range of services for public, school, academic, tribal, and special libraries in Wisconsin.

The Library Services Team carries out its mission of empowerment using the following values as lenses to inform their work:

- Providing vision on library issues, topics, and emerging trends.
- Facilitating connections so libraries can do more together.
- Working to acknowledge unique perspectives to best meet the needs of all.
- Supporting libraries in their efforts to encourage curiosity and new ideas, allowing them to overcome barriers and solve problems.

The Library Services Team values unique perspectives and believes listening to all voices is critical in its mission to empower libraries to best serve their communities. The Library Services Team knows that a more diverse, representative library workforce is critical to ensuring that a wide range of voices are driving library work in the state, and that the team must work to increase and support a more diverse workforce. Diversity includes race, as well as language spoken, age, ability, and more. The 2023-2027 Five-Year Plan will allow the Library Services Team to listen, learn, and respond as it uses Library Services and Technology Act (LSTA) funding to create a more equitable reality of services and resources accessible for libraries and for all Wisconsin residents.

Stakeholder feedback is central to the allocation of resources provided to support libraries throughout Wisconsin. The Library Services Team considers library organizations of all types, as well as the staff that work in and with those organizations, to be the primary stakeholders of the team's work. The Library Services Team works closely with school and public library stakeholders to conceptualize LSTA grant categories and implement projects. In addition to specific projects, the team's ongoing priorities most closely tied to LSTA are listed below:

- **BadgerLink** is Wisconsin's online library, providing Wisconsin residents with a foundational collection of licensed electronic database resources, augmenting those available through K-12 schools, public libraries, public and private universities and technical colleges, medical and health-care facilities and practitioners, and state agencies. BadgerLink databases are

2

funded through the Wisconsin Biennial Budget, but LSTA funds the technology services and staff that make the resources available to users.

- **Public Library Development Consultants** provide leadership, expert assistance, planning, coordination, and funding management for the improvement of library systems and public libraries so Wisconsin residents will have convenient and equitable access to knowledge and information resources.
- **School Libraries** receive LSTA funds to augment the work done by the School Library Education Consultant through collaborative projects between school and public libraries to bolster eBook collections available to students and facilitate information sharing at the regional, state, and national level.
- **WISCAT/ILL** is a resource sharing tool that can be used by Wisconsin libraries of all types and sizes to locate materials for interlibrary loan (ILL), as well as a cost effective method by which libraries can convert their collections to the MARC bibliographic standard for use as the basis of local automation projects.
- **Wisconsin Digital Archives** is a full-text digital collection of Wisconsin state documents that preserves and makes available a record of major state government programs. The Library Services Team manages the digital preservation technology, makes the collection discoverable through OCLC, WISCAT, Recollection Wisconsin, and the Digital Public Library of America (DPLA), coordinates collection development, and adds digital content to electronic catalog records.

## Needs Assessment

### Introduction

A process of evaluation and data analysis occurred in 2021 to assess progress on Wisconsin's 2018-2022 Five-Year Plan, and to gather input and ideas to inform the 2023-2027 Five-Year Plan. Qualitative and quantitative data were gathered through a mixed methods approach to evaluate the state's current plan, including feedback on the Library Services Team's progress in meeting the 2018-2022 LSTA goals. The resulting data sets used in the evaluation process were also used in planning for the 2023-2027 Five-Year Plan. Additional information to inform the 2023-2027 Five-Year Plan was gathered through intentional, forward-looking stakeholder engagement. Existing complementary datasets were also provided to the Library Services Team, in an effort to further include diverse voices and to avoid duplicating previous information gathering efforts.

## Evaluation Report Review

The evaluation process utilized a mixed-method design that pulled data from a variety of sources to create a holistic picture of the 2018-2022 Five-Year Plan's strengths and challenges. These data sources included:

1. the State Program Report (SPR) data;
2. LSTA budgetary data for FFY 2018, 2019, and 2020;
3. focus groups with stakeholders across the state;
4. a statewide survey disseminated electronically to library staff; and
5. interviews with select Library Services Team staff.

When taking a comprehensive look at the 2018-2022 Five-Year Plan, stakeholders perceived the goals as broad and in alignment with their own work at individual libraries and organizations. Participants indicated the goals felt relevant, timely, and flexible enough to weather the unexpected and unprecedented COVID-19 pandemic and its impact on communities. The strengths of the current plan were especially clear in the activities under Goals 1 (Technology), 2 (Resource Sharing), and 3 (Leadership Capacity). While these goals were broad and expansive, clear outputs to indicate achievement were identified.

Goals 4 (Community Engagement) and 5 (Inclusive Services) made significant progress and resonated strongly with stakeholders as being of high importance and in alignment with initiatives at organizations and in communities across the state. However, stakeholder feedback suggested it might be difficult to measure success in the areas of Community Engagement and Inclusive Services. Many participants indicated the focus areas of these goals are more about learning and implementing continuous processes and approaches to their work, rather than representing a clear endpoint for achievement.

A challenge associated with fully achieving Goal 4 (Community Engagement) was the data utilization component. Survey participants rated the data-utilization objective lowest in terms of movement towards full achievement, and focus groups identified opportunities for growth in the area of increasing data capacity for libraries.

With regards to Goal 5 (Inclusive Services), the primary area of challenge was due specifically to the goal's wording. Because of the specific metric mentioned in the goal language of "increased participation of youth and under-represented populations," the lack of end-user baseline data on participation in these activities made it difficult to assess if these opportunities moved the needle towards a higher level of participation.

4

**View the complete Evaluation Report**.


## Complementary Data Sources and Advisory Input


In addition to the extensive evaluation of the 2018-2022 Five-Year Plan, which included future-facing questions about various needs and priorities of stakeholders, the Library Services Team reviewed additional data sets to help ensure the 2023-2027 Five-Year Plan was stakeholder-driven.

These data sources included:


### System Director Meetings

Wisconsin's library ecosystem includes sixteen public library systems, each with a director. This data set comprised notes from regular public library system director meetings and included themes and ideas that were largely future-facing in terms of near- and long-term priorities and needs.


### American Rescue Plan Act (ARPA) Focus Groups

The 2023-2027 Five-Year Plan process occurred at the end of information gathering, mainly through focus groups, with stakeholders related to the use and disbursement of ARPA grants. This process included broad engagement with public libraries and public library systems, and had a special focus on digital resources and information technology. Current and future needs of communities were discussed in depth. This data set comprised notes from group discussions as well as collaborative JamBoards with comments and ideas from focus group participants.


### Public Library System Redesign (PLSR) Documentation

Since 2016, Wisconsin has engaged in a long-term redesign effort related to public library systems across the state. The Library Services Team referenced information from throughout the PLSR project including workgroup system service model information, supporting rationale for the PLSR Steering Committee recommendations, and information gathered during the Team's implementation efforts in 2020 and 2021. Broad engagement in a variety of settings is ongoing with public libraries, library systems, and students in Library and Information Studies graduate degree programs. The focus of these conversations is largely future-facing. This data set included documentation of PLSR implementation activities and overall redesign recommendations.

## Statewide Strategic Planning Themes

Themes and priorities were identified during approximately 30 strategic planning processes for libraries and library systems over a period of 8-10 years (planning years from 2019 - 2027) and compiled to create a data set. The strategic planning processes were completed by LSTA Plan Consultants for a wide variety of public libraries and library systems, with varying service populations, community demographics makeup, and geographic distribution around the state. The themes and priorities in this data set were anonymized and reflect broad future-facing community priorities and needs.

## School Library and Media Specialist Conversation

School library and media specialists were identified as a key stakeholder group during the new Five-Year Plan development process. The LSTA Plan Consultants attended a standing, statewide virtual networking meeting of school library and media specialists in order to ensure these important partner voices were contributing to the 2023-2027 Five-Year Plan. This data set included notes taken during a facilitated conversation, as well as participant comments and ideas gathered in response to posed questions. Participants were invited to follow up with additional ideas and comments after the meeting.

# Data Analysis

The Library Services Team utilized a collaborative theme analysis approach to identify and articulate overarching themes emerging from the data related to stakeholder and community priorities and resource gaps. Following the theming work by the Library Services Team, the LSTA Plan Consultants collated the themes to streamline similar concepts.

The following priorities and needs were documented and collated:

- Access to lifelong learning opportunities, technologies, and tools
- Collaboration between libraries and within communities
- Scalability and capacity
- Marketing and communications
- Staffing and professional development
- Resource sharing
- Innovation
- Ongoing data tracking and assessment

6

## Plan for Ongoing Needs Assessment

To ensure the 2023-2027 Five-Year Plan remains relevant and responsive to the needs and priorities of libraries and their communities, the Library Services Team plans to perform ongoing needs assessment, using touchpoints that will be built into their project plans in addition to the coordinated input periods that are part of the budget planning annual calendar. These touchpoints include processes to continuously engage stakeholders to learn about needs and develop activities to meet those needs; determine appropriate evaluation plans and regular data gathering and assessment; and obtain input on the best approaches for implementing the activities.

An annual overall LSTA program cycle evaluation will be implemented each year. Feedback from stakeholders will be incorporated into the budget development process, which will include ongoing assessment of current spending. The following annual schedule will ensure full and active stakeholder engagement in the Five-Year Plan and clear communication:

- Fall: Library Services Team staff receive feedback from stakeholders on needs
- Winter: Draft budget created using stakeholder feedback and grant details finalized
- Spring: The Library Services Team finalizes the grant budget and publishes guidelines outlining specific requirements for subawards
- Summer (goal of July 1): Subaward performance period begins

## Goals

### Introduction

Wisconsin's goals for the 2023-2027 Five-Year Plan are listed in order of priority. All goals reflect the needs of Wisconsin residents, but the first goal has the broadest reach directly addressing the needs and priorities of the people of Wisconsin, especially those that use libraries and library resources. The second goal focuses on Wisconsin's multitype libraries and the people who make up the library workforce across the state. The first two goals build to the third goal centering on partner organizations and institutions around the state. While each goal focuses on a vital aspect of the Wisconsin landscape, the order of the LSTA goals demonstrates the Library Services Team's priority commitments to residents in the state.

### Goal I

*Wisconsin residents have easy access to information, tools, resources, people, and spaces to make learning, exploration, and discovery possible for all individuals and communities statewide.*

7

## Background/description

Through the projects within Goal I, the Library Services Team will ensure Wisconsin residents, including IMLS target audiences, can connect through their libraries with information, tools, spaces, and people with as few barriers as possible. A robust and well-supported network of people and resources will help ensure this is and continues to be possible and straightforward for libraries of all kinds and sizes.

IMLS Focal Areas: Lifelong Learning, Information Access, Human Services, Economic and Employment Development

## Needs

Goal I was developed in response to the following statewide needs identified during the needs assessment and data analysis: innovation; access to lifelong learning opportunities, technologies, and tools; scalability and capacity; resource sharing; collaboration between libraries and within communities; ongoing data tracking and assessment; and inclusive services.

The overarching needs demonstrating the urgency of this goal were clearly shown by the needs assessment. The comment below from a focus group participant is one of many to spotlight the importance of LSTA-funded projects and activities for libraries to effectively work within and support their communities:

*Comparing the current [LSTA Five-Year] plan to our [library's] strategic plan, I can definitely see matches especially when it comes to technology and resource sharing; when it comes to our wish to improve access to Wi-Fi and what's, you know, available through LSTA grant funding. Helping reduce [the] digital divide is just one of our library goals. Resource sharing has been wonderful because that has allowed us to use the funds in different ways…, and then our purchases are able to be more targeted specifically to our residents.* (Comment has been edited for length and clarity.)

Focus group participants highlighted a number of tools and platforms the Library Services Team was able to provide due to LSTA funding, including BadgerLink, WISCAT, and Beanstack. One participant noted that the addition of Beanstack meant funds were freed up to support other local priorities. Another made the following comment about BadgerLink:

*I don't know that a lot of my smaller academic library colleagues will be able to hack it without BadgerLink. So I think it's been a tremendous resource for many of us across systems, and to have that available to our students. I think public libraries probably don't even know that we use it at the academics, but we rely heavily on BadgerLink.* (Comment has been edited for length and clarity.)

As Library Services Team staff met with public library and library system staff to understand community needs prior to ARPA grant distribution, participants made it clear that the state agency should be focused on supporting library services that meet the needs of communities. Focus group participants saw the need for libraries that are "safe spaces to be," that serve "patrons with complex concerns," and that connect Wisconsin residents with critical resources, from social services to workforce development.

The importance of ensuring access to libraries and library resources is inclusive of all residents in Wisconsin, particularly historically marginalized groups, bore out in the survey responses to Q15. The groups that respondents felt should be most prioritized included: individuals with limited functional literacy or information skills (72%); individuals living below the poverty line (71%); and ethnic or minority populations (65%).

Survey respondent priorities are often reflected in state demographics. According to the 2020 American Community Survey 5-Year Estimates from the U.S. Census, over 11% of Wisconsin's population is living in poverty, with 14.2% of children living in poverty. Though Wisconsin has fewer people at or below a level 1 literacy rate than national averages, according to the National Center for Education Statistics, the state has an estimated 15% of its population at or below this level, meaning a significant portion of the state's adult population is at a level that "can be considered at risk for difficulties using or comprehending print material."

**Projects**

Project 1.1: Support and enhance platforms, technologies, and practices necessary to improve access to library resources.

Activities to implement this project include:
- Platforms and support for statewide ILL services, electronic database resources, and state government document access.
- Efforts to research, plan, pilot, and implement regional and statewide technological and collaborative efforts that enhance and expand resident access to and discovery of physical and digital library content, information, and resources.
- Improvements to the safe use and modernization of library spaces to better meet the needs of library users and staff.
- Support for efficient and effective delivery of physical library materials between libraries throughout the state.

Project 1.2: Provide resources and supportive learning opportunities that empower learners of all levels to increase literacy skills of all types through training and education.

Activities to implement this project include:

- Promotion of statewide content and databases that support different literacies for diverse populations.
- Support for libraries' efforts to help residents find quality and secure internet service to support their access to online resources and services.
- Increase accessible materials available to all library users.
- Support for statewide digital library platforms and collection development.
- Provide funding support of tools, training, and resources that increase access to and use of reading literacy opportunities for library users from birth through high school.
- Support for efforts to improve adult literacies and workforce skill development.

Procedures used to carry out project activities for Goal I: Library Services Team staff leadership, consultation, management, and support of the platforms and services described above will be critical to the effective implementation of project activities. In addition, the Library Services Team will be responsible for procuring and maintaining the different platform and software service needs, and will facilitate collaborative platform and service participation and oversight. Other procedures employed include collaborative projects that develop scalable discovery and access improvements, and cooperative purchasing of technology and resources.

Benefits or outcomes expected for Goal I: Local, regional, and statewide library resources, content, technology, and information are accessible to all Wisconsin residents to improve their opportunities to gather and gain knowledge, skills, and information.

How SLAA will use federal funds to assist in meeting Goal I: The funding will be used for Library Services Team staff time and in support of state-managed research, planning, platforms, and projects. The funding will also be used to provide subawards to eligible library stakeholders and partners.

Timeline: The timeline for Goal I's projects and associated activities is the duration of the 2023-2027 Five-Year Plan.

## Goal II

*Wisconsin library staff are equipped with tools and support to serve the needs of their communities.*

### Background/description

Through the projects within Goal II, the Library Services Team will work closely with the Wisconsin library stakeholders to continuously assess their needs and advocate for and provide appropriate

10

resources and opportunities so libraries can, in turn, effectively and confidently support their communities, especially IMLS target groups, now and into the future.

IMLS Focal Area: Institutional Capacity

## Needs

Goal II was developed in response to the following statewide needs identified during the needs assessment and data analysis: staffing and professional development; scalability and capacity; ongoing data tracking and assessment; and inclusive services.

Institutional capacity, staff training, and professional development opportunities were a primary theme among focus group participants during the evaluation process. One participant noted, "...we are struggling as the library is evolving, and it's evolving pretty rapidly" and another participant shared:

*We have appreciated the staff development. We have a small staff, it's difficult, for where we are regionally, to send people to leadership academies and things like that. [I appreciate] the support for [staff] development. The Wild Wisconsin Winter Web conferences and things like that have been very helpful. The statewide support for the Ryan Dowd homelessness training has been invaluable to our library.* (Comment has been edited for length and clarity.)

Focus group participants shared wide support of training to ensure their workforce and boards are ready to serve the public. Examples of educational opportunities that supplied this training included Wild Wisconsin Winter Web Conference, New Director Bootcamp, Trustee Training, and Compassion Training.

Institutional capacity was identified by LSTA survey respondents as the most critical focal area for the 2023-2027 Five-Year Plan to address, with 74% of respondents saying it should "Definitely Be Prioritized." Additionally, among survey respondents, 94% consider Library Workforce a group that should "Definitely Be Prioritized" (61%) or "Maybe Be Prioritized" (33%) in Wisconsin in the 2023-2027 Five-Year Plan.

School library and media specialists indicated in their focus group and other input channels that staffing support and training, especially for para-educators and library support staff, are critical priorities. Opportunities to network with peers across the state are also important for this group, evinced by comments such as the following from a focus group participant:

*These [school library media specialist] meetings are very informative and great for connections with a role that is very different across schools and districts.*

11

One of the biggest needs articulated by stakeholders, including school media specialists and participants in the evaluation focus groups, was having healthy and appropriately staffed libraries. Many attendees noted ongoing difficulties hiring and retaining staff. One participant shared:

*I think part of the issue we're having right now is staffing. And everybody's just so overwhelmed. I've done some of the compassion, resilience training here just in my own library with our staff. But, we just have to come up with a better way to make it more accessible. We have libraries that would like to be able to do it but they just don't. They don't have the time.* (Comment has been edited for length and clarity.)

Organizational health, including staff and trustee training, recruitment, and retention was a common theme that came through in the analysis of statewide strategic planning themes. Additionally, stakeholders noted healthy relationships between public libraries and their trustees, and/or between library media specialists and school administrators, were critically important. As one school media specialist stated, "library staff challenges include training library support staff and advocating for adequate pay/compensation to keep them." This sentiment was echoed by almost all participants.

## Projects

Project 2.1: Support the recruitment and retention of library staff, including administrative, professional, and support roles, reflecting their diverse communities.

Activities to implement this project include:
- Research studies to collect data about library staff compensation and composition, and library board participation across the state to provide a basis for improving recruitment, retention, and diversity.
- Development of tools, resources, and professional connections to aid the development and recruitment of qualified and diverse library staff, such as improved job description templates for library boards and standardized exit surveys for library directors.

Project 2.2: Provide consulting, training, tools, and resources that increase access to, awareness of, and use of professional learning opportunities and statewide platforms and databases.

Activities to implement this project include:
- Outreach and training to library staff and partners to increase awareness and use of resource sharing and content platforms, including BadgerLink, Wisconsin's Digital Archive, and WISCAT.

12

- Provide and support professional learning, certification, and access to professional resources and information, including library board of trustees training and support, and new library director support.

Project 2.3: Develop and increase library staff's access to, awareness of, and use of data, resources, and tools for library service and administrative decision making and planning.

Activities to implement this project include:
- Develop data tools and dashboards for libraries to more effectively use annual report data, statewide library services data, and other data sets that support library service planning and decision making.
- Facilitate the development of data expertise across the state to provide state, regional, and local access to expertise, training, mentorship, and collective research of common issues and trends.

Procedures used to carry out project activities for Goal II: Library Services Team will provide leadership, consultation, management, and support for professional learning and staff recruitment and retention resource development. There will be cooperative purchasing of professional learning tools and resources. The Library Services Team will coordinate and/or facilitate data collection, research, analysis, and resource and tool development.

Benefits or outcomes expected for Goal II: Libraries have the qualified staff they need that best reflect their communities. Library staff are more equitably able to access professional learning opportunities, have increased awareness of and ability to use available resources and services from the state, and are able to more effectively provide planning and leadership for their libraries.

How SLAA will use federal funds to assist in meeting Goal II: The funding will be used for Library Services Team staff time and in support of state-managed research, planning, and projects. The funding will also be used to provide subawards to eligible library stakeholders and partners.

Timeline: The timeline for Goal II's projects and associated activities is the duration of the 2023-2027 Five-Year Plan.

## Goal III

*Wisconsin libraries cultivate connections and collaborations with other libraries, organizations, and stakeholder groups in order to engage community members, address equity challenges, maximize strengths, and implement impactful, scalable ideas.*

13

## Background/description

Through the projects within Goal III, the Library Services Team will facilitate opportunities for people in the Wisconsin library community to come together to efficiently problem-solve and build on existing assets and strengths. Libraries will work together to address imbalances in the provision and availability of library services across the state and to build capacity. Additionally, projects within this goal will support and help activate connection and collaboration between libraries and community partners, including institutions, organizations, and individuals.

IMLS Focal Areas: Institutional Capacity; Civic Engagement

## Needs

Goal III was developed in response to the following statewide needs identified during the needs assessment and data analysis: collaboration between libraries and within communities; scalability and capacity; ongoing data tracking and assessment; innovation; community engagement; and inclusive services.

In order to meet the stated needs of Wisconsin residents and the libraries that serve them, methods to improve capacity, reduce duplication of effort, and increase efficiency are required. One stakeholder articulated the following in a focus group:

*I see there are redundancies in the ways that certain libraries and service agencies can offer assistance to people in crisis in their areas. [What's needed is] better communication and more organization between these groups, so then people are not just wasting time and resources.* (Comment has been edited for length and clarity.)

As described in more detail in the Evaluation Report Review, Wisconsin library staff feel  concepts and values such as community engagement and inclusive services are approaches to the work they continuously do, rather than a goal with a clear and measurable endpoint. Their appreciation for tools such as the Inclusive Services Assessment and Guide, and collaborative community learning opportunities like the Wisconsin Libraries Transforming Communities cohort, was very much in evidence in the focus groups:

*One of the big things I was directly in was the WLTC or Wisconsin Libraries Transforming Communities [cohort] as part of that community engagement piece. And that has been extremely successful for us. And from what I know from that cohort, the other libraries that were involved have also seen an increase in engagement and success with community members and community projects because it wasn't just like a library thing.* (Comment has been edited for length and clarity.)

14

Focus group members saw the benefits of working closely with partner organizations and institutions within their own communities, from both a capacity standpoint and to connect intentionally with community members. They also saw the benefit of dedicating time and resources to collaborative efforts with others in the statewide library community, for example, related to the PLSR initiative and the goals and action items generated during that process.

Other data and information, including the 2019-2021 Council on Library and Network Development Biennial Report on Wisconsin Libraries and the notes from weekly meetings between the Library Services Team and public library system directors, shows that PLSR recommendation implementation, especially those directly tied to collaboration and capacity building, continues to be a priority for Wisconsin public libraries and library systems.

## Projects

Project 3.1: Support and cultivate regional, statewide, and national collaborations and network development that drive innovation, development of shared services, professional support, and promotion of best practices.

Activities to implement this project include:
- Provide leadership and resources for the continued improvement of the foundational supports for public library systems. Possible examples include a number of the PLSR recommendations including system merger guide development and system standards development.
- Support Wisconsin library stakeholder developed, led, and coordinated collaborations and networking efforts, connections, and convenings. Groups include school library workgroups, the Council on Library and Network Development, system director meetings, the City Library Collective, and more.
- Represent Wisconsin library interests and needs within various national networks and groups.

Project 3.2: Increase the capacity of libraries to build local collaborations, foster inclusion, and engage their communities to understand local needs and priorities.

Activities to implement this project include:
- Support of inclusive services, for example through consulting and the Inclusive Services toolkit.
- Support of community engagement efforts through consulting and support of projects such as the Library as Centers for Community Resiliency Projects evaluation and recommendations guide.

15

Procedures used to carry out project activities for Goal III: Library Services Team staff will provide leadership, consultation, management, planning, and support for collaboration and network development. The Library Services Team will offer support for collaborative projects and related training. When appropriate, the Library Services Team will assist with cooperative purchasing activities for this goal area.

Benefits or outcomes expected for Goal III: Libraries are more aware of partnership opportunities and strategies to engage community organizations and stakeholders. Collaborations and network development among library stakeholders and the communities they serve increase efficiency and effectiveness of library services and programs. Through partnerships, libraries and community organizations innovate to best serve their communities.

How SLAA will use federal funds to assist in meeting Goal III: The funding will be used for Library Services Team staff time and in support of state-managed research, planning, and projects. The funding will also be used to provide subawards to eligible library stakeholders and partners.

Timeline: The timeline for Goal III's projects and associated activities is the duration of the 2023-2027 Five-Year Plan.

## Coordination Efforts

Where appropriate, the Library Services Team partners with other state agencies to coordinate resources, programs, and activities. The Library Services Team leverages federal and state investment to complement, but not duplicate, the efforts of other agencies in elementary and secondary education, early childhood education, workforce development, and other federal programs and activities as they relate to library services.

## Crosswalk

A crosswalk mapping each goal to the IMLS focal area(s) and associated projects to the IMLS intent(s) may be found on the following pages.

16

| State Goal | IMLS Focal Area(s) | IMLS Intent(s) | Associated Project(s) |
|---|---|---|---|
| Wisconsin residents have easy access to information, tools, resources, people, and spaces to make learning, exploration, and discovery possible for all individuals and communities statewide. | Lifelong Learning, Information Access, Human Services, Economic and Employment Development | Improve users' ability to discover information resources; Improve users' ability to obtain and/or use information resources; Improve library's physical and technology infrastructure | Support and enhance platforms, technologies, and practices necessary to improve access to library resources. |
| | | Improve users' general knowledge and skills; Improve users' ability to use and apply business resources; Improve users' ability to use resources and apply information for employment support; Improve users' ability to apply information that furthers their personal, family, or household finances; Improve users' ability to apply information that furthers their personal or family health and wellness; Improve users' ability to apply information that furthers their parenting and family skills; Improve users' ability to use and apply business resources; Improve users' formal education | Provide resources and supportive learning opportunities that empower learners of all levels to increase literacy skills of all types through training and education. |
| Wisconsin library staff are equipped with tools and support to serve the needs of their communities. | Institutional Capacity | Improve the library workforce; Improve library operations | Support the recruitment and retention of library staff, including administrative, professional, and support roles, that reflect their diverse communities. |
| | | Improve the library workforce; Improve library operations | Provide training, tools, and resources that increase access to, awareness of, and use of professional learning opportunities, and statewide platforms and databases. |
| | | Improve the library workforce; Improve library operations | Develop and increase access to, awareness of, and use by library staff of data, resources, and |

18

| | | | tools for library service and administrative decision making and planning. |
|---|---|---|---|
| Wisconsin libraries cultivate connections and collaborations with other libraries, organizations, and stakeholder groups in order to engage community members, address equity challenges, maximize strengths, and implement impactful, scalable ideas. | Institutional Capacity, Civic Engagement | Improve the library workforce; Improve library operations | Support and cultivate regional, statewide, and national collaborations and network development that drive innovation, development of shared services, professional support, and promotion of best practices. |
| | | Improve the library workforce; Improve library operations; Improve users' ability to participate in their community; Improve users' ability to participate in community conversations around topics of concern | Increase the capacity of libraries to build local collaborations, foster inclusion, and engage their communities to understand local needs and priorities. |

## Evaluation Plan

The Library Services Team will evaluate individual projects and programs using a variety of methodologies to measure success in meeting the three goals of this plan.

Subaward partners will be required to submit biannual project updates that include current progress and expenditure information and any output and outcome measures as appropriate for each project. IMLS success measurement questions will be used for outcome assessment, along with other surveys and data collection methods to evaluate other programs and state-managed projects.

The Library Services Team will conduct an annual assessment of projects and programs to ensure the IMLS focal areas and intents have been integrated into reporting requirements to review progress toward successfully reaching the goals of this plan.

## Stakeholder Involvement

Stakeholders across Wisconsin were involved in the creation of the 2023-2027 Five-Year Plan and provided critical input and feedback throughout the process. Future-facing questions regarding plan priorities were posed during the evaluation of the 2018-2022 Five-Year Plan, during focus groups and in the statewide library staff survey. Over the last two years the Library Services Team utilized several preexisting channels and platforms for continuous discussion and needs assessment to inform the 2023-2027 Five-Year Plan, including system director meetings; meetings and activities related to the City Library Collective; school library and media specialist convenings; and focus groups around specific topics such as digital resources. Many of these channels and platforms are ongoing and will continue to drive the 2023-2027 Five-Year Plan. Staff from many project areas within the Library Services Team were heavily involved to gather input and to help determine how the goals and projects would be implemented. Goals and projects were shared with public library system directors for their feedback and review in April 2022.

## Communication and Public Availability

The Library Services Team's 2023-2027 LSTA Five-Year Plan will be posted to the department's LSTA webpage, which is available to stakeholders and the public. In addition, the availability of the plan will be publicized through the Wisconsin Libraries for Everyone blog, emailed to all Wisconsin library systems and libraries through the department's listservs, announced at the weekly meetings between the Library Services Team and public library system directors, and other

19

communication channels as appropriate. The public and all interested parties will be able to view and print the 2023-2027 LSTA Five-Year Plan from the Library Services Team's website.

## Monitoring

Continuous monitoring and implementation of the 2023-2027 Five-Year Plan will be completed by appropriate staff from the DPI. A grants specialist on the Library Services Team will ensure that grant documents and procedures are aligned with state and federal policies and procedures. Progress reports will be prepared and provided to IMLS as required.

In order to monitor this plan and implement continuous assessment and improvement, subaward recipients of LSTA funds will be asked to complete an evaluation of the project. Evaluations will be due to the Library Services Team mid-project and after the conclusion of the project. The mid-project check-in allows for grant subrecipients to update the Library Services Team on project progress. The final project report mirrors the questions in the State Program Report submitted to IMLS. The Library Services Team will also request grant subrecipients inform Library Services Team staff of any problems that have arisen throughout the grant period.

For state-managed projects, appropriate Library Services Team staff will be named project leaders and will complete project reports, which are shared in the State Program Report (SPR) and/or will work with vendors or consultants, or lead projects themselves to ensure success.

## Assurances

The required signed certifications and assurances have been submitted and include the following Program Assurances for 2023 Grant Award (includes compliance with Internet Safety; Trafficking in Persons; Nondiscrimination; Debarment and Suspension; Drug-Free Workplace; Federal Debt Status; and Lobbying requirements):
- Non-Construction Assurances Form (SF-424B)
- State Legal Officer's Certification of Authorized Certifying Official
- Internet Safety Certification for Applicant Public Libraries, Public Elementary and Secondary School Libraries, and Consortia with Public and/or Public School Libraries

All grant subrecipients sign grant assurances when submitting an application that certify they will follow all applicable rules and requirements. Subaward applications are reviewed by the grants specialist and unallowable expenses are removed prior to grant subaward to ensure compliance with all applicable rules and requirements for LSTA grants. In addition, any public library or regional library system with an unresolved noncompliance with statute is ineligible to receive

DLT-managed funds or participate in DLT-administered projects, including any projects paid fully or in part by LSTA funds.