# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | C.A. No.: |

## DECLARATION OF DARCY BURGESS

Pursuant to 28 U.S.C. § 1746, I, Darcy Burgess, hereby declare as follows:

1. I am over the age of eighteen (18) and am National Representative for the National Association of Government Employees, who, among other groups, services a Federal Mediation and Conciliation Services (FMCS) bargaining unit certified in Washington, D.C. (NAGE Local R3-118). As a National Representative for the group, I have specific familiarity and knowledge related to everyday functions of the bargaining unit members as well as the overall mission of FMCS. The following facts are within my personal knowledge and if called as a witness, I could and would testify thereto.

2. As defined on their website (www.fmcs.gov), the Federal Mediation and Conciliation Service (FMCS) is a small, independent federal agency that plays a crucial role in sustaining the American economy by preventing, minimizing, and resolving work stoppages and labor disputes. These efforts help avoid costly disruptions in production, services, and supply chains, ensuring economic stability and growth. FMCS accomplishes this mission by offering mediation, training, and facilitation services to employers and unions nationwide, fostering collaborative labor-management relationships. Additionally, FMCS enhances government efficiency by providing training, mediation, facilitation, dispute systems design, and other alternative dispute resolution services to federal agencies, allowing them to operate more effectively and serve the public better.

3. On March 14, 2025, President Trump issued an Executive Order entitled "Continuing the Reduction of the Federal Bureaucracy", which sought to immediately eliminate

1

"any non-statutory component and functions…and reduce the performance of their statutory functions and associated personnel to the minimum presence and function required by law:" FMCS was the first of these services to be targeted in the Executive Order.

4. Before President Trump's gutting of FMCS, they only had about two hundred and seven (207) employees servicing the entire country.

5. NAGE Local R3-118, specifically represented thirty-four (34) bargaining unit members, located throughout the country, who provided administrative support in various capacities.

6. As directed by the Executive Order, FMCS began the immediate removal of some employees, and delayed removal of others, resulting in the total loss of seventy-two (72) percent of the overall employees of FMCS; ten (10) of those employees who were let go immediately were former members of NAGE Local R3-118. *See, Notice of RIF and attached Bargaining Unit Spreadsheet*.

7. To the best of my knowledge, only fifteen (15) of FMCS employees, overall, will remain by the time the RIF is fully effectuated. Of those remaining employees, zero (0) will be bargaining unit members.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

EXECUTED this 3rd day of April, 2025, in Fredericksburg, Virginia.

_____
Darcy Burgess

**FEDERAL MEDIATION AND CONCILIATION SERVICE**
HEADQUARTERS OFFICE
250 E Street, SW
Washington, D.C. 20427

## MEMORANDUM

March 28, 2025

| | |
|---|---|
| Subject: | Notification of Reduction in Force (RIF) |
| To: | Darcey Burgess<br>National Representative, NAGE |
| From: | Adrienne Adger<br>Director, Office of Human Resources |

In accordance with Article 35, "Reduction-in-Force" of the collective bargaining agreement between the Federal Mediation and Conciliation Service (FMCS) and the National Association of Government Employees (NAGE), Local R3-118, we hereby notify you of the following:

This letter serves as formal notification that the Federal Mediation and Conciliation Service (FMCS) will be implementing a Reduction in Force (RIF) of employees across FMCS that will impact all members of your union.

The relevant information for the implementation of the RIF is as follows:

Estimated Effective Date: as early as May 1, 2025

Type of Employees Affected: The RIF is aimed at all competitive areas and positions of the organization, to include mediation and administrative positions. The RIF will also target roles in programmatic areas that have been determined to be redundant or duplicative with other functions across the federal government.

Competitive Areas Affected: A list of competitive areas has been finalized and approved by OPM as of March 20, 2025. FMCS competitive areas are based upon components of the organization and are based nationwide within each component:

Office of the Director
National Representative
Office of Equal Employment Opportunity
Office of Labor Policy & Communications
Office of the Chief Operating Officer
Office of Human Resources
Office of Budget
Office of Finance
Office of Procurement and Operational Support
Office of Security and Continuity of Operations
Office of General Counsel
Office of Field Operations
Office of Field Operations National/International
Center for Conflict Resolution and Education

www.fmcs.gov

Office of National Projects
Office of Conflict Management and Prevention
Office of Field Operations Regional
Office of Client Services
Office of Field Administration
Office of Field Operations, Region 1
Office of Field Operations, Region 2
Office of Field Operations, Region 3
Office of Field Operations, Region 4
Office of Field Operations, Region 5
Office of Field Operations, Region 6

Approximate number of bargaining unit employees affected: All remaining BUEs (non-Deferred Resignation/Retirement) will be impacted. A roster is attached to this notice.

This action is being taken in accordance with President Donald Trump's Executive Order (s) 14210, dated February 11, 2025, and Executive Order 14238 of March 14, 2025.

Specific notices to employees may be sent as early as Monday, March 31, 2025, and will comply with notice requirements under regulation and the CBA.

Given that reduction-in-force is "covered-by" our collective bargaining agreement, FMCS has satisfied obligations to bargain over this matter.

If you have any questions please contact Adrienne Adger, at aadger@fmcs.gov or 202-606-5466.

Thank you!



| Federal Mediation & Conciliation Service | CUI//SP-PERS |
|---|---|
| Office of Human Resources | |
| 202-606-5466 | |

## NAGE Local R3-118 - Bargaining Unit Employees as of March 2025

| Last Name | First Name | Official Title | Grade | Organization/Duty Location | Email Address | Bargaining Unit Code |
|---|---|---|---|---|---|---|
| ARELLANO | BRIAN | Program Specialist (E-Resources) | GS-0340-11 | Field Operations (National/International), Office of Education, Arvada, CO | barellano@fmcs.gov | 1085 |
| BOYD II | JOSEPH | IT Specialist (Systems & Customer Support) | GS-2210-13 | Office of Information Technology (HQ), Centreville, VA | jboyd@fmcs.gov | 1085 |
| COLANDRIA | MICHAEL | Support Services Specialist | GS-0342-11 | Office of Procurement and Operational Support (HQ), Washington, DC | mcolandria@fmcs.gov | 1085 |
| DAVIS | CAROL | Management Analyst | GS-0343-09 | Office of Field Operations (National/International), Sherwood, AR | cdavis@fmcs.gov | 1085 |
| DRAKE | MARGARET | Budget Analyst | GS-0560-13 | Office of Budget (HQ), Beverly Hills, FL | mdrake@fmcs.gov | 1085 |
| FARRINGTON | TORRANCE | Program Specialist | GS-0301-11 | Field Operations (National/International), Office of Education, Bowie, MD | tfarrington@fmcs.gov | 1085 |
| FARRIS | DONALD | DATA ANALYTICS SPECIALIST | GS-0301-13 | Office of Labor Policy & Communication, Tyler, TX | dfarris@fmcs.gov | 1085 |
| FRANCE-HAFF | CHERYL | ADMINISTRATIVE SPECIALIST | GS-0301-09 | Office of Field Operations (Regional), Office of Field Administration, Woodbridge, NJ | cfrancehaff@fmcs.gov | 1085 |
| GALLAS | MEGAN | Program Specialist (IAA) | GS-0301-11 | Field Operations, Office of Client Services, Zanesville, OH | mgallas@fmcs.gov | 1085 |

| HALL | YVETTE (LAFRE) | Property Management Specialist | GS-1101-12 | Office of Procurement and Operational Support (HQ), Hyattsville, MD | lhall@fmcs.gov | 1085 |
|---|---|---|---|---|---|---|
| HOROWITZ | CHRISTINE | E-Learning Training Specialist | GS-1712-13 | Field Operations (National/International), Office of Education, Newnan GA | chorowitz@fmcs.gov | 1085 |
| JOHNSON | KEITH | Arbitration/Notice Processing Technician (OA) | GS-0303-07 | Field Operations, Office of Client Services, Cheltenham, MD | kjohnson@fmcs.gov | 1085 |
| JONES | ROMONA | Management Specialist | GS-0301-12 | Office of Procurement and Operational Support (HQ), Oxon Hill, MD | rjohnson@fmcs.gov | 1085 |
| KERRICK | TIFFANY | Senior Accounting Technician | GS-0525-09 | Office of Budget (HQ), Suitland, MD | tkerrick@fmcs.gov | 1085 |
| *KRIZAY* | *TERESA* | *ADMINISTRATIVE SPECIALIST* | *GS-0301-09* | *Office of Field Operations (Regional), Office of Field Administration, Alliance, OH* | *tkrizay@fmcs.gov* | *1085* |
| *LAU LOPEZ* | *VICTOR* | *Accounting Technician* | *GS-0525-08* | *Office of Finance (HQ), Beltsville, MD* | *vllopez@fmcs.gov* | *1085* |
| LAWSON | MARCUS | Customer Services Specialist | GS-0301-11 | Office of Procurement and Operational Support (HQ), Washington, DC | mlawson@fmcs.gov | 1085 |
| *LUTZKANIN* | *CAROL* | *Management Analyst* | *GS-0343-09* | *Office of Field Operations (Regional), Office of Field Administration, Carlisle, PA* | *clutzkanin@fmcs.gov* | *1085* |
| *NICHTER* | *SUZANNE* | *Arbitration/Notice Processing Technician (OA)* | *GS-0303-07* | *Field Operations, Office of Client Services, Washington, DC* | *snichter@fmcs.gov* | *1085* |
| PACE | BERNADETTE | ADMINISTRATIVE SPECIALIST | GS-0301-09 | Office of Field Operations (Regional), Office of Field Administration, Cleveland, OH | bpace@fmcs.gov | 1085 |
| *PYLE* | *CYNTHIA* | *Training Specialist* | *GS-1712-13* | *Field Operations (National/International), Office of Education, Silver Spring, MD* | *cpyle@fmcs.gov* | *1085* |

| | | | | | | |
|---|---|---|---|---|---|---|
| RADOGNO | ELDA | ADMINISTRATIVE SPECIALIST | GS-0301-09 | Office of Field Operations (Regional), Office of Field Administration, Berwyn, IL | eradogno@fmcs.gov | 1085 |
| ROBINSON | MALACHI | CLIENT RELATIONS SPECIALIST | GS-0301-11 | Field Operations, Office of Client Services, Jersey City, NJ | mrobinson@fmcs.gov | 1085 |
| SHANK | PAULA | IT Specialist (System Administrator-SharePoint) | GS-2210-14 | Office of Information Technology (HQ), Fredericksburg, VA | pshank@fmcs.gov | 1085 |
| SHANNON | STEPHEN | Program Assistant | GS-0301-11 | Field Operations, Office of Client Services, Centreville, VA | sshannon@fmcs.gov | 1085 |
| SQUIRES | JAMES | Telecommunications Specialist | GS-0391-14 | Office of Information Technology (HQ), Fredericksburg, VA | jsquires@fmcs.gov | 1085 |
| STUART | LAKISHA | Accounting Technician | GS-0525-08 | Office of Budget (HQ), Bryans Road, MD | lstuart@fmcs.gov | 1085 |
| SUTHERLAND | ERICA | Management Analyst | GS-0343-09 | Office of Field Operations (Regional), Office of Field Administration, Benton, AR | esutherland@fmcs.gov | 1085 |
| TROST | ALAN | IT Specialist (Systems Analysis) | GS-2210-13 | Office of Information Technology (HQ), Gaithersburg, MD | atrost@fmcs.gov | 1085 |
| TUCKER | STEPHANIE | ADMINISTRATIVE SPECIALIST | GS-0301-09 | Office of Field Operations (Regional), Office of Field Administration, Glendale, CA | stucker@fmcs.gov | 1085 |
| WARREN | KIMBERLY AYERS | Digital Media Strategist | GS-1001-14 | Office of Labor Policy & Communication, Roswell, GA | kwarren@fmcs.gov | 1085 |
| WASHINGTON | BARBARA | Accounting Technician | GS-0525-08 | Office of Budget (HQ), Washington DC | bwashington@fmcs.gov | 1085 |

| WRIGHT | SHAKIMA | Senior Program Assistant | GS-344-11 | Field Operations, Office of Client Services, Fort Washington, MD | swright@fmcs.gov | 1085 |
| YOUNG | PATRICIA | Program Assistant | GS-0303-09 | Field Operations, Office of Client Services, Capitol Heights, MD | pyoung@fmcs.gov | 1085 |

* = currently electing dues withholding through payroll deduction