## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND; ET AL.;<br><br>PLAINTIFFS,<br><br>V.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; ET AL.;<br><br>DEFENDANTS. | **CASE NO.: 1:25-CV- _____** |

### DECLARATION OF MAUREEN AMYOT

Pursuant to 28 U.S.C. § 1746, I, Maureen Amyot, hereby declare as follows:

1.       I am a resident of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.       On July 8, 2024, I was appointed as the Director for the Massachusetts Board of Library Commissioners (MBLC). I have worked in the library field in Massachusetts since 2005 and in other states since 1997.

3.       The MBLC is the agency of state government with the statutory authority and responsibility to support, develop, coordinate, improve, and promote library services throughout the Commonwealth. It was established in 1890 under Chapter 78 of the Massachusetts General Laws.

1

4.    As Director, I am responsible for planning, initiating, organizing, implementing, promoting, and directing the development, improvement, and coordination of federal, state, and regional programs for library and information services in Massachusetts. The purpose of this position is to ensure that the goals and objectives of the Massachusetts Board of Library Commissioners are carried out.

5.    I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the Institute of Museum and Library Services, to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law, and to reduce the performance of any statutory functions and associate personnel to the minimum presence and function required by law.

6.    Given my experience, I believe that Executive Order 14,238 will cause IMLS to be unable to administer financial awards and/or programs on which the Massachusetts Board of Library Commissioners relies and on which it expects to rely in the future, causing significant harm to the Commonwealth of Massachusetts and the Massachusetts Board of Library Commissioners.

The Museum and Library Services Act

7.    In 1996, Congress established the Institute of Museum and Library Services (IMLS) by the Museum and Library Services Act of 1996, which amended the Museum Services Act (20 U.S.C. § 961 *et seq*.). The Library Services and Technology Act, which was enacted as part of the Museum and Library Services Act in 1996, authorized the distribution of federal funding to help support libraries across the United States. The Museum and Library Services Act was most recently reauthorized in 2018, codified at 20 U.S.C. § 9101 *et seq.*

2

8.      IMLS, which administers the Library Services and Technology Act, is authorized to provide federal funding to State library administrative agencies. 20 U.S.C. § 9133(a). A "State library administrative agency" is an "official agency of a State charged by the law of the State with the extension and development of public library services throughout the State." *Id.* § 9122(4). the Massachusetts Board of Library Commissioners is a State library administrative agency. MGL c78 sec 14.

9.      In order to receive funds under the Library Services and Technology Act, each State library administrative agency must submit to IMLS its five-year state plan, which describes the State library administrative agency's needs and goals and the ways in which the State intends to use the federal funding to meet those needs. *Id.* § 9134.  A copy of the Massachusetts plan is attached.

10.      Five-year plans that satisfy the statutory criteria are approved by the Director of IMLS. 20 U.S.C. § 9134(e). After the plan has been approved, IMLS allocates funding through a population-based statutory formula, *id.* § 9131(b) and pays to each State the Federal share of the activities in the plan, which is 66 percent. *Id.* § 9133(b).

11.      Section 9141 provides that:

> Of the funds provided to a State library administrative agency under [20 U.S.C. § 9123] section such agency shall expend, either directly or through subgrants of cooperative agreements, at least 96 percent of such funds for—
>
> (1) expanding services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;

(2) establishing or enhancing electronic and other linkages and improved coordination among and between libraries and entities, as described in [20 U.S.C. § 9134(b)(6),] for the purpose of improving the quality of and access to library and information services;

(3)

      (A) providing training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and

      (B) enhancing efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;

(4) developing public and private partnerships with other agencies, tribes, and community-based organizations;

(5) targeting library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;

(6) targeting library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 673(2) of the Community Services Block Grant Act (42 U.S.C. 9902(2))) applicable to a family of the size involved;

(7) developing library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and

(8) carrying out other activities consistent with the purposes set forth in [20 U.S.C. § 9121], as described in the State library administrative agency's plan.

20 U.S.C. §§ 9141(a)(1)-(8).

<u>The Institute of Museum and Library Services' Impact in Massachusetts</u>

12.    In 2024, IMLS invested $180 million in libraries across the United States under its Grants to States Program. For Federal Fiscal Year 2024, Massachusetts received $3,642,371, which represents the Federal share of the activities in the approved plan, totaling 66 percent.[1]

13.    The Massachusetts Board of Library Commissioners uses these federal funds to support many of its programs, including:

- Statewide electronic research databases that are used most by school libraries

- The only statewide E Book platform

- Direct grant program to public, school, and academic libraries

- A statewide interlibrary loan platform (ComCat)

- Statewide collection preservation and disaster response programs

- Statewide librarian training programs

14.    The Massachusetts Board of Library Commissioners also uses these federal funds to pay the salaries, in full or in part, of 13 staff members (8.75 FTE out of 23 total agency FTE).

15.    In addition to administering federal funding to States, IMLS also provides programs and services to both the MBLC and to other institutions and programs in Massachusetts, including:

**Laura Bush 21st Century Librarian Program:** The Laura Bush 21st Century Librarian Program (LB21) supports the training and professional development of library and archives professionals; developing faculty and information leaders; and recruiting, educating, and retaining the next generation of library and archives professionals in order to develop a diverse library and archival workforce and meet the information needs of their communities. **National Leadership Grants for Libraries:** Grants for projects that develop, enhance, or

---

[1] A chart showing the 2024 allotments can be accessed here: https://www.imls.gov/sites/default/files/2024-04/imlslstastateallotmenttablefy2024.pdf.

disseminate replicable practices, programs, models, or tools to strengthen library and archival services                    for                    the                    American                    public.

**Native American Library Services Grants:** Native American Basic Grants and Enhanced Grants assist eligible Native Communities in establishing, sustaining, and improving library services and operations                    with                    their                    communities.

**Save America's Treasures:** This is a Historic Preservation Fund grant program administered by the National Park Service in partnership with the Institute of Museum and Library Services, the National Endowment for the Arts, and the National Endowment for the Humanities. Grants in this program are used by libraries, museums, and archives to preserve nationally significant collections of artifacts, museum collections, documents, sculptures, and other works of art; and for planning and "bricks and mortar" preservation/conservation work on historic buildings and structures listed in the National Register of Historic Places or designated as National Historic Landmarks.

**Digital Humanities Advancement Grants:** This is a joint effort of IMLS and the National Endowment for the Humanities to support innovative, experimental, and/or computationally challenging digital projects at different stages of their lifecycles, from early start-up phases through implementation and sustainability. Projects are collaborations between library and archives professionals, humanities professionals, information scientists, and relevant public communities to advance preservation of, access to, and public engagement with digital collections and services that will strengthen community learning, foster civic cohesion, advance research, and enhance knowledge                    networks.

In addition to the library-specific programs mentioned here, IMLS supports ten museum industry

specific programs, and two programs solely for Native Hawaiian library and museum services.

16.    The Massachusetts Board of Library Commissioners' budget for this year has relied on receiving $3,642,371 and we made plans, and allocated funding for, agency staffing, a direct grants program for libraries, extensive statewide databases, state library networks, the Commonwealth Catalog (a statewide catalog that allows library users in Massachusetts to search and request materials from participating libraries across the state), extensive learning resources for library staff across the Commonwealth, various financial reporting systems, operational costs, key memberships in library-related organizations, resource sharing, book purchases, participation in conferences and meetings, professional development, membership in our library network so the MBLC can operate active library, preservation, and disaster preparedness programs, and our Summer Reading program,  based on the anticipated receipt of Federal funding promised.

17.    The MBLC plans to rely on the Grants to States program until or unless it ceases to exist. This is critical funding that provides essential services to libraries statewide, and helps cover salary costs for staff in our agency. The agency was notified by other State Library Administrative Agencies (Washington state, California, and Connecticut) that they received Notices of Grant Termination from IMLS on April 2, 2025. The termination notice stated that those three states' Grants to States grants were terminated effective April 1, 2025. As of 2 pm on April 3, 2025, the MBLC has not received a letter but is expecting one imminently.

18.    Any pause in our federal funding would result in cancellation of essential services that are used by 1,200 school and public libraries across the Commonwealth. It would mean payroll and accounting staff would have to continue working in multiple scenarios, contingency planning, and functioning in emergency mode rather than counting on funds that are allocated but are not

flowing to us from Washington. And it would mean that we would have to cut absolutely every expenditure outside of payroll and office rent in order to cover the gap between state and federal funds.

19.     The immediate chilling effect on service provision from the uncertainty of not getting reimbursed will impact the MBLC's ability to carry out current programs and services and plan any future programs using IMLS funds. In this uncertainty the MBLC will:

- Cancel MBLC's direct grants to library program

- Not renew current contracted statewide research databases, forcing us to have repeat a labor- and time-intensive procurement to reestablish services if funding starts flowing again. This will cause a suspension in a program that serves 1,200 libraries. Agency staff time and effort would be diverted from other required work.

- Shift IMLS-funded staff salaries to MBLC state budget lines, resulting in the elimination or reductions to established programs and services currently using these state budget lines. If this uncertainty carries forward into FY26, we would be forced to look at the elimination of staff and reduction of services we are mandated to provide. MGL c. 78.

20.     IMLS funds are monitored on a continuous basis and reported annually in MBLC's State Program Report (SPR). The SPR accounts for every dollar of IMLS funding spent for a given fiscal year and provides a narrative of program activities and impact. The MBLC annually meets all reporting deadlines and consistently receives successful report certification signifying ongoing good stewardship of federal funding.

21.     In the next six months, we are scheduled to receive reimbursements of $1,971,586.11 under our current Federal award. These funds have been appropriated by Congress

8

but are disbursed to the Massachusetts Board of Library Commissioners on a reimbursement basis, so have not yet been received by the MBLC.

22.     We submit requests to receive reimbursements from IMLS each month, with the amount of the request reflecting the actual spend each month. If we do not receive such reimbursements, we would be required to pay back to the Commonwealth of Massachusetts for those funds already spent but not yet reimbursed by IMLS.

23.     As of March 25, 2025, IMLS's reimbursement website indicates this: "*Recent executive orders may impact IMLS response and processing times. At this time, you may continue to submit payment requests and required reports for your open awards.*"

24.     As of March 26, 2025, we have not yet received reimbursement for our most recent reimbursement request to IMLS, which was submitted on March 19, 2025. Reimbursements are usually processed within two business days and funds are received within seven calendar days.

25.     The MBLC has been a recipient of IMLS funding for more than 50 years through the Library Services and Technology Act's Grants to States program and its predecessor programs. Although the legislation has undergone numerous reauthorizations, the basic function of the program, which merges federal priorities with state-defined needs, continues to this day. During those years we have used funding for access to electronic databases, a statewide summer reading program, digitization of historic documents, and development of outreach programs to underserved residents including those in rural areas and in correctional facilities. Individual libraries have used our subgrants to provide services to teens, early literacy programs, computer instruction, access to adaptive technology, STEM and STEAM programs, makerspaces, and staff training on topics like customer service and assisting new Americans. The impact of this small amount of funding has been far-reaching and transformational.

26. If Grants to States funds are eliminated, the MBLC will no longer be able to pay for the following essential services:

**Research Databases:** The statewide database program provides critical access to research databases that  no community or school system could afford to purchase on its own. On average 60% of database usage comes from schools. Last year, there were over 9 million full text downloads from these databases, an increase of 12% in just one year.

**The Commonwealth Catalog (ComCat):** ComCat gives residents access to millions of items that their own local network doesn't have. Items are ordered through ComCat and delivered right to the residents' local library for pick-up.  More than 103,000 items were circulated via ComCat in 2023.

**Library eBooks and Audiobooks (LEA)**: LEA allows Massachusetts library users to access eBooks, audiobooks, and more from 375 libraries from across the Commonwealth. LEA circulation has more than doubled since 2019 with residents borrowing more than 1.9 million items from LEA in 2024, an increase of 19% in just one year.

**Libraries.state.ma.us**, the MBLC's consumer-facing website for residents: This site features services for new library users, including a library locator, how to get a library card, how to do online  research, how to access eBooks and audiobooks, and a statewide calendar of programs and classes for learners of all ages and abilities.

**Summer Reading:** More than 157,000 children, teens, and adults participated in statewide summer reading programs last year, in partnership with the Boston Bruins. With MCAS reading scores (English Language Arts-ELA) for grades 3 through 10 in a three-year downward trend, these programs help  close the literacy gap, a critical predictor of academic success.

10

**Disaster Preparedness & Mitigating Catastrophic Loss:** The MBLC provides training and resources so libraries can minimize the impacts from disasters through risk assessment and                                        mitigation                                        planning.

**MBLC Grants Preserve Historical Collections:** Massachusetts libraries are home to historic items that an important part of the  Commonwealth's rich cultural heritage. Preserving them and making them accessible to future generations is the goal of the annual Preservation     Assessment     Grants     program     from     the     MBLC.


 The MBLC funds the salaries, in full or in part, of 13 staff members (8.75 FTE out of 23 total agency FTE) with funding from IMLS, so those salaries would either need to move to state-funded lines where they would bump other program funding, or be eliminated. In an agency this small, every single employee is essential to our operation. We would not be able to carry out the programs and services required of the agency in MGL Chapter 78 if we had to reduce staffing.

27.     Termination of IMLS funds would result in cancellation of all of our statewide research databases, loss, statewide, of the ability for residents to request items from other libraries through the Commonwealth Catalog, and cancellation of all funding for electronic content through the Library Ebooks and Audiobooks (LEA) program. We would have to shut down our public-facing web service portal, and cancel our statewide Summer Reading Program and its 17-year collaboration with the Boston Bruins. Libraries would no longer have MBLC's assistance with disaster preparedness, leaving them vulnerable to catastrophic loss in an era of climate change. We would no longer be able to help Massachusetts libraries protect or digitize the wealth of historic documents found in cities and towns that pre-date our nation. The loss of this funding would have

11

catastrophic consequences for services that touch every single municipality in the Commonwealth. State legislators have made it clear that the Commonwealth absolutely cannot "make up" the loss of federal funds for our agency and likely for most others, so these essential services would have to be eliminated. In addition, if we were unable to fund staff positions through other lines in the budget, we would be forced to lay off staff. This would prevent us from being able to provide the services required in Massachusetts General Laws Chapter 78 and would cause long-lasting harm to every community in the Commonwealth.

Delay of IMLS funding is already having an administrative impact on our agency. Staff in our Business Office are having to manage multiple scenarios as information changes, sometimes daily. Because we are so close to the end of the Massachusetts fiscal year, and because IMLS operates on a reimbursement basis, we have to drastically cut the amount of money we spend on federally-funded programs in order to ensure we have enough state funding to cover all expenditures. The uncertainty makes it difficult or impossible to plan expenditures like database renewals, subgrant awards, salary costs, or LEA E Book purchases on any kind of timely basis.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on March 26, 2025, at Boston, Massachusetts.

_Maureen Amyot_
Maureen Amyot

# EXHIBIT A

# MASSACHUSETTS LIBRARY SERVICES AND TECHNOLOGY ACT (LSTA) GRANTS TO STATES FIVE-YEAR PLAN (2023-2027)

Submitted by: Massachusetts Board of Library Commissioners
James Lonergan, Director
June 29, 2022





# Acknowledgements

The Director and staff of the Massachusetts Board of Library Commissioners wish to acknowledge the following individuals for their ongoing commitment to the improvement of library services in the Commonwealth. Their hard work and devotion to the importance of the roles that libraries play in the lives of individuals and in the vitality of the Commonwealth's communities is immeasurable.

**Board of Library Commissioners**
- Mary Ann Cluggish, Chair
- Debby Conrad, Vice Chair
- Deborah Abraham, Secretary
- Leslie D. Ball
- Vicky Biancolo
- George T. Comeau
- Stacy DeBole
- Karen Traub
- Jessica V. Vilas Novas

**State Advisory Council on Libraries**
- Jessica Bell
- Chris Chanyasulkit
- Tim Cherubini
- Kim Cochrane
- Stacy Collins
- James Gleason
- Hermayne Gordon
- Esme Green
- Alida Hanson
- Nancy Hughes
- Cheryl Marks
- Sara Marks
- Jill Mercurio
- Eric Poulin

# Table of Contents

**INTRODUCTION**                                                                                        **1**

**VISION, MISSION, & PRINCIPLES STATEMENTS**                                                            **3**

**NEEDS ASSESSMENT**                                                                                    **3**

**GOALS**                                                                                               **8**

   **GOAL 1 - PROMOTE LEARNING AND SKILL DEVELOPMENT**                                   **8**

      Goal 1 Measuring Success Focal Areas: Lifelong Learning,
Human Resources, and Economic & Employment Development                                                  **8**

         Objective 1.1 - Improve users' general knowledge and skills   **8**

         Objective 1.2 - Improve users' ability to apply information that
furthers their personal, family, or household finances                                                 **10**

         Objective 1.3 - Improve users' ability to apply information that
furthers their personal or family health and wellness                                                  **11**

         Objective 1.4 - Improve users' ability to apply information that
furthers their parenting and family skills                                                             **12**

         Objective 1.5 - Improve users' ability to use resources and
apply information for employment support                                                                **13**

   **GOAL 2 - ENABLE ACCESS**                                                             **13**

      Goal 2 Measuring Success Focal Area: Information Access             **14**

         Objective 2.1 - Improve users' ability to discover information resources   **14**

         Objective 2.2 - Improve users' ability to obtain and/or use information
resources                                                                                              **15**

   **GOAL 3 - STRENGTHEN LIBRARIES**                                                      **16**

      Goal 3 Measuring Success Focal Area: Institutional Capacity        **17**

         Objective 3.1 - Improve the library workforce                **17**

         Objective 3.2 - Improve the library's physical and
technological infrastructure                                                                           **18**

         Objective 3.3 - Improve library operations                   **18**

   **GOAL 4 - BUILD THRIVING COMMUNITIES**                                                **19**

      Goal 4 Measuring Success Focal Area: Civic Engagement              **20**

         Objective 4.1 - Improve users' ability to participate in their community   **20**

         Objective 4.2 - Improve users' ability to participate in community
conversations around topics of concern                                                                 **21**

**COORDINATION EFFORTS**                                                                                **21**

**EVALUATION PLAN**                                                                                     **23**

**STAKEHOLDER INVOLVEMENT**                                                                             **24**

**COMMUNICATION & PUBLIC AVAILABILITY**                                                                 **25**

**MONITORING**                                                                    **25**

**APPENDIX A - CROSSWALK TABLES**                                                 **A-1**

**ASSURANCES**

# INTRODUCTION

The Library Services and Technology Act (LSTA) authorizes state program grants to certified state library administrative agencies (SLAAs). In order to be eligible for funding, SLAAs must submit a five-year plan for implementation that is consistent with the stated purposes of LSTA and with the priorities of the LSTA Grants to States program. Each year, SLAAs throughout the nation carry out more than 1,500 projects that are supported by this program. Funds are distributed to the states and territories and are monitored by the Institute of Museum and Library Services (IMLS). Following are purposes of LSTA and the priorities[1] of the Grants to States program.

**Purposes of LSTA (20 U.S.C. § 9121)**

1. Enhance coordination among Federal programs that relate to library, education, and information services;
2. Promote continuous improvement in library services in all types of libraries in order to better serve the people of the United States;
3. Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry;
4. Encourage resource sharing among all types of libraries for the purpose of achieving economical and efficient delivery of library services to the public;
5. Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students;
6. Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers;
7. Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology;
8. Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;
9. Ensure the preservation of knowledge and library collections in all formats and enable libraries to serve their communities during disasters;
10. Enhance the role of libraries within the information infrastructure of the United States in order to support research, education, and innovation;
11. Promote library services that provide users with access to information through national, State, local, regional, and international collaborations and networks; and

---

[1] https://www.imls.gov/grants/grants-state/purposes-and-priorities-lsta

12. Encourage, support, and disseminate model programs of library and museum collaboration.

## Priorities of the Grants to States (20 U.S.C. § 9141) Program

1. Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills;
2. Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services;
3. (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services;
4. Develop public and private partnerships with other agencies, tribes, and community-based organizations;
5. Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills;
6. Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved;
7. Develop library services that provide all users access to information through local, State, regional, national, and international collaborations and networks; and
8. Carry out other activities consistent with the purposes set forth in 20 U.S.C. § 9121, as described in the State library administrative agency's plan.

The following document presents the Massachusetts Board of Library Commissioners' (MBLC) FFY 2023-2027 LSTA Plan for fulfilling the requirements of the LSTA Grants to States program. It summarizes the needs of Massachusetts' libraries as well as the library and information needs of Commonwealth residents. These needs have been identified through an examination of a variety of factors including demographic data, relevant societal indicators, and findings and insights from the recently completed evaluation of MBLC's implementation of its 2018-2022 LSTA Five-Year Plan. The new 2023-2027 LSTA Five-Year Plan sets forth goals and identifies anticipated projects designed to address these needs.

# VISION, MISSION, & PRINCIPLES STATEMENTS

**Our vision for libraries in the Commonwealth:**

Every library in Massachusetts is a thriving community hub, transforming lives through access to knowledge, information, and lifelong learning.

**Our mission:**

As a state agency, the Massachusetts Board of Library Commissioners promotes equitable access, advances innovation, and fosters resilience in libraries across the Commonwealth through funding, guidance, partnerships, and the coordination of statewide services.

**Core Principles:**

The principles below affirm who we are and who we aspire to be.

- Equity and diversity: We prioritize our work and resources in service to a more equitable world where diversity, in all its forms, is valued and leveraged for the good of all.
- Inclusivity and belonging: We support the work of libraries that create environments where people feel included, respected, and that they belong.
- Partnership: We are trusted partners, collaborators, and convenors, connecting people to ideas and to each other.
- Leadership: We lead with courage, integrity, accountability, and compassion. We nurture these qualities in those we serve.
- Stewardship: We are good stewards of the public funds entrusted to us, and the well-being of the Massachusetts library community.

# NEEDS ASSESSMENT

A variety of data sources were used to develop the needs assessment portion of this Plan. Sources of information include 2020 U.S. Census, the Public Libraries Survey (PLS), the United Health Foundation's 2021 America's Health Rankings, and the Massachusetts government website (mass.gov).

## General Demographic Characteristics

The Commonwealth of Massachusetts is the most populous state in New England. Its population growth (7.37%) mirrored the national rate (7.35%) for the period between 2010 and 2020. The United States Census Bureau reported that the Commonwealth topped seven million people (7,029,917) in 2020 for the first time in history. Although the Census Bureau's 2021 estimated population shows a slight decrease since April 2020, Massachusetts has, nevertheless, been the fastest growing state in the Northeast over the last decade.

The median age of Massachusetts residents is a bit higher than the U.S. norm and both educational attainment and median household income are considerably higher than the national average. Nevertheless, nearly one in ten residents (9.40%) of the Commonwealth are considered to be impoverished.

More than eighty percent (80.60%) of Commonwealth residents are classified as "White Alone;" a higher percentage than the U.S. average (76.30%). The percentage of the State's population that is "Black or African American Alone" (9.00%) is lower than the national norm (13.40%) and the percentage of individuals classified as "Asian Alone" (7.20%) is higher than the national percentage (5.90%).

The percentage of the Massachusetts population that identified themselves as Hispanic or Latino in the 2020 Census (12.40%) was considerably lower than the U.S. mark of 18.50%. However, the percentage of the State's population that was foreign-born (16.90%) was considerably higher than the U.S. figure of 13.50%. It is estimated that 23.90% of Bay Staters over the age of five reside in households where a language other than English is spoken. Both the computer ownership percentage (92.60%) and the percentage of residents with subscriptions to broadband service (88.20%) exceed national percentages (91.90% and 85.20% respectively). However, as you will see in the following section regarding library-specific metrics, many rural residents and small town libraries still lack very basic connectivity.

| Basic Demographics | Massachusetts | United States |
|---|---|---|
| Population Estimate (July 1, 2021) | 6,984,723 | 331,893,745 |
| Percentage of Persons Under 5 Years of Age | 5.20% | 6.00% |
| Percentage of Persons Under 18 Years of Age | 19.60% | 22.30% |
| Percentage of Persons 65 Years of Age and Over | 17.00% | 16.50% |
| Median Age | 39.6 Years | 38.31 Years |
| White Alone Percentage | 80.60% | 76.30% |
| Black or African-American Alone Percentage | 9.00% | 13.40% |
| Asian Alone Percentage | 7.20% | 5.90% |
| Percentage Identifying as Hispanic or Latino | 12.40% | 18.50% |
| Percentage Foreign-Born Persons | 16.90% | 13.50% |
| Language Other than English Spoken at Home - Percentage of Persons % Over 5 Years of Age | 23.90% | 21.50% |
| Percentage of Persons 25+ High School Graduate or Higher (2016 - 2020) | 91.10% | 88.50% |
| Percentage of Persons 25+ Bachelor's Degree or Higher (2016 - 2020) | 44.50% | 32.90% |
| Percentage of Persons Under Age 65 with a Disability | 7.90% | 8.70% |
| Median Household Income (in 2020 dollars) | $84,385 | $64,994 |

| Basic Demographics | Massachusetts | United States |
|---|---|---|
| Percentage of Persons in Poverty | 9.40% | 11.40% |
| Percentage of Households with a Computer (2016 - 2020) | 92.60% | 91.90% |
| Percentage of Households with a Broadband Internet Subscription (2016 - 2020) | 88.20% | 85.20% |

## Library Metrics

Public library statistics as reported in the 2019 Public Libraries Survey (PLS) reveal an overall picture that is relatively strong. On most measures, Massachusetts libraries are in the top quartile among the states. However, on some important metrics such as total operating income and total paid full-time equivalent staff per 25,000 population, the Commonwealth falls into the upper portion of the second quartile. A closer look at individual libraries within the State reveals that mid-range rankings mask the fact that there are a considerable number of libraries that fall either at the high end or substantially lower on many measures. This disparity is, at least in part, due to the fact that Massachusetts has a large number of small libraries.

Although the Commonwealth ranks the third highest in population density after New Jersey and Rhode Island, many Massachusetts residents, particularly in Western Massachusetts, are served by often under-funded and under-staffed libraries in scattered small towns. The 2019 PLS shows that nearly 20% (19.3%) of the State's public libraries serve fewer than 2,500 people and that over half of the public libraries (50.6%) have service populations smaller than 10,000.

While Massachusetts' percentage of public library jurisdictions having at least one staff member with a master's degree in library science from an American Library Association (ALA) accredited program is well above the national average (61.13% vs. 45.53%), nevertheless, many of the small libraries have limited hours and are staffed by part-time personnel with little or no formal library science education.

Standard library metrics also fail to factor the cost-of-living into measures such as total operating revenue. Massachusetts ranks fifth highest among the states (the District of Columbia is considered as a state in these calculations) in cost-of-living. Although the Commonwealth's 18th rank does not appear problematic at first blush, many Massachusetts libraries are financially challenged.

| Public Libraries Survey (2019) Metrics | Massachusetts Rank | Massachusetts | United States |
|---|---|---|---|
| Total Library Operating Revenue | 18 | $49.36 | $44.88 |
| Collection Expenditures per Capita | 9 | $6.01 | $4.51 |
| Library Visits per Capita | 4 | 5.75/capita | 3.93/capita |
| Print Materials per Capita | 3 | 4.25/capita | 2.17/capita |

| Public Libraries Survey (2019) Metrics | Massachusetts Rank | Massachusetts | United States |
|---|---|---|---|
| Circulation per Capita | 15 | 8.05/capita | 6.86/capita |
| Total Programs Offered per 1,000 Population | 11 | 27.19 | 18.65/ 1,000 pop. |
| Total Program Attendance per 1,000 Population | 18 | 496.12/ 1,000 pop. | 394.29/ 1,000 pop. |
| Total Paid Full-Time Equivalent Staff per 25,000 Population | 18 | 13.95/ 25,000 pop. | 11.37/ 25,000 pop. |
| Percentage of Paid Full-Time Equivalent Staff with ALA-Accredited Master's Degree | | 34.44% | 23.64% |
| Percentage of Public Library Jurisdictions with ALA-Accredited Master's Personnel | | 62.13% | 45.53% |

## Some Other Relevant Measures

Although most would agree that an overall prose literacy percentage of just over ninety percent (90.10%) and having only 45% of fourth and eighth graders at or above the proficiency level on the National Assessment of Educational Progress (NAEP) tests is not good enough, nevertheless, Massachusetts ranks well above national marks. At 45% proficiency, Commonwealth fourth graders outperform fourth graders nationally by 11%. Likewise, eighth graders in Massachusetts are 13% higher in proficiency than the national average.

Massachusetts residents can also take pride in having some of the highest ranking on a variety of health measures. According to the United Health Foundation's America's Health Rankings, the Commonwealth rates first among the states in access to primary care and mental health care and second in access to dental care. The state ranks first in childhood immunizations and flu vaccinations, second in colorectal cancer screening, and third in dental visits by adults. In short, Massachusetts is an exemplar in terms of preventative care and boasts some of the finest health-care providers in the world.

Nevertheless, the America's Health Rankings also reveal some societal shortcomings of significance that are indicated in the table below. These are indicators that often affect health outcomes, but that also impact many other public services. Most of these are measures that reveal economic and racial disparities. Massachusetts ranks 28th among the states in residential segregation, 37th in high-school graduation racial disparity, and 39th in facing severe housing problems (availability of affordable housing). The gap between haves and have-nots is apparent in the Commonwealth's 47th ranking in overall income disparity. Many of these factors have a direct, negative, and often disproportionate impact on quality of life issues for children, persons of color, foreign-born populations, and individuals with disabilities.

| Selected Social Indicators | Massachusetts | United States |
|---|---|---|
| 4th Grade - Percentage at or Above National Assessment of Educational Progress (NAEP) Proficient Level | 45% | 34% |
| 8th Grade - Percentage at or Above National Assessment of Educational Progress (NAEP) Proficient Level | 45% | 32% |
| Basic Prose Literacy Rate (Based on data from the National Center for Educational Statistics [NCES]) | 90.10% | 88.00% |
| Income Inequality (America's Health Rankings) | 47 | |
| High School Graduation Racial Disparity (America's Health Rankings) | 37 | |
| Residential Segregation (America's Health Rankings) | 28 | |
| Severe Housing Problems - Housing Availability (America's Health Rankings) | 39 | |

**Summary of Needs**

- Many Massachusetts libraries are financially challenged due to the state's high cost of living.
- There are significant disparities in the quality of library and information resources and services available to Commonwealth residents.
- Commonwealth residents value education and learning but sometimes lack the resources and programs that can help improve their lives.
- Income and racial disparities result in issue-related, and often crisis-level information needs for some Massachusetts residents.
- Many Massachusetts libraries of all types lack adequate staffing.
- Massachusetts' high cost of living negatively impacts the ability of libraries to recruit and retain qualified library staff on an ongoing basis.
- Many Massachusetts libraries, especially small public libraries, have significant staff-development and professional advisory needs.
- Some Massachusetts libraries lack the resources to adequately serve specific populations including non-native speakers of English and persons with disabilities.
- Many Massachusetts libraries and museums have collections of significant historical and societal value that are at risk due to their age and the conditions under which they are housed.

# GOALS

## GOAL 1 - PROMOTE LEARNING AND SKILL DEVELOPMENT

Massachusetts residents will have opportunities to gain knowledge and develop skills that enable them to reach their educational and personal goals, resolve real life issues, and advance their economic and employment ambitions.

**Needs Addressed by Goal 1:**
- Commonwealth residents value education and learning but sometimes lack the resources and programs that can help improve their lives.
- Income and racial disparities result in issue-related, and often crisis-level information needs for some Massachusetts residents.

**LSTA Purpose Addressed by Goal 1:**
- Promote literacy, education, and lifelong learning, including by building learning partnerships with school libraries in our Nation's schools, including tribal schools, and developing resources, capabilities, and programs in support of State, tribal, and local efforts to offer a well-rounded educational experience to all students.
- Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology.

**Grants to States Priorities Addressed by Goal 1:**
- Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills,
- Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills.
- Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved.

### Goal 1 Measuring Success Focal Areas: Lifelong Learning, Human Resources, and Economic & Employment Development

**Objective 1.1 - Improve users' general knowledge and skills**

## Project 1.1.1 - Summer Reading Support (support through affiliates and subgrants to libraries)

**Summary:** This project supports a wide array of activities that help local public libraries provide a robust summer reading program. MBLC partners with the Massachusetts Library System to coordinate promotion, materials, and digital tools that libraries can use to track reading activity. MBLC also has a longstanding partnership with the Boston Bruins hockey team that enables participants to engage in a reading challenge that includes many exciting incentives provided by the Bruins. A new partnership has been formed with the Women's National Hockey League Team, the Boston Pride.

**Audience:** Although some libraries have summer reading activities for all ages, most participants are school-aged children.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** Although the COVID-19 pandemic has certainly disrupted the reading behaviors of children, summer reading programs have a positive impact in turning kids into lifelong readers. The ultimate desired outcome from summer reading is communities of readers of all ages.

**Evaluation:** Number of libraries participating. Number of participants by age categories. Number of programs offered. Program attendance. Other metrics that may be sampled include increased circulation of materials, and number of books/pages read. In addition to the collection of anecdotal reports of the impact of summer reading on specific children, whenever possible, an effort will be made to carry out a post-participation survey of parents/caregivers to determine whether reading behaviors are changed after the summer program ends.

**Examples of Potential Project 1.1.1 Activities:**
> Public Awareness
> Program Support
> Bruins Partnership/ Reading Challenge

♦♦♦

## Project 1.1.2 - Pre/Early Literacy Initiatives (subgrants)

**Summary:** This project is intended to promote pre/early literacy by helping libraries create learning environments ranging from creative play spaces to storywalks. Subgrants will be awarded to libraries to equip resource-rich educational environments. Both low-tech (traditional puzzles and manipulatives) and high-tech (e.g., launchpads) are common items included in grants.

**Audience:** Pre-school children and caregivers.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The desired outcome of this project is enhancing the reading readiness of pre-school children. A secondary outcome is modeling behaviors for parents/caregivers and providing opportunities for adults and children to interact around books.

**Evaluation:** Evaluation methods and metrics will vary based on the specific nature of the subgrants awarded; however, examples include pre and post-participation surveys of parents/caregivers whenever possible, anecdotes and observations of project managers, usage of related materials, learning devices/tools acquired, impact on usage of the development of creative play spaces, number of libraries awarded grants, number of participants in activities.

**Examples of Potential Project 1.1.2 Activities:**
   Mind in the Making
   Storywalks



### Project 1.1.3 - Active Learning (subgrants)

**Summary:** This project is intended to encourage the development of programs and services that engage library users in active, often hands-on, learning experiences. These efforts include, but are by no means limited to Science, Technology, Engineering and Mathematics (STEM), Science, Technology, Engineering, Arts, and Mathematics (STEAM), and Science, Technology, Reading, Engineering, Arts, and Mathematics (STREAM), other makerspace activities, and the development of storywalks.

**Audience:** Although subgrants under the Active Learning project will often target teens, the project envisions engaging people of all ages (including adults and intergenerational groups) in active learning activities.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The inclusion of creativity and discovery into the educational process in an effort to create lifelong learners. It is also anticipated that many young learners will be introduced to content and concepts that may influence the occupational choices they make later in life.

**Evaluation:** Evaluation methods and metrics will vary based on the specific nature of the subgrants awarded; however, examples that may be included are the number of libraries introducing new active learning activities, number and ages of participants, topics and concepts introduced, and anecdotal reports from subgrant managers.

**Examples of Potential Project 1.1.3 Activities:**
   STEM/STEAM/STREAM
   Serving Teens & Tweens



### Objective 1.2 - Improve users' ability to apply information that furthers their personal, family, or household finances

### Project 1.2.1 - Financial Literacy (subgrants)

**Summary:** This project is based on the concept that libraries can be a safe and trusted resource for information on sensitive topics. The subgrants that will be awarded under this project are focused at equipping participants with financial literacy skills that they can apply at the personal, family, and/or household levels.

**Audience:** Potential participants cover the entire age span from introducing financial literacy concepts to young children to working with senior citizens struggling to make ends meet on fixed incomes. An emphasis will be placed on efforts that address financial literacy in the family context.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The intention of this project is to impact financial literacy knowledge and skills that will enable individuals and families to better manage their finances with the end result of a higher quality of life.

**Evaluation:** Evaluation methods and metrics will vary based on the specific nature of the subgrants awarded; however, an emphasis will be placed on ascertaining whether the knowledge and skills gained are useful over time. Number of libraries receiving grants, number of participants and topics presented will be tracked. Whenever possible, post participation surveys will be conducted after the conclusion of the grant cycle to determine whether the project has had a lasting impact.

**Examples of Potential Project 1.2.1 Activities:**

>Strength in Families
>Financial Literacy



**Objective 1.3 - Improve users' ability to apply information that furthers their personal or family health and wellness**

### Project 1.3.1 - Health & Wellness (subgrants)

**Summary:** Health and wellness can have a tremendous impact on daily life especially among more vulnerable and marginalized populations. This project is focused on improving public health in a variety of ways including raising awareness of health issues, acquainting individuals and families with effective health strategies, connecting people with a variety of preventative and curative health services, and building strategic partnerships between libraries and other community entities that can influence positive health outcomes. It is anticipated that many of the projects will be non-clinical in nature; that is, they may involve modeling healthy behaviors and affording individuals opportunities to engage in activities that contribute to improved health. Library community garden initiatives are just one example of possible non-clinical activities that may be supported.

**Audience:** While specific subgrants may target specific age groups or individuals with specific health issues, an emphasis will be placed on initiatives that have impact at the family or household level.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The ultimate goal of this project is improved health outcomes for individuals and communities. However, privacy concerns will often make verifying these outcomes difficult or impossible. Some easier to measure results will be tracked including new strategic relationships with community partners.

**Evaluation:** The evaluation of many health outcomes is difficult without being intrusive and the methods and metrics used to evaluate these projects will vary depending on the exact nature of local initiatives; however, subgrantees will be encouraged to partner with community health care providers that may be able to report aggregate outcomes. Whenever possible, subgrantees will be encouraged to collect anonymous, self-reported data about the impact of efforts.

**Examples of Potential Project 1.3.1 Activities:**

> Health & Wellness
> Telehealth
> Library Community Gardens



**Objective 1.4 - Improve users' ability to apply information that furthers their parenting and family skills**

**Project 1.4.1 - Parenting Initiatives (subgrants)**

**Summary:** This project is based on the principles outlined in *IDEABOOK: Libraries for Families*. This subgrant project will encourage libraries to create or build on existing partnerships with community organizations that share a similar mission. This includes schools (private, public, academic), local museums, early learning systems as well as community agencies that provide family support: e.g. health and nutrition, mental health, special needs, and early intervention. A key element in this effort would be to elevate the family voice in designing services to those previously underserved in their communities

**Audience:** The project will target families and households using a broad definition of the family unit.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The intent of this project is to equip family members with information, knowledge, and practical skills that they can use to strengthen their families. A major focus will be making individuals aware of a wide range of community resources that may be available to them; consequently, an important goal of these subgrants will be building strong strategic alliances with partner agencies at the local level.

**Evaluation:** Evaluation methods and metrics will vary based on the specific nature of the subgrants awarded; however, in general, they will include tracking the number of libraries receiving subgrants, number and type of activities, number of participants by age group, and anecdotal reports from the subgrant manager. Libraries will be encouraged whenever possible to implement pre and post-participation survey protocols to assess the effectiveness of interactions.

**Examples of Potential Project 1.4.1 Activities:**

> Strength in Families
> Family Engagement



**Objective 1.5 - Improve users' ability to use resources and apply information for employment support**

**Project 1.5.1 - Workforce & Business Development Initiatives (subgrants)**

**Summary:** This project recognizes that libraries have valuable resources and are well-positioned in their communities to connect entrepreneurs, job seekers, and individuals exploring potential career paths with information and guidance that will help them. Subgrants awarded under this project category will often interface with resources and tools such as licensed databases that may also be acquired using LSTA funds thereby increasing the impact of these resources.

**Audience:** Although the primary target of this project will be adults, some subgrants awarded may also engage young adults participating in STEM/STEAM/STREAM activities. Special efforts will also be made to encourage projects targeting populations facing economic challenges.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The ultimate measure of success for this project involves individuals who are employed in productive occupational and career pursuits that are personally fulfilling and financially rewarding.

**Evaluation:** Evaluation methods and metrics will vary based on the specific nature of the subgrants awarded; however, in general, they will include tracking the number of libraries receiving subgrants, number and type of activities, number of participants by age group, and anecdotal reports from the subgrant manager. Subgrantees will be encouraged to, whenever feasible, build pre-participation surveys into the intake process used to engage individuals and to conduct post-participation follow-up contacts to ascertain outcomes.

**Examples of Potential Project 1.5.1 Activities:**

> Open for Business
> Pathways to Success

♦♦♦

# GOAL 2 - ENABLE ACCESS

Massachusetts residents will have convenient access to relevant, high-quality information resources in formats that they can use to achieve their educational, occupational, and personal/recreational goals.

## Needs Addressed by Goal 2:

- Many, if not most, Massachusetts libraries are financially challenged due to the state's high cost of living.
- There are significant disparities in the quality of library and information resources and services available to Commonwealth residents.
- Income and racial disparities result in issue-related, and often crisis-level information needs for some Massachusetts residents.
- Some Massachusetts libraries lack the resources to adequately serve specific populations including non-native speakers of English and persons with disabilities.

**LSTA Purposes Addressed by Goal 2:**

- Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry.
- Encourage resource sharing among all types of libraries for the purpose of achieving economical and efficient delivery of library services to the public.
- Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers.
- Promote library services that provide users with access to information through national, State, local, regional, and international collaborations and networks.

**Grants to States Priorities Addressed by Goal 2:**

- Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills.
- Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services.
- Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills.

## Goal 2 Measuring Success Focal Area: Information Access

### Objective 2.1 - Improve users' ability to discover information resources

### Project 2.1.1 - Enhanced Finding and Sharing Tools

**Summary:** This project involves funding a statewide platform and supporting affiliate and partner organizations to ensure that robust finding and resource sharing tools are available to Commonwealth libraries and that these tools are managed in ways that optimize their effectiveness.

**Audience:** The general population will benefit through participating libraries and the infrastructure provided by the MBLC and affiliate and partner organizations.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The ultimate outcome envisioned is the most cost-effective utilization of the resources owned and/or licensed by a variety of libraries and library-support organizations.

**Evaluation:** Number of libraries participating in resource sharing activities. Number of searches. Number of items requested and number of requests filled.

**Examples of Potential  Project 2.1.1 Activities:**

Commonwealth Catalog
Cybersecurity
E-card (library card)



## Objective 2.2 - Improve users' ability to obtain and/or use information resources

### Project 2.2.1 - Enhanced Resources - Databases/Electronic Resources

**Summary:** This project provides equitable access to a wide range of licensed electronic databases. It helps to level the information resources playing field for all Commonwealth residents by offering a solid foundation of extensive content. By providing this base, the project also enables individual libraries to direct their resources toward securing supplementary electronic resources and/or content that is highly relevant to their community or user base.

**Audience:** The general public directly and through their libraries.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The ultimate outcome of this project is enabling individuals regardless of where they live, their socio-economic status, or ability to read standard print to access information that can help them succeed in achieving their educational, occupational, and/or personal goals. The databases essentially address all six of the IMLS Measuring Success focal areas as well as all of the Measuring Success intents.

**Evaluation:** Number and nature of databases provided. Number of accesses, pageviews, retrievals, downloads, etc. (vendor-statistics). Source of access (individual, through libraries, etc.). MBLC may explore the feasibility of conducting periodic pop-up surveys of database users with its affiliate, the Massachusetts Library System as well as the integration of user data into a data dashboard that will offer constant, near real-time monitoring of activity.

**Examples of Potential Project 2.2.1 Activities:**
Licensed Databases and Online Utilities



### Project 2.2.2 - Enhanced Resources - Other E-Content

**Summary:** This project provides subsidies to partner and affiliate organizations to enable them to offer broad access to a wide variety of e-content. By absorbing platform fees and supplementing the purchase of shareable e-content, the project expands the range of e-resources that are available and, in many cases, reduces the length of time that users have to wait to access the materials they wish to use.

**Audience:** The general public through regional networks and local libraries.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** More equitable access to a broad range of e-content.

**Evaluation:** Number of libraries participating, number of individuals downloading/streaming content, number of items viewed, listened to, borrowed, etc.

**Examples of Potential Project 2.2.2 Activities:**
Subsidies for E-content Licensing and Acquisition

◆◆◆

### Project 2.2.3 - Outreach to the Underserved (direct and subgrants)

**Summary:** This project includes a variety of activities united by their focus on underserved populations. Some of the activities, such as offering counsel and training on the accessibility of facilities and services and fostering the establishment of strategic partnerships, will be conducted by MBLC staff. Other activities will take the form of subgrants awarded to libraries carrying out pilot projects or projects representing the application of best practices in outreach to the underserved.

**Audience:** Outreach to underserved populations in the Commonwealth targets library and information services to people of diverse cultural, socioeconomic and educational backgrounds including people with disabilities; those with limited English language skills and limited functional literacy. This project also supports the MBLC's staff participation with the Commonwealth's Department of Correction, the Massachusetts Department of Mental Health and the LGBTQ Commission at the Massachusetts Department of Public Health. In addition, state agency staff work with staff and consumer advisory boards of Perkins and Worcester, the Talking Book Libraries for the state.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The desired outcome of this project is enabling a variety of populations that either have difficulty accessing typical library services or groups of individuals who have traditionally been underserved due to societal or geographic circumstances.

**Evaluation:** Although the metrics and methods that will be applied to specific activities will vary depending on the target audience, an effort will be made to measure the gap between level of access prior to activities and after the activities are completed. Whenever possible, MBLC and subgrantees will attempt to gather feedback from end users of the services offered.

**Examples of Potential Project 2.2.3 Activities:**
Outreach to Individuals with Special Needs
Digital Inclusion (Digital Navigators)
Institutional/ Corrections Services
Legal Services (Access to Justice)
New Americans

◆◆◆

# GOAL 3 - STRENGTHEN LIBRARIES

Massachusetts  residents will be served by local libraries that employ knowledgeable, community-focused staff members who incorporate the best professional practices and up-to-date technologies to deliver relevant, high-quality library services.

## Needs Addressed by Goal 3:

- Many Massachusetts libraries of all types lack adequate staffing.

- Massachusetts' high cost of living negatively impacts the ability of libraries to recruit and retain qualified library staff on an ongoing basis.
- Many Massachusetts libraries, especially small public libraries, have significant staff-development and professional advisory needs.
- Many Massachusetts libraries and museums have collections of significant historical and societal value that are at risk due to their age and the conditions under which they are housed.

**LSTA Purposes Addressed by Goal 3:**
- Enhance the skills of the current library workforce and recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services.
- Ensure the preservation of knowledge and library collections in all formats and enable libraries to serve their communities during disasters.

**Grants to States Priorities Addressed by Goal 3:**
- (A) Provide training and professional development, including continuing education, to enhance the skills of the current library workforce and leadership, and advance the delivery of library and information services; and (B) Enhance efforts to recruit future professionals, including those from diverse and underrepresented backgrounds, to the field of library and information services.
- Establish or enhance electronic and other linkages and improved coordination among and between libraries and entities, as described in 20 U.S.C. § 9134(b)(6), for the purpose of improving the quality of and access to library and information services.

# Goal 3 Measuring Success Focal Area: Institutional Capacity

**Objective 3.1 - Improve the library workforce**

**Project 3.1.1 - Staff and Trustee Development & Training**

**Summary:** This project involves identifying education and training needs of library staff and trustees, directly providing some staff development opportunities, and coordinating and supporting the staff development and training efforts of affiliates and partner agencies.

**Audience:** Library trustees and staff of local libraries, affiliates, and partner organizations.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The provision of high quality library and information services by library staff who are customer-oriented, technologically adept, knowledgeable, motivated, and committed to excellence. An additional desired outcome is that library staff are supported by library trustees who are aware of their responsibilities, current professional practices, and dedicated to equity of access.

**Evaluation:** Number of library staff/trustees participating in staff/trustee development and training activities. Number of libraries represented among individuals who participate in staff/trustee development and training activities. Whenever possible, MBLC will employ pre and post-participation surveys to gauge the impact of the relevance and lasting results of training

experiences. MBLC will work with affiliate and partner agencies to adopt consistent evaluative measures for assessing the effectiveness of staff and trustee training.

**Potential Project 3.1.1 Activities:**
> Succession Planning
> Trustee Training
> Library accessibility planning and training

♦♦♦

### Objective 3.2 - Improve the library's physical and technological infrastructure

### Project 3.2.1 - Preservation, Conservation, Digitization, and Disaster Preparedness (subgrants)

**Summary:** This project represents a coordinated effort to ensure that valuable collections are preserved and are available to the current and future generations. Activities will include working with libraries and other institutions to identify collections of high value and cultural importance to communities, monitoring the conditions in which these collections are stored and recommending specific remedial measures, educating staff of libraries and other institutions in preservation, conservation, digitization, description, and disaster preparedness processes, and assisting in arranging for appropriate actions.

**Audience:** Libraries, museums, and other community organizations.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** Ensuring the availability of items of high value and cultural importance for future generations.

**Evaluation:** Number of organizations participating. Number of assessments conducted. Number of sites monitored. Number of items preserved, conserved and/or digitized.

**Examples of Potential Project 3.2.1 Activities:**
> Preservation Assessment
> Environmental Monitoring

♦♦♦

### Objective 3.3 - Improve library operations

### Project 3.3.1 - Library Planning, Development, and Support

**Summary:** This project supports a variety of activities designed to improve library operations at the local, regional, and state level. This support includes, but is not limited to, professional consulting assistance; collection, analysis, and dissemination of library inputs, outputs, and performance measures; and provision of effective communications mechanisms such as the MBLC website and MBLC's Awarehouse site, which are used to make library staff and trustees aware of opportunities and best practices and to inform them of staff development and grant opportunities

**Audience:** Library trustees and staff of local libraries, affiliates, and partner organizations.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** The provision of more effective and efficient library and information services to all residents of Massachusetts.

**Evaluation:** Consultations provided on-site, virtual consultations (phone, Zoom, etc.), visits to MBLC website, usage of MBLC Awarehouse resources, geographic and economic distribution of applications for state and LSTA grants.

**Examples of Potential Project 3.3.1 Activities:**

Public Library Advisory
Collection, Analysis, and Dissemination of Data to Inform
    Decision-Making
MBLC Awarehouse
MBLC Website Support

♦♦♦

# GOAL 4 - BUILD THRIVING COMMUNITIES

Massachusetts residents will have opportunities to discover and explore their personal and community histories, dialogue with other community members, engage new Americans, and to participate in and contribute to the vitality of their communities.

**Needs Addressed by Goal 4:**

- Commonwealth residents value education and learning but sometimes lack the resources and programs that can help improve their lives.
- Some Massachusetts libraries lack the resources to adequately serve specific populations including non-native speakers of English and persons with disabilities.
- Many Massachusetts libraries and museums have collections of significant historical and societal value that are at risk due to their age and the conditions under which they are housed.

**LSTA Purposes Addressed by Goal 4:**

- Facilitate access to resources in all types of libraries for the purpose of cultivating an educated and informed citizenry.
- Enable libraries to develop services that meet the needs of communities throughout the Nation, including people of diverse geographic, cultural, and socioeconomic backgrounds, individuals with disabilities, residents of rural and urban areas, Native Americans, military families, veterans, and caregivers.
- Enable libraries to serve as anchor institutions to support community revitalization through enhancing and expanding the services and resources provided by libraries, including those services and resources relating to workforce development, economic and business development, critical thinking skills, health information, digital literacy skills, financial literacy and other types of literacy skills, and new and emerging technology.

**Grants to States Priorities Addressed by Goal 4:**

- Expand services for learning and access to information and educational resources in a variety of formats (including new and emerging technology), in all types of libraries, for individuals of all ages in order to support such individuals' needs for education, lifelong learning, workforce development, economic and business development, health information, critical thinking skills, digital literacy skills, and financial literacy and other types of literacy skills.
- Develop public and private partnerships with other agencies, tribes, and community-based organizations.
- Target library services to individuals of diverse geographic, cultural, and socioeconomic backgrounds, to individuals with disabilities, and to individuals with limited functional literacy or information skills.
- Target library and information services to persons having difficulty using a library and to underserved urban and rural communities, including children (from birth through age 17) from families with incomes below the poverty line (as defined by the Office of Management and Budget and revised annually in accordance with section 9902(2) of title 42) applicable to a family of the size involved.

## Goal 4 Measuring Success Focal Area: Civic Engagement

### Objective 4.1 - Improve users' ability to participate in their community

### Project 4.1.1 - Building Community Through the Historical Record (subgrants)

**Summary:** As enduring community institutions, libraries have long served as repositories for local history. They also have a key role to play in capturing and making community stories available and meaningful to all. The local library is uniquely positioned to capture, preserve, and share the diverse voices of its service population and the rich local experience.

**Audience:** Residents of communities awarded subgrants.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** This project is designed to use local history as a unifying factor to stimulate community conversations not just about the past, but about the present and future as well.

**Evaluation:** The exact evaluation mechanism and the metrics that will be used to evaluate subgrants awarded under the "Building Community Through the Historical Record" project will differ based on the exact nature of the local project. However, examples might include the number of items digitized or the number of oral histories created. The number of programs presented, the number of attendees, and participant reactions gathered through a post-program survey.

**Examples of Potential Project 4.1.1 Activities:**

Go Local

♦♦♦

### Objective 4.2 - Improve users' ability to participate in community conversations around topics of concern

**Project 4.2.1 - Building Community Through Inclusion and Interaction (direct and subgrants)**

**Summary:** This project will provide subgrants to libraries that will enable them to engage diverse populations in their communities in meaningful and relevant ways that have the potential for increasing participants' involvement in community life. Examples of specific initiatives that may be funded include language circles, other ESOL (English to Speakers of Other Languages) programs, and Citizenship Corners that enrich both the material and human resources available to individuals seeking U.S. citizenship.

**Audience:** Individuals who are foreign-born, family members of individuals who are foreign-born, and others for whom English may be a second language.

**Timetable:** Anticipated ongoing 2023-2027

**Desired Outcomes:** Attainment of U.S. citizenship and increased participation in community life for individuals who are sometimes marginalized.

**Evaluation:** Number of libraries awarded subgrants, number of participants and countries of origin, number and type of events held, educational attainment/milestones achieved by participants (such as acquiring a graduate equivalency diploma), number of citizenships bestowed.

**Examples of Potential Project 4.2.1 Activities:**
        Civic Hub
        Citizenship/ ESOL

♦♦♦

# COORDINATION EFFORTS

The Plan's narrative organizes all Goals under the IMLS Measuring Success Focal Areas and all projects for which LSTA funding is anticipated under the IMLS Measuring Success Intents. Crosswalk tables displaying these relationships in a graphic format can be found in APPENDIX A.

The MBLC will work with other state agencies and offices where appropriate to coordinate resources, programs, and activities and leverage, but not replace, federal and state investment in elementary and secondary education, early childhood education, workforce development and other federal programs and activities.

The MBLC currently works with several state agencies/organizations on a variety of initiatives:

- Massachusetts Department of Correction
- Massachusetts Department of Elementary and Secondary Education (with a particular focus on family engagement: https://www.doe.mass.edu/sfs/family-engagement-framework.pdf)
- Massachusetts Commission for the Deaf and Hard of Hearing
- Massachusetts Emergency Management Agency
- Massachusetts Commission on LGBTQ Youth

- Massachusetts Department of Mental Health
- Massachusetts State Historical Records Advisory Board
- Massachusetts State Treasurer/Office of Economic Empowerment.

The MBLC supports and oversees a diverse and multi-faceted configuration of organizations and initiatives that provide significant and valued support to all types of libraries throughout Massachusetts. Much of the funding for these organizations and the services they provide is designated in the MBLC's state legislative appropriation. For the purposes of clarity throughout this Plan, these entities are described as affiliates. They are not individually identified in Projects (Goals above) - the sharing of resources and working relationships are inextricably intertwined and tightly woven into the fabric of all MBLC programs.

## AFFILIATES

**Massachusetts Library System (MBLC)**: The MBLC funds the Massachusetts Library System whose mission is as follows:

The Massachusetts Library System, a state-supported collaborative, fosters cooperation, communication, innovation, and sharing among member libraries of all types. The MLS promotes equitable access to excellent library services and resources for all who live, work, or study in Massachusetts. MLS provides a wide range of continuing education and consulting to all types of libraries, manages delivery as a core element of statewide resource sharing, and collaborates with the MBLC and others on a range of program initiatives including statewide databases, eBook collections, and the Summer Reading Program.

**Library for the Commonwealth**: The MBLC funds the Boston Public Library to serve as the Library for the Commonwealth. As the Library for the Commonwealth, the Boston Public Library develops and maintains a statewide digital library that provides access to online media, research materials, multimodal reference services and information delivery, access to historical records and collections, and other resources responding to the informational, cultural, and educational needs of the Commonwealth. Library for the Commonwealth's free digitization activities are implemented in partnership with the Digital Commonwealth, an organization of libraries, museums and other cultural institutions, which is responsible for most of the training related to these statewide services.

**Talking Book Libraries**: The MBLC funds the Perkins Library at the Perkins School for the Blind in Watertown and the Talking Book Library at the Worcester Public Library to provide statewide access to library services and materials for people who are blind, visually impaired, physically disabled, and learning disabled. These libraries provide a range of services, including Braille and large print books, audio described DVDs, streaming books and audio newspapers, accessible reference services, audio equipment loan, and on-site assistive technology. The two libraries also provide training and technical assistance to organizations serving these populations.

**Automated Library Networks**: The MBLC provides funding and coordination support for nine automated library networks that provide electronic management systems for all core library operations, including: the library catalog, the ability to borrow from neighboring libraries,

circulation, patron registration and authentication, broadband Internet access, and other mission-critical services. These networks are membership organizations, and receive the majority of their funding in the form of dues from their member libraries.

**Massachusetts Center for the Book**: The MBLC funds the Massachusetts Center for the Book which is chartered as the Commonwealth Affiliate of the Center for the Book in the Library of Congress. The Massachusetts Center for the Book is a public-private partnership charged with developing, supporting, and promoting cultural programming that will advance the cause of books and reading and enhance the outreach potential of Massachusetts libraries. The Center for the Book conducts programs including the Massachusetts Book Awards, Letters About Literature, a variety of literacy programs, and Route 1 Reads.

## PARTNERSHIPS

The MBLC Strategic Plan 2021-2025 includes *Goal 2: Cultivate Partnerships for Mutual Benefit: The MBLC develops robust relationships in support of libraries and their communities*. The objectives are as follows:
1. Continue to clarify the roles of library-related affiliates and partners in Massachusetts and communicate these roles to libraries, library advocates, legislators, and governing authorities
2. Identify and cultivate traditional and non-traditional partnerships.


# EVALUATION PLAN

Specific measures were suggested for each of the projects envisioned for Federal Fiscal Years' 2023-2027 funding in the body of the Plan. Projects may include the following evaluation activities:
- Establishment of key performance indicators, with outcomes aligned to LSTA priorities, goals, focal areas, and intents
- Collection and analysis of key performance indicator data
- Articulation and tracking of input activities, outputs, and outcomes whenever possible
- Continuous monitoring and assessment throughout project activities
- Summative assessments at milestones, if applicable, and annually.

Example methods and types of data collected include:
- Surveys, focus groups, and/or interviews with outcomes-based questions
- Attendance, user, and usage statistics
- Time to complete data with baseline comparisons
- Counts (i.e., items created, applications submitted, reimbursements, etc.).

This data will be monitored, tracked, and assessed by the assigned project lead as well as collected and evaluated holistically by the LSTA coordinator. Projects including components of public and library staff instruction, content creation or acquisition, and planning and evaluation will be evaluated using outcomes-based assessment questions built into the program's reporting system.

# STAKEHOLDER INVOLVEMENT

The *Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)* is based on extensive input from the Massachusetts library community, from independent evaluators, and from other stakeholders. This includes information and data gathered through individual interviews, focus groups, and surveys.

In June of 2021, the MBLC participated with nine other states in the issuance of a joint Request for Proposals (RFP) for a "Cooperative Library Services and Technology Act Five-Year Plan Evaluation 2018-2022." The RFP was issued through the Council of State Library Agencies in the Northeast (COSLINE) and QualityMetrics LLC, headquartered in Silver Spring Maryland, was selected to carry out individual evaluations of each state's implementation of their LSTA plans. The assessment of MBLC's efforts in carrying out the 2028-2022 Plan was conducted by QualityMetrics Chief Executive Officer Dr. Martha Kyrillidou, assisted by associate researchers Joyce Chapman and William Wilson. The process used in the assessment included both retrospective and prospective components and gathered valuable information both for the evaluation and for the subsequent planning process. Interviews, focus groups, and a web-based survey were conducted in addition to an extensive review of State Program Report (SPR) data.

QualityMetrics was subsequently engaged to facilitate MBLC's LSTA planning process. An additional web-based survey of stakeholders was carried out as part of this process. Frequent Zoom sessions were conducted by QualityMetrics that involved the MBLC Director, Head of Library Advisory and Development, and other state library agency staff. A total of 361 individuals responded to the web-based survey that was part of the planning phase between April 5 - April 19, 2022.

Another important aspect of the planning process was the integration of information gleaned by MBLC during its own internal strategic planning process. MBLC's *Strategic Plan FY 2021-2025*, which was adopted in October 2020, involved substantive input from MBLC Commissioners and from the State Advisory Council on Libraries. Although the strategic plan encompasses elements such as library construction and internal processes that are either ineligible for LSTA funding or only marginally related to the Grants to States program, the strategic plan also outlines a vision, mission, and values that are based on MBLC's ongoing assessment of library and information needs in the state.

In short, the *Massachusetts' Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)* is based on stakeholder input secured through a variety of quality sources over the span of the last several years.

# COMMUNICATION & PUBLIC AVAILABILITY

Upon approval of the ***Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)*** by IMLS, the Plan will be posted on the MBLC website (https://mblc.state.ma.us/) and will be provided in hard copy upon request. The Plan's availability and its content will be promoted through meetings with various stakeholders and potentially may be featured in special presentations at professional conferences and other public gatherings.

Any substantive revisions to the Plan will be submitted to IMLS in accordance with IMLS guidelines and the provisions of the Museum and Library Services Act. The MBLC will publicize the achievement of significant milestones identified in the Plan as well as ongoing results of its efforts. MBLC will also comply with reporting requirements through the SPR. Finally, both achievements and shortcomings will be shared with stakeholders within the state as part of an ongoing effort to improve performance and to increase the positive impact of projects and activities.

# MONITORING

The implementation of Massachusetts' ***Library Services and Technology Act (LSTA) Grants to States Five-Year Plan (2023-2027)*** will be monitored on a continuous basis. Appropriate MBLC staff will be assigned to track the execution of all aspects of the Plan. Specific staff will be tasked with preparing and generating relevant reports as required as well as to inform decision making. An important component of this tracking will be the monitoring of sub-grant projects funded with LSTA dollars. Select sub-grantees will be required to submit semi-annual status reports and all sub-grantees will be required to submit final reports on the status and results of each project. This will be supplemented with a combination of on-site monitoring visits, phone calls, emails, and other virtual contact.

All projects, including sub-grant projects as well as those directly administered by MBLC, will be monitored on a regular basis as ongoing activities are conducted, documented, and measured. Information and data collected as part of this process will be used to inform MBLC's reporting to IMLS in the annual SPR.

Monitoring will comply with the requirements and procedures outlined in 2 CFR 200.327-332
- 2 CFR 200.327 - Financial Reporting
- 2 CFR 200.328 - Monitoring and Reporting Program Performance
- 2 CFR 200.329 - Reporting on Real Property
- 2 CFR 200.330 - Subrecipient and Contractor Determination
- 2 CFR 200.331 - Requirements for Pass-Through Entities
- 2 CFR 200.332 - Fixed Amount Subawards

# APPENDIX A - CROSSWALK TABLES

## MASSACHUSETTS Goal 1 - Promote Learning and Skill Development

**Measuring Success Focal Areas and Intents**

| | 1.1.1 Summer Reading Support | 1.1.2 Pre/Early Literacy | 1.1.3 Active Learning | 1.2.1 Financial Literacy | 1.3.1 Health & Wellness | 1.4.1 Parenting Initiatives | 1.5.1 Workforce & Business Development |
|---|---|---|---|---|---|---|---|
| **Lifelong Learning** | YES | YES | YES | | | | |
| Improve users' formal education | YES | YES | YES | | | | |
| Improve users' general knowledge and skills | YES | YES | YES | | | | |
| **Information Access** | | | | | | | |
| Improve users' ability to discover information resources | | | | | | | |
| Improve users' ability to obtain and/or use information resources | | | | | | | |
| **Institutional Capacity** | | | | | | | |
| Improve the library workforce | | | | | | | |
| Improve the library's physical and technological infrastructure | | | | | | | |
| Improve library operations | | | | | | | |
| **Economic & Employment Development** | | | | | | | YES |
| Improve users' ability to use resources and apply information for employment support | | | | | | | YES |
| Improve users' ability to use and apply business resources | | | | | | | |
| **Human Resources** | | | YES | YES | YES | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | | | YES | | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | | | | YES | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | | | | | YES | |
| **Civic Engagement** | | | | | | | |
| Improve users' ability to participate in their community | | | | | | | |
| Improve users' ability to participate in community conversations around topics of concern | | | | | | | |

A- 1

APPENDIX A - CROSSWALK TABLES

# MASSACHUSETTS Goal 2 - Enable Access
## Measuring Success Focal Areas and Intents

| | 2.1.1 Enhanced Finding and Sharing Tools | 2.1.2 Enhanced Resources - Databases | 2.2.1 Enhanced Resources - Other E-Content | 2.2.2 Enhanced Resources - Other E-Content | 2.2.3 Outreach to the Underserved |
|---|---|---|---|---|---|
| **Lifelong Learning** | | | | | |
| Improve users' formal education | | | | | |
| Improve users' general knowledge and skills | | | | | |
| **Information Access** | YES | YES | YES | YES | |
| Improve users' ability to discover information resources | YES | | | | |
| Improve users' ability to obtain and/or use information resources | | YES | YES | YES | |
| **Institutional Capacity** | | | | | |
| Improve the library workforce | | | | | |
| Improve the library's physical and technological infrastructure | | | | | |
| Improve library operations | | | | | |
| **Economic & Employment Development** | | | | | |
| Improve users' ability to use resources and apply information for employment support | | | | | |
| Improve users' ability to use and apply business resources | | | | | |
| **Human Resources** | | | | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | | | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | | | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | | | | |
| **Civic Engagement** | | | | | |
| Improve users' ability to participate in their community | | | | | |
| Improve users' ability to participate in community conversations around topics of concern | | | | | |

# MASSACHUSETTS Goals 3 & 4 - Strengthen Libraries (3) and Build Thriving Communities (4)
## Measuring Success Focal Areas and Intents

| | 3.1.1 Staff and Trustee Development, Digitization, and Support | 3.2.1 Library Planning, Conservation, Digitization, and Support | 3.3.1 Preservation, Conservation, Digitization, and Support | 4.1.1 Building Community Through the Historical Record | 4.2.1 Building Community Through Community Inclusion |
|---|---|---|---|---|---|
| **Lifelong Learning** | | | | | |
| Improve users' formal education | | | | | |
| Improve users' general knowledge and skills | | | | | |
| **Information Access** | | | | | |
| Improve users' ability to discover information resources | | | | | |
| Improve users' ability to obtain and/or use information resources | | | | | |
| **Institutional Capacity** | | | | | |
| Improve the library workforce | YES | YES | YES | | |
| Improve the library's physical and technological infrastructure | YES | YES | | | |
| Improve library operations | | | YES | | |
| **Economic & Employment Development** | | | | | |
| Improve users' ability to use resources and apply information for employment support | | | | | |
| Improve users' ability to use and apply business resources | | | | | |
| **Human Resources** | | | | | |
| Improve users' ability to apply information that furthers their personal, family or household finances | | | | | |
| Improve users' ability to apply information that furthers their personal or family health & wellness | | | | | |
| Improve users' ability to apply information that furthers their parenting and family skills | | | | | |
| **Civic Engagement** | | | | | |
| Improve users' ability to participate in their community | | | | YES | YES |
| Improve users' ability to participate in community conversations around topics of concern | | | | | YES |

APPENDIX A - CROSSWALK TABLES

A- 3

# ASSURANCES

The following assurances are being submitted with this Plan:

- Program Assurances for 2023 Grant Award (Includes compliance with Internet Safety;
- Trafficking in Persons; Nondiscrimination; Debarment and Suspension; Drug-Free Workplace; Federal Debt Status; and Lobbying requirements)
- Non-Construction Assurance Form (SF-424B)
- State Legal Officer's Certification of Authorized Certifying Official
- Internet Safety Certification for Applicant Public Libraries, Public Elementary and Secondary School Libraries and Consortia with Public and/or Public School Libraries