# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAIʻI; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; INSTITUTE OF MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS AND DEVELOPMENT AGENCY; MADIHA D. LATIF, in her official capacity as Deputy Under Secretary of Commerce for Minority Business Development; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget; <br><br> Defendants. | Case No.: 1:25-cv-128 |

1

## **STIPULATION**

NOW COME the Plaintiffs and the Defendants in the above-captioned action (collectively the "Parties") and hereby agree, stipulate, and propose to the Court for its approval the following:

1. The Plaintiffs' pending Motion for a Temporary Restraining Order (ECF 3) shall be converted to a Motion for a Preliminary Injunction;

2. The Defendants shall file any response to the Plaintiffs' Motion (ECF 3) on or before Monday, April 14, 2025;

3. The Plaintiffs shall file any reply to the Defendants' response to the Plaintiffs' Motion (ECF 3) on or before Wednesday, April 16, 2025;

4. The Parties request an in-person hearing; and

5. The Parties request that the Court set a hearing on the converted Motion for a Preliminary Injunction as early as the Court can accommodate on or after Thursday, April 17, 2025.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island |
| ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division, Federal Programs Branch | */s/ Natalya A. Buckler*<br>Kathryn M. Sabatini (RI Bar No. 8486)<br>Chief, Civil Division<br>Special Assistant Attorney General |
| JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch | Natalya A. Buckler (RI Bar No. 8415)<br>Assistant Attorney General<br>Paul Meosky (RI Bar No. 10742)<br>Special Assistant Attorney General |
| */s/ Heidy L. Gonzalez*<br>HEIDY L. GONZALEZ (FL Bar 1025003)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov | 150 South Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400<br>Fax: (401) 222-2995<br>ksabatini@riag.ri.gov<br>nbuckler@riag.ri.gov<br>pmeosky@riag.ri.gov |
| *Attorneys for Defendants* | **LETITIA JAMES**<br>Attorney General for the State of New York |

By: */s/ Abigail Katowitz-Liu*
Abigail Katowitz-Liu
Assistant Attorney General
Rabia Muqaddam
Special Counsel for Federal Initiatives
Sean Bunny
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-8922
Abigail.katowitz-liu@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Sean.bunny@ag.ny.gov
*Attorneys for the State of New York*


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

**KRISTIN K. MAYES**
Attorney General
State of Arizona

*/s/ Syreeta A. Tyrell*
Syreeta A. Tyrell
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-8310
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for the State of Arizona*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

*/s/ Jay C. Russell*
Jay C. Russell\*
Deputy Attorney General
Thomas S. Patterson
Senior Assistant Attorney General

3

Anya M. Binsacca
Supervising Deputy Attorney General
Zelda Vassar
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3617
Jay.Russell@doj.ca.gov
*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000new
David.Moskowitz@coag.gov

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Ashley Meskill*
Ashley Meskill
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5270
Ashley.Meskill@ct.gov

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

4

        **KWAME RAOUL**
        Attorney General of Illinois

        /s/ Holly F.B. Berlin
        HOLLY F.B. BERLIN
        Assistant Attorney General
        Office of the Illinois Attorney General
        115 S. LaSalle St.
        Chicago, IL 60603
        (312) 814-3000
        holly.berlin@ilag.gov
        Counsel for the State of Illinois

        **AARON M. FREY**
        Attorney General for
        the State of Maine

        /s/ Vivian A. Mikhail
        Vivian A. Mikhail
        Deputy Attorney General
        Office of the Attorney General
        6 State House Station
        Augusta, ME  04333-0006
        Tel.:  207-626-8800
        Fax:  207-287-3145
        Vivian.Mikhail@maine.gov

        **ANTHONY G. BROWN**
        Attorney General for the State of Maryland

        By: */s/ Keith M. Jamieson*
        Keith M. Jamieson
        Assistant Attorney General
        200 Saint Paul Place, 20th Floor
        Baltimore, Maryland  21202
        (410) 576-6960
        kjamieson@oag.state.md.us
        *Attorneys for the State of Maryland*

        **ANDREA JOY CAMPBELL**
        Attorney General of Massachusetts

        /s/ *Katherine Dirks*
        Katherine Dirks
        *Chief State Trial Counsel*
        Office of the Attorney General
        One Ashburton Place, 20th Floor
        Boston, MA 02108
        (617) 963-2277
        katherine.dirks@mass.gov
        *Attorney for the State of Massachusetts*

**DANA NESSEL**
Attorney General for the People of Michigan

*/s/ Neil Giovanatti*
Neil Giovanatti
BreAnna Listermann
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
ListermannB@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Jacob Harris*
Jacob Harris
Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1156
Jacob.Harris@ag.state.mn.us

**AARON D. FORD**
Attorney General of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

*/s/ Joshua Bohn*
Joshua Bohn
Max Lesser*
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5366
Joshua.Bohn@law.njoag.gov
Max.Lesser@law.njoag.gov
*Counsel for the State of New Jersey*

6

**RAÚL TORREZ**
Attorney General of New Mexico

/s/ Anjana Samant
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asamant@nmdoj.gov
Attorney for Plaintiff State of New Mexico

**DAN RAYFIELD**
Attorney General for the State of Oregon

/s/ Brian Simmonds Marshall
Brian Simmonds Marshall
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
brian.s.marshall@doj.oregon.gov
*Attorneys for the State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

/s/ Kate S. Worthington
KATE S. WORTHINGTON, WSBA #47556
SARAH E. SMITH-LEVY, WSBA #55770
Assistant Attorneys General
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(306) 709-6470
kate.worthington@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
Attorneys for Plaintiff State of Washington

7

        **JOSHUA L. KAUL**
        Attorney General for the State of Wisconsin

        /s/ Colin T. Roth
        COLIN T. ROTH
        Assistant Attorney General
        WI State Bar #1103985
        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, Wisconsin 53707-7857
        (608) 266-7636
        rothct1@doj.state.wi.us
        Attorney for Plaintiff State of Wisconsin

        *Applications for pro hac vice forthcoming

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

 I, the undersigned, do hereby certify that on this 9th day of April, 2025, I electronically filed and served the within document through the ECF filing system. The document is available for viewing and/or downloading from the ECF System.

                /s/ Natalya A. Buckler