# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | C.A. No.: 1:25-cv-128 |

## SUPPLEMENTAL DECLARATION OF DEBRA GARCIA Y GRIEGO

Pursuant to 28 U.S.C. § 1746, I, Debra Garcia y Griego, hereby declare as follows:

1. I am providing this declaration to supplement the information I provided in my declaration dated March 31, 2025, and supplemented April 3, 2025.

2. As April 11, 2025, the $585,219.16 payment approved in eGMS Reach system on March 21, 2025, has still not been received by the State of New Mexico. It has now been twenty-one (21) since the reimbursement was approved, well past the ten (10) days for receipt of funds indicated by the federal government. We now considered this payment delayed.

3. For March 2025, we have at least a total of $189,787.80 in expenditure. A reimbursement request will be processed to request payment. This will bring the total amount due to the State of New Mexico by IMLS to $775,007.02 as of April 11, 2025.

4. On April 10, 2025, notice was received of cancellation of additional IMLS funds appropriated to units of State of New Mexico that are divisions of the New Mexico Department of Cultural Affairs. The two separate awards:

    a. The National Hispanic Cultural Center received notification canceling a $60,000 grant for which no funds have been request as of April 11, 2025.

    b. The New Mexico Museum of Natural History and Science received notice via the New Mexico Museum of Natural History & Science Foundation that a $195,533.000 grant award made to the Foundation as the Museum's fiscal agent was canceled. As of April 10, 2025, $132,106.76 has been received by the Foundation. Two reimbursements requests totaling $5,751.01 on April 2, 2025, and April 4, 2025, remain unpaid to date.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 11, 2025, at Las Cruces, New Mexico.

Debra Garcia y Griego  
Digitally signed by Debra Garcia y Griego  
Date: 2025.04.11 09:03:25 -06'00'

DECLARANT  
SECRETARY DEBRA GARCIA Y GRIEGO  
DEPARTMENT OF CULTURAL AFFAIRS