### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WISCONSIN; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants. | C.A. No. 1:25-cv-128 |

### DECLARATION OF DR. KATHERINE JORE, ASSOCIATE VICE CHANCELLOR FOR PERSONNEL, BUDGET AND GRANTS, UNIVERSITY OF WISCONSIN-STEVENS POINT

Pursuant to 28 U.S.C. § 1746, I, Dr. Katherine Jore, hereby declare as follows:

1. I am a resident of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. In June 2010, I was appointed as the Associate Vice Chancellor for Personnel, Budget, and Grants at the University of Wisconsin – Stevens Point ("UWSP").

3. As Associate Vice Chancellor for Personnel, Budget, and Grants at UWSP, I provide general oversight of the Academic Affairs budget as well as grants and sponsored programs.

4. Attached to this declaration as **Exhibit A** is a true and correct copy of an email I received on April 9, 2025, from the Institute for Museum and Library Services.

5. Attached to this declaration as **Exhibit B** is a true and correct copy of an attachment to that April 9, 2025, email I received from the Institute for Museum and Library Services.

6. This communication indicates that the UWSP IMLS grant discussed at paragraph 81 of the Complaint has been terminated, effective April 8, 2025, thereby preventing the completion of the project to the detriment of the UWSP Museum of Natural History and its visitors.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 11, 2025, at Stevens Point, Wisconsin.

Signed by:

*Katherine Jore*

D972FD39BE614E7...

Dr. Katherine Jore

| | |
|---|---|
| **From:** | grantsadmin@imls.gov |
| **Sent:** | Wednesday, April 9, 2025 9:05 PM |
| **To:** | Ferkett, Brigid; Office of Research and Sponsored Programs; Jore, Katie |
| **Subject:** | Notice of Grant Termination IGSM-255926-OMS-24 |
| **Attachments:** | Notice of Grant Termination (IMLS)-IGSM-255926-OMS-24.pdf |

[Some people who received this message don't often get email from grantsadmin@imls.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

CAUTION: This message came from an EXTERNAL source. DO NOT reply or follow links unless this message is trustworthy.

Dear IMLS Grantee,

We regret to inform you that your IMLS grant has been terminated. For further details, please see the attached notice from IMLS Acting Director Keith Sonderling.

Best wishes,
The Institute for Museum and Library Services

1

Exhibit A



# INSTITUTE OF MUSEUM AND LIBRARY SERVICES
# ACTION MEMORANDUM

April 8, 2025
**FROM:** Keith Sonderling, Acting Director
**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Institute of Museum and Library Services (IMLS), effective April 8, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14238, *Continuing the Reduction of the Federal Bureaucracy*, issued on March 14, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective April 8, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**
See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**
Questions regarding this action may be directed to grant-notices@imls.gov.

Sincerely,

*Keith Sonderling*

**Keith Sonderling**
Acting Director
ksonderling@imls.gov
955 L'Enfant Plaza SW #4000, Washington, DC 20024

**Attachment:** Exhibit Grant Notice

Exhibit B



**INSTITUTE OF MUSEUM AND LIBRARY SERVICES**

**NOTICE OF GRANT TERMINATION**

April 8, 2025

Brigid Ferkett, Emily Knutson, Katherine Jore

bferkett@uwsp.edu, orsp@uwsp.edu, kjore@uwsp.edu


Dear IMLS Grantee,

This letter provides notice that the Institute of Museum and Library Services (IMLS) is terminating your federal grant (Grant Application No. IGSM-255926-OMS-24) effective April 8, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, IMLS has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the IMLS Program. IMLS is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025 executive order mandates that the IMLS eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the IMLS hereby terminates your grant in its entirety effective April 8, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. An audit may be conducted by IMLS after the termination of the agreement.

Please contact grant-notices@imls.gov with only urgent questions. We wish you well.


Sincerely,

/s/ Keith Sonderling

Keith Sonderling

Acting Director

ksonderling@imls.gov

955 L'Enfant Plaza SW #4000, Washington, DC 20024

Exhibit B