# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND; et al.,

    Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

    Defendants.

C.A. No. 1:25-cv-00128-JJM-LDA

## SECOND SUPPLEMENTAL DECLARATION OF ADRIAN P. FONTES

Pursuant to 28 U.S.C. § 1746, I, Adrian Fontes, declare as follows:

1. In my supplemental declaration submitted on April 11, 2025, I attested that the Arizona State Library, Archives and Public Records ("State Library") had not received any response from the Institute of Museum and Library Services (IMLS) to its requested drawdowns made on April 8, 2025 and April 10, 2025. The first drawdown request was for $67,000 and the second was for $108,100.

2. On April 14, 2025, I was notified that IMLS disbursed $67,000 to the general account for my office on April 11, 2025. The State Library received notification of the disbursement from the State Treasurer at 7:57 a.m. Arizona time. The disbursement occurred after I executed my supplemental declaration.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 14th day of April, 2025, at Phoenix, Arizona.

1

_____
Adrian P. Fontes, Secretary of State
State of Arizona