# REPLY EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WISCONSIN; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants. | C.A. No. 1:25-cv-128 |

**SUPPLEMENTAL DECLARATION OF DR. LA VONNE J. CORNELL-SWANSON, PROVOST & VICE-CHANCELLOR FOR ACADEMIC AFFAIRS, UNIVERSITY OF WISCONSIN-STEVENS POINT**

Pursuant to 28 U.S.C. § 1746, I, Dr. La Vonne J. Cornell-Swanson, hereby declare as follows:

1. Paragraph 15 of my declaration dated April 3, 2025, incorrectly described the remaining grant award balance as $75,372.76.

2. The correct remaining grant award balance is $63,791.79.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 16, 2025, at Stevens Point, Wisconsin.

Signed by:
*La Vonne J Cornell-Swanson*
—B425F171D01E4A2...
Dr. La Vonne J. Cornell-Swanson

1