# EXHIBIT 56

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WISCONSIN; et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>      Defendants. | C.A. No. 1:25-cv-128 |

**DECLARATION OF BON WIKENHEISER,
EXECUTIVE DIRECTOR, OFFICE OF BUSINESS & ENTREPRENEURSHIP,
UNIVERSITY OF WISCONSIN SYSTEM**

Pursuant to 28 U.S.C. § 1746, I, Bon M. Wikenheiser, hereby declare as follows:

1. I am a resident of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. As Executive Director of the University of Wisconsin System Office of Business & Entrepreneurship (OBE), I have responsibility for administering OBE's funds, including Grant No. MB23OBD0340300, which OBE was awarded by the Minority Business Development Agency.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of an email notice that my office received on April 17, 2025, from the Minority Business Development Agency.

1

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 17, 2025, at Madison, Wisconsin.

_____
Bon M. Wikenheiser



**MINORITY BUSINESS DEVELOPMENT AGENCY**

**NOTICE OF GRANT TERMINATION**

April 17, 2025

Brenda Egan

baegan@rsp.wisc.edu


Dear MBDA Grantee,

This letter provides notice that the Minority Business Development Agency (MBDA) is terminating your federal grant (Grant No. MB23OBD0340300) effective April 17, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, MBDA has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the MBDA Program. MBDA is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025 executive order mandates that the MBDA eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the MBDA hereby terminates your grant in its entirety effective April 17, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. An audit may be conducted by MBDA after the termination of the agreement. Please contact ncavanaugh@doc.gov with only urgent questions. We wish you well.


Sincerely,

/s/ Nate Cavanaugh

Nate Cavanaugh

Under the Authority of Keith Sonderling, Acting Undersecretary of MBDA

ncavanaugh@doc.gov

1401 Constitution Ave NW, Washington, DC 20230

EXHIBIT A