# EXHIBIT 61



**MINORITY BUSINESS DEVELOPMENT AGENCY**

**NOTICE OF GRANT TERMINATION**

April 17, 2025

Nina Pande

npande@skillsforri.com

Dear MBDA Grantee,

This letter provides notice that the Minority Business Development Agency (MBDA) is terminating your federal grant (Grant No. MB23OBD0340314) effective April 17, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, MBDA has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the MBDA Program. MBDA is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025 executive order mandates that the MBDA eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the MBDA hereby terminates your grant in its entirety effective April 17, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. An audit may be conducted by MBDA after the termination of the agreement. Please contact ncavanaugh@doc.gov with only urgent questions. We wish you well.

Sincerely,

/s/ Nate Cavanaugh

Nate Cavanaugh

Under the Authority of Keith Sonderling, Acting Undersecretary of MBDA

ncavanaugh@doc.gov

1401 Constitution Ave NW, Washington, DC 20230