| | |
|---|---|
| From: | Priyanka John <pjohn@democracyforward.org> |
| Sent: | Tuesday, April 22, 2025 10:46 AM |
| To: | RID_ECF_INTAKE |
| Cc: | Legal Support |
| Subject: | Transcript Request |
| Attachments: | DRI Transcript Form (Rhode Island v. Trump).pdf |
| | |
| Categories: | Being Worked on CH |

**CAUTION - EXTERNAL:**

Hello,

My name is Priyanka and I am hoping to submit a transcript request for a hearing held on Friday 4/18 in the *State of Rhode Island, et al. v. Trump et al* (1:25-cv-00128). We do not have CM/ECF access and we are not party to this case, and I was therefore instructed by the court reporter to provide the form to this email address. I have attached the completed Transcript Form below-- please let me know how to best proceed with submitting this request.

Feel free to reach out if I can provide any additional information. Thank you for your assistance with this matter!

Best wishes,
Priyanka

--



**Priyanka John** (Pree-yahn-kuh Jah-n)
(hear my name)
**Senior Legal Assistant**
**Democracy Forward**
*she/hers* (why I share my pronouns)

Cell: (202) 701-1788
Email: pjohn@democracyforward.org
Website: democracyforward.org

**When we fight, democracy wins.**

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.