# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAI'I; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; INSTITUTE OF MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS AND DEVELOPMENT AGENCY; MADIHA D. LATIF, in her official capacity as Deputy Under Secretary of Commerce for Minority Business Development; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREG GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget;<br><br>    Defendants. | Case No.: 1:25-cv-128<br><br>**PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** |

## PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Plaintiff States submit the following supplemental authority in support of their Motion for Preliminary Injunction (ECF No. 3).

On April 22, 2025, United States District Court for the District of Columbia granted in part and denied in part plaintiffs' motion for a preliminary injunction concerning the shuttering of the United States Agency for Global Media (USAGM), one of the seven agencies to be dismantled pursuant to Executive Order 14238, "Continuing the Reduction of the Federal Bureaucracy"—the executive order at issue here.[1] *Patsy Widakuswara, et al. v. Kari Lake, et al.*, Case No. 1:25-cv-1015-RCL (D.D.C. Apr. 22, 2025) (a copy of the opinion is attached as Exhibit 1). The preliminary injunction ordered the government defendants, among other things, to "take all necessary steps to return USAGM employees and contractors to their status prior to [the executive order]"; "restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks"; and "restore [Voice of America (VOA)] programming such that USAGM fulfills its statutory mandate that VOA 'serve as a consistently reliable and authoritative source of news[.]" *See* Exhibit 2. The court did not impose a bond under Federal Rules of Civil Procedure Rule 65. Exhibit 1 at 35–36.

The *Widakuswara* opinion is directly relevant to this Court's analysis of standing and ripeness; Defendants' arguments regarding the Tucker Act and the emergency-docket order of

---

[1] The United States District Court for the Southern District of New York granted a temporary restraining order in *Widakuswara v. Lake*, No. 25-CV-2390 (JPO), 2025 WL 945867 (S.D.N.Y. Mar. 28, 2025) prior to the matter being transferred to the United States District Court for the District of Columbia. *See* ECF No. 3 at 20.

2

*Department of Education v. California*, 145 S. Ct. 966 (2025); Civil Service Reform Act channeling; the preliminary injunction factors, including irreparable harm; and the question of whether a bond should be imposed.

Respectfully submitted,

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Natalya A. Buckler*
Kathryn M. Sabatini (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
Katherine Connolly Sadeck (RI Bar No. 8637)
Solicitor General
Assistant Attorney General
Keith D. Hoffmann (RI Bar No. 9872)
Chief of Policy
Assistant Attorney General
Natalya A. Buckler (RI Bar No. 8415)
Assistant Attorney General
Paul Meosky (RI Bar No. 10742)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
ksadeck@riag.ri.gov
khoffmann@riag.ri.gov
nbuckler@riag.ri.gov
pmeosky@riag.ri.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Abigail Katowitz-Liu*
Abigail Katowitz-Liu
Assistant Attorney General
Rabia Muqaddam
Special Counsel for Federal Initiatives
Sean Bunny
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-8922
Abigail.katowitz-liu@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Sean.bunny@ag.ny.gov
*Attorneys for the State of New York*


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

3

**KRISTIN K. MAYES**
Attorney General
State of Arizona

*/s/ Syreeta A. Tyrell*
Syreeta A. Tyrell
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-8310
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for the State of Arizona*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

*/s/ Jay C. Russell*
Jay C. Russell
Deputy Attorney General
Thomas S. Patterson
Senior Assistant Attorney General
Anya M. Binsacca
Supervising Deputy Attorney General
Zelda Vassar
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3617
Jay.Russell@doj.ca.gov
Zelda.Vassar@doj.ca.gov
*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000new
David.Moskowitz@coag.gov

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Ashley Meskill*
Ashley Meskill
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5270
Ashley.Meskill@ct.gov

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

4

| | |
|---|---|
| **KWAME RAOUL** <br> Attorney General of Illinois <br><br> /s/ *Holly F.B. Berlin* <br> HOLLY F.B. BERLIN <br> Assistant Attorney General <br> Office of the Illinois Attorney General <br> 115 S. LaSalle St. <br> Chicago, IL 60603 <br> (312) 814-3000 <br> holly.berlin@ilag.gov <br> Counsel for the State of Illinois | **ANDREA JOY CAMPBELL** <br> Attorney General of Massachusetts <br><br> /s/ *Katherine Dirks* <br> Katherine Dirks <br> *Chief State Trial Counsel* <br> Office of the Attorney General <br> One Ashburton Place, 20th Floor <br> Boston, MA 02108 <br> (617) 963-2277 <br> katherine.dirks@mass.gov <br> *Attorney for the State of Massachusetts* |
| **AARON M. FREY** <br> Attorney General for <br> the State of Maine <br><br> /s/ *Vivian A. Mikhail* <br> Vivian A. Mikhail <br> Deputy Attorney General <br> Office of the Attorney General <br><br> 6 State House Station <br> Augusta, ME 04333-0006 <br> Tel.: 207-626-8800 <br> Fax: 207-287-3145 <br> Vivian.Mikhail@maine.gov | **DANA NESSEL** <br> Attorney General for the People of <br> Michigan <br><br> /s/ *Neil Giovanatti* <br> Neil Giovanatti <br> BreAnna Listermann <br> *Assistant Attorneys General* <br> Michigan Department of Attorney General <br> 525 W. Ottawa <br> Lansing, MI 48909 <br> (517) 335-7603 <br> GiovanattiN@michigan.gov <br> ListermannB@michigan.gov |
| **ANTHONY G. BROWN** <br> Attorney General for the State of Maryland <br><br> By: */s/ Keith M. Jamieson* <br> Keith M. Jamieson <br> Assistant Attorney General <br> 200 Saint Paul Place, 20th Floor <br> Baltimore, Maryland 21202 <br> (410) 576-6960 <br> kjamieson@oag.state.md.us <br> *Attorneys for the State of Maryland* | **KEITH ELLISON** <br> Attorney General for the State of Minnesota <br><br> By: */s/ Jacob Harris* <br> Jacob Harris <br> Assistant Attorney General <br> 445 Minnesota Street, Suite 600 <br> St. Paul, Minnesota, 55101 <br> (651) 757-1156 <br> Jacob.Harris@ag.state.mn.us |

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General of Nevada<br><br>By: /s/ *Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov | **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>/s/ *Brian Simmonds Marshall*<br>Brian Simmonds Marshall<br>*Senior Assistant Attorney General*<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>brian.s.marshall@doj.oregon.gov<br>*Attorneys for the State of Oregon* |
| **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>/s/ *Joshua Bohn*<br>Joshua Bohn<br>Max Lesser*<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5366<br>Joshua.Bohn@law.njoag.gov<br>Max.Lesser@law.njoag.gov<br>*Counsel for the State of New Jersey* | **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: /s/ *Ryan P. Kane*<br>Ryan P. Kane<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov |
| **RAÚL TORREZ**<br>Attorney General of New Mexico<br><br>/s/ *Anjana Samant*<br>Anjana Samant<br>Deputy Counsel for Impact Litigation<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>(505) 490-4060<br>asamant@nmdoj.gov<br>Attorney for Plaintiff State of New Mexico | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>/s/ *Kate S. Worthington*<br>KATE S. WORTHINGTON, WSBA #47556<br>SARAH E. SMITH-LEVY, WSBA #55770<br>Assistant Attorneys General<br>7141 Cleanwater Drive SW<br>P.O. Box 40111<br>Olympia, WA 98504-0111<br>(306) 709-6470<br>kate.worthington@atg.wa.gov<br>sarah.e.smith-levy@atg.wa.gov<br>Attorneys for Plaintiff State of Washington |

6

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

/s/ *Colin T. Roth*
COLIN T. ROTH
Assistant Attorney General
WI State Bar #1103985
Wisconsin Department of Justice Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us
Attorney for Plaintiff State of Wisconsin

*Applications for pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 23rd day of April, 2025.

/s/ *Natalya A. Buckler*