IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, *et al.*,

          Plaintiffs,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

          Defendants.

No. 25-cv-00128

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

On April 23, 2025, Plaintiffs submitted a notice of supplemental authority in support of their Motion for Preliminary Injunction. ECF No. 53. That notice referenced the District Court for the District of Columbia's preliminary injunction order in *Widakuswara v. Lake*, No. 1:25-cv-1015-RCL (D.D.C. Apr. 22, 2025). The Government appealed that order and argued, among other things, that the Court of Federal Claims is the proper venue to challenge the grant terminations at issue in the case. Last night, the preliminary injunction in *Widakuswara* was administratively stayed by the D.C. Circuit in part pending disposition of the pending motion to stay pending appeal. More specifically, the D.C. Circuit stayed portions of the *Widakuswara* order requiring immediate disbursement of funds allegedly owed under grant agreements. A copy of the stay order is attached as Exhibit 1.

Dated: May 2, 2025

                                    Respectfully submitted,

                                      YAAKOV M. ROTH
                                    Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Heidy L. Gonzalez*
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*