**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF RHODE ISLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | No. 25-cv-00128 |

**NOTICE OF APPEAL**

Defendants— Donald J. Trump, in his official capacity as President of the United States; Institute of Museum and Library Services; Keith E. Sonderling, in his official capacity as Acting Director of the Institute of Museum and Library Services; Minority Business and Development Agency; Madiha D. Latif, in her official capacity as Deputy Under Secretary of Commerce for Minority Business Development; Howard Lutnick, in his official capacity as Secretary of Commerce; Federal Mediation and Conciliation Service; Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; U.S. Office of Management and Budget; and Russell T. Vought, in his official capacity as Director of the Office of Management and Budget—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's May 6, 2025 opinion (ECF No. 57) and May 13, 2025 order (ECF No. 60), which granted Plaintiffs' April 4, 2025 motion, and entered a preliminary injunction order against Defendants.

Dated:  May 16, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/  *Heidy L. Gonzalez*
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*