

# UNITED STATES DISTRICT COURT
### *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
| --- |

Case Caption: **State of Rhode Island, et al**     vs.   **Trump et al**

District Court Number:  1:25-cv-00128-JJM-AEM          Presiding Judge: **Judge McConnell**

Notice of Appeal filed by: **Defendant**          Notice of Appeal document number:  **61**

Appeal from:  **ECF 57 MEMORANDUM AND ORDER, ECF 60 PRELIMINARY INJUNCT** +

Other information:

Fee status:  **Waived**          Pro se case:     Yes ☐     No ☑

Emergency or requires expedition:  **Y/N**     *If yes, reason:*

| Record Information |
| --- |

Motions Pending     Yes ☐     No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
| --- |

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

/s/Cherelle Hill
_____
Deputy Clerk

Date:  **05/16/2025**