IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

No. 25-cv-00128

### **DEFENDANTS' STATUS REPORT**

Pursuant to the Court's July 10, 2025 Order, Defendants provide the following information regarding their implementation of the Court's Preliminary Injunction Order. *See* ECF No. 60.

1. The Agency Defendants have fully implemented all provisions of the Court's Preliminary Injunction Order.

2. As to personnel, the Agency Defendants report as follows.

   a. IMLS: On May 19, 2025, IMLS employees were notified that all reduction-in-force notices issued to IMLS employees on April 3, 2025, were rescinded. All employees were required to report for in-person work by June 2, 2025.

   b. MBDA: On May 15, 2025, the Department of Commerce (DOC) sent a notice to the then current MBDA employees, stating that DOC was restoring MDBA employees to their status before March 14, 2025, no later than May 20, 2025. The notice instructed the MBDA employees to report for duty at 9:00 a.m. on May 20, 2025, or to request appropriate leave if unable to report for duty. On May 19, 2025, DOC sent another

   notice to then current MBDA employees informing them that, pursuant to the Court's Preliminary Injunction Order, it was "rescinding all RIF notices issued to [MBDA employees] on April 9, 2025."

  c. FMCS: On May 8, 2025, FMCS employees were notified that all reduction-in-force notices issued to FMCS employees between April 1 through April 8, 2025 were rescinded. Beginning on May 19, 2025, FMCS began returning employees to active-duty status. Because all FMCS regional office leases were terminated by GSA effective April 30, 2025, all mediators outside the Washington, D.C. service area completed interim remote service agreements and are providing FMCS services across the country in both virtual and in-person capacities. FMCS issued revised field policy guidance reflecting its current services in compliance with the Court's Preliminary Injunction Order. From July 7 to July 25, 2025, FMCS mediators have participated in over 100 mediations and mediation preparation meetings.

3. As to grants and contracts, the Agency Defendants report as follows.

  a. IMLS: All grants in Plaintiff States have been re-instated, and all associated payment requests have been processed. Additionally, the Public Library Survey FY23 data set has been prepared and reviewed and IMLS expects to post the information to its public website shortly.

  b. MBDA: All contracts with contractors incorporated in Plaintiff States have been re-instated through bilateral modifications between June 11 and July 7, 2025. Moreover, MBDA reinstated business center awards for recipients with their address of record in the Plaintiff States. On June 17, 2025, MBDA discontinued funding for ten of those business center awards. These decisions were independent of EO 14, 238, and

instead based on MBDA's review of the recipients' performance under the established performance measures for these programs and consistent with the terms and conditions in the awards.

c. FMCS: FMCS does not administer statutory grants or contracts.

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division, Federal Programs Branch<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ Abigail Stout<br>ABIGAIL STOUT<br>(DC Bar No. 90009415)<br>*Counsel*<br>U.S. Department of Justice<br>Civil Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 514-2000<br>Email: Abigail.Stout@usdoj.gov<br><br>/s/ Heidy L. Gonzalez<br>JULIA A. HEIMAN (D.C. Bar No. 986228)<br>HEIDY L. GONZALEZ (FL Bar No. 1025003)<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendants* |