**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF RHODE ISLAND, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> *Defendants*. | C.A. No. 1:25-cv-00128 |

**<u>DECLARATION OF JORDAN DOE</u>**

I, Jordan Doe, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have personal knowledge of the facts stated herein or have knowledge of the matters based on my review of information and records gathered by my agency.

3. I am a USICH employee.

4. I am submitting this declaration pseudonymously because I fear retaliation. But if the Court would like to know my name or job position, I would be willing to provide it *ex parte* and under seal.

5. I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the United States Interagency Council on Homelessness ("USICH"), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

6.    USICH is the only Federal agency focused solely on ending homelessness. Congress established USICH in 1987 "to coordinate the Federal response to homelessness and to create a national partnership at every level of government and with the private sector to reduce and end homelessness in the nation while maximizing the effectiveness of the Federal Government in contributing to the end of homelessness." 42 U.S.C. § 11311. Congress reauthorized the agency in the Homeless Emergency Assistance and Rapid Transition to Housing Act of 2009 (Pub. L. No. 111-22, div. B, §§ 1001–1505). The agency's authorization currently extends until October 1, 2028. *See* 42 U.S.C. § 11319.

7.    Congress has assigned USICH a lengthy list of statutory duties, many of which expressly benefit States. 42 U.S.C. § 11313. Among other duties, USICH is required to:

a. develop and annually update "a National Strategic Plan to End Homelessness," *id.* § 11313(a)(1);

b. "monitor, evaluate, and recommend improvements in programs and activities to assist homeless individuals conducted by Federal agencies, State and local governments, and private voluntary organizations," *id.* § 11313(a)(4);

c. provide "professional and technical assistance . . . to States, local governments, and other public and private nonprofit organizations," to enable governments and organizations to interpret federal regulations, provide assistance on federal programs, develop recommendations, and establish biennial regional workshops, *id.* § 11313(a)(5);

d. encourage "the creation of State Interagency Councils on Homelessness" and the formulation of plans to "end homelessness at State, city, and county levels," *id.* § 11313(a)(6);

e. "develop mechanisms to ensure access by persons experiencing homelessness to all Federal, State, and local programs for which the persons are eligible," *id.* § 11313(a)(7);

f. "conduct research and evaluation" related to its mission to end homelessness, *id.* § 11313(a)(8);

g. "prepare and distribute to States . . . a bimonthly bulletin" that describes available Federal resources, *id.* § 11313(a)(11); and

h. notify the head or the inspector general of the relevant agency if USICH encounters significant problem, abuse, or deficiency in programs to assist unhoused individuals, *id.* § 11313(d).

8.     Beyond these mandatory functions, USICH provides substantial additional support to States and other entities working to address homelessness. For example, prior to its dismantling, USICH was executing its 2022 Federal Strategic Plan entitled All In (The Plan), which sets out an "all-hands-on-deck response" for Federal efforts to prevent and end homelessness. The Plan notes the current crisis in America, which was exacerbated by the COVID-19 pandemic and rising housing costs. It sets forth a vision for "a nation in which no one experiences the tragedy and indignity of homelessness, and everyone has a safe, stable, accessible, and affordable home." It then provides a strategic plan and implementation framework to reduce homelessness by 25% by 2025.

9.      In 2024, USICH also oversaw the ALL INside Initiative, dedicating full-time Federal employees to facilitate access to resources for unhoused populations in seven communities across the United States. USICH provided guidance and peer-to-peer networks to States wishing to establish their own Interagency Councils on Homelessness. It conducted over 58 site visits to local communities to provide feedback and support. It helped the U.S. Department of Veterans' Affairs (VA) house 48,000 veterans, resulting in the lowest level of veteran homelessness since HUD began collecting data on the problem in 2009. And it produced the first federal homelessness prevention framework, a guide intended for a wide range of partners, including local, tribal, and state governments.

10.     In its January 2025 Annual Report to the President, USICH reported that the Federal Strategic Plan has helped approximately 300,000 individuals per year find permanent housing.

11.     Congress appropriated $4.3 million to USICH for Fiscal Year 2025. *See* Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101(a)(12); *see* Consolidated Appropriations Act, 2024, Pub. L. 118-42, Div. F, Tit. 3, 138 Stat. 388 (2024). As USICH informed Congress, funding at this level is "critical to supporting USICH's mission to prevent and end homelessness in America."

12.     As of March 14, 2025, USICH was funded at 18 full-time equivalent positions, approximately 13 of which were filled.

13.     As of March 14, 2025, USICH was hosting quarterly calls with over 25 states and worked one-on-one with those states to fulfill its statutory duty to encourage the "creation of State Interagency Councils on Homelessness."

14.    In response to the Closure Order, on or around March 13, 2025, USICH leadership submitted an Agency RIF and Reorganization Plan to OMB and Kenneth Jackson (Acting Executive Director of USICH) stating that a minimum of 13 USICH staff were required to fully carry out USICH's statutory duties.

15.    On or around April 8, 2025, Kenneth Jackson authorized Nate Cavanaugh, a known operative of the Department of Government Efficiency (DOGE), to carry out the duties of the Executive Director of USICH.

16.    Despite the Agency RIF and Reorganization Plan's determination that USICH required at least 13 full time employees to fulfill its statutory duties, on or around April 14, 2025, DOGE informed USICH leadership that all staff, including the statutorily required regional coordinators, were being placed on administrative leave as of the next day, April 15, 2025. In this communication, USICH staff were told that, without speaking to Kenneth Jackson or a supervisor, they could not enter USICH premises, access USICH systems, or attempt to use their position or authority within USICH in any way.

17.    Shortly after being placed on administrative leave, all but the two remaining USICH employees were presented with a Deferred Resignation Agreement. Employees that entered the agreement would be kept on administrative leave through September 30, 2025, and dismissed thereafter.

18.    On or around April 30, 2025, GSA terminated the lease for USICH's office space, deeming it no longer necessary.

19.    As of July 31, 2025, all but two employees remain on administrative leave.

20.    USICH is not performing any programmatic functions as required by statute. USICH is not organizing Council meetings; preparing a National Strategic Plan; monitoring or

evaluating Federal, State, local, or private programs and activities; providing professional or technical assistance; encouraging the creation of State Interagency Councils; developing mechanisms to ensure access to Federal, State, and local programs; conducting research; preparing or distributing bimonthly bulletins or other communications; or reporting on significant problems, abuses, or deficiencies in agency programs meant to assist unhoused individuals.

21.    The only two employees remaining at USICH are responsible for processing payroll, reporting expenses, and otherwise preparing USICH for imminent shutdown. They are not performing any work related to USICH's statutory mission. By the end of Fiscal Year 2025, a substantial portion of the Congressionally appropriated budget for USICH is expected to be left unspent due to the cessation of USICH activities and programming based on the implementation of the Closure Order.

22.    The last Council meeting, which took place without USICH leadership or knowledge, was on or around March 14, 2025. As of July 31, 2025, there are no USICH Council meetings scheduled and no plans to schedule any more meetings. All USICH employees that would be responsible for arranging such a meeting are on deferred resignation.

23.    Constituents, including State officers, are calling USICH for assistance and reporting a growing homelessness problem across the United States. In response, USICH personnel fielding and responding to these calls inform callers that USICH was shut down by DOGE and is no longer able to provide its statutorily mandated services.

24.    For example, one woman called seeking referrals to local resources for rent assistance and shelter assistance. However, USICH was unable to provide that information because the regional coordinators responsible for such references are no longer working. The woman hung up in tears.

25.    Because of the cuts, USICH will also be unable to build on its successes from the ALL INside Initiative. The Initiative drew on USICH expertise and resources to identify and act on unsheltered homelessness in six cities (Chicago, Dallas, Denver, Los Angeles, Phoenix, and Seattle) as well as in California. For example, as part of the initiative, Denver, Colorado implemented an encampment resolution pilot, moving unhoused individuals into transitional housing through partnerships between the municipal public housing authority, HUD, and the VA. The cuts to USICH make it impossible for such dedicated efforts to continue.

26.    USICH is also unable to continue its work facilitating inter-state support and learning initiatives. For example, USICH convenes a monthly meeting series called "West Coast Cities Peer to Peer Call on Homelessness" that allows a variety of stakeholders to present and discuss their successes, failures, and lessons learned on both broad strategies and specific intervention types, which helps these West Coast cities more effectively address homelessness.

27.    USICH is also unable to continue the National Youth Homelessness Partnership, which empowers young people who have experienced homelessness to engage directly with Federal partners to address root causes of youth homelessness in their communities.

28.    USICH is also unable to continue its research function developing and disseminating evidence-based best practices for homelessness interventions.

29.    USICH is also unable to continue its direct, community-specific expert assistance. For example, in May 2024, USICH visited Newark, New Jersey, and New York City to meet with people experiencing homelessness, their representatives in State and local government, as well as private partners, in order to coordinate access to Federal resources for innovative housing efforts. As part of the same trip, USICH participated in the first-ever statewide meeting of Continuums of Care and public housing authorities in New Jersey. Likewise in 2024, USICH visited Phoenix,

Arizona, and Southern California to understand and address the root causes of homelessness. USICH designed a response for each community. USICH is no longer able to visit communities to provide the resources, expertise, and assistance that has proven so effective at combatting homelessness and supporting unhoused individuals.

30.     As described above, for all intents and purposes, USICH was closed in response to the Closure Order and is no longer fulfilling its statutorily mandated functions or spending its budget as appropriated by Congress.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on July 31, 2025.



*/s/ Jordan Doe*
Jordan Doe