UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND; et al.,

       Plaintiffs,

    v.

DONALD TRUMP, in his official capacity as
President of the United States; et al.,

       Defendants.

C.A. No. 1:25-cv-00128

**DECLARATION OF LISA KEMMIS**

Pursuant to 28 U.S.C. § 1746, I, Lisa Kemmis, hereby declare as follows:

1.     I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am currently employed by the Michigan State Housing Development Authority (MSHDA) as Chief Housing Solutions Officer.

3.     MSHDA is responsible for providing financing, shaping housing policy, and forming partnerships to expand access to housing in Michigan. In addition, the Michigan Interagency Council on Homelessness is housed within MSHDA.

4.     The Michigan Interagency Council on Homelessness was created in January of 2015 to develop, adopt, and update a statewide action plan to end homelessness. The Council's

1

most recent action plan covers January 1, 2023 through December 31, 2025, and is attached hereto as Exhibit A.[1]

5.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the United States Interagency Council on Homelessness ("USICH"), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

6.      Earlier this month, I became aware through media reports that the entire staff of USICH was placed on leave on or about April 15.  Without any staff, it is my understanding that the USICH has functionally been eliminated.  Given my experience, I believe that the elimination of USICH will reduce programs on which MSHDA, and the Michigan Interagency Council on Homelessness, relies and on which it expects to rely in the future, causing significant harm to the MSHDA and the Michigan Interagency Council on Homelessness.

7.      USICH provides the following programs and services:

    a.  Professional and technical assistance interpreting regulations, applying for grants, and coordinating with Federal programs to facilitate access to Federal resources for unhoused individuals.

    b.  Consulting with State Interagency Councils on Homelessness to facilitate access to State resources for unhoused individuals.

---

[1] The action plan is available online at https://www.michigan.gov/mcteh/-/media/Project/Websites/mcteh/2023-25-MCTEH-Action-Plan-and-related-items/MCTEH-Action-Plan-2023-25.pdf?rev=9b99ec4a2e0e4dcbab652a586246829a&hash=8EAC024DF14CFC9391F3B9665D6D9487.

c.  Publishing a Federal Strategic Plan to Prevent and End Homelessness, which State councils and agencies reference in producing their own strategic plans.

d.  Conducting research and disseminating best practices through various presentations, webinars, and publications.

e.  Coordinating regional and national workshops, policy sprints, and peer-to-peer calls to address both regional and systemic causes and consequences of homelessness.

8.  In the past, USICH has led critical discussions with state level partners regarding federal strategies for ending homelessness as well as accessible guidance and teaching to local agencies through presentations at the Building Michigan Communities Conference and Annual Homeless Summit.  USICH staff have been instrumental in identifying examples and points of contact from across the country to support peer-to-peer engagement on common barriers and creative solutions.  The relationships they have built between state and local agencies to the federal administration have solidified them as a trusted partner and advocate for best practices and necessary funding/policy changes to respond to local need.

9.  Eliminating USICH is tantamount to disabling our nation's collective compass for ending homelessness.  USICH's federal strategic plan is the mainstay and foundation for state and local action, ensuring a more cohesive, consistent, and effective response to homelessness and the policies that enable or hinder success.  These strategic plans act as the unifying thread through all federally funded programs and are leveraged at all levels to ensure alignment in funding and policy priorities.

10.      Without unified direction and shared strategies, MSHDA anticipates the number of unhoused individuals will continue to grow and result in disparate impacts on highly vulnerable populations like youth, aging adults, and veterans.  The number of unhoused in Michigan sharply declined during the pandemic, where USICH helped lead multiple national strategies and aligned federal resources to move people into housing and help maintain housing stability.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.  Executed on April 28, 2025, at Lansing, Michigan.

*Lisa Kemmis*
_____
Lisa Kemmis

4