**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF RHODE ISLAND; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants. | No. 1:25-cv-00128 |

## DECLARATION OF CHRISTINE HALEY

Pursuant to 28 U.S.C. § 1746, I, Christine Haley, hereby declare as follows:

1.    I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I am currently employed by the Illinois Department of Human Services as Chief Homelessness Officer of the Illinois Office to Prevent & End Homelessness.

3.    The Illinois Department of Human Services is responsible for the Illinois Interagency Task Force on Homelessness ("IITFH"). IITFH was created "to facilitate and implement initiatives related to decreasing homelessness and unnecessary institutionalization in [Illinois], improve health and human services outcomes for people who experience homelessness, and strengthen the safety nets that contribute to housing stability." 20 ILCS 1305/10-75(b). As the Illinois Chief Homelessness Officer, I also serve as the chair of IITFH. 20 ILCS 1305/10-75(f)(1).

4.      As Chief Homelessness Officer and Chair of IITFH, I serve as the State of Illinois' lead policymaking official and spokesperson on homelessness prevention through programmatic, policy, legislative, and budgetary efforts, and through communication with the Illinois General Assembly, federal, and local leaders on these critical issues.

5.      IITFH relies on support and expertise of the United States Interagency Council on Homelessness to fulfill its statutorily required duties, including to develop and implement the "State Plan" aimed at addressing homelessness.

6.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the United States Interagency Council on Homelessness ("USICH"), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

7.      On April 15, I learned through the National Alliance to End Homelessness that all USICH staff was placed on administrative leave, effective that day. https://endhomelessness.org/blog/ceo-corner-week-of-april-15/.

8.      Also on April 15, our regularly scheduled quarterly meeting with USICH and the states was cancelled by USICH.

9.      Since April 15, USICH has not convened any meetings between states.

10.     When I attempted to access USICH's website on August 7, 2025, the site—which was a repository for numerous guidance and policy documents—had been removed.

11.     Executive Order 14,238 and the elimination of all USICH staff has caused USICH to eliminate or substantially reduce programs on which IITFH relies and on which it expects to rely in the future, causing significant harm to IITFH.

12.     Prior to the implementation of Executive Order 14,238, USICH provided the following programs and services:

    a.  Professional and technical assistance interpreting regulations, applying for grants, and coordinating with Federal programs to facilitate access to Federal resources for unhoused individuals.

    b.  Consulting with State Interagency Councils on Homelessness to facilitate access to State resources for unhoused individuals.

    c.  Publishing a Federal Strategic Plan to Prevent and End Homelessness, which State councils and agencies reference in producing their own strategic plans.

    d.  Conducting research and disseminating best practices through various presentations, webinars, and publications.

    e.  Coordinating regional and national workshops, policy sprints, and peer-to-peer calls to address both regional and systemic causes and consequences of homelessness.

13.     IITFH has received the following services from USICH and continuously benefitted from USICH's expertise.

    a.  Interpretations of Federal eligibility requirements and guidance helped state agencies and service providers efficiently navigate the various federal agencies and programs that serve individuals experiencing homelessness,

including benefits for veterans, Medicaid, child welfare programs, and student loan assistance.

b. As one of the states that has an interagency task force, historically Illinois would participate in USICH's quarterly convening of states. Illinois would also participate in USICH's quarterly meeting specifically for Midwest states. At these meetings, Illinois benefitted from USICH's presentations from experts and federal agency leaders about national practices on ending homelessness, amplification of innovative work in particular states, and facilitation of inter-state discussions. IITFH would rely on these meetings to improve its work by incorporating best practices, understanding how to efficiently leverage federal programs and resources, and collaborating and sharing information with other states.

c. IITFH relied on USICH's Federal Strategic Plan to Prevent and End Homelessness in developing and implementing the Home Illinois Plan to Prevent and End Homelessness to ensure the Illinois Plan incorporates and aligns with current research and best practices. For example, IITFH drew on USICH's federal plan to, among other things, understand the drivers of homelessness in order to stem the flow of people entering homelessness.

d. Relying on USICH's leadership and example, IITFH has crafted strategies to engage multiple stakeholder agencies, including the Illinois Department of Corrections and the Illinois Department of Veterans Affairs. For example, IITFH recently launched the Illinois Homelessness Collaborative Project, which specifically relies on USICH's federal framework.

e. IITFH relies on concrete and actionable guidance to communities about addressing homelessness developed by USICH, including toolkits, webinars, and sample documents. After implementation of Executive Order 14,238, however, IITFH is currently using an archived version of USICH's Federal Homelessness Prevention Framework, as well as USICH's "19 Strategies for Communities to Address Encampments Humanely & Effectively," both of which used to be available on USICH's website.

f. IITFH advanced its work through USICH platforms by, for example, giving a presentation on our initiative, Home Illinois, which has an ambitious goal to reach "functional zero": where homelessness is brief and non-recurring, and where Illinois has a robust capacity of homelessness prevention and response systems.

g. IITFH also has relied on USICH's expertise in certifying that communities have reached "functional zero."

14. The elimination of the resources and services provided by USICH has already irreparably harmed IITFH's ability to serve Illinois communities. The Illinois Office to Prevent and End Homelessness and the service providers we work with now struggle to navigate the various federal systems and programs that impact Illinois' homeless population. The State will have to use resources to start at square one if it can no longer rely on the national plan to end homelessness. And without USICH acting as a facilitator, inter-state coordination has become sporadic or non-existent, losing the benefits we have gained by sharing resources and implementing best practices consistently in states across the country.

15.     Without the ability to learn and implement best practices, rely on efficient and coordinated communications between federal agencies impacting homelessness and the states, and participate in the inter-state convenings that USICH facilitates, IITFH will be less effective at supporting vulnerable individuals experiencing homelessness or at risk of homelessness. As a result, those individuals will be less likely to access federal and state assistance and programs that are intended to support their transition into safe and stable housing.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on August 12, 2025, at Chicago, Illinois.

_____
Christine Haley