# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

      *Plaintiffs*,

v.

DONALD J. TRUMP, et al.

      *Defendants*.

C.A. No. 1:25-cv-00128

## DECLARATION OF BENJAMIN HAYNIE

I, Benjamin Haynie, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.    I am over the age of eighteen and understand the obligations of an oath.

2.    I am a resident of the State of Rhode Island.

3.    I have personal knowledge of the facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff.

4.    I am currently employed by the Rhode Island Department of Housing as the Executive Director of Homelessness & Community Supports.

5.    The Rhode Island Department of Housing ("the Department") is the State's lead agency for housing, homelessness, and community development. R.I. Gen. Laws 42-64.34-2. Among its many duties, the Department is responsible for "coordinat[ing] the housing, homelessness, and community development programs of the state of Rhode Island and its departments, agencies, commissions, corporations, and subdivisions." *Id.* In keeping with that role, the Department's Secretary or designee chairs the Rhode Island Interagency Council on Homelessness. R.I. Gen. Laws § 40-17-2(a)(1).

1

6.    In December 2024, the Department started to reconvene RIICH for the first time in seven years. As part of that process, the Department consulted with USICH on at least three occasions and had planned to have USICH present at the April 24, 2025, meeting of the RIICH.

7.    I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the United States Interagency Council on Homelessness ("USICH"), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

8.    On April 15, 2025, I was forwarded an email from a USICH staff member informing me that the Department of Government Efficiency had notified the leadership staff at USICH that all USICH current staff were to be placed on Administrative Leave as of April 15, 2025. *See* Attachment A.

9.    Given my experience, I believe that the layoff of all current USICH staff will cause USICH to eliminate or substantially reduce programs which the Department uses and expects to use in the future, causing harm to the Department and the homeless individuals it serves.

10.    Specifically, the Department uses and expected to use USICH for the following:

    a.  Consulting and expertise as the Department reconvenes the Rhode Island Interagency Council on Homelessness ("RIICH"), as established by statute, R.I. Gen. Laws § 40-17-2, to facilitate access to State resources for unhoused individuals.

2

b.  Publishing a Federal Strategic Plan to Prevent and End Homelessness, which RIICH considers, pursuant to R.I. Gen. Laws § 40-17-3(1), in developing its strategic plan to end homelessness in Rhode Island.

c.  Conducting research and disseminating best practices through various presentations, webinars, and publication, which the Department references in developing its own guidance and resources.

d.  Coordinating regional and national workshops, policy sprints, and peer-to-peer calls, in which the Department participated and planned to participate, to address both regional and systemic causes and consequences of homelessness.

11.  By eliminating all current USICH staff, the Trump Administration has suddenly cut off a vital source of expertise and support the Department was relying upon to fulfill its statutory obligations in leading RIICH. The State does not have the reach or the resources to replace the research, coordination, and communication functions of the Federal Government's sole agency dedicated to reducing homelessness. Thus, based on my knowledge and experience, it is my opinion that the recent USICH layoffs will make it harder for those experiencing homelessness to access the State and Federal resources they need to find safe and stable housing.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 29, 2025, at Providence, Rhode Island.

Benjamin Haynie

3

# EXHIBIT A

 Outlook

## Fw: Farewell for now

**From** Haynie, Benjamin (HSG) ███████████████

**Date** Tue 4/29/2025 2:53 PM

**To** Paul Meosky <pmeosky@riag.ri.gov>

<span style="color:red">[External email: Use caution with links and attachments]</span>

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

--

Ben Haynie
*Executive Director*
Homelessness & Community Supports
RI Department of Housing
███████████

**From:** Rosen, Kayla (HSG) ██████████████
**Sent:** Tuesday, April 15, 2025 4:20 PM
**To:** Haynie, Benjamin (HSG) ████████████████ Goddard, Deborah (HSG) ███████████████
**Subject:** FW: Farewell for now

**From:** ████████████
**Sent:** Tuesday, April 15, 2025 4:14 PM
**Cc:** ████████████████████████████████
██████████████████████████████████████
**Subject:** Farewell for now

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

Good afternoon peeps,

On Monday, April 14th, the Department of Government Efficiency (DOGE) notified the leadership staff at USICH that all USICH current staff will be placed on Administrative Leave as of today.

This was anticipated and is no less incredibly sad. I have valued working with each and every one of you and would like to personally thank you for all you do to serve our friends and neighbors who are often forgotten by the very systems set up to "help" them. You already know this isn't good-bye, we will continue to cross paths on our collective quest to prevent and END homelessness. Until next time……

Know that you are appreciated,

Nichele Carver

Sent from my iPhone