## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND; et al.,

      Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

      Defendants.

Case No. 1:25-cv-128

## DECLARATION OF LINDSEY GARRITY

Pursuant to 28 U.S.C. § 1746, I, Lindsey Garrity, hereby declare as follows:

1.    I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I am currently employed by the City of Seattle as Director of the Unified Care Team.

3.    The Unified Care Team brings together every City of Seattle department working on ensuring public spaces in Seattle are clean, open and accessible for all, including mitigating the impacts of people living unsheltered in public spaces. This team uses a coordinated, strategic, data-driven, and compassionate approach to connecting people with opportunities to come into shelter and ensuring clean and open public spaces that aligns efforts to reduce silos and isolated decision-making.

1

4. As Director of the Unified Care Team, and in previous roles, learning about best practices in addressing homelessness and connecting with systems experts is a key requirement. I have sought to learn about best practices and engaged with efforts led and coordinated by USICH.

5. I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including the United States Interagency Council on Homelessness (USICH), to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

6. Given my experience, I believe that Executive Order 14,238 will cause USICH to eliminate or substantially reduce programs on which the City of Seattle relies and on which it expects to rely in the future, causing significant harm to the City of Seattle.

7. USICH provides the following programs and services:

   a. Professional and technical assistance interpreting regulations, applying for grants, and coordinating with federal programs to facilitate access to federal resources for unhoused individuals.

   b. Consulting with state Interagency Councils on Homelessness to facilitate access to state resources for unhoused individuals.

   c. Publishing a Federal Strategic Plan to Prevent and End Homelessness, which state councils and agencies reference in producing their own strategic plans.

   d. Conducting research and disseminating best practices through various presentations, webinars, and publications.

e.  Coordinating regional and national workshops, policy sprints, and peer-to-peer calls to address both regional and systemic causes and consequences of homelessness.

8.  The City of Seattle has received the following services through USICH:

a.  USICH has supported the City of Seattle's Human Services Department's efforts to research best practices and inform policy and program proposals. To this end, USICH shares current research and information about policy and programmatic initiatives and connects experts and leaders in cities across the country to leverage learnings to inform local efforts.

b.  USICH led the *ALL INside* initiative to address unsheltered homelessness across the country, partnering with the City of Seattle and regional entities to improve unsheltered individuals' ability to access health and housing services.

c.  USICH convenes a monthly meeting series titled "West Coast Cities Peer to Peer Call on Homelessness." This meeting series is aimed at cities on the West Coast and is open to anyone working on addressing homelessness. Attendees include representatives from nonprofit, government, elected officials' offices, etc. The series provides opportunities to hear from peers about what strategies have and have not been successful in addressing homelessness. Attendees present on topics that include specific intervention types (such as Tiny Home Villages), broader strategies (such as approaches to addressing lived-in recreational vehicles), and to hear from other systems

3

that intersect with homelessness efforts (such as Seattle's CARE Department).

9.    USICH's facilitation, connections, and access to information has helped the City of Seattle streamline research into best practices, connect with policy experts across the field, and identify gaps and potential system solutions. Without USICH's services and efforts, future efforts to address homelessness and improve outcomes are likely to be less informed and less collaborative, risk siloing information, and having an overall negative effect on the level of impact, with unsheltered individuals bearing the cost of such delays.

10.    USICH has been a key federal partner in the support of both our local efforts to address homelessness and through promotion of cross-jurisdictional information sharing via peer-to-peer learning and connections. The loss of USICH's partnership would impact the City of Seattle's ability to access and implement current and future best practices and may reduce the likelihood of successful interventions for unsheltered individuals.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on April 28, 2025, at Seattle, Washington.

LINDSEY GARRITY

4