**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF RHODE ISLAND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | C.A. No. 1:25-cv-128-JJM-LDA |

## DECLARATION OF MICHAEL A. BASFORD

Pursuant to 28 U.S.C. § 1746, I, Michael A. Basford, hereby declare as follows:

1.      I am a resident of the State of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the State of Wisconsin Interagency Council on Homelessness as Director.

3.      The State of Wisconsin Interagency Council on Homelessness is responsible for establishing and periodically reviewing statewide policy with the purpose of preventing and ending homelessness in this state, meeting 4 times per year as a Council and maintaining a working group that meets 8 times per year, and making annual reports on the Council's progress to the Governor of Wisconsin and Wisconsin State Legislature, all per § 16.03, Wisconsin Statutes.

4.      As Director, I have almost six years' experience working with the staff of the United States Interagency Council on Homelessness ("USICH") and, through USICH, with partner

federal agencies (e.g. U.S. Department of Veterans Affairs, U.S. Department of Agriculture, U.S. Department of Health and Human Services, and U.S. Department of Transportation). This work included consulting with federal staff on funding opportunities and policy initiatives, participating in regional and nationwide meetings with federal staff and state-level counterparts, and inviting USICH staff to present on federal policy and guidance.

5.      I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy," which directed seven federal agencies, including USICH, to eliminate any non-statutory components and functions to the maximum extent consistent with applicable law and to reduce the performance of any statutory functions and associated personnel to the minimum presence and function required by law.

6.      Given my experience, I believe that Executive Order 14,238 will cause USICH to eliminate or substantially reduce programs on which the State of Wisconsin Interagency Council relies and on which it expects to rely in the future, causing significant harm to the State of Wisconsin Interagency Council.

7.      USICH provides the following programs and services:

    a.  Professional and technical assistance interpreting regulations, applying for grants, and coordinating with Federal programs to facilitate access to Federal resources for unhoused individuals.

    b.  Consulting with State Interagency Councils on Homelessness to facilitate access to State resources for unhoused individuals.

    c.  Publishing a Federal Strategic Plan to Prevent and End Homelessness, which State councils and agencies reference in producing their own strategic plans.

2

    d.  Conducting research and disseminating best practices through various presentations, webinars, and publications.

    e.  Coordinating regional and national workshops, policy sprints, and peer-to-peer calls to address both regional and systemic causes and consequences of homelessness.

8.    In the past, the State of Wisconsin Interagency Council has received the following services from USICH:

    a.  Making research staff available to present on federal homelessness policy to the Council and at other events around Wisconsin where homelessness policy is discussed. This includes participation from Jeff Olivet, Executive Director of USICH during the Biden Administration.

    b.  Assisting the State of Wisconsin Interagency Council in implementing a strategy from the state's homelessness plan ("Welcoming Wisconsin Home") to create a Midwest consortium of state interagency councils on homelessness by facilitating meetings between me, federal agency staff, and my counterparts from Minnesota, Illinois, and Michigan.

    c.  Making available federal research on homelessness topics and datasets not available from other sources.

9.    As a result of Executive Order 14,238, the Wisconsin Interagency Council on Homelessness stands to lose access to a valuable conduit between Wisconsin state government and the federal government. This loss will affect our ability to receive important information on federal funding opportunities, the state of federal housing and homelessness policy, and valuable consultation on proposed state policy.

10. With the termination of USICH, people who are experiencing homelessness in the State of Wisconsin will lose support for their efforts to transition from homelessness to housing through the reduction in efficacy of Wisconsin's policy and programs that work to prevent and end homelessness in Wisconsin.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 19, 2025, at Madison, WI.

DocuSigned by:

2857C277FB5C4E3

Michael A. Basford
Director, State of Wisconsin Interagency
Council on Homelessness