## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, et al.,

        Plaintiffs,

    v.

DONALD TRUMP, et al.,

        Defendants.

C.A. No. 1:25-cv-128

## SUPPLEMENTAL DECLARATION OF JESSE MARTIN

Pursuant to 28 U.S.C. § 1746, I, Jesse Martin, hereby declare as follows:

1. I am a resident of the Commonwealth/State of Rhode Island. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New England Health Care Employees Union, District 1199NE ("SEIU 1199NE") as the Executive Vice President, RI.

3. I submit this declaration in connection with Executive Order 14,238, "Continuing the Reduction of the Federal Bureaucracy." This declaration supplements my previous declaration of April 4, 2025, and provides additional information as to the impact of FMCS staffing reductions.

4. Since February 2025, SEIU 1199NE had been negotiating a collective bargaining agreement with Butler Hospital, Rhode Island's largest mental health hospital. On or around February or March 2025, the parties had been assigned an FMCS mediator from the Boston office.

5. It is helpful to work with regional FMCS mediators from New England, as they tend to specialize in healthcare and have relevant subject matter expertise.

6. Executive Order 14,238 was issued on March 14, 2025, and the FMCS mediator from the Boston office was placed on administrative leave. He left at a crucial moment, as the collective bargaining agreement expired on April 1, 2025. At the time, there were no federal mediators available to resolve the labor dispute.

7. SEIU1199NE sent a strike notice at the end of April, and the Butler Hospital workers went on strike on May 15, 2025. The strike lasted three months.

2

8.      As a result of the preliminary injunction issued by the United States District Court for the District of Rhode Island on May 6, 2025, SEIU1199NE was able to obtain a federal mediator. At first, as FMCS was in the process of responding to the preliminary injunction order, the parties were assigned a mediator who was not from New England, lacked subject matter expertise, was only allowed to attend virtually, and was not permitted to work weekends. Not having a federal mediator available in person for the entire month of May was a huge problem. SEIU1199NE attempted to hire multiple FMCS mediators on private duty status to work in-person after the Executive Order was issued to try to resolve the dispute, but FMCS denied these requests, notwithstanding the fact that Butler hospital workers were out on strike.

9.      Finally, the parties were able to commence in-person mediation in June with a regional FMCS mediator from the New York / Connecticut office who specialized in health care and had relevant subject matter expertise. The new FMCS mediator had initially been placed on administrative leave due to the Executive Order but was brought back as a result of the preliminary injunction. The regional FMCS mediator from the New York / Connecticut office was instrumental in helping to resolve this labor dispute.

10.     The strike ended on August 18, 2025.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on August 21, 2025, at Providence, RI.

_____
[DECLARANT]

3

4