# United States Court of Appeals
## For the First Circuit

_____

No. 25-1477

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAI'I; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs, Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; INSTITUTE OF MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in her official capacity as Deputy Under Secretary of Commerce for Minority Business Development; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,

Defendants, Appellants.

_____

Before

Barron, _Chief Judge_,
Kayatta and Rikelman, _Circuit Judges_.

_____

**ORDER OF COURT**
Entered: September 11, 2025

    Consistent with the opinion issued this day, appellants' motion to stay the preliminary injunction is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. John J. McConnell, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Lauren S. Zurier, Melissa N. Patterson, Kevin Love Hubbard, Simon Gregory Jerome, Natalya A. Buckler, Katherine Connolly Sadeck, Keith D. Hoffmann, Paul Timothy James Meosky, Rabia Muqaddam, Ester Murdukhayeva, Kartik Naram, David Dana Day, Kalikoonalani Diara Fernandes, Jay C. Russell, Zelda Rose Vassar, David Moskowitz, Michael Kenneth Skold, Ashley H. Meskill, Vanessa L. Kassab, Ian R. Liston, Sarah A. Hunger, Vivian A. Mikhail, Keith Jamieson, Katherine B. Dirks, Neil Giovanatti, BreAnna J. Listermann, Elizabeth C. Kramer, Jacob Patsch Harris, Heidi Parry Stern, Joshua Paul Bohn, Anjana Samant, Erin Galli, Ryan P. Kane, Kate S. Worthington, Sarah Elizabeth Smith-Levy, Gabe Johnson-Karp, Colin T. Roth, Syreeta Tyrell, Susannah Weaver, Alexandra L. St. Romain, Patrick Jacobi, Jonas Monast, Pooja Boisture, Roisin Duffy-Gideon, Deanna Pihos, Orlando Economos, Kayla Minton Kaufman, Christopher Eberhart Kemmitt, Jennifer A. Holmes, Samuel Spital, Maydrian Adonnas Strozier-Lowe, Anuja Diwakar Thatte, Molly Masten Cain