IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 25-cv-00128 |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR A STATUS CONFERENCE OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS; AND MOTION TO HOLD IN ABEYANCE DEFENDANTS' OBLIGATION TO RESPOND TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendants respectfully submit this reply in support of their motion for a status conference, or, in the alternative, to strike plaintiffs' statement of undisputed facts, and to hold in abeyance defendants' obligation to respond, ECF No. 80 (Defendants' Motion).

As a preliminary matter, in Plaintiffs' response to Defendants' Motion, ECF No. 81, Plaintiffs argue against an extension of the briefing schedule on the parties' cross-motions for summary judgment. *See* ECF No. 81 at 6–7. Defendants do not seek an extension of the deadline for their opposition and cross-motion, and plan to timely file that submission on September 12, 2025.

As to the response to Plaintiffs' statement of facts, however, further proceedings are necessary either via a status conference or, in the alternative, by adjudication of a motion to strike, before the government is required to expend the resources necessary to respond to a submission stretching to nearly 300 pages. Plaintiffs emphasize that the District of Rhode Island

Local Rules do not limit the facts in such a submission to those that are "material." That the word does not appear is inapposite; LR Cv 56(a)(1) requires that such a statement "concisely set[] forth all facts that the movant contends are undisputed *and entitle the movant to judgment as a matter of law*." LR Cv 56(a)(1) (emphasis added). In other words, the rule requires a movant to identify and list those facts on which the movant relies, rather than importing wholesale the declarations previously submitted in the matter. In this case, Plaintiffs' submission does not comply with this requirement: although Plaintiffs list 1,288 alleged facts, they cite fewer than 450 in their summary judgment motion.

For these reasons, and the reasons set forth in Defendants' motion, Defendants ask that the Court either order a status conference to address Plaintiffs' statement, or adjudicate Defendants' motion as a motion to strike. And, irrespective of whether the Court orders a status conference or treats the instant submission as a motion to strike, Defendants respectfully ask that the Court hold in abeyance the deadline for their response.

Should the Court ultimately determine that Plaintiffs' Statement complies with the rules notwithstanding its length, Defendants respectfully request an additional four weeks in which to respond to Plaintiffs' Statement. Although Plaintiffs contend that Defendants have had the declarations underlying their lengthy statement for several months, *see* ECF No. 81 at 5–6, Defendants submit that they could not have anticipated the length of the submission in this matter, and the inclusion of so much more material than Plaintiffs cite in their brief.[1]

---

[1] Plaintiffs complain that Defendants "do not explain why it took them more than two weeks, and until four days before their Opposition was due, to suddenly decide that Plaintiffs' Statement did not comply with the Rules," ECF No. 81 at 6, but omit to mention that undersigned counsel reached out to them regarding Defendants' concerns during the preceding week, on September 4, 2024, to try to resolve the issue without Court intervention.

Dated:  September 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


*/s/ Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

 */s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*