IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, *et al.*,

        Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

        Defendants.

No. 25-cv-00128

## NOTICE

On November 12, 2025, the President signed the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 into law. *See* H.R. 5371, 119th Cong. (2025). The Act provides that "any reduction in force proposed, noticed, initiated, executed, implemented, or otherwise taken by an Executive Agency between October 1, 2025, and the date of enactment, shall have no force or effect." *Id*. at 7. In accordance with the Act, on November 13, 2025, the Department of Commerce rescinded all reduction in force notices issued to employees of the Minority Business Development Agency on October 10, 2025. *See, e.g.*, Exhibit A. Because the reduction in force notices that are the subject of Plaintiffs' Motion to Enforce, ECF No. 88, have been rescinded and have no legal effect, Plaintiffs' Motion should be denied as moot. *See Meltzer v. Trial Court of Commonwealth by Ambrosino*, No. 23-1161, 2025 WL 2381723, at *1 (1st Cir. Apr. 1, 2025) (case is moot if "[t]here is no ongoing conduct" to enjoin); *Martins v. Fed. Hous. Fin. Agency*, 214 F. Supp. 3d 163, 168 (D.R.I. 2016) (McConnell, J.) (rescission of non-judicial foreclosure

1

rendered mortgagor's claims moot).

Dated: November 13, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

# EXHIBIT A



November 13, 2025

To: ▇▇▇▇▇▇▇

Minority Business Development Agency

From: Jeremy Pelter   JEREMY PELTER  Digitally signed by JEREMY PELTER
Date: 2025.11.13 15:23:05 -05'00'
Acting Chief Financial Officer and Assistant Secretary for Administration
Department of Commerce

Subject: Rescission of Reduction-in-Force Notice

On October 10, 2025, the Department issued you a reduction-in-force (RIF) notice, informing you that you would be separated from the Federal service effective December 9, 2025, through RIF procedures. Pursuant to H.R. 5371 ("Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026"), the Department is rescinding the October 10, 2025 RIF notice issued to you effective immediately.

Your administrative leave is cancelled, and you should return to your duty station at the beginning of your tour of duty on Monday, November 17, 2025.  If you have any questions about this notice or your return to office, please contact ▇▇▇▇▇▇▇ at ▇▇▇▇▇▇▇ or (202) ▇▇▇▇▇▇▇.