# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND,** et al.,
    **Plaintiffs,**

  v.

                                                C.A. No. 25-128 JJM

**DONALD J. TRUMP,** *in his official capacity as President of the United States*, et al.,
    **Defendants.**

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Plaintiffs State of Rhode Island, et al. and against Defendants Donald J. Trump, et al. pursuant to the Memorandum and Order entered on November 21st, 2025 by this Court.

                                          Enter:

                                          /s/ Ryan H. Jackson
                                          Deputy Clerk

Dated: November 21, 2025