IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | No. 25-cv-00128 |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH
THE COURT'S SUMMARY JUDGMENT ORDER**

Defendants hereby provide notice of their compliance with the Court's November 21, 2025 Memorandum and Order granting Plaintiffs' Motion for Summary Judgment (the "Summary Judgment Order"). *See* ECF No. 99; ECF No. 100. That Order vacates Defendants' Executive Order 14,238 implementation actions and permanently enjoins Defendants "from taking any future actions to implement, give effect to, comply with, or carry out the directives contained in [Executive Order 14,238] with respect to IMLS, MBDA, FMCS, and USICH." ECF No. 99 at 40-47. Although the Court's Summary Judgment Order did not require a status report on compliance, Defendants submit the instant notice to memorialize Defendants' understanding of the Order and Defendants' actions to effectuate compliance with the Order.

Defendants' compliance with the Summary Judgment Order continues their compliance with the Court's earlier Preliminary Injunction Order, ECF No. 60. First, the Court's Preliminary Injunction Order required Defendants to "take all necessary steps to reverse any policies, memoranda, directives, or actions issued before this Order that were designed or

1

intended, in whole or in part, to implement, give effect to, comply with, or carry out the directives contained in Executive Order 14238 with respect to IMLS, MBDA, or FMCS." ECF No. 60 ¶ 2. Specifically, the Preliminary Injunction Order required Defendants "to restore all IMLS, MBDA, and FMCS employees and personal service contractors, who were involuntarily placed on leave or involuntarily terminated due to the implementation of Executive Order 14238" and to "not further pause, cancel, or otherwise terminate IMLS or MBDA grants or contracts or fail to disburse funds to recipients in plaintiff States according to such grants or contracts for reasons other than the grantees or contractors' non-compliances with applicable grant or contract terms." *Id*. ¶¶ 4-5. The Summary Judgment Order extends relief to USICH. *See* ECF No. 99 at 47.

Defendants understand that those actions intended to comply with Executive Order 14,238 and which Defendants reversed following and in compliance with the Preliminary Injunction Order, including re-instatement of contracts and grants only in the Plaintiff States, must remain unwound under the Summary Judgment Order. *See* ECF No. 99 at 40-47.

Defendants understand the Summary Judgment Order to also void the underlying policies pursuant to which the Executive Order-related actions at issue in this case were taken. *See id*. at 40-43; *see also id*. at 22 ("[T]he States' APA claim is proper under *Lujan* because it is of the type that challenges 'a discrete, categorical policy' that applies [Executive Order 14,238's] overarching directive 'across the board.'"). Defendants also understand the Summary Judgment Order to forbid future actions taken to implement Executive Order 14,238, including but not limited to the actions previously unwound, but not to forbid future actions that would improve the Defendant Agencies' efficiency or reduce the size or scope of the Defendant Agencies if those actions are independent of Executive Order 14,238. *See id*.

Defendants have implemented the Summary Judgment Order at all Defendant Agencies. Defendants do not understand the Summary Judgment Order to require any further action at this time and have not received any indication from Plaintiffs to the contrary.

Dated: December 23, 2025

        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*