IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>                Defendants. | No. 25-cv-00128 |

## NOTICE OF APPEAL

All Defendants provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's November 21, 2025 Memorandum and Order (ECF No. 99) and Judgment (ECF No. 100), which granted Plaintiffs' August 22, 2025 Motion for Summary Judgment (ECF No. 75) and denied Defendants' October 10, 2025 Cross-Motion for Summary Judgment (ECF No. 84).

Dated: January 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)

U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*