# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br> Defendants. | No. 25-cv-00128 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 206(d)(1), notice is hereby given to the parties and the Court of the withdrawal of appearance of Abigail Stout as counsel for Defendants in the above-captioned matter due to counsel's upcoming departure from the United States Department of Justice. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

Dated: January 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT

(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov